# EXHIBIT A

1423 NAIVE WATER (HTTP://1423NW.COM/)
POSTAM B/D 1F
655-8 KANG NAM GU
SHIN SA DONG, SEOUL
SOUTH KOREA

10TH SHOP (HTTP://10THSHOP.COM/)
UNIT 01, 10F
ONE ISLAND SOUTH
NO.2 HEUNG YIP ROAD
WONG CHUK HANG
HONG KONG

10 CORSO COMO (HTTP://WWW.10CORSOCOMO.COM/)
79 CHEONGDAM-DONG
GANGNAM-GU
SEOUL, SOUTH KOREA

ALCHEMIST (HTTP://ALCHEMIST.MIAMI/)
1109 LINCOLN ROAD
MIAMI BEACH, FL
33139

ALTERA STORE (HTTP://ALTERA-STORE.COM/)
TEATRALNIY PROEZD, D.3, STR. 4
MOSCOW 107031
RUSSIA

ANTONIA EXCELSIOR (HTTP://WWW.EXCELSIORMILANO.COM/)
GALLERIA DEL CORSO, 4
20122 MILAN
ITALY

ANTONIA S.R.L (HTTP://WWW.ANTONIA.IT/)
VIA CUSANI S.R.L.
20121 MILAN
ITALY

ATELIER 7918 (HTTP://WWW.ATELIER7918.COM/)
7918 EAST COAST HWY
NEWPORT COAST, CA 92657

ANNA RAVAZZOLI (HTTP://WWW.ANNARAVAZZOLI.EU/)
CORSO GENOVA, 16
20123 MILAN
ITALY

BARNEYS NEW YORK (HTTPS://WWW.BARNEYS.COM/LOCATION/#!/STORES/3)
660 MADISON AVE.
NEW YORK, NY
10065

BOON THE SHOP (HTTP://WWW.BOONTHESHOP.COM/)21
APGUJEONGRO, 60GIL
GANGNAMGU
SEOUL, KOREA

THE BOX BOUTIQUE (HTTP://WWW.THEBOXBOUTIQUE.COM/)
104 DRAYCOTT AVE.
LONDON SQ3 3AE
UNITED KINGDOM

DAYNIGHT (HTTP://DAYNIGHT.RU/V3/B/)6 MALAYA POSADSKAYA
SAINT-PETERSBURG
RUSSIA

HIRSHLEIFERS (HTTP://HIRSHLEIFERS.COM/)2080 NORTHERN BLVD
MANHASSET, NY 11030

G&B NEGOZIO
VIA MAZZINI 18, 18/A
25020 FLERO (BS)
ITALY

JOY ST. MORITZ (HTTP://WWW.JOYSTMORITZ.COM/)VIA BRATTAS 2
7500 ST. MORITZ
SWITZERLAND

MAXFIELD (HTTP://WWW.MAXFIELDLA.COM/)
8825 MELROSE AVENUE
LOS ANGELES, CA
90069

MC MARKET (MONACO) (HTTP://WWW.MCMARKET.MC/INDEX.HTML)
3-11 AVENUE DES SPELUGUES
98000 MONACO

MRKT DEUX (HTTP://WWW.MRKTDEUX.COM/)
3824 NE 2ND AVE.
MIAMI, FL 33137

THE PARLIAMENT (FRED SEGAL) (HTTP://WWW.FREDSEGAL.COM/)
420 BROADWAY
SANTA MONICA, CA
90401

PATRON OF THE NEW (HTTP://PATRONOFTHENEW.US/)
151 FRANKLIN ST.
NEW YORK, NY
10013

PIED DE POULE (HTTP://WWW.PIEDDEPOULESUPER.BE/NL/SHOP)WEGGEVOERDENSTRAAT 94
9400 NINOVE
BELGIUM

RARE, INC. (HTTP://WWW.RAREMARKET.COM/INTRO/CONSTRUCTION)
95-5 CHEONGDAM-DONG
GANGNAM-GU, SEOUL
KOREA

RENAISSANCE (HTTP://WWW.PR
PRINCES NV
MEIR 51-55
2000 ANTWERP
BELGIUM

RESTIR (HTTPS://WWW.RESTIR.COM/AB
9-5-12 B1F AKASAKA MINATO-KU
TOKYO 107-0052
JAPAN

RICCARDI (HTTP://RICCARDIBO
116 NEWBURY ST
BOSTON, MA 02116
UNITED STATES

RODEN GRAY (HTTP://RODENGR
102-1715 COOK STREET
VANCOUVER BC V5Y 3J6
CANADA

ROYAL FLASH (HTTP://WWW.ROYALFLASH-JP.C
TAITO-KU
TOKYO, JAPAN
110-0005

RSVP GALLERY (HTTP://RSVPGA
1753N DAMEN, LOWER LEVEL
CHICAGO, IL 60647

SELFRIDGES (HTTP://WWW.SELF
400 OXFORD STREET
LONDON W1A 1AB
UNITED KINGDOM

STYLISH BLVD
GANGAM-GU SHINSA-DONG
656-14 1F
SEOUL, SOUTH KOREA

THE WEBSTER HOUSTON (HTTP:
5015 WESTHEIMER RD
HOUSTON, TX 77056

THE WEBSTER MIAMI (HTTP://TH
1220 COLLINS AVE
MIAMI BEACH, FL
33139

THE WEBSTER BAL HARBOUR (H
9700 COLLINS AVE., NO. 204
MIAMI, FL 33139

TOM GREYHOUND (HTTP://WWW
10-3 DOSAN-DAERO 45-GIL, GANG