# EXHIBIT F

20% Off! Use Promo Code: REAL — Sale Ends 6/1 6:59am PST Exclusions Apply* - See Details



The RealReal
AUTHENTICATED LUXURY CONSIGNMENT

Sign in or Create Account

NEW ARRIVALS    WOMEN    MEN    JEWELRY & WATCHES    ART & HOME    SALE    CONSIGN    Search

MEN / CLOTHING / Enfants Riches Déprimés Wool Lou Reed Sweater






## ENFANTS RICHES DÉPRIMÉS WOOL LOU REED SWEATER

$995.00 | XL

**PRODUCT DETAILS** | **RETURN POLICY**

In Stores Now. Men's black wool Enfants Riches Déprimés pullover sweater with rib trim and Lou Reed intarsia at front.

**Country of Origin:** USA

**Chest:** 48"

**Length:** 28"

**Estimated Retail:** $2,730.00

**Condition:** Excellent. No visible signs of wear.

**Fabric:** 100% Wool

**Designer:** Enfants Riches Déprimés

**Item #** DEP20006        SOLD
Add to wait list

HOW WE MEASURE    WHAT'S MY SIZE

Financing available through **Affirm**
Payments as low as **$88 per month.**

ENLARGE

**OBSESS**        **SHARE**

**GUARANTEE OF AUTHENTICITY**   LEARN MORE

YOU MAY ALSO LIKE

   

| GUCCI EMBROIDERED PULLOVER SWEATER | SACAI CREW NECK SWEATER | GUCCI 2016 EMBROIDERED SWEATER | GIVENCHY INTARSIA CREW NECK SWEATER W/ TAGS |
|---|---|---|---|
| $1756.0 | $95.00 | $1295.00 | $636.0 |

## BECOME A FIRST LOOK MEMBER

For $10 a month, get 24-hour advance access to sales and special invitations to monthly promotions.

**SIGN UP NOW**

## CONSIGN WITH US

It pays. Receive up to 70% of each item's sale price.

**CONSIGN**

## GIVE A GIFT CARD

Give the gift of luxury and style with a RealReal gift card.

**PURCHASE**

## QUESTIONS?

Speak to one of our experts toll free: **(855) 435-5893**
9am-5pm PDT, M-F

contact@TheRealReal.com

### CUSTOMER CARE

Contact Us
Authenticity
Shipping Information
Returns
Designer Directory
Consignment
FAQ
Sustainability
International Purchases

### COMPANY

About Us
Team
Careers
Press
Business Sellers
Consignor Affiliate Program
Influencer Program
Terms of Service
Consignor Terms
Privacy

### TOP FASHION BRANDS

Chanel
Hermès
Louis Vuitton
Christian Louboutin
Prada
Céline
Jimmy Choo
Gucci
Valentino
Burberry

TOP CATEGORIES

Women's Clothing
Handbags
Shoes
Boots
Accessories
Dresses
Scarves
Men's Clothing
Neckties
Wallets

TOP FINE JEWELRY & WATCH BRANDS

Cartier
Van Cleef & Arpels
Tiffany & Co
Chanel Watches
Rolex
Bvlgari
David Yurman
Chopard
Baume & Mercier
Ippolita

## A SUSTAINABLE LUXURY COMPANY

Honoring heritage brands and extending the lifecycle of luxury items.

©2017 The RealReal, Inc.