JS 44C/SDNY
REV. 07/08/16

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)            ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]     Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [ ]     Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

                    TORTS                                                       ACTIONS UNDER STATUTES

CONTRACT            PERSONAL INJURY         PERSONAL INJURY/          FORFEITURE/PENALTY    BANKRUPTCY              OTHER STATUTES
                                            [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE   [ ] 310 AIRPLANE        PHARMACEUTICAL PERSONAL   [ ] 625 DRUG RELATED  [ ] 422 APPEAL          [ ] 375 FALSE CLAIMS
[ ] 120 MARINE      [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY SEIZURE OF PROPERTY       28 USC 158          [ ] 376 QUI TAM
[ ] 130 MILLER ACT         LIABILITY        [ ] 365 PERSONAL INJURY   21 USC 881            [ ] 423 WITHDRAWAL      [ ] 400 STATE
[ ] 140 NEGOTIABLE  [ ] 320 ASSAULT, LIBEL &     PRODUCT LIABILITY    [ ] 690 OTHER             28 USC 157                  REAPPORTIONMENT
        INSTRUMENT         SLANDER          [ ] 368 ASBESTOS PERSONAL                                                 [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF [ ] 330 FEDERAL              INJURY PRODUCT                                                       [ ] 430 BANKS & BANKING
        OVERPAYMENT &      EMPLOYERS'             LIABILITY                                 PROPERTY RIGHTS           [ ] 450 COMMERCE
        ENFORCEMENT        LIABILITY                                                                                  [ ] 460 DEPORTATION
        OF JUDGMENT [ ] 340 MARINE          PERSONAL PROPERTY                               [ ] 820 COPYRIGHTS        [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT [ ] 345 MARINE PRODUCT                                                 [ ] 830 PATENT                    ENCED & CORRUPT
[ ] 152 RECOVERY OF        LIABILITY        [ ] 370 OTHER FRAUD                             [ ] 840 TRADEMARK                 ORGANIZATION ACT
        DEFAULTED   [ ] 350 MOTOR VEHICLE   [ ] 371 TRUTH IN LENDING                                                          (RICO)
        STUDENT LOANS [ ] 355 MOTOR VEHICLE                                                                           [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)    PRODUCT LIABILITY                                                SOCIAL SECURITY           [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF [ ] 360 OTHER PERSONAL  [ ] 380 OTHER PERSONAL    LABOR
        OVERPAYMENT        INJURY                PROPERTY DAMAGE                            [ ] 861 HIA (1395ff)      [ ] 850 SECURITIES/
        OF VETERAN'S [ ] 362 PERSONAL INJURY- [ ] 385 PROPERTY DAMAGE [ ] 710 FAIR LABOR    [ ] 862 BLACK LUNG (923)          COMMODITIES/
        BENEFITS           MED MALPRACTICE      PRODUCT LIABILITY         STANDARDS ACT     [ ] 863 DIWC/DIWW (405(g))        EXCHANGE
[ ] 160 STOCKHOLDERS                                                  [ ] 720 LABOR/MGMT    [ ] 864 SSID TITLE XVI
        SUITS                                                             RELATIONS         [ ] 865 RSI (405(g))
[ ] 190 OTHER                               PRISONER PETITIONS        [ ] 740 RAILWAY LABOR ACT                       [ ] 890 OTHER STATUTORY
        CONTRACT                            [ ] 463 ALIEN DETAINEE    [ ] 751 FAMILY MEDICAL                                  ACTIONS
[ ] 195 CONTRACT                            [ ] 510 MOTIONS TO        LEAVE ACT (FMLA)      FEDERAL TAX SUITS         [ ] 891 AGRICULTURAL ACTS
        PRODUCT             ACTIONS UNDER STATUTES VACATE SENTENCE
        LIABILITY                               28 USC 2255                                 [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE   CIVIL RIGHTS            [ ] 530 HABEAS CORPUS     [ ] 790 OTHER LABOR           Defendant)        [ ] 893 ENVIRONMENTAL
                                            [ ] 535 DEATH PENALTY         LITIGATION        [ ] 871 IRS-THIRD PARTY           MATTERS
                    [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER [ ] 791 EMPL RET INC        26 USC 7609        [ ] 895 FREEDOM OF
REAL PROPERTY              (Non-Prisoner)                                 SECURITY ACT (ERISA)                                INFORMATION ACT
                    [ ] 441 VOTING                                                                                    [ ] 896 ARBITRATION
[ ] 210 LAND        [ ] 442 EMPLOYMENT                                IMMIGRATION                                     [ ] 899 ADMINISTRATIVE
        CONDEMNATION [ ] 443 HOUSING/       PRISONER CIVIL RIGHTS                                                             PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE        ACCOMMODATIONS                             [ ] 462 NATURALIZATION                                  APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE & [ ] 445 AMERICANS WITH [ ] 550 CIVIL RIGHTS              APPLICATION
        EJECTMENT          DISABILITIES -   [ ] 555 PRISON CONDITION  [ ] 465 OTHER IMMIGRATION                       [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND      EMPLOYMENT       [ ] 560 CIVIL DETAINEE            ACTIONS                                         STATE STATUTES
[ ] 245 TORT PRODUCT [ ] 446 AMERICANS WITH     CONDITIONS OF CONFINEMENT
        LIABILITY          DISABILITIES -OTHER
[ ] 290 ALL OTHER   [ ] 448 EDUCATION
        REAL PROPERTY

Check if demanded in complaint:                 DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
[ ] CHECK IF THIS IS A CLASS ACTION             AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
    UNDER F.R.C.P. 23                           IF SO, STATE:

DEMAND $_____  OTHER _____            JUDGE _____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES  [ ] NO                    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
    ☐ a. all parties represented
    ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY) ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.
DO NOT check either box if this is a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.

Check one: THIS ACTION SHOULD BE ASSIGNED TO: ☐ WHITE PLAINS ☐ MANHATTAN

DATE      SIGNATURE OF ATTORNEY OF RECORD    *Richard Liebowitz*    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #      Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)