

**LINNA CHEN**
Attorney At Law

345 Park Avenue
New York, NY 10154

Direct 212.407.4953
Main 212.407.4000
Fax 212.412.9054
lchen@loeb.com

Via ECF

May 2, 2017

Hon. Andrew L. Carter, Jr.
United States District Judge for the
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Mick Rock v. Enfants Riches Deprimes, LLC, et al – No. 17 Civ. 2618 (ALC)

Dear Judge Carter:

We represent Defendant Barneys New York, Inc. ("Barneys") in the above-referenced action. We write to request an extension of Barneys' time to answer, move or otherwise respond to the Complaint (Dkt. No. 1) through and including June 5, 2017.

Barneys' time to respond to the Complaint expires on May 4, 2017. There has been no previous request for extension of the aforementioned deadlines, and Plaintiff's counsel consents to this request.

This request for an extension of Barneys' time to answer, move or otherwise respond to the Complaint does not affect or extend any other scheduled dates.

Respectfully submitted,

Linna Chen
Attorney At Law

cc: Richard Liebowitz, Esq. (via ECF)

**DEFENDANTS' REQUEST IS GRANTED.**

**SO ORDERED**

*/s/ Andrew L. Carter, Jr.*

**MAY 3, 2017**

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong   www.loeb.com

A limited liability partnership including professional corporations

13417208.1
228372-10001