IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICK ROCK,<br><br>                    Plaintiff,<br><br>vs.<br><br>ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK, INC., AND THE REALREAL, INC.,<br><br>                    Defendants. | Case No. 1:17-cv-02618-ALC<br><br><br>RULE 7.1 STATEMENT |

## THE REALREAL, INC.'S RULE 7.1. STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The RealReal, Inc. hereby states that it has no parent corporation, and no publicly-held corporation owns ten percent or more of its stock.

Dated: May 4, 2017
       New York, New York

SIDLEY AUSTIN LLP

By: /s/ Bianca Cadena

Bianca Cadena
787 Seventh Avenue
New York, NY 10019
Telephone: +1-212-839-5300
Facsimile: +1-212-839-5599
Email: bcadena@sidley.com

Rollin A. Ransom (*pro hac vice forthcoming*)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1-213-896-6000
Facsimile: +1-213-896-6600
Email: rransom@sidley.com

*Attorneys for Defendant The RealReal, Inc.*