UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICK ROCK,<br><br>                Plaintiff,<br><br>vs.<br><br>ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK, INC., AND THE REALREAL, INC.,<br><br>                Defendants. | Case No. 1:17-cv-02618-ALC |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rollin A. Ransom, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant The RealReal, Inc. in the above-captioned action.

I am in good standing of the bars of the states of California, Illinois, and New York, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 12, 2017

Respectfully Submitted,

By: /s/ Rollin A. Ransom

Rollin A. Ransom
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1-213-896-6000
Facsimile: +1-213-896-6600
Email: rransom@sidley.com