UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICK ROCK,<br><br>                Plaintiff,<br><br>vs.<br><br>ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK, INC., AND THE REALREAL, INC.,<br><br>                Defendants. | Case No. 1:17-cv-02618-ALC |

## **DECLARATION OF ROLLIN A. RANSOM**

I, Rollin A. Ransom, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a member of the law firm of Sidley Austin LLP, and have personal knowledge of the facts stated herein.

2. I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel and advocate for Defendant The RealReal, Inc.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the bars of the states of California, Illinois, and New York.

4. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided above is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Executed on this 12th day of May, 2017.

                SIDLEY AUSTIN LLP

           By: /s/ Rollin A. Ransom

                Rollin A. Ransom
                555 West Fifth Street
                Los Angeles, CA 90013
                Telephone: +1-213-896-6000
                Facsimile: +1-213-896-6600
                Email: rransom@sidley.com