

# Supreme Court of California

JORGE E. NAVARRETE
Court Administrator and Clerk of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### ROLLIN ANDREW RANSOM

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that ROLLIN ANDREW RANSOM, State Bar no. 196126, was on the twenty-fourth day of June, 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the second day of May, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
L. Ho, *Deputy Clerk*