UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICK ROCK,

                    Plaintiff,

        vs.                                        Case No. 1:17-cv-02618-ALC

ENFANTS RICHES DEPRIMES, LLC, BARNEYS
NEW YORK, INC., AND THE REALREAL, INC.,

                    Defendants.

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Rollin A. Ransom, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of

California, Illinois, and New York; and that his contact information is as follows:

Rollin A. Ransom
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1-213-896-6000
Facsimile: +1-213-896-6000
Email: rransom@sidley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Defendant The RealReal, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated: _____, 2017          _____
                                            United States District Judge