UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-- - - - - - - -- - - - - - - - - - -- - - - - - - - - - -- - - - - - - - - - - - - - - -x

| | |
|---|---|
| MICK ROCK, | |
| *Plaintiff*, | Index No. 17-cv-02618-ALC |
| vs. | ECF Case |
| ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK, INC. and THE REALREAL, INC. | |
| *Defendants*. | |

-- - - - - - - -- - - - - - - - - - -- - - - - - - - - - -- - - - - - - - - - - - - - - -x

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff MICK ROCK ("Plaintiff") respectfully requests that the Clerk of Court enter the default of Defendant ENFANTS RICHES DEPRIMES, LLC ("Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate is enclosed herewith.)

Dated: May 17, 2017
     Valley Stream, New York

                                              LIEBOWITZ LAW FIRM, PLLC

                                              By: /s/   Richard P. Liebowitz
                                                          Richard P. Liebowitz

                                              Richard P. Liebowitz
                                              11 Sunrise Plaza, Suite 305
                                              Valley Stream, New York 11580
                                              Telephone: (516) 233-1660
                                              RL@LiebowitzLawFirm.com

                                              *Attorneys for Plaintiff Mick Rock*