UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MICK ROCK

                *Plaintiff,*      Index No. 17-cv-02618-ALC

   vs.      ECF Case

ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW
YORK, INC. and THE REALREAL, INC.      **AFFIDAVIT IN SUPPORT OF CERTIFICATE OF DEFAULT**

                *Defendant.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK   )
                            ) SS.:
COUNTY OF NASSAU   )

    <u>RICHARD P. LIEBOWITZ</u>, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a principal at the firm of Liebowitz Law Firm PLLC, attorneys for Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I submit this affidavit pursuant with Rule 55(a) of the Federal Rules of Civil Procedure, in support of Plaintiff's application for certificate of default against defendant, ENFANTS RICHES DEPRIMES, LLC (hereinafter the "Defaulting Defendant").

3. This action seeking damages against the Defaulting Defendant arising from the Defaulting Defendant's unauthorized use of Plaintiff's photograph to sell sweaters and coats, which is an infringement of Plaintiff's copyright in violation of 17 U.S.C. §501 et seq.

4. Jurisdiction over the subject matter of this action is based upon 28 U.S.C. §1338(a) and 28 U.S.C. §1331.

5. The Court has personal jurisdiction over the Defaulting Defendant because it transacts business in New York.

6. Plaintiff Rock filed the Complaint in this action on April 11, 2017. See Dkt. 1. On April 13, 2017, the Defendant was served a Summons, Civil Cover Sheet and Complaint through its Registered Agent, Eresident Agent, Inc. See Dkt. 14. Pursuant to Fed. R. Civ. P. 12, an answer or other response to the Complaint was due on or before May 4, 2017.

7. On May 17, 2017, Proof of Service was filed with the Court. (Id.) Consequently, an answer or responsive pleading was due from Defendant May 4, 2017. (Id.)

8. However, to date, Defaulting Defendant has not answered or otherwise responded to Plaintiff's Complaint and that time for Defaulting Defendant to do so has expired.

9. The action seeks judgment against Defaulting Defendant for statutory damages and Plaintiff's costs and attorney's fees in prosecuting this action.

DATED: May 17, 2017
Valley Stream, NY

Respectfully Submitted,

/s/Richard P. Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel. (516) 233-1660

RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Mick Rock*