UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Mick Rock

                                Plaintiff(s),

                                                          \_\_\_\_\_ Civ. _____(\_\_\_)

                   - against -

                                                   **CLERK'S CERTIFICATE**
Enfants Riches Deprimes, LLC,                         **OF DEFAULT**
  Barneys New York, Inc. and
    The RealReal, Inc.              Defendant(s),
-------------------------------------------------------------X

          **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, *Doc. #(s)* _____. **I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

        _____, 20\_\_\_                                   **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                                                                **By:** _____
                                                                             **Deputy Clerk**