

**BARRY I. SLOTNICK**
Partner

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4162
**Main** 212.407.4000
**Fax** 212.202.7942
bslotnick@loeb.com

Via ECF

February 5, 2018

Hon. Debra Freeman
U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  Rock v. Enfants Riches Deprimes, LLC, et al., No. 17 Civ. 2618 (ALC) (DCF)

Dear Judge Freeman:

We represent Defendants Enfants Riches Deprimes, LLC and Barneys New York, Inc. (together, "Defendants") in the above-referenced action. We write pursuant to Your Honor's Individual Rule and Practice I.B., and Your Honor's instructions during the January 30, 2018 conference, to request an extension of the pending discovery deadlines, and to provide the Court with a detailed discovery plan.

The parties have exchanged document requests and interrogatories, and made their first document productions on Friday, February 2, 2018. Defendants' document production was not complete, however, because several of the responsive documents contain confidential and highly confidential information that Defendants have agreed to produce only once a protective order has been entered by the Court. The parties finalized the protective order on January 23, 2018, and submitted it to the Judgments Clerk for the Court's signature, but the protective order has not yet been entered by the Court.

Moreover, as was discussed during the January 30, 2018 conference with the Court, there is a chance that documents within Plaintiff's control (but not possession) may not be produced to Plaintiff, for production to Defendants, until after the fact discovery deadline, or until after the completion of depositions, and may necessitate additional and/or follow-up depositions.

Defendants therefore respectfully request that the Court modify the Scheduling Order as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Depositions of fact witnesses | n/a | March 9, 2018 |
| Requests to Admit | n/a | March 20, 2018 |

Los Angeles    New York    Chicago    Nashville    Washington, DC    Beijing    Hong Kong    www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

15685348.1
228372-10002



| | | |
|---|---|---|
| Close of all fact discovery | February 28, 2018 | March 30, 2018 |
| Expert disclosure for party bearing burden of proof on that claim or defense | March 30, 2018 | April 30, 2018 |
| Rebuttal expert reports | April 30, 2018 | May 30, 2018 |
| Close of expert discovery | May 15, 2017 | June 22, 2018 |

    This is the parties' first request for an extension of the pending discovery deadlines, and Plaintiff Mick Rock consents to this request.

Respectfully submitted,

*/s/ Barry I. Slotnick*

Barry I. Slotnick
Partner

Enclosure

cc:    Richard Liebowitz, Esq. *(via ECF)*