```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/5/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICK ROCK,

                Plaintiff,

-against-

ENFANTS RICHES DEPRIMES, LLC ET AL.

                Defendants.

17-CV-2618 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    Expert discovery in this matter closed on June 22, 2018. ECF No. 33. Pursuant to the undersigned's Individual Rules of Practice § 4(A), the parties are ordered to file a Joint Pretrial Order on or before July 23, 2018.

**SO ORDERED.**

Dated:    July 5, 2018
             New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge