

**BARRY I. SLOTNICK**
Partner

345 Park Avenue
New York, NY 10154

Direct 212.407.4162
Main 212.407.4000
Fax 212.202.7942
bslotnick@loeb.com

July 6, 2018

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
Room 1306
New York, NY 10007

Re: Mick Rock v. Enfants Riches Deprimes, LLC. et al., 1:17-cv-02618 (ALC-DCF)

Dear Judge Carter:

I feel compelled to respond to the July 6, 2018 letter submitted by Richard Liebowitz, counsel for Plaintiff Mick Rock.

After more than 40 years of practice, I am appalled, but not terribly surprised, to be lectured on good faith by an attorney who is known primarily for filing more cases in the Southern District of New York than any other lawyer and, being reprimanded for his own bad faith by more than one judge in this district.

Undoubtedly, counsel for Mr. Rock was too busy to read my two page declaration stating that my firm has been unable to communicate directly and substantively with any decision making authority at Defendant ERD. Consequently, absent communication with our client, it was impossible to discuss settlement or any other aspect of this case with Mr. Liebowitz. Indeed, I have previously advised Mr. Liebowitz of both my difficulty in obtaining a substantive response to inquiries from our client as well as ERD's expressed intention to vigorously defend itself in this matter. Absent contrary direction from our client, my firm was duty bound to vigorously defend within the scope of our professional responsibility. While I recognize that providing a good faith defense to his claims, does not fit within Mr. Liebowitz's business plan, it is the only ethical and responsible path for a defense lawyer to take.

Finally, as to the "racking up" of fees, I respectfully suggest that the docket will reflect that a significant portion of those fees were attempting to address Mr. Liebowitz's total failure and refusal to produce documents relating to his client's basic claim of infringement.



We apologize for the unduly strident tone of this letter. However, when one is confronted with such an intentional mischaracterization of the facts and distortion of our motion, we feel compelled to respond honestly and candidly.

Respectfully submitted,

Barry I. Slotnick
Partner