USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-9-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICK ROCK,

    Plaintiff,

-against-

ENFANTS RICHES DEPRIMES, LLC,
BARNEYS NEW YORK, INC. and THE
REALREAL, INC.,

    Defendants.

-----------------------------------------------------------X

No. 17 Civ. 2618 (ALC) (DCF)

**NOTICE OF MOTION TO WITHDRAW**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Barry I. Slotnick, as well as all other pleadings and proceedings herein, Barry I. Slotnick, C. Linna Chen and Loeb & Loeb LLP will, pursuant to Local Rule 1.4, move this Court before Hon. Andrew L. Carter, at the United States Courthouse located at 40 Foley Square, New York, New York 10007, as soon as counsel can be heard, for an Order permitting Barry I. Slotnick, C. Linna Chen and Loeb & Loeb LLP to withdraw as counsel for Defendants Enfants Riches Deprimes, LLC and Barneys New York, Inc.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days hereof.

Dated: New York, New York
      July 3, 2018

LOEB & LOEB LLP

By: */s/ Barry I. Slotnick*
    Barry I. Slotnick
    C. Linna Chen
    345 Park Avenue
    New York, NY 10154
    Tel: 212.407.4000

COUNSEL'S MOTION IS DENIED.
SO ORDERED.

*Andrew J Carter*

JULY 6, 2018

16417200.1
228372-10002