USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/18/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICK ROCK,

          Plaintiff,

-against-

ENFANTS RICHES DEPRIMES, LLC ET AL.

          Defendants.

17-CV-2618 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters regarding Defendants' anticipated motion for summary judgment, as well as Defendants' request to extend the deadline by which the parties must file a Joint Pretrial Order.

The Court denies the request for a pre-motion conference but grants Defendants permission to file a summary judgment motion pursuant to the following schedule:

| | |
|---|---|
| Defendants' Motion: | August 8, 2018 |
| Plaintiff's Opposition: | August 22, 2018 |
| Defendants' Reply: | August 29, 2018 |

The deadline to file a joint pretrial order is adjourned *sine die*.

**SO ORDERED.**

Dated:    July 18, 2018
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**