# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-766-990**

**Effective date of registration:**

February 22, 2011

## Title
**Title of Work:** Mick Rock Exposed

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** November 1, 2010   **Nation of 1st Publication:** United States

## Author
- **Author:** Mick Rock
  **Author Created:** text, photographs, Photo art
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Mick Rock
c/o Palazzo Editions of 2 Wood Street, Bath

## Limitation of copyright claim
**Material excluded from this claim:** text from other sources; previously published photographs
**New material included in claim:** text, photographs, Photo art

## Certification
**Name:** Emilie Sandoz
**Date:** February 11, 2011

**Correspondence:** Yes

Registration #: VA0001766990
Service Request #: 1-563561441



Chronicle Books
Emilie Sandoz
680 Second Street
San Francisco, CA 94107

ROCK00283