# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MICK ROCK,

                    Plaintiff,

          -against-   No. 1:17-cv-02618-ALC

ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK,

INC., and THE REALREAL, INC.,

                    Defendants.

------------------------------------------x

Deposition of MICHAEL D. ROCK

New York, New York

Friday, March 9, 2018 - 9:55 a.m.

Reported by:

Aydil M. Torres, CSR

Job no: 21016

Page 2

```
1
2                March 9, 2018
3                9:55 a.m.
4
5
6              Deposition of MICHAEL D.
7       ROCK, held at the offices of Loeb &
8       Loeb, LLP, 345 Park Avenue,
9       New York, New York, pursuant to
10      Notice, before Aydil M. Torres, a
11      Notary Public of the State of
12      New York.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2
3    APPEARANCES:
4
5    LIEBOWITZ LAW FIRM, PLLC
6      Attorneys for Plaintiff
7        11 Sunrise Plaza, Suite 305
8        Valley Stream, New York 11580
9    BY: RICHARD P. LIEBOWITZ, ESQ.
10
11
12   LOEB & LOEB, LLP
13     Attorneys for Defendants
14   ENFANTS RICHES DEPRIMES, LLC and BARNEYS NEW YORK,
15   INC.
16     345 Park Avenue
17     New York, New York 10154
18   BY: LINNA CHEN, ESQ.
19     lchen@loeb.com
20
21   ALSO PRESENT:
22     Barry I. Slotnick, Esq.
23
24
25
```

Page 4

```
1
2              STIPULATIONS
3
4        IT IS HEREBY STIPULATED AND AGREED,
5    by and between counsel for the respective
6    parties hereto, that the filing, sealing and
7    certification of the within deposition shall
8    be and the same are hereby waived;
9        IT IS FURTHER STIPULATED AND AGREED
10   that all objections, except as to the form
11   of the question, shall be reserved to the
12   time of the trial;
13       IT IS FURTHER STIPULATED AND AGREED
14   that the within deposition may be signed
15   before any Notary Public with the same force
16   and effect as if signed and sworn to before
17   the Court.
18
19
20
21
22
23
24
25
```

Page 5

```
1
2    MICHAEL  D.  ROCK,
3          the witness herein, having been
4          first duly sworn by a Notary Public
5          of the State of New York, was
6          examined and testified as follows:
7             THE REPORTER:  Please state
8      your name for the record.
9             THE WITNESS:  Michael David
10     Rock.  Formally known as, Mick
11     Rock.
12            THE REPORTER:  Please state
13     your address for the record.
14            THE WITNESS:  28 Livingston
15     Court, Staten Island, New York
16     10310.
17   EXAMINATION BY
18   MS. CHEN:
19     Q.  Good morning, Mr. Rock.  I
20   represent the Defendant, Enfants Riches
21   Deprimes --
22     A.  I don't know even know who the guy
23   is.
24     Q.  Could you please let me finish my
25   questions, before you answer.  These are just
```

Page 78

Michael D. Rock

1
2    Blue Masque. The difference there was, I got
3    100 pounds for Transformer and I got $1,200
4    for the Blue Masque. So I thought, "Wow,
5    that's" -- "that's" -- "that's interesting,"
6    but then I -- by then, I had been around the
7    business for a bit longer. I knew I could
8    make a little more money than I could in the
9    early days. But, again, you could survive
10   anyway, you know, and I would do bits and
11   pieces and people pictures, but the issue of
12   -- I mean, photographs -- it's like album
13   covers, you know, it was all very disposable.
14   I mean, albums were disposable because people
15   were putting out two a year. You are not
16   going to find any copyright credits in the
17   back of those Beatles or in the back of the
18   Rolling Stones albums or the Bob Dylan
19   albums. Like Jerry Salzburg, who is a friend
20   of mine who did Blondie, Blondie, Blondie,
21   because he owned those pictures, and that's
22   from well beyond Transformer. You didn't
23   have that issue of, you know, the notice is
24   bullshit, because nobody dealt with it. It
25   would be like talking to Man Ray. Why didn't

Page 79

Michael D. Rock

1
2    he have his copyright notices on all his
3    pictures? People didn't think about it in
4    the same way, in that the pictures were very
5    disposable.
6        Q. Okay, so but --
7        A. They are totally different worlds.
8        Q. Right, but going --
9        A. The world that Richard -- I had to
10   talk to him about it, because Barry might
11   understand, because he is a mature man, which
12   means --
13            MR. SLOTNICK: Old.
14       A. He is old, the same deal, I know.
15            MR. SLOTNICK: Thank you.
16       A. But I'm mature, all right.
17            MR. SLOTNICK: I never get
18       tired of hearing that.
19       Q. Going back to the commissioned
20   verses other work, I mean, the commissioned
21   means somebody said, "I want you to go and
22   take pictures"?
23       A. And do this, yes.
24       Q. And then whereas --
25       A. For Transformer.

