136:21 137:21
138:19 145:21
147:19 148:11
154:14 161:11
163:17 170:12
173:15 175:17
177:15 178:15
179:4,17 180:12
182:23,25 183:6
190:5,15 191:2
193:22,22 194:19
200:24 201:2
203:17 204:25
212:10,13 213:18
215:18 222:4
224:23 225:9
226:15 227:6
229:8 232:3,15
238:19 239:22
243:2 261:24
263:24 264:2
267:2 280:17
281:11 283:13,19
293:22 297:8
301:20,22 310:9
319:7 323:20
333:22 346:4,11
358:7 360:18,19
360:21 361:20
370:9 371:3 375:9
378:21,25 380:4,7
380:12,18
**background** 11:4
  22:12 99:7 239:9
  240:15
**backstage** 146:2
**bad** 95:5
**balls** 55:18
**banana** 185:19
**band** 71:8 72:16,22
  72:25,25 73:2
  86:9 88:4 89:5,25
  111:24 112:6
  113:4,6,8,17,19
  113:20,22 114:13
  115:5 136:21
  237:18,20 238:4

239:25 243:2,20
246:22,22 357:2
**bands** 73:13 86:6
  87:3
**bank** 254:8 339:20
**bar** 220:23
**barely** 158:12
  159:3 233:2
  328:12 333:12
**Barneys** 1:7 3:14
  6:18 26:7
**Barny** 354:11
  356:24
**Barra** 139:5 162:2
  215:11,12 231:6
  255:10 306:22
  352:2
**Barrett's** 127:21
**Barrott** 68:12 71:4
  102:23 107:8
  126:17 318:11
**Barry** 3:22 25:16
  43:10 79:10 83:20
  99:11 119:16
  120:13 231:14
**bartending** 146:25
**base** 148:6 203:5
  295:17,24 299:2,3
**based** 132:10
  148:10 208:20
  248:4 256:21
  296:21 327:8
  376:7
**basement** 182:6
  215:23
**basically** 96:14
  101:15 149:24
  317:3
**basis** 307:20 332:9
**bastard** 216:8
**batch** 280:8 301:12
  342:22 347:4
**bathroom** 268:25
**BBC** 349:7 353:12
  353:25 357:22
  358:10
**beaches** 103:15

**beams** 163:15
**beat** 122:13
**Beatles** 78:17 106:8
  194:20,21
**beats** 93:5 249:8
**beautiful** 29:14
  61:17,18,25
  174:11 250:25
  304:23 319:21
**bed** 91:10 284:8,8
  316:7 355:24
**beginning** 70:4
  100:25 291:24
**behalf** 122:25
  195:23 202:2
**behaved** 170:20
**behavior** 190:10,11
**beings** 63:3
**believe** 37:18 41:9
  57:17,18,19 91:13
  143:6 166:11
  196:11 198:24
  205:3 207:10
  217:13 233:25
  249:7 261:17
  321:21 331:15
  349:19 369:9
  381:4
**bell** 39:12
**Bennett** 39:2
**best** 21:23 44:6
  46:17 60:4,22
  63:14,20 92:20
  188:2,3 223:9
  260:13 381:2
**bet** 148:24
**better** 63:6 75:18
  122:12 126:12
  147:16 247:9
  297:23 298:9
  299:12 300:18
  358:3 365:25
  374:5
**Beverly** 75:18
**Beyonce** 294:7
**beyond** 78:22
  291:23,23

**bid** 77:14 181:4
**big** 32:19,19 33:4
  38:4 75:9 77:10
  105:21 120:5
  125:13 128:9
  138:11,13,14
  142:6 157:12
  177:14 230:15
  257:6 286:6 291:7
  291:20 307:7
  321:5 361:20
  365:5 368:3 378:9
  380:11
**bigger** 171:7
**biggest** 175:10
  184:3 221:12
**binding** 318:11
**bingo** 303:16,16,16
**birthday** 40:3
  341:19
**bit** 18:11 55:23
  68:6 71:13 78:7
  86:12 94:15 96:18
  104:11,16 120:13
  122:10 123:21
  126:23 130:21,22
  134:6 136:2 146:3
  146:9 147:9,18
  150:9,14 154:15
  162:18 172:6
  177:13 178:24
  180:5,11 185:6,8
  187:18,20 188:23
  188:24,25 191:24
  211:13 216:17
  220:24 227:5
  239:22 245:20
  265:7 287:7
  301:20 312:8
  313:25 314:11
  316:12,13,16
  317:4 325:2
  328:25 333:17
  363:8 364:9
**bits** 78:10
**BK** 91:6
**black** 89:18 170:12

176:7 231:8 240:7
  240:15 243:16
  328:6
**black-and-white**
  92:8 97:8 103:17
  104:4,7,10 115:10
  118:23 143:21,22
  238:2 240:18
  242:16 317:8
  328:8 333:7,8,15
**blast** 321:17
**blatantly** 321:24
**bleed** 315:19
**bless** 120:24
**blind** 322:10
**Blondie** 75:16
  78:20,20,20
**blood** 360:21
  384:17
**bloody** 16:23
  322:13
**blue** 78:2,4 83:6
  212:24 218:10
  220:8 221:3,16,18
  222:5,25 223:6
  229:6 235:25
  325:2 328:20
  329:4,7 332:21,24
  333:4,14 347:21
**board** 39:24,25
  237:6 325:24
  369:9
**boards** 245:20
**Bob** 67:19 78:18
  86:4 106:9 138:10
**Bob's** 82:3
**Bohemian** 69:23
**book** 29:12 30:20
  30:23 31:5 32:3
  32:11,15 33:9
  34:10,11 35:22
  36:22 37:3 45:12
  64:19,20 65:3
  91:6 96:16 117:17
  117:18,20 127:23
  133:21,24 135:10
  135:24 174:12

