367:6
**experience** 215:3
**experienced** 96:12
  239:14
**explain** 38:11 74:24
  97:10 138:23
  163:22 203:19
  206:5 271:17
  304:21 308:17
  313:24 314:5
  315:2 316:6
  364:25
**explained** 41:7
  136:9 228:24
  229:2
**explaining** 143:4
  205:25,25
**explanation** 203:21
**Exposed** 36:22 37:2
  49:6 195:17,20,23
  196:12,24 200:5
  203:18 204:14
  207:17 212:22
  251:19,20 255:12
  270:14 311:6
  347:22 370:19
**exposure** 68:23
  69:14 103:5
  166:20
**Exposures** 251:21
  251:22 252:2
**Express** 96:16
**extent** 25:6 380:4
**extra** 181:4 312:5,6
**extraordinary**
  100:5
**extremely** 18:15
  84:7
**eye** 92:18 93:21
  94:23 153:25
  154:3 185:12
**eyes** 96:18 239:18
  239:21 267:10
**E-I-R-E** 72:17
**e-mail** 33:11,14
  34:5 35:21,25
  36:3 41:12,15,21

42:5,11,23 51:19
  204:24,25 205:4
  205:20,21,24
  258:3,5,11 282:19
  380:8,14
**e-mails** 205:9
  280:18 380:8
  382:10

---

**F**

**F** 384:2
**fabulous** 51:9
**face** 177:18 295:22
  297:11 314:14
  328:25 329:8
  333:16
**facilitate** 357:6
**fact** 55:21 56:23
  57:10 59:9 60:2
  69:5 71:18,22
  73:22 118:18
  138:22,23 143:6
  152:19 155:20
  156:10 173:15
  175:4 211:13
  212:15 214:18
  223:3 258:23
  265:3 319:23
  331:6 345:6
**factor** 192:2
**factory** 174:4
**fair** 88:8
**Fairies** 73:2
**faith** 60:22
**fall** 171:8
**fallen** 168:3
**Fame** 346:18
  348:20 359:3,18
  382:18
**familiar** 20:11
**famous** 39:8 67:23
  69:22 70:17 71:6
  87:20,21 91:3
  103:11,16 105:6,7
  111:16 112:25
  117:11 124:23
  157:11 218:2,4

249:4,8 265:5
  271:25 292:2
  352:20 378:6
**fan** 291:21 296:19
**fancy** 106:4
**Fang** 125:19
**fantastic** 71:12
  186:15 319:13
**far** 17:6 121:15
  136:6 141:18
  149:18 150:3,7
  156:17 175:3
  234:15 272:6
**fashion** 315:17
**fashioned** 318:10
  318:14
**faster** 104:12
  235:21
**father** 319:2
**fault** 374:16
**favorite** 25:3
  127:15 148:15
**feature** 238:4
**features** 188:6,8
**February** 46:23
  47:3 64:7
**fee** 110:21 246:4
  253:5 336:15
  358:19 359:25
  360:9
**feel** 98:2 105:18
  298:15 303:9
  311:25 314:22
  315:15 323:11
**feeling** 98:23 99:23
  154:15
**fees** 358:17
**feet** 150:13
**fell** 71:20 95:18
  97:8 166:19
  168:24 171:14
  244:25
**fellatio** 105:8
**felt** 125:6 166:13
**Ferrano** 38:13
**Ferry** 68:13 296:16
**Festival** 356:12

**fewer** 25:19
**fifth** 202:19
**figure** 48:19,23
  68:22 151:4 239:8
  275:6
**file** 48:24 49:3,19
  49:22,25 56:4
**filed** 134:24 320:6
  320:7 331:19
**files** 45:9 48:3,7
  49:10 55:3 257:15
  286:2,5
**filing** 4:6 48:18
**fill** 34:2
**filling** 81:2
**film** 65:20 66:2,6,7
  66:17 68:25 69:14
  92:3 101:10 102:8
  102:10,12,16
  104:3,12 105:23
  106:2 141:7
  143:13,17,18
  144:5 157:21
  158:10,21,23,25
  159:4,9 161:13,22
  162:5,17 164:13
  165:9 166:10
  209:11 240:20,21
  240:24 242:8,12
  295:12 296:3,4
  356:12
**films** 238:8 242:2
  242:10 354:9,11
**filter** 244:22
**final** 188:21 266:6
**finally** 100:7
**financial** 31:25
  197:7
**find** 42:8 45:7
  46:16 47:25 48:2
  54:6,16 56:7
  64:10 67:18 68:17
  77:20 78:16 182:2
  183:18 206:9
  208:5 281:9
  283:24 353:20
  354:3 358:20,22

358:23 360:11,13
  375:15
**finding** 127:20
  303:13
**fine** 18:14 21:21,24
  21:25 28:21 37:7
  37:10 47:13 51:15
  63:21 150:19
  157:2 185:10
  210:12 216:6
  217:20 224:11,13
  261:15 262:16
  268:11 281:22
  323:7 331:8 343:3
  365:14
**finish** 5:24 6:11 8:2
  16:9,21 198:18
  227:21 298:22
  322:21,24 326:11
  327:20 374:25
**finished** 324:20
**finishing** 100:7
**FIRM** 3:5
**first** 5:4 24:12 26:4
  27:4 41:5 43:19
  46:22 48:2 64:10
  67:6 70:3 71:8
  85:13 91:2 92:14
  101:15 107:19
  112:7 115:16,20
  119:23 123:23
  124:8,11 126:8
  131:10 139:4
  142:16 144:15
  145:21 155:6
  157:5 160:5
  162:14 166:19
  169:8 174:8
  183:21 185:9
  204:21 209:24
  212:8 241:11,12
  243:4 245:8
  248:18 251:21
  270:20,23 283:22
  299:5 300:11
  314:10 319:2,3,4
  337:7 356:10