Page 80

Michael D. Rock

1
2        Q. -- other work --
3        A. And Raw Power, for instance, that
4    was --
5        Q. You took pictures --
6        A. I took pictures --
7        Q. And then --
8        A. -- and then afterwards the record
9    label went -- Transformer -- Lou decided.
10       Q. Right, that they wanted to use the
11   photo?
12       A. That they wanted to use it on the
13   front of their cover, yeah.
14       Q. I guess, then, is the difference in
15   sort of the process --
16       A. Yeah, but at the end of it, it was
17   all the same.
18       Q. Right.
19       A. At the end of it, it was the
20   photographer ultimately owned the pictures.
21   It's like all photographs from that era
22   because --
23       Q. That's not what I'm asking.
24       A. No, no. Yes, it does matter.
25       Q. That's not what I'm asking.

Page 81

Michael D. Rock

1
2        A. No, you're not, but I'm filling you
3    in.
4        Q. Okay.
5        A. I know what you don't know, because
6    of my age, and because I've been around this
7    game all these years, with all due respect,
8    sir, is that the record labels didn't even
9    think about it. No one. It never came up.
10   Nobody signed -- you kind of have to sign
11   away your rights, you know, I mean, that's
12   the reality of it. If you -- and nobody ever
13   did. You just send the invoice, get your
14   money, and six months later everybody has
15   forgotten about it anyway.
16       Q. Right. So that's the process I
17   want to talk about. If you're commission --
18       A. I thought you did.
19       Q. Right. If you are commissioned to
20   work, someone tells you to go and take these
21   pictures, and then what happens from when you
22   take the pictures to when you get paid?
23           Who do you submit the photos to?
24       A. Mostly it would be the act, in my
25   case. I mean, it was a very personal thing,

21  (Pages 78 to 81)

Page 82

Michael D. Rock

1     Michael D. Rock
2     and it was, I think, generally. I'm sure --
3     yeah, Bob's relationship with John and Yoko,
4     that was a personal thing.
5          Q.  So you --
6          A.  I don't think his stuff were
7     commissioned. He just took them. We wanted
8     to use this -- you know, it's the same with
9     me, whether it was Lou, David, Iggy, any of
10    these people.
11         Q.  Then the artist would say, out of
12    maybe 100, I want to use these five or six,
13    and then -- how do you get paid?  You send an
14    invoice?
15         A.  The record label will issue -- they
16    will pay me.
17         Q.  Do you issue an invoice?
18         A.  Yeah.
19         Q.  Is there a license?
20         A.  No, you issue an invoice. Nobody
21    talks about licenses.
22         Q.  What does the invoice say?
23         A.  Invoice says, you know, "You can
24    use it on this album cover." That about all
25    it ever said.

Page 83

1     Michael D. Rock
2          Q.  And then there is an amount, right?
3          A.  Yeah, and in the case of that, it
4     was 100 Quid.
5          Q.  And then --
6          A.  Or $1,200 for Blue Masque.
7          Q.  Did you send them the prints? Or
8     how did they get the pictures?
9          A.  Oh, yeah, you have to supply prints
10    or clones. With anyone, magazines.
11         Q.  Did they ever return those prints?
12    Did you require them return those prints?
13         A.  I never thought about it. Maybe
14    sometimes they did, sometimes they didn't.
15    It's a different -- everyone was stoned for
16    starters, so it's hard for younger people
17    today to understand what those times were
18    like. Although you can read about it in
19    books. But it was a much looser -- I don't
20    know what mischief Barry got into in his
21    youth but - and I am sure he knew a lot of
22    characters.
23         Q.  I think he was at Syracuse.
24              THE WITNESS:  Oh, you were
25         at the same time as Lou?

Page 84

1     Michael D. Rock
2              MR. SLOTNICK:  '68 to '71.
3              THE WITNESS:  I don't know
4         if Lou -- Lou might have been a
5         little before that, yeah, he was
6         about -- but he -- he -- I mean,
7         Lou was very educated and extremely
8         articulate and super bright and --
9         and I loved him. He was my -- he
10        always said to me -- the pictures I
11        never published, and I don't.
12         Q.  So then --
13         A.  That's why everybody still loves
14    me, because I never published anything --
15    because my mother, she would just say to me
16    -- people want me to do books. I go, "I
17    can't do books." I got a 25-year old
18    daughter for starters, and I can't be
19    training anybody, because my mother would sit
20    on my shoulder and say, "Mick, I don't care
21    how broke you are" -- she would actually say,
22    "Michael, you can't tell tales out of
23    school," and I never did.
24         Q.  So was it the same process for how
25    you got paid if it was pictures that you just

Page 85

1     Michael D. Rock
2     took and then you thought, I would try to
3     sell them?
4          A.  Yeah.
5          Q.  You give an invoice?
6          A.  You give something to the record
7     label, so they can make the separation, so
8     they can do the printing, yeah.
9          Q.  You submit the same invoice, here
10    are these pictures to put on whatever album,
11    this is the amount?
12         A.  No, they probably -- yeah, well,
13    they probably get the thing first and was
14    going ahead, so send us an invoice. This is
15    all you're going to get.
16         Q.  They already got the prints and
17    then they --
18         A.  Yeah, yeah, it's not like today.
19    Absolutely not like today. Sometimes people
20    won't start and for -- a lot of times you
21    say, you pay me upfront. But I can. I have
22    the reputation. I'm not some punk kid
23    photographer that's disposable, because I
24    have a legacy that's huge.
25         Q.  Back in the late '60s, early '70s,