190:16,19 195:18
195:20,24 196:14
196:19,24 199:20
199:23 200:5,13
200:23,24 201:3,7
201:18 202:13,14
203:18 204:14
205:19 206:24
207:16,18 208:18
211:25 212:3,22
212:23 215:11
248:20 250:25
251:18,19,23
252:3,22 254:18
254:25 255:7,10
255:12,17 257:3,4
257:5 259:13,20
260:23 261:24
262:2,8 265:8
266:11 267:13
270:15 271:22
290:5 292:21
304:16,17,19,23
305:6,19,22 306:8
306:12,24 308:10
308:15,18,19,23
309:2,9,13 311:2
311:4,16,18
312:11 313:8
315:5,17 317:18
317:24 318:11
335:25 340:11,16
341:17,18 342:2
343:19,21 344:13
345:10,12,14,15
345:17 346:14,16
347:6,22 349:16
349:17 350:14
351:19,22 368:8
368:11 369:16
370:15,16,19,21
371:24 376:18
380:11 383:8,18
**booking** 38:22
**books** 29:15 30:22
  31:7 32:24 35:4,5
  35:16 36:10 47:10

83:19 84:16,17
193:14 196:5,18
198:9 199:12
200:19 201:14
220:3 254:20
292:22 305:13
307:4 310:11,19
313:4 319:3,4
351:12 352:6
**boring** 118:16
**born** 11:7,8
**bothered** 101:21
**bothering** 381:6
**bottom** 161:10
  191:8 211:14
**bought** 34:11 289:5
  374:12
**bounce** 164:10
  380:7
**bound** 18:11
**Bowery** 75:17,19
**Bowie** 30:23 32:3
  69:19 87:11 89:14
  91:14 100:7 105:6
  126:6 136:9,15
  140:23 145:9
  178:4 196:14
  199:21 217:25
  255:7 257:4
  260:23 315:17
  349:16 352:19,21
  363:8 367:10
  374:20 375:8,9
  377:2
**Bowie's** 127:23
**box** 38:4 117:15
  335:10 336:25
  337:2,4 338:2
  375:8
**boxes** 48:15
**boy** 65:16 72:6
**brain** 15:25 54:11
  69:16 140:11
  152:10 161:16
  320:15
**brake** 10:10
**brand-new** 19:12

**Bravado** 37:23
  38:16 39:5 378:8
**break** 10:5,7 94:13
  106:20 169:17
  182:9 262:14
  268:25 345:25
  378:11,14
**breakout** 10:11
**breaks** 10:4
**breath** 371:12
**Brian** 319:2
**briefly** 65:20
**bright** 84:8
**brilliant** 93:16
**bring** 64:23 65:2,3
  101:11 104:24
  105:23 114:14
  123:2 152:15
**brings** 211:12
**brink** 124:11
**Britain** 157:16
**British** 11:19 93:5
  93:25
**Brits** 67:5
**broke** 84:21 349:21
**Brooklyn** 257:6
**brother** 112:24
**brought** 64:20 90:9
  106:2 144:5 145:8
  157:16 167:17
  168:8 171:19
  173:3,7 174:17
  242:25 305:6
**Bs** 31:13,15 223:22
**budget** 149:23
  179:10
**buggery** 239:13
**built** 16:11 57:24
**bullshit** 78:24
  137:6,10 332:18
**bunch** 275:4 310:5
  375:10
**bundle** 321:12
**buried** 182:3
  183:17 215:22
**Burley** 37:24 38:7
  40:4

**burner** 380:12
**business** 15:24 16:6
  16:8,10 36:20
  48:19 50:22,24
  51:2 59:14 67:3
  74:7,8 78:7 95:9,9
  98:10 105:14
  128:14,21,21,24
  180:15 185:23
  191:24 201:10,11
  203:13 227:3
  329:15 354:22
  363:11 380:2
**businesses** 21:14
**bust** 296:11
**busy** 16:3
**buy** 292:6,11,12
**buyout** 377:14
**bypass** 91:8 218:25
  355:25

———————
C
———————
**C** 3:3 5:2,2 191:12
  192:10,16 193:5
  194:12 208:9
  210:17 211:8
  213:3 227:21,23
  320:6 384:2,2
**Cabal** 238:7
**cabinets** 48:18
**cage** 237:12
**call** 32:19 62:9
  86:25 159:22,24
  179:4 209:4,5,7,8
  220:2 258:8 308:5
  317:20 350:2
  357:25 360:12
**called** 20:9 30:25
  37:24 43:23 66:5
  71:5 72:16,22,24
  72:25 73:3 91:6
  99:20 100:10
  120:22 121:25
  125:19,21 126:18
  138:19 155:18
  157:9,10,13
  166:24 173:21

238:6 242:11
251:21,22 252:2
271:14 292:24
296:16 298:20
313:23 340:15
357:2
**calling** 205:8 261:7
**calls** 252:15
**Cambridge** 6:25
  63:9 65:12,19
  66:16 71:9 74:11
  180:20 356:23
**cameo** 230:15
**camera** 66:19 67:7
  101:11 105:10
  118:13 142:9,12
  152:3 241:4,8,12
**cameras** 299:19
**cant's** 296:13
**caper** 195:3
**caption** 212:10
  385:4
**captioned** 385:11
**card** 11:16
**cardinal** 118:17
**cardiologist** 91:15
  91:17
**care** 76:25 84:20
  321:23 323:5,5
  324:8 345:23
**cared** 319:22
**career** 56:17,20
  121:22
**careful** 175:18
  295:19 296:2
  300:18
**cares** 103:6 298:17
**Carl** 173:21
**Carle** 118:7
**Carol** 298:4
**carry** 76:17 250:25
  325:23
**Carswell** 33:21,22
  35:6
**carve** 316:9
**carved** 315:21,23
**case** 17:8 24:25