372:3,4,4
**five** 25:20 38:3,5
    71:10,11 82:12
    149:14 170:21
    274:5,17 275:8,9
    275:11,21 276:7
    277:8,11,14
    278:24 335:9
    336:17 337:21
    339:4 347:24
    355:21 364:22
**fix** 158:13
**Flaming** 357:3
**flash** 104:24 105:9
    142:20,24,24
    143:2,7,10 152:15
    152:16,18,22
**flat** 110:21 253:4
**flew** 130:23
**flexible** 104:11
    105:13,16
**flight** 94:19
**flip** 43:21 191:2
    234:22 235:18
    342:17
**floating** 319:16,18
**Floyd** 71:7 232:4
    233:5
**fly** 62:8,9
**flying** 103:12
**focus** 68:24 71:20
    95:18,18 97:9
    103:13,19 108:16
    129:15 148:11
    157:24 166:19
    168:4,18,24 169:4
    169:5,15,15 171:8
    171:10,14,21
    173:5 175:19
    207:8 244:25
    263:2 264:18
    354:15,15 360:25
**focused** 140:12
    168:24 207:9,10
    288:7
**fold** 238:3 240:13
    252:8

**folder** 285:25 286:2
**follows** 5:6
**foot** 150:5
**footage** 96:22
    295:13 296:3,4
**force** 4:15 97:14
    243:19
**foreign** 218:11
**forget** 378:8
**forgot** 265:16
**forgotten** 81:15
    135:12 264:24
**form** 4:10 14:18
    44:20 45:4 50:10
    52:3,14,23 53:4
    53:19 101:21
    109:24 251:24
    320:20 322:23
    327:24
**formal** 66:21,22
    68:18
**Formally** 5:10
**format** 372:8
**formation** 240:2
**formed** 72:25
**forth** 8:25 384:11
**fortunately** 88:8
    314:9
**forward** 270:9
    271:18 305:2,24
**found** 33:8,10
    44:23 45:6 64:16
    73:19,24 127:23
    130:20 172:20,22
    256:16 279:23
    282:11 345:2
    380:9
**four** 8:15 130:19
    144:7,8,12 149:14
    159:23 216:24
    275:10
**fourth** 160:8 313:8
**Fox** 122:2
**frame** 153:13,16
**framer** 216:24
**frames** 166:12
**Frances** 121:25

**Francisco** 367:16
**Frank** 295:6
**freak** 164:13
**Freddy** 68:13
    106:14 239:10,23
    243:15,17,18
    378:4
**Freddy's** 240:16
**free** 86:24 117:12
    127:13 189:21
    303:9
**freedom** 23:2
**freelancing** 86:23
**freest** 51:7 61:14
**French** 63:10 65:14
    93:4 203:14
**Friday** 1:16 40:3
    216:4,10 341:19
**friend** 29:10,10
    30:14 40:2 71:9
    72:4 73:22 78:19
    87:19 93:13
    112:23 132:6,9
    134:11,11 135:9
    139:4 172:25
    173:2 184:4
    233:17 291:25
    292:19 296:16
    301:3 359:5
**friends** 36:8 70:11
    70:12 126:12
    129:17,19 132:18
    133:15,23 238:17
    291:22 319:5
    365:24 374:8,8,8
**friendship** 132:10
**Frit** 135:9
**frivolous** 370:8
**frivolously** 357:15
    357:17 368:8
**front** 14:5 17:21,23
    71:23 75:3 76:10
    80:13 115:24
    128:13 139:13
    140:5,14,15
    141:14 144:20
    173:18 183:6

222:4 224:23
232:3 236:16
243:15 248:16
294:15,24
**front/back** 221:22
    231:22
**fuck** 148:19 163:8
    201:20 216:2
    233:4 300:21
    353:22 368:9
**fucked** 122:9 134:5
    249:13 293:18
**fucking** 48:11
    49:17 51:4 77:15
    102:3,4 118:16
    134:4 148:3
    161:14 207:9
    321:12 330:10
    355:23
**Fuji** 104:15,16
**full** 15:25 162:25
    308:18 321:17
    357:24
**fully** 289:16
**fun** 67:10 124:25
    125:2 127:10
    130:8 184:8
**function** 88:7
**functions** 48:20
**funded** 354:9
**funds** 195:2
**funny** 125:5 164:12
    247:13
**furious** 326:16
**further** 4:9,13
    384:15
**future** 237:16

—————— **G** ——————
**Gallagher** 126:19
**galleries** 219:25
    364:10,13 366:24
    372:23 373:23
**gallery** 364:6,12
    373:2,3,9,15,21
    374:5
**game** 6:6 81:7

138:17 155:25
185:13 193:18
199:24 227:5
288:25
**Garment** 320:2
    330:14 383:19,20
**garments** 320:12
    331:20
**Garrett** 75:23
**gate** 238:3 240:13
**gathered** 197:5
**gay** 238:16,16
**gelatin** 364:20
    365:21
**general** 31:5 122:2
    251:25 255:17
    299:19
**generally** 13:25
    82:2 104:9 106:23
    114:12,13,13
    205:17 275:5
    296:6 373:12
**Genesis** 30:22
    31:16,22 32:6
    34:15 45:11
    199:19 254:23
    304:11 306:21
    307:2,5,18 313:3
    318:7,23 345:17
    349:24,25 351:24
**gentleman** 91:16
    129:11 214:3
    246:17
**gentlemen** 249:18
**George** 319:4
**getting** 24:2 77:15
    87:15 91:25 96:13
    102:4 114:25
    121:6 122:13
    131:3 147:6
    155:17 180:20
    203:17 242:2
    247:9 260:20,20
    301:7 302:10
    316:7 321:13
    331:17 339:23
    355:14 359:5