22  (Pages 82 to 85)

Page 178

Michael D. Rock
1    Michael D. Rock
2    remember that winter of -- yeah, you don't
3    want to hear -- of '72, came over at the end
4    of the Bowie tour, I hung around in New York,
5    and Lou showed me around, and I said, "Wow,
6    this makes London like a play pen."
7       Q.  Rock 4D, this is a print from 1972?
8       A.  Uh-huh.
9       Q.  This is not a print of a print?
10      A.  No.
11      Q.  Or a copy?
12      A.  That is straight from the negative,
13   yes.  By Mick Rock.
14      Q.  And you -- and you said you don't
15   think you ever got it back from the record
16   label?
17      A.  No, I don't.  I think -- which was
18   just as well, I made more than one print, so
19   that I have mine.
20      Q.  Right.
21      A.  But it would have been like that,
22   you know, because Lou -- I would have given
23   Lou one, of course, I did.
24      Q.  We talked a bit before about how,
25   sort of, invoicing worked.

Page 179

1    Michael D. Rock
2       A.  I don't think I can do a lot of
3    depositions by the way.  I am not available
4    next week.  Unless he tries to call me back.
5       Q.  Do you recall what happened with
6    this, in terms of how you got your 100 pound
7    payment?  Who made that --
8       A.  I don't even know if it was the
9    record label.  I don't even know -- or maybe
10   Ernie got the budget.  I can't remember.
11   It's just too -- it's too long ago and --
12      Q.  Do you remember who you -- so Lou
13   said, "I want this to go on the album cover"?
14      A.  Yeah, and everybody --
15      Q.  Who did you deliver the print to?
16      A.  I think I gave it to Ernie, who was
17   the art director.  If you look at the back,
18   you will see that credit.  Ernie Thorman.
19      Q.  And you think you have talked
20   to Ernie about, you know, how much are you
21   going to pay me?
22      A.  Uh-huh.
23      Q.  So you remember exactly that it was
24   100 pounds?
25      A.  I know it was 100 pounds, because

Page 180

1    Michael D. Rock
2    of the joke of it over the years, you know --
3       Q.  And you did get paid --
4       A.  I only got 200 for Raw Power, but I
5    got a little bit more.
6       Q.  Did you get paid?
7       A.  He -- yeah, I got paid.  I would
8    remember if I didn't get paid.  That, I would
9    have remembered.  But 100 pounds wasn't --
10   considering the amount of records -- it
11   wasn't much.  On the other hand, it was a bit
12   more back then, than it would be today, you
13   know, I don't know what it would be
14   equivalent to today, but, you know, no one
15   paid much for anything.  The music business
16   was very tight and photographers were not
17   high on the rung, particularly.  They just
18   wanted cheap photographs.  I was just a Rock
19   and Roll photographer, with a degree from
20   Cambridge avoiding getting a real job, as my
21   mother would say.
22      Q.  You said that, I think, one of the
23   other photos, you think, was used inside --
24      A.  I think that was used
25   promotionally, that one.

Page 181

1    Michael D. Rock
2       Q.  Oh, promotionally?
3       A.  Yeah, I don't know if I got an
4    extra pro bid quid for that, possible.  I am
5    not sure.  Unless there is somebody who knows
6    these things.
7       Q.  You talked about you made,
8    obviously, a print of Rock 3?
9       A.  There were other eight by ten
10   prints, remember, that I already made.
11      Q.  Did you deliver those to the record
12   label as well?
13      A.  No, I didn't -- no, I wouldn't have
14   just handed them all over.  It would have
15   been -- it would have been by direction from
16   Lou.
17      Q.  I see.  Did you give them to Lou?
18   Did you just give the prints to Lou?
19      A.  No, if I gave them to anybody, it
20   might have been Ernie because I recall a
21   piece of art being made, a promotional poster
22   with that one on it.  I do recall that.  And
23   Ernie, because I think he put the -- what you
24   see, you see the lines, the arts on it, I
25   think he probably put that on there as well.

Page 194

Michael D. Rock
1
2    A.  No, no.  I don't know any
3    photographer that would have done that.  I
4    don't know any.  And I know loads of people
5    from that -- who photographed in that time, a
6    lot of the photographers, and same thing.
7    But in all that pictures, and it's pretty
8    clear they --
9    Q.  So anybody who picked up this
10   album, they would see your name next to
11   "cover photo credit," but then they would see
12   the "C" circle for RCA Records, as well?
13   A.  Yeah.
14   Q.  Okay.
15   A.  But that was for the recording and
16   for the package.  They -- they -- to -- this
17   thing, you know, that's about the recording.
18   You're talking about standard of practice.
19   You go back and look at -- go look at the
20   Beatles albums.  You think someone can go and
21   knock off a Beatles album cover without
22   having, like, 50 lawyers all over them to say
23   that if they rigged --
24   Q.  Maybe the white album cover.
25   A.  Ah, maybe.  No chance.  Of course,

Page 195

Michael D. Rock
1
2    they have got endless funds, and they can win
3    their way through any caper that was going
4    on.  No, you would be -- you'd probably end
5    up on Riker's Island, virtually, all the
6    Riker's Island of whatever.
7    Q.  Okay.  So you didn't register in
8    1972?
9    A.  No.
10   Q.  You didn't --
11   A.  I don't plan --
12   Q.  You didn't really get into these
13   things until the late '80s or '90s?
14   A.  Probably late '80s, yeah.
15   Q.  Did you register the photograph,
16   which is Rock 3?
17   A.  That is registered in the Exposed
18   book, yeah.
19   Q.  Did you register it outside of the
20   Exposed book?
21   A.  No.
22   Q.  Do you know if anybody registered
23   it, on your behalf, outside of the Exposed
24   book?
25   A.  No, they couldn't do that.