57:13 77:24 81:25
83:3 105:5 106:17
110:25 112:12
114:8,22 115:12
115:19 116:9
118:7 119:22
121:15 132:18
153:4,6 157:12,22
168:2 222:25
228:4 237:8,15
262:25 263:21
268:21 291:2
297:13 313:15
330:23 385:4
cases 14:4 17:18
  18:23 106:16
  114:7
cat 125:19,20 372:4
catalogue 208:4
  269:16
categories 43:24
category 271:14
cats 70:8 213:17
  281:8
cave 247:22
CD 222:15,15,18
  223:4,5 224:10
  228:2 247:17,18
  292:10
CDs 183:23 223:21
  224:7 248:2
celebrate 341:18
celebrating 359:20
celebration 92:23
celebrities 301:17
Center 91:20
Century 231:4
cerebral 153:10
certain 61:23 88:18
  103:20,24 110:17
  111:14 125:7
  129:6 146:10
  149:19 154:16,16
  154:24 155:13
  167:6,24 190:20
  243:5 255:25
  264:4,5 317:5

318:15 340:19
  347:17
certainly 56:13
  58:6 61:7 62:13
  68:11 77:22 99:10
  106:13 112:10
  117:10 151:21
  202:23 203:15
  204:23 214:8
  229:19 253:12
  287:20 291:4,7
  333:13 379:23
  380:16
certificate 200:17
certification 4:7
certify 384:9,15
chain 91:11
champagne 118:12
chance 9:11 94:10
  150:23 194:25
  269:24 270:5,10
Chandler 72:18
change 116:10
  147:23 185:8
  211:18 268:22
  315:11 316:10
  321:9 372:23
  386:3,5,6,8,9,11
  386:12,14,15,17
  386:18,20,21,23
  387:3,5,6,8,9,11
  387:12,14,15,17
  387:18,20,21,23
changed 224:9
  247:18 318:5
changes 115:7
  116:6 186:12,13
  315:3 380:22
  385:14,17
characters 68:12
  83:22 93:7 128:5
  129:24,25 149:20
charge 29:3 46:7
  340:20 343:19
charging 321:12
  343:20
charming 93:17

chase 310:3
chat 309:6
Chaz 72:18
cheap 76:24 77:2
  136:23 180:18
  259:15
cheapest 74:8
  104:9
check 16:19 71:16
  98:14 145:16,19
  215:4 229:8
  259:17 261:18
  291:6 300:10
  339:17,17
checked 192:14
  211:15
checks 257:23
  258:2 260:20
  290:23 308:12
chemically 161:12
Chen 3:18 5:18
  14:7,13,16 17:25
  18:3,9 20:17
  23:14,22 24:4
  25:16 28:9,12,17
  42:4 43:4 50:18
  51:24 52:7,12,15
  53:16,21 61:11
  62:20 106:19
  110:3 120:18
  134:17 159:22
  160:3 182:10,14
  205:8 206:21
  221:19 231:19
  233:6 235:4,9,23
  250:18 251:4,9
  258:8 269:2,6
  275:16,24 280:2,7
  280:14,20 281:14
  283:16 289:25
  290:7 303:23
  308:5,9 311:15
  319:24 326:13
  330:3,7,11 333:22
  334:6 335:19
  336:7 340:24
  342:15 346:4

368:14 369:22
  370:2 382:6
Chen's 54:17
Cher 231:6
Chihuly 58:4 90:7
  99:9 100:15
chimps 204:2
China 51:4
choices 216:9
choose 51:8 92:12
  92:17 101:10
  102:8,12 104:6
choreograph 98:21
choreographer
  130:2
chose 115:16
  118:10 243:5
  347:5
Chris 75:15 112:23
  117:16
Christine 33:22
  35:6,24 204:20,22
  205:4,10,14 380:3
  380:9
Christine's 35:18
chrome 118:23
  244:11
chromes 115:24
Chronicle 31:7
  32:24 35:3,5,16
  36:10,18 198:9,10
  198:11 199:2,12
  199:17,25 202:25
  203:5 204:20
  380:3
Chronicle's 204:7
chunk 205:20
cigarette 66:23
cigarettes 91:13
cinema 135:18,19
  139:17 293:13
  294:10 299:15
circle 191:12
  194:12 208:9
  210:17 227:18,21
  227:22,23 243:7
circled 193:5

circuit 219:3
circumstance
  297:14 298:18
circumstances
  125:12 154:23
citizen 11:11,13,15
city 33:3 51:7 75:10
  369:21
civil 103:12
civilized 326:19
claim 197:2
claiming 197:23
claims 86:21
Clapton 319:5
clarify 54:13
classic 120:11,13
  220:2,18
classical 93:25
classically 106:7
clean 147:12,13
  167:23 321:19
clear 30:8 171:17
  173:25 194:8
clearly 7:24 219:4
  223:25 297:2
clever 201:2
cleverest 220:5
client 14:20 17:4
  18:19 22:9 23:5,5
  23:15 46:7 52:5
  285:20,22 326:14
clients 231:16
clone 112:2
clones 83:10
close 30:14 31:3
  39:16 159:19
  175:9 187:22
  223:12,24 287:25
  288:5 319:5
  325:17 381:7
closed 135:20
closer 264:15,17
  288:6
clothes 319:11
clothing 279:13
clue 56:15 215:12
  273:2 285:8

**CMI** 245:25
**Coast** 87:20
coat 331:24 332:10
cocaine 91:9 93:10
cock 103:3
coffee 90:18 284:11
**Colin** 31:2,9,10,11
　31:16 32:2,4,7,10
　32:14,21 34:6,14
　34:17 35:9,14
　36:7,8 203:7
　204:21,25 205:10
　205:25 250:11
　253:13 254:7
　255:4,4 256:10
　258:22 265:24
　306:25 350:3,4
　380:4
**Colin's** 205:21
collaborations
　306:20
collect 236:21
collection 77:13
　138:10 238:7
　307:7 340:15
collectors 265:11
college 67:4 106:16
colloquy 183:7
color 92:8 104:3,7
　115:10 143:23,24
　186:21,23 187:5
　242:15 267:20
colors 328:5,7
come 27:24 29:15
　32:4 46:15 48:18
　75:11 118:14
　131:12 137:13
　142:6 147:23
　167:2,25 173:16
　182:5 215:9
　219:11,18,24
　292:12 296:15,24
　299:7 306:24
　308:23 346:14
　347:3 360:19,21
　361:16 362:15
　363:6 364:7 374:6