367:17 369:9
377:2
**gig** 74:18 89:7
    124:8,9 154:20,20
    294:18 300:3
    302:4 337:10
**gigs** 87:23 133:4
**girl** 112:23
**girlfriend** 372:4
**girls** 147:15
**give** 7:10 9:5,11
    35:21 44:10 59:2
    59:23 60:7,22
    65:8 69:3 85:5,6
    87:2 98:7 102:5
    112:6 113:11,18
    124:13 141:4
    149:11 158:18
    181:17,18 182:21
    187:24 189:24
    190:3,18 201:20
    202:19 270:5
    276:19 281:2
    298:16 306:7
    330:19 337:5
    351:14 370:20
**given** 9:2 176:2,4
    178:22 189:24
    314:2 384:13
**gives** 113:25
**giving** 65:23 182:19
    278:14
**glad** 166:2 203:6
**glam** 89:15 196:19
    247:11
**glued** 42:20 149:2
**go** 15:5 26:16 33:23
    44:17 48:2 49:22
    51:18 59:18 60:10
    61:24 62:3 63:11
    70:22 71:15 75:13
    79:21 81:20 84:16
    88:2 94:16 98:23
    100:9 111:7,12
    113:23 115:10
    121:4,16 122:9
    123:18,20 129:13

138:21 140:7
141:7 146:20
147:24 156:4,22
156:22 157:20,23
158:21 159:18
161:11 163:11
170:16 172:8
174:9,23 175:12
177:15 179:13
183:18 194:19,19
194:20 198:16
203:25 211:19
212:2 228:22,25
229:8 242:24
245:8 247:22,24
249:19 252:12
267:2,19 273:15
280:17 281:11
282:14,17 283:8
283:13,18 297:8
297:23 298:4,9
300:10 301:21
302:7 305:10
307:25 319:14
329:20 342:22
345:3 354:13
356:15 363:7
364:5 368:7
369:20 372:22
375:15 378:14
**God** 120:24
**goes** 34:10 58:19
    96:24 115:7
    137:10 200:15
    203:22 247:6
    279:11 296:7
    314:7 378:5
**going** 8:25 16:6
    21:15 22:4 23:4
    23:22 26:16 28:13
    33:3 34:9 39:23
    40:6,13 43:10
    47:6,17 50:12
    55:3 57:3 59:15
    59:22 61:12 63:25
    64:4 67:12 74:16
    78:16 79:8,19

85:14,15 86:2
87:23 95:5 98:18
102:2 103:5,6
112:5 113:23
118:3 126:2 128:9
131:15 133:4
137:16 148:6
149:3 156:11,13
163:8 164:13
172:2,15 173:17
176:10 179:21
186:16 187:14
190:18 195:3
202:17,19 204:6
204:23 212:13
215:5,16 220:10
220:22 226:5,6
231:12,14 238:2
245:24 246:2
247:7 253:14
261:19,24 262:10
265:24 270:3
283:8 292:11
298:7,16 299:23
310:9 312:24
317:23 318:14
319:7,12,14
322:25 323:3
326:14 327:3,9
349:20 353:21
361:2 368:9,17,23
369:8 370:3,5,9
375:13,15 377:23
380:11
**gold** 112:16 185:24
    185:24 186:6
    187:5 317:18,19
    317:20
**Goldman** 271:24
    272:2
**good** 5:19 6:24 7:17
    41:10 60:21 61:20
    68:8 91:12 94:4
    96:24 121:17
    129:19 137:18
    152:23 154:8
    168:8 172:4

198:20 210:11
224:4 269:3
271:12 291:21
299:11 347:6
353:14
**goodies** 159:16
**gotten** 44:15
    156:18 175:20,21
    376:19
**grab** 74:12
**graduated** 65:11
**grainy** 103:6 143:3
    152:19
**grand** 278:3 364:22
**graphics** 112:14
**grateful** 74:12
    76:20 89:13,15,16
    136:18
**grave** 325:23
    326:22
**gray** 172:7,12
    328:9,10,11
    333:11
**great** 71:11 74:22
    88:14 91:6 92:22
    97:25 98:13
    103:14 125:21
    173:10 184:2
    186:19 211:15
    238:7 276:15
    359:20
**greatest** 184:3
**greedy** 154:2,3
**green** 11:16 186:8
**grew** 74:10
**ground** 21:22
    128:24
**group** 275:9
**growing** 124:19
    227:4
**Gucci** 120:4
**guess** 80:14 125:24
    209:9 234:13
    238:19 240:6
    316:11 319:9
    353:11 354:5
**guilty** 12:8,11,15

**guitar** 105:8 168:22
    177:17 186:9,23
    187:5 294:16,25
    319:20 328:19
    332:23,24
**guy** 5:22 22:24
    37:23,25 38:8,18
    40:5,13 72:24
    75:23 88:5 89:5
    103:11 111:19
    112:14,21 121:25
    126:18 136:18
    157:13 173:21
    197:21 231:9
    233:2 238:6
    262:23 268:3
    298:20 325:23
    331:7 357:2
    367:16 369:13
    370:5 372:25
**guys** 9:21 10:11
    66:24 67:4 70:20
    133:25 190:6
    311:6 313:7
    378:13

---

**H**

**H** 5:2
**habit** 91:9 93:10
**habits** 142:7
**hair** 89:18 147:16
**hairline** 316:12
**half** 91:2 144:15
    170:7,8 230:6
    306:15,16 320:15
    338:11 351:16,17
    364:6 368:6,6
    376:16 377:9
**Hall** 346:18 348:20
    359:3,17 382:18
**hammered** 370:5
**hand** 69:7 140:6,7
    147:15 180:11
    187:15 222:22
    256:15 313:2
    317:16,17 321:2
    323:13 327:22