Page 196

Michael D. Rock
1
2    Q.  Okay.
3    A.  I'm the only one that can do that.
4    Unless it's for publishing.  So I have done a
5    lot of books over the years.  Obviously, it's
6    been over the last, you know, 18, 19 years,
7    but before, you know, no.
8    Q.  So you -- to your knowledge, the
9    only registration --
10   A.  In America.
11   Q.  In America, that you believe covers
12   Rock 3 and Rock 4, is in the Exposed
13   registration?
14   A.  I wonder if it's in the Bowie book,
15   that it may have been registered.  I would
16   have to look into that.  I never thought
17   about that, actually, until today.  I was
18   thinking, what about the other books.  I
19   mean, it was the Glam book, but I don't think
20   that was registered here.  That was done in
21   England.
22   Q.  Well, your complaint says that this
23   photo -- alleges that this photo is covered
24   by copyright Exposed, which is for the book,
25   am I correct?

Page 197

Michael D. Rock
1
2    A.  Yes, but I also claim it's totally
3    covered, anyway, because you don't have to
4    register.  Well, the difference, if you don't
5    register, I have gathered, is you can't get
6    as much money, as you can if it's registered.
7    There seems to be a financial thing.  If it's
8    registered, you can get a lot of more money,
9    than you can, if it's not registered.  You
10   don't have to register it.  It's, like, you
11   own the picture, unless you sign away the
12   rights to the photograph, which I never did.
13   I never did with any of my stuff.  I own all
14   of them and no one has ever questioned, until
15   this moment.
16   Q.  I'm just asking about the
17   registration, not whether you took the photo
18   or you own the photo.
19   A.  I understand.  I do own the photo.
20   Q.  Right.  So the registration --
21   A.  Your guy is just after whether he
22   can get away with merchandising it.  He is
23   not claiming he owns the photograph, that
24   would be absurd.
25   Q.  But with the registration --

Page 206

```
 1              Michael D. Rock
 2   situation, you know, I don't know what -- I
 3   am sure I would have used reasonably polite
 4   language.
 5        Q.  Did you explain to her you were
 6   looking for this copyright correspondence?
 7        A.  I -- I -- I don't know if I was
 8   specific about it like that.  It was more,
 9   like, it's harder to find these things -- I
10   mean, I can send you the stuff.
11              MR. LIEBOWITZ:  We will get
12         that production to you.
13        A.  No, I mean, yes, I sent it to you.
14   You can see -- I deliberately sent it to you
15   so you can have it for the record.  You said,
16   "Listen, Mick, if you can get a hold of her
17   or not, you must show that you have made
18   attempts to do it as part of this process,"
19   so I definitely sent you that.
20              MR. LIEBOWITZ:  Okay.
21              MS. CHEN:  This will be 6.
22         Rock 6A through 6D.
23              (Rock Exhibits 6A-6D, Copies
24         of Book, marked for
25         identification, as of this
```

Page 207

```
 1              Michael D. Rock
 2         date.)
 3        Q.  I am showing you what's been marked
 4   as exhibits Rock 6A through 6D.  This was
 5   produced --
 6        A.  Do you get paid by the sheet?
 7        Q.  -- as Mick -- I know but if we
 8   could focus --
 9        A.  I'm fucking focused.  Sorry.  I am
10   focused, believe you me.
11        Q.  This was produced as Rock 14
12   through 17.  So these --
13        A.  Do you want it?
14              MR. LIEBOWITZ:  I have it.
15        A.  Oh, you have got it.  Okay.
16        Q.  So these are copies of the book,
17   Mick Rock Exposed.  This is the -- is it
18   correct, this is the book that's under the
19   copyright registration?
20        A.  Uh-huh.
21              MR. LIEBOWITZ:  Just say
22         "yes" or "no."
23        A.  Yes.
24              MR. LIEBOWITZ:  Okay.
25        A.  No, "uh-huh."  That doesn't work.
```

Page 208

```
 1              Michael D. Rock
 2        Q.  6C, specifically.
 3        A.  Uh-huh.  "Library of Congress
 4   catalogue and publication, dates available."
 5   So they can make it available.  If I can find
 6   the right person.
 7        Q.  So you see that the second line of
 8   6C says, "All photographs, photo art, and
 9   text copyright," "C," circle, "2010, by Mick
10   Rock"?
11        A.  Yes.
12        Q.  What's the difference, just for my
13   purposes, what's the difference between
14   "photograph" and "photo art"?
15        A.  I think I have got a couple of
16   pieces of photo -- I do stuff with my
17   photographs sometimes -- let me have a look
18   at the book and I will show you what I mean.
19        Q.  So they're not photographs?
20        A.  Well, they're photo based.  I don't
21   know.  It might be that photo -- within those
22   photos.  Things like that is "photo art."
23        Q.  Oh, I see.  I see.
24        A.  I have done a lot of that over the
25   years, so --
```