　378:21,25 379:18
comes 51:6 132:19
　257:22
coming 60:19 63:6
　105:13 173:9
　262:8 338:19
　360:18
commemorate 40:2
comment 216:12
　231:15 285:19
commerce 117:22
commercial 69:25
　141:22 155:10
　203:10 255:8
　353:15 363:14
commission 74:3,6
　81:17 237:22,24
　246:11,19 249:10
commissioned
　75:21 76:8,10
　79:19,20 81:19
　82:7 237:7,17
　246:21
commissioning
　74:25 75:2
communicate
　41:12
communicated
　26:24 33:11
communicating
　98:24 99:23
communication
　28:5
communications
　205:5
companies 32:16
company 30:20
　31:12 71:5 226:23
　246:24 258:23
　306:8 318:9 319:3
　354:6,7,8,10
compare 184:10
compared 88:12
comparison 239:19
compilation 218:7
compilations
　127:18

complain 69:9
　193:4 228:13
complained 192:21
　355:24
complaining 13:11
　356:13,14
complaint 13:14
　134:24 196:22
　198:3 269:21
　320:7 331:19
complete 99:2
　129:10 198:22
completely 89:4
**Complex** 12:24
compliant 170:24
complicated 29:8
　117:3 242:15
　290:20
comprehension
　338:22
compromised
　246:16,16
compute 47:8
computer 267:21
　345:20
computers 128:7
**Conceived** 236:25
concept 71:23
　162:25 238:2
conceptionally
　100:3
conceptually
　173:17
concern 300:8
concerned 175:3
　201:21 300:9
concert 88:2 124:4
　126:9 144:14,21
　145:12,24 238:24
　370:10,14
concerts 140:25
condition 10:13
　189:22
**Coney** 124:22
confidential 23:6
　41:24 42:5 369:23
confirm 188:15

　235:4 260:19
　266:25
**Congrats** 91:12
**Congress** 201:19
　208:3
conjunction 132:17
conscientiously
　97:18
consented 229:18
　229:21
consequence 57:12
consideration 97:5
considering 95:12
　180:10
consistent 372:22
constantly 86:3
constrained 104:22
contact 35:16 36:6
　42:3 133:25
　145:13 155:3
　157:3 158:22
　159:15,25 163:18
　163:22 164:5,17
　164:21 165:9,18
　166:5,16 167:13
　168:7,9 169:8,18
　242:25 256:17
　258:24 300:7,10
　303:3 371:2
contacted 256:15
contacts 33:5
contained 39:22
　40:15
content 155:6
**Continue** 52:17
continued 104:13
　382:25
contract 39:11,17
　117:18 120:5
　199:11,13,16
　256:4 274:4
contrasty 172:7,13
　176:8 185:6
　187:18,21,23,25
　188:4
control 76:15
　377:22

conversation 54:21
　54:23 133:22
　225:6 305:2,17
conversational
　54:25
convert 139:19
convicted 12:4
cooperative 252:17
copied 185:4
　323:20
copies 146:19
　190:19 206:23
　207:16 215:13
　224:18 341:24
　342:5 383:8
copy 69:5 117:12
　178:11 183:12,15
　183:20 184:7,23
　184:25 189:21
　199:16 200:16
　201:7 205:7 222:7
　222:9,17 223:2
　224:15 237:5
　247:14,17 250:22
　324:21 330:20
　350:5 380:19
copyright 77:3,19
　77:20 78:16 79:2
　191:9,17 193:10
　196:24 202:5
　204:8,13 206:6
　207:19 208:9
　210:16,25 214:10
　227:17 228:6
　229:3,5 232:16,25
　233:21,23 234:7
　246:10 248:6
　249:12 269:8,17
　269:21 272:17
　273:4,10 274:22
　274:23 279:24
　282:16 283:23
　284:3 287:3 288:8
　335:3,6 382:12
　383:14,15
copyrights 76:21
　76:21,22 193:25