Case 1:17-cv-02618-ALC-DCF   Document 48-4   Filed 08/08/18   Page 4 of 8

Page 401

354:9 365:7
    384:20
handed 181:14
handing 160:13
    370:22
handle 122:7
    286:15
handled 114:8
handles 298:5
handmade 364:21
    365:3,11,21
hands 77:15 116:19
    118:19 239:23
hang 147:15 162:23
    220:5 257:16
hanging 125:13
    162:18
happen 119:7
    157:4 313:20
    375:16
happened 73:7
    75:5 87:18 107:20
    133:21 156:17
    174:21 179:5
    218:8,24 238:6
    241:20 247:25
    250:14 338:11
happening 77:21
    77:22 98:22,23
happens 81:21
    98:12 101:5 113:3
    161:13 189:12,16
    380:17
happy 36:4 54:4
    88:22 189:24
    265:25 317:22
    348:15 350:18,18
hard 83:16 95:10
    97:21,22 102:5
    127:12 217:10
    311:13 346:9,9,23
    352:13
hardcore 147:9
harder 128:7,8
    206:9
Harold 91:16
Harris 319:4

hash 71:15
Hasselblad 101:17
    241:5
hated 115:20 117:8
hates 117:5
head 7:13 10:8
    139:9 148:20
    154:16 212:20
    236:10 238:25
    268:23 295:23
    319:16,18 355:2
    360:15 371:21
heading 43:22
health 9:20
hear 8:13,20 95:3
    178:3 292:7
    321:15,20 364:2
heard 8:19 33:12
    34:8 35:25 63:13
    86:7 233:2
hearing 79:18
    361:3
heart 91:8 131:2
    218:24 231:6
    355:25
heavies 356:17
heavy 128:10
held 2:7
hell 371:5
help 104:19 155:16
    303:10
helped 68:10,11
    357:5
helpful 38:25
helping 128:23
Hendrix 72:19
Henry 87:19
hereinbefore
    384:11
hereof 385:16
hereto 4:6
hereunto 384:19
heroine 155:18,24
hey 173:10
hi 124:7
hidden 222:15
high 124:14 150:9

180:17 239:11
    345:8
higher 150:15
    365:8
highly 7:18 72:11
    73:8
Hills 75:19
hip 139:3
hippie 127:7
hippy 147:8,9,10
    147:10,22
hired 73:13
hiring 73:16
historian 135:13
history 67:2
hit 91:10 102:2
    103:18
hitters 128:10
hold 206:16 296:18
holding 368:2
Hollywood 238:8
    238:15 244:6,6
homage 318:2
home 156:23
honest 21:2 67:10
    127:11 156:25
    189:6 220:15
    265:18 317:10
honestly 60:5 63:24
    254:5 285:15
hope 54:23 59:25
    204:24 205:14
    284:7 369:13
hospital 91:10
hotel 61:25 125:12
    132:24
hound 325:22
    326:21
hour 88:7 216:6
hours 29:4 46:11
    148:3 331:12
    360:17
house 45:15,18
    99:13 257:20
    289:11
housekeeping
    379:25

hover 261:16
    267:25
huge 77:12 85:24
    99:16 100:7
    140:25 155:9
    217:9 221:11
human 63:3 72:10
    255:23 380:25
humorous 48:13
hundred 76:19
hundreds 92:3
    305:12
hung 178:4
hurt 96:18
hustle 198:2
hustlers 129:3
hustling 94:4
Hypnosis 71:6
hypothetical
    109:25
hypothetically
    109:16

─────── I ───────
iconic 101:7
ID 382:22 383:4
idea 107:20 130:15
    177:25 255:13,14
    295:23
identification
    20:20 43:8 134:20
    160:11 182:17
    206:25 221:23
    231:23 233:10
    235:13 250:2
    269:9 276:3 304:2
    320:3 330:15
    334:9 336:12
    341:2
identified 202:9
    221:10 335:15,17
    341:5
identify 335:20
    342:23
identifying 334:20
Iggy 37:18 68:13
    73:18 74:19,19

82:9 86:13 106:13
    117:5 137:23
    139:5,21 140:8
    142:2,3 145:3
    149:4 151:4
    276:20 277:5,18
    278:15 349:19
    352:20 357:7
    374:13,20
Iggy's 106:17
    115:19
II 231:5 235:15,17
    236:5,19 248:17
image 26:8 39:8
    95:17,17,24
    101:25 109:6,18
    109:22 110:7
    118:19,22 122:6
    125:17 126:10
    162:11,13 163:15
    163:25 174:2,8
    215:14 216:14,22
    244:20 248:15
    249:4 265:4
    266:19 268:6
    291:9 293:10
    298:3,13 315:23
    316:10 325:14,15
    327:23 332:13
    336:21 344:10
    347:8 360:8 365:9
    369:17 370:11
imagery 88:13
images 37:18,19
    77:13 88:12 95:17
    101:7 103:14
    130:16,19 169:21
    220:3 267:16
    287:9,23 294:15
    294:23 295:10
    329:12,17 335:2
    340:5,11 343:9
    345:3,8 354:13
    368:17 370:13
    375:3
imagine 69:24
Immediately

TransPerfect Legal Solutions
212-400-8845 − Depo@TransPerfect.com

171:20
**impact** 171:23,24
**impair** 10:14,18
**implore** 299:7
**important** 90:18
  98:19 128:23
  319:23
**inaccurate** 9:10
**inches** 170:7,7,8
  247:22,24 248:2
  363:17
**include** 310:18
**included** 337:4
  347:9 353:7
**includes** 37:20
  363:9
**including** 30:24
  39:7 52:2 121:7
  121:14 129:25
  131:3 169:21
  216:14 279:22
  335:2
**income** 146:13
  147:2
**incomplete** 9:10
**incorporate** 116:13
  116:24
**indicated** 385:15
**individual** 263:21
  338:8
**information** 47:9
**infringe** 324:21
**infringes** 321:21
**infringing** 320:12
  331:21 332:10
**ingredient** 90:19
**inhibited** 153:24
**initial** 355:20
**initially** 124:15,16
  130:5 166:9 170:4
  220:19 260:2
  289:4 343:14
**initiate** 331:6
**initiated** 34:11
  330:25 331:3,4
**inner** 57:23
**input** 162:5