Page 209

```
 1              Michael D. Rock
 2        Q.  So photo-based art --
 3        A.  However you want to look at it.  I
 4   call it photo art and Ernie Warthog used to
 5   call it "ripping photographs off," but that's
 6   another story.
 7        Q.  We will call it "photo-based art."
 8        A.  Whatever you want to call it.
 9        Q.  Well, I guess the difference is,
10   they're not prints of the picture that you
11   took on film, right?
12        A.  Correct.
13        Q.  They're not just straight
14   reproductions of those pictures?
15        A.  Correct.
16        Q.  Okay.  And that's the difference
17   between a photograph and photo art?
18        A.  That's why I would have put that in
19   there, too, so that that was covered as well.
20        Q.  And you agree that the photo we are
21   all talking about, Rock 3, it's a photograph?
22        A.  Absolutely, 100 percent a
23   photograph, yes.
24        Q.  We also agree that it was first
25   published -- it was on the cover of --
```

Page 210

Michael D. Rock

2  A.  Yes.
3  Q.  -- Transformer in 1972?
4  A.  Never seen it anywhere else before
5  that.
6  Q.  Rock 3 was not taken in 2010,
7  correct?
8  A.  Which is Rock 3?
9  Q.  It's right there.
10  A.  No, no.  Oh, I see, okay.  I don't
11  do numbers too good.  Show me what you want
12  -- anyway, fine.
13  Q.  It was used -- it was taken and it
14  was used on the cover of Transformer in 1972?
15  A.  Yes.
16  Q.  And so then your copyright notice
17  is "C," circle sign, "2010, for all
18  photographs," that's not correct; is it?
19       MR. LIEBOWITZ:  Well,
20       objection.  That's a --
21  A.  Depends what you mean.
22       MR. LIEBOWITZ:  It's a legal
23       question.  I mean, he can't answer,
24       you know, a legal question around
25       copyright, so --

Page 211

Michael D. Rock

2  A.  It is applied to pictures taken at
3  all different times, and it's totally a
4  legitimate way to do it.  I mean, I can -- I
5  tell you, nowadays, for instance, if the
6  Transformer picture were to be published
7  nowadays it would, actually, because it's a
8  specific photograph, have a "C" note, "Mick
9  Rock 1972, 2018," because I do that nowadays.
10  I do that in -- in -- because lawyers say,
11  just do it.  I don't know that it actually
12  stops people from stealing, but it brings
13  them up a bit short.  The fact I took the
14  photograph, is actually on the bottom line,
15  enough.  I have checked that out at great
16  lengths.  So it wouldn't matter when it was
17  taken, as long as -- as long as -- if I were
18  dead for 70 years, then that would change
19  everything, then the stuff would go public
20  domain, but I am not quite dead yet.  I'm not
21  working on it.  I did work on it.
22  Q.  But I mean, does it say "2010,"
23  because you registered --
24  A.  Yes.
25  Q.  -- the book in 2010?

Page 212

Michael D. Rock

2  A.  Yes, because to go into everything,
3  if you want to dig into the book, the
4  pictures will have a date, but you can't,
5  like, just the publisher would not even allow
6  it.  You would just waste space.
7  Q.  But we all agree that the picture
8  wasn't created or published first in 2010?
9  A.  No, but it probably says that in
10  the caption at the back, when it was taken.
11  I normally would do that, and I am sure it
12  was there.  Probably with the location, too.
13  Q.  Okay.  So going back to the uses of
14  your Rock 3 photo, we already talked about
15  the fact that it was used on the Transformer
16  cover.
17  A.  Uh-huh.
18  Q.  What are the subsequent uses, that
19  you're aware of -- that you can remember off
20  the top of your head?
21  A.  Probably magazines.
22  Q.  We have gone over the Exposed book,
23  we talked about the Transformer book --
24  A.  We haven't talk about the Blue
25  Masque but, again, that doesn't have -- that

Page 213

Michael D. Rock

2  doesn't have a -- but I did get paid more
3  money, but that doesn't have a "C" on it
4  either.
5  Q.  So --
6  A.  But it was used a second time.  I
7  allowed it.
8  Q.  What other uses --
9  A.  I know it's in Moon Age Day Dream.
10  Well, I know it would have been -- there's
11  things that I haven't even gone around,
12  probably magazines, you know, you have to
13  understand how much work I have done, and how
14  long I have been around.  I don't have every
15  single piece of stuff, otherwise, there would
16  be nowhere for me to sleep or my wife to live
17  or my cats to live, you know --
18  Q.  So, I mean, back in 1972, when this
19  album was released and I am sure there was PR
20  surrounding it, he went on tour.  Do you
21  recall allowing magazines to use that photo
22  in the '70s?
23  A.  Probably in the '70s, yeah, but I
24  am not -- you are asking me a specific -- can
25  I think of one, no, but I would have -- but