| | | | | |
|---|---|---|---|---|
| **cordoned** 140:20 | 67:22 71:12 93:7 | 190:24 193:25 | 279:17 299:5 | 23:1 24:1 25:1 |
| **cordoning** 141:9 | 104:5 106:17 | 194:11,21,24 | **creation** 270:19 | 26:1 27:1 28:1 |
| **corner** 97:14 | 125:20 129:20 | 209:25 210:14 | **creative** 16:3 162:4 | 29:1 30:1 31:1 |
|   283:23 284:4 | 130:23 132:8 | 212:16 214:4,19 |   166:6 | 32:1 33:1 34:1 |
|   317:18 | 138:8 141:23 | 216:22 218:6,18 | **Creators** 100:10 | 35:1 36:1 37:1 |
| **correct** 6:15 9:12 | 155:16 174:10 | 221:4,22 222:24 | **credit** 77:23 179:18 | 38:1 39:1 40:1 |
|   184:15 196:25 | 178:23 183:22,22 | 224:23,24 227:3 |   194:11 214:14 | 41:1 42:1 43:1 |
|   200:10 202:11 | 183:23 192:5 | 227:12 229:6 |   223:12,25,25 | 44:1 45:1 46:1 |
|   207:18 209:12,15 | 194:25 229:19,23 | 231:22 236:16,23 |   234:7 | 47:1 48:1 49:1 |
|   210:7,18 229:6,7 | 230:23 247:23 | 236:25 243:15,19 | **credits** 78:16 193:2 | 50:1 51:1 52:1 |
|   254:14 272:3 | 270:8 279:14 | 244:3 248:6,16 |   225:8 227:11 | 53:1 54:1 55:1 |
|   274:15 277:4 | 292:8 293:6,11 | 263:3 264:17 |   232:16,22 233:19 | 56:1 57:1 58:1 |
|   278:25 279:4 | 312:7 314:25 | 265:22 276:23 | **crime** 300:15 | 59:1 60:1 61:1 |
|   334:25 341:9,12 | 316:22 323:15 | 282:15 286:15,20 | **criminal** 12:5,12 | 62:1 63:1 64:1 |
|   347:13 380:10 | 329:19 331:5 | 286:25 287:19 |   20:12 53:15 | 65:1 66:1 67:1 |
| **corrected** 267:20 | 353:6,15 355:7 | 300:7 311:11,12 | **crook** 291:15 | 68:1 69:1 70:1 |
| **corrections** 385:14 | 356:7 357:4 362:5 | 311:12,13,16,17 | **crop** 115:9 177:10 | 71:1 72:1 73:1 |
| **correspondence** | 362:23 371:3 | 311:23 312:9,15 |   189:2,8,9,15 | 74:1 75:1 76:1 |
|   62:16 204:7,13 | 379:13 | 312:17,18,22 | **cropped** 176:14 | 77:1 78:1 79:1 |
|   206:6 272:18 | **court** 1:1 4:17 5:15 | 313:13 315:6,9,10 |   188:23 189:2 | 80:1 81:1 82:1 |
|   273:4 382:12 |   6:7 7:11,22,24 8:4 | 315:17 329:4 | **cropping** 188:16,25 | 83:1 84:1 85:1 |
| **correspondences** |   8:16 9:17 14:24 | 351:2 354:14 | **Crosby** 87:21 | 86:1 87:1 88:1 |
|   50:4 |   16:19 19:4,8 | 357:6 359:11 | **Cross** 135:19 136:5 | 89:1 90:1 91:1 |
| **cost** 142:25 |   20:22 59:19,19 | **covered** 196:23 |   293:13 294:10 | 92:1 93:1 94:1 |
| **counsel** 4:5 8:21 |   60:10,11,13 160:4 |   197:3 209:19 |   299:15 | 95:1 96:1 97:1 |
|   74:10 122:2 |   281:24 369:5,8,10 |   350:12 | **crowd** 141:13 | 98:1 99:1 100:1 |
|   269:15 |   370:4 380:18 | **covers** 71:7 78:13 | **crowded** 141:19 | 101:1 102:1 103:1 |
| **count** 305:9,10 | **courts** 20:12 22:23 |   87:22 94:15 117:2 | **CSR** 1:24 | 104:1 105:1 106:1 |
| **country** 61:15,18 | **cover** 71:19,22,23 |   121:7 126:20 | **cuddling** 125:23 | 107:1 108:1 109:1 |
|   61:19,21 |   71:23,25 76:17 |   127:24 131:6 | **cuff** 75:7 | 110:1 111:1 112:1 |
| **COUNTY** 384:5 |   80:13 82:24 92:5 |   144:24 173:22 | **culture** 147:25 | 113:1 114:1 115:1 |
| **couple** 25:25 34:22 |   102:22 103:21 |   196:11 217:7 |   148:2 | 116:1 117:1 118:1 |
|   45:6 75:22 76:19 |   109:4,10,19 110:9 |   229:8 230:21,22 | **cup** 90:17 | 119:1 120:1 121:1 |
|   102:6 127:10 |   110:12,15 111:6 |   232:3 234:16,20 | **curiosity** 367:5 | 122:1 123:1 124:1 |
|   169:21 173:22 |   111:10,15 112:15 |   383:9,10 | **currently** 362:21 | 125:1 126:1 127:1 |
|   208:15 218:6 |   113:24 115:20,24 | **co-signature** 64:21 |   362:21,25 | 128:1 129:1 130:1 |
|   219:21 237:12 |   116:12,25 118:15 | **co-signed** 29:13 | **cut** 76:19 128:25 | 131:1 132:1 133:1 |
|   246:12 249:21 |   118:16 119:17 |   216:25 250:11 |   162:22 203:24 | 134:1 135:1 136:1 |
|   256:14 257:9 |   124:23 130:24,25 |   308:19 310:19 |   204:5 237:5 | 137:1 138:1 139:1 |
|   261:18 296:20 |   131:13 153:2 |   345:18 362:7 | | 140:1 141:1 142:1 |
|   312:6 345:2 |   163:20 167:11 |   364:17 366:6 | **D** | 143:1 144:1 145:1 |
|   352:19,22 366:17 |   169:23 170:5 | **craft** 130:3 | **D** 1:14 2:6 5:2 6:1 | 146:1 147:1 148:1 |
|   366:19,20 367:2 |   173:15,15,18 | **create** 293:3,10 |   7:1 8:1 9:1 10:1 | 149:1 150:1 151:1 |
|   367:15,18 372:7 |   174:19,22 175:5,6 |   294:23 295:10 |   11:1 12:1 13:1 | 152:1 153:1 154:1 |
|   374:13 |   176:9,15,25 177:5 |   296:10 298:2 |   14:1 15:1 16:1 | 155:1 156:1 157:1 |
| **course** 7:21 9:7 |   179:13 184:11 |   329:12 |   17:1 18:1 19:1 | 158:1 159:1 160:1 |
|   22:22 32:14 66:12 |   186:2 187:9 | **created** 212:8 |   20:1 21:1 22:1 | 160:14 161:1 |