**inquisition** 299:13
**insert** 113:24
**inside** 133:23
  160:24 180:23
  237:2 240:13
  292:10,10
**insisted** 73:22
**instance** 58:2 69:4
  80:3 87:19 88:15
  90:7 103:22
  112:10 117:16
  120:4 122:4 211:5
  220:12
**instances** 340:3
**instructing** 53:25
**instruction** 28:13
**instructions** 63:20
  242:23 245:3
**instructs** 65:7
**instrumental** 357:4
**insult** 7:2
**intellectual** 77:8
  95:11 100:4 192:3
**intelligence** 7:3
**intelligent** 15:4
  55:25
**intended** 71:21
  286:7
**intense** 177:22
**interaction** 70:15
**interest** 57:12
  160:19 174:15
  202:23,24 219:24
  220:17 362:14
**interested** 149:24
  166:15 357:12
  384:18
**interesting** 30:5
  78:5 128:5 129:25
  144:22 147:17
  152:4 155:12
  166:13 167:3,15
  254:6 344:21
**interestingly** 73:18
  112:22
**interfere** 214:21
  217:4

**intermediary**
  121:19
**internally** 115:23
**Internet** 26:3,23
  42:20 77:11
**interpretations**
  192:18
**interrogatory**
  202:9
**interrupt** 54:8
**interview** 126:14
  126:14,17,21
  129:21 146:17
  358:12
**interviews** 86:11
  200:14 355:20
**intimately** 183:25
**introduce** 334:19
  358:3
**introduced** 34:14
  91:5 126:6 136:10
**introduction**
  305:25
**intuitive** 153:11
**intuitively** 69:15
**invented** 128:21
**invitation** 173:21
**invoice** 81:13 82:14
  82:17,20,22,23
  85:5,9,14 108:9
  109:17,20 110:17
  226:18,19 229:16
  246:3 247:2,6
  260:24
**invoices** 106:25
  107:10,22 108:2
  108:23 226:14
**invoicing** 119:8,9
  178:25
**invoke** 125:7
**involve** 8:25
**involved** 14:22
  15:10,15 136:19
  160:2 190:4
  225:22 227:7
  254:2 278:22
  287:21 312:21

355:20 359:14
  376:23
**IP** 192:2
**IPs** 77:7
**ironically** 248:3
**irony** 66:5 70:20
**irrelevant** 89:4
**irritate** 63:17,21
**irritated** 43:3
**irritating** 63:24
**IRS** 49:17
**ISA** 99:20
**Island** 5:15 72:7
  124:22 195:5,6
**ISO** 99:20
**issue** 77:19 78:11
  78:23 82:15,17,20
  136:16 137:14
  226:14 308:24
  361:22
**issued** 11:17 226:18
**Italian** 203:15
**items** 279:8 377:20
**iteration** 243:4
**Its's** 315:17

**J**

**jacket** 109:5
**Jagger** 112:24
**Jagger's** 112:24
**January** 304:12
  340:13 341:6
**Japanese** 203:15
**jaw** 316:18
**jazz** 75:22
**Jeffrey** 273:19,20
  273:22,23 320:10
**jerk-off** 320:19
**Jerry** 78:19 89:17
**Jett** 231:4
**Jewish** 72:6 128:20
  128:22
**Jews** 310:2
**Jim** 249:7
**Jimmy** 72:18,20
**Joan** 231:4
**job** 1:25 6:14 67:12

75:4 146:23 147:4
  147:6 180:20
  186:19
**John** 67:23 73:4
  82:3 106:7 238:6
  240:18
**joke** 180:2
**joking** 46:3 128:11
  215:16
**journalistic** 174:7
**judge** 267:10
  324:15
**juggle** 102:15
**July** 135:8
**June** 135:8 379:19
  379:20
**jupe** 111:25 112:2
  244:11 245:2

**K**

**K** 5:2
**Karen** 359:5
**keep** 7:23 40:14
  52:9 54:2 100:13
  119:15 157:24
  321:19 330:21
  352:14 361:2
  380:2
**Keith** 66:21
**Kemp** 130:2
**kept** 96:14 133:25
  166:2 175:22
**key** 239:12
**kick** 12:9 192:6
  193:15
**kid** 74:10 85:22
**kidding** 26:9 42:12
  45:25
**kidney** 37:6 355:22
**killed** 91:14
**killer** 39:17
**kind** 10:18 32:14
  47:8 49:11 65:6
  74:3 76:7 81:10
  88:10 93:9 98:8
  105:14 139:25
  143:13 148:23