Page 218

Michael D. Rock

1
2    there is a very famous picture, mine, of him
3    in the mirror, looking in the mirror. It's a
4    very famous shot. And he always loved that
5    shot. But it never appeared on an album
6    cover until a couple years before he died,
7    and he had a 12-inch compilation, and there
8    it was. And that happened with pictures of
9    Lou. I mean, even that one, ten years later,
10   it was on Blue Masque, but pictures would
11   show up on, you know, new albums, foreign
12   albums.
13       Q. Okay.
14       A. It's --
15       Q. So you don't recall any specific --
16       A. No.
17       Q. Okay. Uses in 1970 or -- sorry, in
18   the 1970s, other than on the album cover?
19       A. No, I don't. No, I don't.
20       Q. Do you remember any specific uses
21   of Rock 3, that actual photograph, in the
22   1980s?
23       A. I don't know if I do, really. And,
24   again, if it happened before I had my heart
25   bypass surgery, it's amazing what that does

Page 219

Michael D. Rock

1
2    to you, darling, I don't recommend it, but it
3    will short circuit a lot of things. I do
4    remember a lot of things clearly, but it
5    would be in the process of shooting pictures,
6    rather than, you know, that's all -- because
7    that's what I'm about, above all.
8        Q. What about in the '90s, do you
9    remember any uses --
10       A. I would have to look and, I mean,
11   you know, things would come up -- well, but I
12   can't remember specific usage.
13       Q. Were you selling prints throughout
14   this time --
15       A. No.
16       Q. -- of this photograph?
17       A. No, that's a much more -- that
18   really has come with the new millennium.
19       Q. So you didn't start selling prints
20   of your photographs until 2000s?
21       A. Probably a couple of things in the
22   late '90s, yeah, yeah. But that -- you know,
23   dictated by the market place, if you'd like.
24   That's when the interest started to come, and
25   that's when galleries started to shop, that

Page 220

Michael D. Rock

1
2    would show what they would call "classic rock
3    images." And the books and the documentaries
4    and all these things, and -- which, you know,
5    the cleverest thing I ever did was to hang
6    onto my pictures.
7        Q. Oh, but you did allow one use in
8    the '80s, right, the Blue Masque album?
9        A. Yeah, yeah. Well, Lou asked me.
10   What was I going to say, "Oh, no, you can't
11   use that?"
12       Q. Do you remember any other instance
13   where Lou asked you to use this specific
14   photograph?
15       A. I cannot remember, to be honest
16   with you. I did live a lot in the present,
17   you have to understand. Again, the interest
18   in the old photography, the classic rock, you
19   might say. Initially, it was for the '60s
20   stuff, but as time -- nowadays, it's --
21   actually seems to be more for the '70s. I
22   don't -- if you get me started, we're going
23   to side bar all over the place, because it's
24   a bit like doing a Q and A after -- after a
25   talk and then, you know --

Page 221

Michael D. Rock

1
2        Q. We talked about Transformer, we
3    just mentioned the Blue Masque. Are your
4    pictures on the cover of any other Lou Reed
5    albums?
6        A. I don't think so. I think I would
7    have remembered that. I don't think so.
8        Q. Okay.
9        A. Because I have all these other
10   pictures and that's -- it's mostly identified
11   with Transformer, which was a huge and
12   remains his biggest ever selling album, you
13   know --
14       Q. So let's talk about --
15       A. So people would talk -- a lot of
16   people may not even know it was on Blue
17   Masque, you know --
18       Q. Let's talk about the Blue Masque.
19           MS. CHEN: This will be Rock
20       7A and 7B.
21           (Rock Exhibits 7A-7B,
22           front/back Album Cover,
23           marked for identification,
24           as of this date.)
25       Q. I am showing you what's been marked

56  (Pages 218 to 221)

**A**

**AA** 319:6
**ability** 10:15,18
  60:5
**able** 17:19 109:6
  124:13 345:6
  360:11
**absolutely** 23:3
  50:24 85:19
  100:19 209:22
  229:23,25 232:20
  323:25 325:21
**absurd** 54:6 197:24
**academic** 303:12
**accept** 18:12 113:4
**acceptable** 22:3
**accepted** 113:10
**access** 157:8,17
  342:13
**accessible** 104:18
**accident** 171:13,15
**accommodate**
  176:15 189:15
  372:24 379:8,12
  379:23
**account** 254:8
  339:21
**accumulate** 346:21
  346:22
**accurate** 385:13
**accurately** 6:8 7:25
**achieve** 161:18
**acknowledge** 56:12
  174:10
**acquainted** 301:13
**acrimonious** 18:12
**act** 81:24 92:13,23
  98:10 127:3
  132:17 376:23
**action** 6:19 12:22
  134:25 320:7
  331:20 384:16
**activities** 357:19
**activity** 55:2
**acts** 115:12 141:10
**actual** 52:8 170:5