| | | | | |
|---|---|---|---|---|
| 162:1 163:1 164:1 | 303:1 304:1 305:1 | 221:24 231:24 | **daylight** 102:16 | **decade** 77:25 |
| 165:1 166:1 167:1 | 306:1 307:1 308:1 | 233:11 235:14 | **days** 58:6 65:17 | **decide** 60:9 67:12 |
| 168:1 169:1 170:1 | 309:1 310:1 311:1 | 250:3 256:8 | 68:21,25 69:18 | 89:25 92:16 93:19 |
| 171:1 172:1 173:1 | 312:1 313:1 314:1 | 269:10 270:19 | 70:19 75:15 78:9 | 152:14,21,23,25 |
| 174:1 175:1 176:1 | 315:1 316:1 317:1 | 276:4 304:3 320:4 | 90:10,21 93:2,12 | 177:10 228:23 |
| 177:1 178:1 179:1 | 318:1 319:1 320:1 | 330:16 334:10 | 95:19 102:15 | 337:19 369:6 |
| 180:1 181:1 182:1 | 321:1 322:1 323:1 | 336:13 341:3 | 117:8,9 118:24 | **decided** 30:25 |
| 183:1 184:1 185:1 | 324:1 325:1 326:1 | 386:24 387:24 | 125:14 130:19 | 59:13 80:9 167:8 |
| 186:1 187:1 188:1 | 327:1 328:1 329:1 | **dated** 250:8 256:5 | 173:12 175:23 | 169:5 337:22 |
| 189:1 190:1 191:1 | 330:1 331:1,19 | 304:12 334:17,23 | 214:8 232:15 | **decision** 172:18 |
| 192:1 193:1 194:1 | 332:1 333:1 334:1 | **dates** 135:11 208:4 | 237:4 | 188:12 319:8 |
| 195:1 196:1 197:1 | 335:1 336:1 337:1 | **daughter** 41:2 | **day-to-day** 318:25 | 354:12 |
| 198:1 199:1 200:1 | 338:1 339:1 340:1 | 84:18 279:23 | **dead** 74:20 89:13 | **decisions** 131:19 |
| 201:1 202:1 203:1 | 341:1 342:1 343:1 | 282:12 | 89:15,16 120:12 | **decision-making** |
| 204:1 205:1 206:1 | 344:1 345:1 346:1 | **Dave** 93:13,16 | 136:18 152:4 | 340:13 |
| 207:1 208:1 209:1 | 347:1 348:1 349:1 | **David** 5:9 10:22 | 211:18,20 296:23 | **decisive** 152:24 |
| 210:1 211:1 212:1 | 350:1 351:1 352:1 | 30:23,24 32:3,8 | 297:25 298:25 | **DECLARATION** |
| 213:1 214:1 215:1 | 353:1 354:1 355:1 | 37:18 48:4,8 | 301:6,18 | 385:7 |
| 216:1 217:1 218:1 | 356:1 357:1 358:1 | 68:13 74:15 82:9 | **deal** 13:23 30:21 | **declare** 385:9 |
| 219:1 220:1 221:1 | 359:1 360:1 361:1 | 86:13 87:10 89:14 | 31:7 35:3 36:15 | **deep** 138:17 |
| 222:1 223:1 224:1 | 362:1 363:1 364:1 | 91:14 105:6,7 | 36:19,21 37:8,16 | **deeper** 172:8,9 |
| 225:1 226:1 227:1 | 365:1 366:1 367:1 | 106:13 124:3,6 | 37:23 38:18,19 | **deer** 96:15 |
| 228:1 229:1 230:1 | 368:1 369:1 370:1 | 126:6,16 130:3 | 49:16 77:10,13 | **defend** 249:22 |
| 231:1 232:1 233:1 | 371:1 372:1 373:1 | 131:23 135:9 | 79:14 114:24 | 333:20 |
| 234:1 235:1 236:1 | 374:1 375:1 376:1 | 136:9 137:15,15 | 139:6 140:25 | **defendant** 5:20 |
| 237:1 238:1 239:1 | 377:1 378:1 379:1 | 137:21 139:3 | 155:9 163:9 175:3 | 19:24 |
| 240:1 241:1 242:1 | 380:1 381:1,11,16 | 140:23 141:3,4,10 | 244:7 248:24 | **Defendants** 1:9 |
| 243:1 244:1 245:1 | 382:2,5 384:10 | 145:7 184:4 301:5 | 251:15 275:20 | 3:13 6:17 43:19 |
| 246:1 247:1 248:1 | 385:23 386:25 | 301:14,22 306:22 | 279:11 287:8 | **define** 97:21,22 |
| 249:1 250:1 251:1 | 387:25 | 349:16,21 350:18 | 288:10 309:2 | **defined** 292:5 |
| 252:1 253:1 254:1 | **Dale** 58:3 90:7 99:9 | 351:17 352:23,24 | 321:6 338:14 | **definitely** 25:21 |
| 255:1 256:1 257:1 | 99:22 100:15 | 357:7 367:10,23 | 351:15,18 353:14 | 108:14 143:15,16 |
| 258:1 259:1 260:1 | **damn** 24:8 | 375:15 | 361:20 364:14 | 149:17 186:25 |
| 261:1 262:1 263:1 | **danger** 145:7,10 | **David's** 124:4 | 369:24 374:5 | 206:19 253:19 |
| 264:1 265:1 266:1 | **dare** 266:23 | **day** 29:11 30:16,25 | 375:9 377:23,24 | 284:20 314:24 |
| 267:1 268:1 269:1 | **dark** 157:17 158:16 | 32:2,8 47:17,21 | 378:9 | **definitively** 192:20 |
| 270:1 271:1 272:1 | 158:17 161:24 | 73:23 75:17 93:15 | **dealing** 40:4 53:12 | **degree** 6:25 63:9 |
| 273:1 274:1 275:1 | 162:19 164:12 | 99:18 123:5 128:7 | 70:21 137:9 287:9 | 148:10 180:19 |
| 276:1 277:1 278:1 | **darkroom** 170:13 | 144:23 146:23 | 313:7 | 202:19 |
| 279:1 280:1 281:1 | 241:23 | 158:3 173:25 | **deals** 32:14 127:25 | **degrees** 177:23 |
| 282:1 283:1 284:1 | **darling** 92:18 219:2 | 175:8 199:20 | 291:18 318:25 | **deliberately** 206:14 |
| 285:1 286:1 287:1 | 322:6 | 203:10 213:9 | **dealt** 14:6,25 17:2 | **deliver** 44:6 94:7 |
| 288:1 289:1 290:1 | **date** 20:21 27:17 | 215:8 247:20 | 37:25 38:14,15 | 114:15,16 179:15 |
| 291:1 292:1 293:1 | 28:20 43:9 101:5 | 255:6 257:16 | 78:24 113:9 120:9 | 181:11 225:18 |
| 294:1 295:1 296:1 | 134:21 135:6 | 349:17 350:13 | **dear** 29:9,10 | 266:7 |
| 297:1 298:1 299:1 | 160:12 182:18 | 351:4,25 381:20 | **death** 133:16 | **delivered** 94:5 |
| 300:1 301:1 302:1 | 207:2 212:4 | 384:20 385:20 | **Debbie** 75:16 | 112:11 243:25 |