| | | | | |
|---|---|---|---|---|
| 149:16 151:12 161:16 172:23 201:9,12,18 214:6 243:9 307:20 316:9 365:13<br>**kinds** 21:14 25:9 125:11 146:20 338:16 351:11 368:17<br>**King** 232:4 233:5 293:13<br>**Kings** 135:19 136:5 294:10 299:15<br>**Kirk** 103:16<br>**kitty** 281:8<br>**knew** 36:7 68:15 71:8 75:24 78:7 83:21 89:5,6 123:4,7 134:15 136:9,18 137:24 138:7 141:16 155:13,14,14 157:9 161:15 173:8,11 201:8 202:17 228:17 239:11 247:4,8 253:13 307:6,7 313:2 319:2 343:21<br>**knitted** 321:2 323:13 327:23<br>**knock** 194:21<br>**knocking** 193:21<br>**know** 5:22,22 6:4,6 8:10,16 9:11 10:3 10:5 13:9 14:11 14:19,21,25 15:25 17:7,15 20:12,13 21:13,15,21 22:9 23:10 28:25 30:3 30:4 32:4,20 34:21 36:8,9,15 36:18,19 37:5,7,8 37:21 38:9,13,21 38:24 39:2,3,14 39:18 40:12 41:4 41:6,19 42:15,18 | 44:22,23 46:4,17 47:6 48:3,5,6,12 48:17 49:8 50:3 53:9,14 54:10 55:23,23 56:14,22 56:24,25 57:20 58:3,3,16,17 60:15 61:6,17 62:12 64:5,10 65:9 66:15,20,25 67:22 68:3,4,14 68:15,16,21 69:13 69:16,16 73:6 74:9 75:12 76:2,7 76:17 77:5 78:10 78:13,23 79:14 81:5,5,11 82:8,23 83:20 84:3 87:6 88:25 90:6,11 91:22 92:8,15 93:9 94:11 95:14 96:3 97:12,15 98:6 99:10,14 100:22 101:2,3,23 103:7,9 104:17,23 106:24 107:11,16 107:17,22,24 108:4,5,7,14 109:21 112:8 115:9,22 116:24 118:21 119:16 120:6 121:12 122:4,10 123:21 124:5,10 125:23 125:24 127:8,9,13 128:4,13,24 129:21,22 132:2,5 132:12,19,21,22 132:23 136:17,20 137:15 138:17 140:10,17 141:10 141:12,18 143:6 144:6,7,15,21 145:6,7 146:4,6 146:11,18 147:5 147:10,16 149:4 150:10,11 151:14 | 152:7,14,17,18 153:2,6,19 154:2 154:13 155:2,8 158:14,24,25 159:20 162:8 164:9,14,25 166:23 172:8,11 172:21 175:15,18 176:9,16 177:12 177:12 178:22 179:8,9,20,25 180:2,13,13,14 181:3 182:3 183:24 185:14 186:16,20 187:10 187:14,15 188:9 188:13 189:3,13 189:17,20 190:4,6 190:25 192:18 193:19 194:2,4,4 194:17 195:22 196:6,7 198:8 199:5,25 200:13 200:22 201:6,10 201:10,11,18 202:4,12,25 203:16 205:16 206:2,2,7 207:7 208:21 210:24 211:11 213:9,10 213:12,17 215:2 215:19 217:2,18 217:23 218:11,23 219:6,11,22 220:4 220:25 221:13,16 221:17 222:19 224:9 225:10,20 226:7 227:6 228:15 229:15 230:16 231:9 232:13,13 234:23 237:4 238:6,12,16 239:23 243:11 244:10 245:3 246:7,9 247:12,13 247:17 250:21 254:19 255:4,22 | 256:2,18,23,24 257:11,15 259:21 260:12 261:10,10 261:22 262:22 264:25 265:11,15 266:8,18,25 267:8 267:10 270:22 272:3,4,5,6,18,23 272:25 273:7,13 275:4 279:13,15 279:18,20 280:7 280:16,25 281:4,4 281:24 282:25 283:3 284:22,22 284:25 285:9,15 285:16 287:8,17 288:16,24 289:3 290:17,25 291:2 291:17 292:9,18 294:9 295:12 298:13 300:13,16 301:14 303:2,4 305:15 310:10,14 312:7,10 313:4,6 313:6,21 314:18 315:8,21 316:6 317:4,9,12,20,22 317:23 318:7,17 320:14,22 321:2,4 321:11,14 322:2 326:18 328:21 335:14,16 337:15 337:17,18 338:8 338:14,15,21 340:6 341:17 342:4 344:5 345:5 346:20,25 348:19 348:21,21 350:6,6 352:9,23 357:5,7 357:8 359:2,21 361:20 363:12 365:19 368:3,4 369:15 370:2 371:10 374:3,9,10 374:11,11,13,22 376:16,21 377:2 377:24 | **Knowing** 68:7<br>**knowledge** 37:15 65:10 196:8 202:10,15 204:7 223:10 266:13,14 295:3<br>**known** 5:10 10:21 32:10 107:7 139:2 154:2 247:9<br>**knows** 181:5 246:11 300:21 320:15 321:10 344:13 373:8 380:10<br>**Kodak** 104:15 143:16 240:21<br><br>**L**<br><br>**L** 4:2 5:2<br>**lab** 69:3 242:2,10<br>**label** 73:14 75:25 80:9 82:15 85:7 90:2 92:11 109:5 111:13 112:4,11 113:3,10 114:2,9 114:17,18 115:5 116:2,5,23 175:21 176:5 178:16 179:9 181:12 187:17 237:19 243:25 245:6,7,21 245:23 246:23 248:21<br>**labels** 76:12,13,16 76:24 81:8 114:23 118:4 119:4 127:8<br>**label's** 191:10 248:8<br>**Labs** 242:11,12<br>**lack** 88:9<br>**ladies** 36:16<br>**lady** 36:14 63:17 71:14 77:4 146:8 191:23<br>**laid** 147:19<br>**Lana** 88:14,23 98:14 100:17 |

103:21
**language** 123:21
   201:23 206:4
   300:19
**languages** 65:15
**larger** 176:18,20
**late** 64:8 72:13,14
   75:20 77:5 85:25
   87:5 90:21 100:22
   101:13 104:2
   106:25 107:4,6
   135:21 191:22
   192:12 195:13,14
   214:20 219:22
   244:9 362:13
**latest** 261:20
   344:19
**laugh** 55:17
**laughing** 41:10
   128:15
**launch** 356:10
**launched** 135:10
**Laurie** 39:25
   117:16 125:20
   190:17 309:4,20
   339:2 340:10
   341:19 343:16
**law** 3:5 19:5,8
   22:23 132:13
   192:15,17,18
**lawsuit** 12:21 13:10
   13:14 19:20,24
   20:4 32:22 35:15
   39:20 331:3
**lawsuits** 16:12,15
**lawyer** 22:21,25
   23:5 24:11 26:11
   29:2 38:11 39:12
   44:8 65:6,8 99:4
   120:23 121:24
   122:18 123:18
   191:25 198:20
   235:8 246:15
   249:7 281:24
**lawyers** 24:23
   127:9,11 194:22
   211:10