216:23 218:21
224:6 243:24
244:11 261:8
264:21 265:4
315:11 350:24
**ad** 73:24
**adapt** 98:10 99:18
**adapted** 69:23
  99:17
**add** 29:2 123:21
  186:8 251:11
  252:13
**added** 172:6 186:6
  187:11 252:19
**addition** 32:18
**additional** 378:22
**additions** 186:14
**address** 5:13 33:14
  41:13 42:5,11
  380:9
**addresses** 41:16,22
**adjourned** 381:11
**advance** 253:8,16
  253:18,20 254:9
  256:8 259:5 278:4
  278:6,19 288:17
  288:18 289:13,19
  289:23 306:3,10
  306:13 307:9
  308:15,16 355:9
  357:10 376:9
  377:8
**advances** 306:7
**advantage** 68:3
**advertise** 374:6
**advertisement**
  110:10
**advertising** 121:8
  132:16
**advisable** 299:6
**afford** 101:17
  191:25
**afternoon** 216:10
**afterward** 271:19
**age** 30:25 32:2,8
  81:6 99:18 128:7
  168:2 187:13

199:19 203:10
213:9 215:8 255:6
286:4 350:13
351:4,25
**agenda** 163:20
**agent** 38:22 119:14
  119:20,24 121:19
  378:8
**agents** 39:6 249:5
**ago** 24:16 27:10
  34:22 37:17 74:20
  106:24 107:18
  111:2 122:3
  139:22 152:11
  179:11 185:22
  230:6 257:12
  265:9 291:4,20
  317:15 338:11
  343:17 345:5
  348:19
**agree** 7:8 88:16
  209:20,24 212:7
  270:13 272:9
  276:17 278:11
  292:6 293:2
  295:12 311:20
  320:24 321:7
  324:2,14,18,19
  325:7 327:16,17
  327:18,19,21,21
  328:2,3,4,9,13,14
  328:16,18,23
  329:5,11 331:24
  333:6,10 336:14
  372:25
**agreed** 4:4,9,13
  32:9 88:22 108:8
  108:11 229:15
  308:22 310:8
  359:24 373:10
**agreement** 119:6
  229:13 249:25
  250:7 251:16
  252:15,21 254:12
  274:13 276:9,18
  276:24 277:6,9,17
  278:5 280:24

284:14 303:25
304:10,14 306:2
309:16 334:8,22
382:18 383:13,17
383:21
**agreements** 119:3,6
**ah** 122:9 194:25
**ahead** 85:14 155:25
  356:15
**Ainsley** 73:3,4,11
**ain't** 43:10
**air** 76:6 103:13
**AL** 385:5
**album** 71:7 76:17
  78:12 82:24 85:10
  87:22 109:4,5,8,9
  109:19 110:12,14
  111:6,10,15,19
  114:11 115:7,17
  116:12 117:2,11
  119:17 121:7
  124:11 126:20
  130:24,25 131:6
  131:13 144:24
  146:18 160:23
  163:19 167:10
  170:5 173:9,14,22
  174:19,22 175:5,5
  175:6,10 176:9,15
  176:25 177:4
  179:13 183:9,12
  183:15,20,25
  184:3,10 185:16
  186:2 189:20,21
  190:4,25 191:3
  193:25 194:10,21
  194:24 213:19
  214:3,4,6,7
  216:15 217:5,6
  218:5,18 220:8
  221:12,22 222:5,7
  222:12,24 223:6
  223:20 224:6,16
  225:5 227:3,8
  228:18 229:5,8
  230:21,22 231:22
  232:3 234:16,20

236:16,19 237:23
247:14 265:22
276:23 277:19
286:14,20,24
287:16,19 315:10
329:4 336:23
347:20,21 350:25
359:11 383:9,10
**albums** 78:14,18,19
  117:13 170:6
  194:20 218:11,12
  221:5 224:19
  234:8 247:21
  292:6
**allege** 320:12,14
  331:21
**alleges** 196:23
**alleging** 332:9
**allow** 63:17 192:9
  212:5 220:7 358:5
**allowed** 22:20
  30:11 213:7
  245:10 276:13
**allowing** 213:21
**alternative** 127:24
  149:25 151:13
**amateur** 47:11
**amazing** 58:12
  218:25
**amendment** 309:18
**America** 31:7
  32:17 33:2 196:10
  196:11 199:10
  203:5 271:3 380:5
**American** 93:5
  244:13
**Americans** 142:5
  145:5
**amount** 83:2 85:11
  88:18 108:7
  110:18 180:10
  249:16
**analyze** 51:13
**Anderson** 39:25
**Andrew** 271:24
  272:2
**Andy** 133:10

**and/or** 385:14
**angle** 152:7
**angled** 152:9
**angles** 154:16,24
**angry** 6:13 322:25
  323:3 331:8
**announcement**
  341:22
**annoy** 61:13
**annoyed** 18:15,18
**answer** 5:25 6:11
  8:3,23,24 9:9 10:6
  13:16 16:22 17:20
  21:24,25 22:3
  23:16 26:14 42:22
  47:15 51:11,14
  52:19 53:2,25
  54:3 55:20 57:17
  59:3,13,20 60:4,6
  60:7,22 66:3 98:7
  100:14 121:18
  184:9 210:23
  229:2 261:11
  266:14 300:24
  322:7 323:9
  333:21 348:11
  351:14
**answered** 18:4,4
  24:7 40:23 52:11
  198:14 217:17
  375:6
**answering** 24:5
  63:23 170:21
**answers** 6:22 7:7
  9:6 59:5 60:21
  202:9
**Anthology** 341:7
  343:6,9 346:13,16
  348:3
**anybody** 14:20
  16:18 17:11 30:17
  36:5,9 39:21 40:8
  40:20 67:13 84:19
  151:8 181:19
  194:9 195:22
  198:11 199:2
  205:2 214:22