245:20 252:17
267:22
**delivering** 266:6
**Dell** 38:13
**Delray** 88:15 98:14
100:17 103:22
**depend** 89:21 92:4
104:8 295:20
297:2
**Depending** 372:21
**depends** 210:21
363:2,5
**depose** 27:8 52:5
**deposition** 1:14 2:6
4:7,14 6:3 7:25
9:9,25 10:4 19:7
19:14 22:13 24:2
25:5,15 26:5,13
27:5 28:10 29:18
41:6 53:13 54:20
60:17 182:22
230:10 381:8
384:11,12 385:2
385:11,15 386:2
387:2
**depositions** 19:5
179:3
**Deprimes** 1:7 3:14
5:21 6:18 385:5
**descent** 144:10
**describe** 53:10
70:24 96:2 275:5
**describing** 17:19
**description** 335:8
**design** 116:12,15
117:24 185:18
225:22 227:8
312:22,25 344:3
**designed** 186:2
**designs** 116:24
**desperate** 296:17
**destroy** 332:7
**destruction** 117:10
**detail** 164:25
318:18 355:19
**details** 37:11 314:2
317:6

**determine** 55:4
**developed** 89:22
**Developer** 166:25
**devious** 64:5
**dick** 353:22
**dictate** 115:18
**dictated** 219:23
**die** 74:21 317:23
**died** 29:12,13 30:15
30:16,24 72:20
185:22 217:25
218:6 257:6
292:25 308:18,22
345:18 349:9,10
359:4
**Dietrich** 239:11,24
354:17
**difference** 74:24
76:8 78:2 80:14
96:19 187:9,20
197:4 201:8
208:12,13 209:9
209:16 314:22
322:15,17 332:16
364:25 365:5
**differences** 101:22
332:13
**different** 32:16
58:23 79:7 83:15
99:21 100:16,19
109:14 110:23
111:4 120:10
121:9 136:2,22
141:6 161:8
183:24 184:17
188:10 192:17
193:18 203:14
211:3 229:7
238:14 240:19
243:10 244:2
245:2,4 246:9
279:13 288:25
289:3 298:18
306:22 312:19
316:12,13,20
317:2 322:22
324:11,12 326:22

327:3,5,10,24
364:20 379:20
**difficult** 136:21
172:21,22 305:13
**dig** 212:3
**digging** 265:7
290:11
**digital** 69:10 99:19
101:12 128:8
167:25 364:21
365:15,15
**digitally** 267:14,17
365:7
**Dills** 87:19
**dim** 322:10
**dimwit** 22:7
**dinners** 128:9
129:13
**direct** 23:15 69:11
131:5 364:7 374:2
**direction** 181:15
185:18 245:19
**directly** 112:11
114:6 245:21
258:24 303:4,6
364:18 373:25
**director** 114:20
144:2 179:17
185:15 225:11
354:12 355:14
**disclosed** 37:14
**discontinued**
289:18 290:15
**discount** 373:5
**discovered** 75:10
**discovery** 37:14
303:13
**discuss** 40:25
296:15
**discussed** 28:7
29:21 40:19
**discussion** 255:16
326:19
**discussions** 312:23
**dishonest** 20:16
**disposable** 78:13
78:14 79:5 85:23

**disputing** 252:18
**distinctly** 288:3
**distribute** 31:8
36:21 37:2
**distributors** 244:13
**District** 1:1,2 6:20
**division** 227:24
**document** 21:7
43:6,15,18,23
334:20 336:11
383:22
**documentaries**
220:3 353:3,7
358:25 370:24
**documentary** 71:16
92:24 94:14 122:5
125:22 130:21
144:3 155:21
166:21 346:20
348:18,25 349:3,7
353:8 354:2,4
355:16,18 356:3,5
357:22 358:11,17
360:7 371:11
**documents** 29:17
43:20,24 44:7,18
45:2,8,14,23 47:3
49:5 51:17,18
64:7,10,17 182:24
378:23
**dog** 125:23
**dogs** 125:13,14
**doing** 6:14 7:6
20:24 33:4 37:7
42:25 56:5 67:20
74:22 90:22 112:9
122:24 123:12
126:14 128:12
130:20 147:5
189:13 200:14,19
201:25 220:24
228:16 242:17
291:14 298:15,20
299:11 318:15
359:5 371:5
377:13
**dollars** 76:20 77:14