**lay** 165:18 185:11
   235:20
**layman** 314:21
**laymen** 94:11
**layout** 111:17,18
   185:19 237:2
   245:19
**lchen@loeb.com**
   3:19
**learn** 69:13 122:10
   122:14,15
**learned** 68:8 70:8
   95:15 98:11
   100:25 115:21
   117:7 121:6
   123:16 231:13
**leave** 33:24 162:17
   183:4 216:4 332:8
**lectures** 158:18
**left** 33:7 112:23
   122:3 188:23
   189:7 360:23
**leg** 370:7
**legacy** 37:25 38:7,9
   38:10 85:24
**legal** 210:22,24
   272:21
**legitimate** 54:18
   211:4
**length** 155:23
**lengths** 211:16
**Lenon** 67:23
**lens** 152:2,6,8,13
**lenticular** 315:16
**lettering** 115:22
   117:5 131:4,5
**letting** 281:23
   326:11 369:15
**let's** 23:24,25 24:2
   28:8 31:4 59:24
   61:4 91:21 96:5
   108:15,15 111:15
   134:13 157:24
   203:24 205:12
   216:7 221:14,18
   236:6 238:19
   262:12 266:25

282:8 297:8
311:15 314:4
333:18 353:11
357:5 358:7
365:16 378:10
**level** 54:25 255:25
   343:18
**Levy** 128:20 129:8
**liaisoned** 111:13
**Library** 201:19
   208:3 309:6
**license** 82:19
   122:21 123:12
   132:11 254:22
   276:19 278:14,16
   334:15,16,17
   339:25 340:25
   341:6 347:23,24
   348:2,3 350:5,12
   353:4,17,25 354:2
   354:5 359:22
   361:9 374:18
   383:23
**licensed** 38:4
   203:14 343:6
   357:4 370:12,14
**licenses** 82:21
   119:17 131:10
   261:3 291:8 361:4
   371:21 375:2
**licensing** 37:15
   47:10 119:13,23
   119:25 124:24
**lie** 236:13 303:20
**Liebowitz** 3:5,9
   12:3,6,13,25 13:8
   13:19,21 14:3,17
   15:20 17:11,13,17
   18:2,8 21:18
   23:24 24:14 25:2
   25:4,8,12,15,23
   26:18 27:11,15,18
   27:24 28:4,11
   29:19,25 33:15,19
   38:23 39:13 40:22
   41:17,23 42:6,14
   42:17 44:11,19

45:4,13,24 47:4
48:10,12 50:2,6,9
50:13,16 51:20
52:10,16,23 53:20
61:4 62:15,21,24
109:23 110:5
182:8 198:13
205:11 206:11,20
207:14,21,24
210:19,22 227:14
231:17 234:25
235:6 236:9
250:15 251:2,6,10
258:12 261:13
268:24 271:10
272:20,23 274:25
275:7,13 280:4,10
280:16 281:3,10
282:2,8,18,21
283:7,18 285:21
288:2,4 290:4,9
300:25 308:7
330:5,9 335:23
336:2,6 342:9
348:9 350:10
351:7,13 352:11
375:5
**life** 16:2 41:5 46:5
   47:7 53:12 70:8
   70:20 88:2 124:10
   131:20 174:9,11
   177:21 228:16
   231:12 247:13
   282:11 290:21
**Lifestyles** 71:17
**light** 95:13 96:18
   99:19 102:24
   105:25 143:5
   162:8 164:10,13
   239:12,22 264:16
**lighting** 69:17
   94:24 95:13,14
   96:13 97:2 103:2
   239:17
**lights** 91:7 104:13
**liked** 68:19 70:15
   89:16 101:4

141:12 154:25
171:20,21 188:2
224:25 243:5
245:5
**likeness** 295:10
   354:23
**likenesses** 293:4
**likes** 60:17,19
**limit** 279:6 377:17
**limited** 30:19 32:12
   250:8 255:7
   304:11
**Lindsey** 129:25
**line** 208:7 211:14
   316:18 382:10,11
   382:13,14,16,17
   382:19 386:3,6,9
   386:12,15,18,21
   387:3,6,9,12,15
   387:18,21
**lines** 181:24 316:2
**linked** 144:24,25
**Linna** 3:18 27:24
**lips** 161:2,7 231:8
   357:3
**list** 21:14 74:21
   87:2 137:4 280:13
   280:19
**listen** 106:9 123:19
   138:6 206:16
**lists** 234:16
**lit** 96:11
**little** 55:23 76:6
   78:8 84:5 105:9
   126:23 130:21,22
   134:8 136:2 137:9
   142:24 146:3,6,7
   146:14 150:14
   162:16,18 164:12
   180:5 185:8
   187:18,19 188:23
   188:25 189:9,15
   191:24 235:16
   262:14 309:10
   312:8 313:25
   314:10 316:12,16
   316:20,21,25