262:9 273:7 293:9
  294:5 295:2,4,9
  299:25 320:15
  322:18 324:17
  326:21 340:4
**anybody's** 131:21
**anymore** 65:19
  131:22 132:6
  145:9 242:8
  256:18,19 289:5
  309:14
**anyway** 76:3 78:10
  81:15 95:22
  118:17 130:3
  136:23 143:12
  146:19 151:6
  156:18 157:20
  197:3 210:12
  226:4,6 233:5
  236:15 266:13
  274:3 302:11
  306:23 310:11
  314:10 362:10
  363:24
**apart** 73:21 144:23
  145:5
**aperture** 102:25
**apologize** 201:24
**appear** 228:5
**appeared** 218:5
  228:7 230:21
  349:16
**appearing** 22:14
**appears** 269:15
**application** 198:5
  199:3,6 200:4
  271:5
**applied** 172:19
  211:2
**apply** 279:12
**approach** 68:7
  373:11
**appropriate** 59:3
  98:25
**appropriately**
  286:5
**approval** 116:22

132:4
**approvals** 226:2
**approve** 263:5
**approved** 309:20
**approving** 262:9
**April** 356:10
  379:18
**archive** 309:7
  340:14,14
**areas** 61:23 99:16
  132:13
**argue** 172:16,17
  325:19
**Arista** 226:10,11
  226:24,25 371:24
**arm** 319:9
**arrangement** 136:3
**arrested** 11:25
**art** 93:8 99:25
  100:2 106:16
  114:20 117:22
  124:14 128:15
  131:5,19 132:14
  132:20 179:17
  181:21 185:15,18
  189:13 208:8,14
  208:22 209:2,4,7
  209:17 225:11
  229:6 245:19
  296:25 299:3
  343:21
**artfully** 8:9
**article** 279:8
**articulate** 84:8
**artist** 82:11 92:11
  109:6 359:20
**artistic** 162:4 166:6
**artists** 17:3 75:13
  149:25 293:2
**arts** 181:24
**artwork** 287:19
**ASA** 143:4,16
**aside** 40:17 236:6
**asked** 24:8 29:22
  40:23 43:24 44:5
  50:15 52:11
  107:17 117:20

137:13 198:14
  217:13 220:9,13
  224:25 225:4,12
  225:14 245:15
  249:17 258:18
  273:22 274:18
  286:17 337:25
  340:4 343:9,11,18
  346:17 348:10
  357:17 373:4,8
  376:6 378:23
**asking** 6:21 7:7 8:2
  28:14,17 37:11
  46:9,11 50:18
  52:20 53:5,7
  80:2,3,25 107:15
  129:5 149:10
  175:17 197:16
  213:24 300:23
  321:4 323:23
  338:9,9 357:13,14
  357:18 367:13
  369:16
**ass** 70:25
**assembled** 112:15
**Assignment** 385:3
**assume** 15:10 19:6
  22:15 57:3 108:25
  121:2 259:7
  265:25 292:15
  351:23
**assumes** 380:8
**assuming** 94:23
**Atlantic** 94:19
**attached** 134:23
**attachment** 257:5
**Attack** 231:6
**attempt** 8:12
**attempts** 206:18
**attend** 66:9
**attention** 192:7
**attic** 44:22 45:3
  182:5 183:17
  215:22,22 222:16
**attorney** 40:17
  46:22 50:20 64:6
  380:20 383:24

**Attorneys** 3:6,13
**attorney's** 23:13
**attorney/client**
  23:6 28:5 50:17
  53:23
**audience** 128:13,14
  141:2 142:3
**Australian** 157:14
**author** 271:4
**available** 179:3
  208:4,5 256:19,20
  289:4
**Avenue** 2:8 3:16
**avoid** 147:6
**avoiding** 180:20
**awake** 284:10
**aware** 26:23 38:15
  122:20 191:15
  201:22,25 212:19
  323:18
**Aydil** 1:24 2:10
  384:7,24
**a.m** 1:16 2:3

**B**

**B** 134:24 223:21
  224:6 231:20
**Baby** 124:22
**back** 8:17,24 33:12
  34:8,10 47:22
  48:3 60:10,19
  63:12 68:21 71:13
  71:22 72:8,12
  75:14 76:13,22
  78:17,17 79:19
  85:25 88:23 90:10
  90:20,21 91:21,24
  96:18 100:9
  101:18 102:10
  108:19 109:19
  110:16 111:7,19
  112:19 113:24
  114:12 115:24
  118:12,24 120:6,9
  121:20 124:4,6
  125:14 126:9
  129:15 131:7