254:4 259:13
**domain** 211:20
370:8
**dome** 227:2
**dominant** 243:18
**donating** 357:6
**double-check**
205:2
**doubly** 57:9
**doubt** 117:14
217:22
**downstairs** 70:21
**drag** 216:7 331:7
**drama** 37:9
**Dream** 32:2,8
199:20 203:10
213:9 215:8 255:6
349:17 350:13
351:4,25
**Dreams** 30:25
**dress** 145:17
**dressed** 294:18
300:3,6
**dried** 162:24
**dripping** 360:22
**drive** 346:9,23
**drives** 346:9
**drug** 142:7
**drugs** 322:3
**drummed** 73:6
**drummer** 73:5,9
**dry** 162:24 163:2
163:10
**drying** 163:8
**dud** 124:12
**due** 81:7 128:18
310:4
**duly** 5:4 384:12
**dummy** 331:6
**Dun** 103:15
**Dunbar** 73:3,4
**dunk** 162:21
**Dylan** 78:18 106:10

———————
**E**
———————
**E** 3:3,3 5:2 382:2
384:2,2

ear 316:25
earlier 9:9 74:6
    143:4 191:22
    228:24 247:19
    310:7,19 362:11
early 67:9 68:12,25
    69:8,17 70:11,16
    72:21 75:20 78:9
    85:25 87:5 93:2
    93:12 95:19
    101:13 102:14
    104:2 107:2,9
    108:15 110:16
    135:21 154:14
    157:18 173:12
    217:3 226:12
    231:12 244:9
    349:11 361:17
ears 368:2
easier 8:4
easy 358:23 360:11
Eddie 356:16
edge 244:23
edges 315:24
    317:19,21
edification 244:19
edited 305:5
editing 268:19
edition 32:12 34:24
    255:7 312:5
    318:12 350:3
    362:5 364:4 366:2
    366:5,7,9,12,13
    368:5
editions 30:19
    199:14,22,24
    250:8 255:6
    256:21 341:7
    352:3
editor 89:8
editorial 132:14
educate 68:6
    217:10
educated 7:18
    72:11 84:7 106:8
education 65:19
    93:2,25

effect 4:16
effectively 164:19
    355:12 365:10
eight 34:10 166:17
    167:9 168:11,25
    170:2,13,18 171:6
    173:4 181:9
    375:21
Eire 72:16
either 10:14 47:9
    97:11 100:12
    115:5 116:18
    118:22 140:4
    142:4 193:25
    213:4 225:12
    232:4 233:15
    281:7 291:16
    297:11 357:17
    377:8
Ektachromre
    240:21
Electra 244:18
electronic 51:18
    289:7,8 307:24
    308:4
element 145:8
elements 97:24
elevators 70:22
else's 297:21
Elton 106:7
Elvis 193:16 333:18
emboss 319:14
embossed 311:25
    312:9,19 314:6,16
    315:6,20,25
    317:19 325:8,19
embossing 314:8
    314:11,19 315:2
    315:11 317:10
    326:5,8,25
embrace 63:10
embraced 87:17
    354:23
emotion 98:19
emphatically
    327:17
employed 130:9

empty 58:22
enamored 151:12
ended 71:22 91:10
    240:12
endless 195:2
energy 98:18,18,20
Enfants 1:7 3:14
    5:20 6:18 385:4
enforce 379:10
engage 55:2
engaged 17:10
England 196:21
    199:25 204:25
    256:20 270:23
English 6:24 7:17
enhancement
    376:22
enhances 315:4
enhancing 268:20
enjoyed 158:15
enlarged 165:17,20
enlargement 165:2
    165:22
enlarger 163:12
    171:12
enormous 249:15
Entertainment
    37:13 122:2
    227:25 274:14
    334:23
entire 8:19 47:2
    149:15 259:17
    385:10
entitled 51:10
entry 137:22
environment 141:5
equipment 142:18
    161:25
equivalent 180:14
era 80:21
Eric 319:5
Ernie 112:12,18
    114:8 173:16
    179:10,16,18,20
    181:20,23 185:15
    185:21 209:4
Ernie's 112:17

ERRATA 385:2,15
    386:2 387:2
escape 142:6
especially 67:5 71:6
    88:12 94:4 120:23
    125:14 168:17
    169:22 247:11
Esq 3:9,18,22
essentially 176:16
    239:22 304:25
establish 30:8
    122:19 247:10
established 75:5
estate 39:25 298:5
    333:19
esthetic 171:25
esthetically 97:10
esthetics 95:9,10
ET 385:5
Euromstick 93:14
    93:16
evening 71:14
event 144:14
events 86:2,9 89:20
    93:19 134:8
eventually 55:20
    69:23 73:24
    122:14 134:16
    356:14
everybody 11:5
    51:6 81:14 84:13
    88:13 117:9
    128:15,19 151:6
    179:14 247:18
    258:10,15 325:24
    361:6 363:9
evidence 133:17
    235:22
evident 321:22
exact 135:6 177:4
    300:17,20 325:18
exactly 35:17 62:25
    176:25 179:23
    204:3 245:16
    262:17 264:16
    277:23 309:17
    314:15 321:18

322:4 327:15
    333:4 347:11,14
    351:20 372:20
    380:24
examination 5:17
    381:10 382:4
examined 5:6
example 95:12
    96:24 110:2,4
    293:12 316:11
examples 103:8
    111:16
exams 94:4
excited 93:3 158:6
    175:4 241:15
    356:18
exclamation 94:16
    215:4
exclusive 293:7,25
    294:3 329:17
exclusively 294:23
exhibit 20:19 43:6
    134:19,24 182:16
    235:11 249:25
    270:7 275:25
    282:24 303:25
    320:6 330:2,13
    331:19 334:8
    336:11
exhibition 33:4
    100:8 256:24
    257:6
exhibitions 47:10
    101:8 256:25
    265:11,12
exhibits 160:9
    206:23 207:4
    221:21 231:21
    233:8 269:7
    382:21,25 383:2
    383:24
existed 292:3
expect 262:11
    314:19 338:21
expenses 370:6
expensive 259:16
    285:13 363:8