| | | | | |
|---|---|---|---|---|
| 317:4 327:11 | 350:17 356:4 | 46:7 51:17 54:16 | 255:19 260:23 | 225:12 226:5 |
| 328:25 333:16 | 378:12 380:21 | 58:24 92:21 94:23 | 264:24 265:6 | 230:22 271:24 |
| 347:17 367:11 | **longer** 78:7 86:15 | 131:11 151:10,11 | 310:10 315:6 | 272:2 278:22 |
| **live** 25:25 30:5 51:8 | 103:3 149:12 | 161:3 163:16 | 331:12,16 337:16 | 279:22 282:5 |
| 62:8 75:9 86:2,9 | 162:7 227:6 | 167:19 184:24 | 338:5 345:11,11 | 286:12 291:21 |
| 88:25 93:19 97:6 | 290:13 | 191:15 206:6 | 355:19,23 356:3 | 292:3,18 293:4 |
| 97:7 102:16 | **look** 21:5 33:17 | 218:3 266:17 | 356:15 359:3,10 | 294:15,23 295:8 |
| 105:15 151:21,25 | 34:5 45:22 46:8 | 267:4,5 302:12 | 359:13 369:14 | 295:10,16,22 |
| 156:16,17 213:16 | 46:15 47:23,25 | **looks** 167:3 186:15 | 373:2,23 375:16 | 296:23 297:11,25 |
| 213:17 220:16 | 48:16 74:21 92:22 | 273:20 286:21 | **lots** 231:9 | 298:24 301:4,14 |
| 228:16 238:22,24 | 95:24 96:9 99:25 | 312:19 315:12 | **Lou** 26:8 29:10 | 301:22 302:21 |
| **lived** 46:5 | 112:18 123:18 | 319:21 320:25 | 30:10,12 37:17 | 304:7,10,24 305:3 |
| **living** 51:3 75:18 | 152:9,18 153:15 | 327:15 340:22 | 45:12 48:4 49:19 | 305:17,23,24 |
| 107:18 118:6 | 155:3 159:19 | 371:14 | 50:5 68:13 71:21 | 306:4,8 308:18 |
| 136:6 231:10 | 160:16 165:14,15 | **loonies** 42:3 | 71:24 72:10,10 | 311:17 314:13 |
| **Livingston** 5:14 | 173:10 179:17 | **loose** 88:6,11 | 73:16 74:14 80:9 | 315:9 318:2 |
| **Liz** 374:11 | 184:22 186:18 | 153:25 | 82:9 83:25 84:4,4 | 319:23 329:8,12 |
| **Lizzy** 120:3 | 188:22 189:7 | **looseness** 95:22 | 84:7 86:13 91:14 | 329:17 333:3,16 |
| **LLC** 1:7 3:14 385:5 | 190:5 191:8 | **looser** 83:19 | 106:12 108:17 | 338:25 340:5 |
| **LLP** 2:8 3:12 | 194:19,19 196:16 | **loss** 99:3 | 111:20 117:19 | 343:20 344:17,24 |
| **load** 343:12 | 200:24 201:2 | **lost** 183:16 244:9 | 123:23,24 124:23 | 345:17 346:13,17 |
| **loads** 36:15 194:4 | 208:17 209:3 | 287:7 | 125:10,15,22 | 346:20 349:7 |
| 231:7 | 219:10 223:19 | **lot** 30:9 33:6 42:3 | 127:15 129:16 | 352:20,20,21,22 |
| **location** 73:21 | 225:8 227:10,17 | 64:15 66:20,24,25 | 131:12,16,18,21 | 353:25 357:7 |
| 145:4 212:12 | 232:6,7 256:3 | 69:6,8 75:9 83:21 | 131:25 132:6 | 362:6,6,9 363:9 |
| **Loeb** 2:7,8 3:12,12 | 258:12 260:12 | 85:20 87:9 94:20 | 136:10 137:12,17 | 364:17 366:7 |
| **logical** 169:19 | 262:12,16 264:6 | 95:14 96:10 | 137:21,24 139:5 | 367:12,24 371:17 |
| **London** 11:8,10 | 266:15 267:3 | 101:23 106:6,15 | 140:10 145:3 | 372:11,14 377:3 |
| 65:20 66:2,6,17 | 269:24 270:6,11 | 106:16 113:9 | 146:17 149:6 | **Lou's** 39:24 40:2 |
| 74:15 124:16 | 280:12,17 290:10 | 115:13 117:3 | 151:4 155:6,8,24 | 64:21 106:15 |
| 130:5 133:2 136:4 | 292:21 294:12,13 | 118:3 120:22 | 156:7,9,10,22 | 188:5 227:3 |
| 136:5 156:16 | 294:14 304:20 | 121:2 122:13 | 159:14,20 163:18 | 328:25 340:15,19 |
| 178:6 356:21 | 307:25 317:18 | 125:2,9 127:17 | 165:25 166:2,14 | 341:18 364:23 |
| **long** 8:15 24:16 | 319:22 322:9 | 128:5 135:11 | 166:14 167:5,17 | **love** 18:12 30:4 |
| 27:9 28:22 32:10 | 324:15,24 327:3,9 | 138:9 139:22 | 168:9,14,22 | 47:5,12 51:5 54:4 |
| 42:7,10,15 45:22 | 327:13 330:21 | 140:25 141:21,25 | 169:20 170:10 | 68:2 69:10,10,15 |
| 46:4 62:22 66:8,9 | 334:25 335:7 | 154:6 155:17 | 171:6 172:2,4,15 | 87:16 97:6 99:22 |
| 69:20 72:6,24 | 337:6 340:12 | 166:3 177:23 | 172:16,18,19,21 | 115:21 117:7 |
| 98:3 107:18 | 350:8 351:5 | 179:2 182:4 194:6 | 173:4,8,23 174:18 | 127:3 154:7 175:8 |
| 110:14 122:8 | 353:24 | 196:5 197:8 | 175:5,20 177:16 | 186:18 225:2 |
| 144:21 147:16 | **looked** 48:25 56:3 | 208:24 217:13 | 177:19,23 178:5 | 226:6 231:4,10,13 |
| 149:6 152:7 | 92:19 139:9 162:9 | 219:3,4 220:16 | 178:22,23 179:12 | 231:16 256:6 |
| 153:14,21 157:7 | 169:3 202:13 | 221:15 227:6 | 181:16,17,18 | 331:12 335:13 |
| 179:11 182:6 | 268:17 294:19 | 238:17 239:12 | 184:19 186:16,17 | 338:12 342:4 |
| 185:22 211:17,17 | 297:2 338:6 | 240:17 242:3 | 214:23 216:25 | 363:3 368:24 |
| 213:14 241:13 | 342:25 | 243:9 246:8 | 218:9 220:9,13 | **loved** 76:5,5 84:9 |
| 257:12 309:5 | **looking** 23:17 45:3 | 252:13 254:19 | 221:4 222:5 225:4 | 87:15 88:15 93:24 |