| | | | | |
|---|---|---|---|---|
| 158:16 177:20 186:16,17,17 218:4 226:3,5 239:24 240:17 293:20 317:24 319:23 **loves** 84:13 **low** 103:3 105:24 143:5 162:8 338:5 343:12,24 347:5 **lower** 104:13 **LP** 292:9 **LSD** 93:12 147:8 **Luben** 39:9 **luck** 41:10 **lunch** 10:10 66:23 182:9,11 **L.A** 373:3 **M** **M** 1:24 2:10 5:2 384:7,24 **mad** 90:8 130:15 134:5 **Madonna** 294:8 **mafia** 128:20,22 **magazine** 86:10 87:14 88:17,19,21 89:8 103:21 117:25 157:8,13 157:15 **magazines** 83:10 86:21 118:3 119:4 132:12 212:21 213:12,21 **magical** 76:7 **mail** 283:15,25 **mailed** 308:3 **mailing** 283:25 **maintain** 54:24 **major** 65:14,15 **majority** 361:5,8 **making** 67:21 111:8 164:18 199:6 244:21 265:10 **Mama** 193:16 | **man** 78:25 79:11 93:16 102:2 127:20 137:17 156:20 238:16 344:21 **managed** 72:17 **management** 73:13 88:23 141:11 375:11,18 **manager** 72:18 127:21,23 249:7 **manipulate** 325:20 **March** 1:16 2:2 64:8 379:5,14 384:20 **Marginally** 327:5 **mark** 20:17 41:24 42:4 43:4 94:16 134:17 145:10 182:14 215:4 231:19 233:6 269:6 282:23 303:23 311:15 319:24 334:6 336:8 342:15 369:22 **marked** 20:20 21:4 43:7,14 134:20 160:10,13 166:12 167:14 182:17,19 206:24 207:3 221:23,25 231:23 231:25 233:9,12 234:13 235:12 250:2,5 269:8,12 273:16 276:2,5 304:2,4 320:3,5 330:14,17 331:18 334:9,11 336:12 341:2 342:18 343:4 **market** 219:23 **marketplace** 200:2 **marks** 167:20 **Marlene** 239:10,14 239:20,24 354:17 **Marley** 86:4 96:14 | 138:10 **marola** 9:13,22 **marriage** 384:17 **married** 112:23 215:24,25 **Masque** 78:2,4 83:6 212:25 218:10 220:8 221:3,17,18 222:5 222:25 223:6 229:6 325:2 328:21 329:4,7 332:22,25 333:5 333:14 347:21 **massacre** 40:13 **massage** 90:17,23 **mate** 131:3 **material** 25:10 271:15 327:2 **materially** 118:19 **matter** 24:13 55:21 57:10 59:9 74:13 80:24 103:19 132:8 140:13 153:10 155:10,15 168:20 183:25 192:15 211:16 249:10,11 323:21 325:3 326:20 338:12 384:18 385:11 **mattered** 141:18 **matters** 98:16 **mature** 79:11,16 120:18 **maté** 63:4 **Maurice** 128:20 129:8 141:7 **Mavian** 91:4 **Mayo** 73:5 **McCartney** 149:22 **mean** 7:14,15 9:16 13:4 19:6 21:12 21:12,17 22:6 24:15 26:20 27:16 29:15,20 36:7 37:7 38:25 42:16 | 44:5,14,21,21,23 46:4,8,15 47:5,11 48:14,20 50:3,4 61:10 64:13 65:5 67:17 68:14 69:17 70:12,18 74:6,8 75:12,15 76:5,16 78:12,14 79:20 81:11,25 84:6 86:8,13,14 87:7,9 87:18 88:5,7,8 89:19 91:5,24 92:8 93:9 94:12 94:22 95:16 96:10 96:23 98:15,20 99:2,8,9,19,21,24 100:2,11 101:3,9 101:13 102:6,18 102:19 103:20 105:12,20,22 106:5,7 109:11 112:3 117:4,15,23 118:7,9 121:7,15 122:20 123:11 124:13 125:2,3,3 125:9,13,18 127:4 127:6 128:18 129:11 132:12 136:17 137:15 139:21 144:7,8,17 147:8,12,18 150:10 151:2,10 151:21,24 152:5 153:19,19 154:5 155:19 156:9,16 157:19 162:6 163:7 164:7,20 172:7,10 173:11 175:2 176:7 177:22 183:16 185:11 186:15 187:13 188:5,8,10 189:25 190:13 192:17 196:19 198:17 200:11,12 200:25 202:22 203:7,17 206:10 | 206:13 208:18 210:21,23 211:4 211:22 213:18 214:13,15 215:19 215:19,21 217:21 218:9 219:10 222:8,11 223:23 226:4 228:10,25 229:9 230:20 231:6,11 236:3 244:20 245:3 247:16 249:3,15 253:4 257:12,19 258:14 259:14,16 261:17 263:18 264:12 265:20,24 267:16 270:4 280:15 283:5 286:16 287:8 290:20 291:24 292:4 296:5 299:10 300:19,19 301:4,13 303:12 306:25 310:25 315:5,8,22 316:2 316:6,22 317:19 317:21 318:2,14 319:15 322:9,9,13 324:23,25 332:4 338:4,10 344:9 346:19 348:16 352:14 353:19 355:12 356:2,22 359:9 361:21 362:9 363:13 372:24 375:9 376:15 377:22 378:25 379:9 **meaning** 13:4 **means** 13:10 60:8 79:12,21 102:21 154:7,7 162:7 164:21 185:18 189:8 244:21 267:18 313:24 **mechanical** 114:24 162:10 237:3 |

| | | | | |
|---|---|---|---|---|
| **media** 12:24 217:11 | **Michael** 1:14 2:6 | 144:1 145:1 146:1 | 284:1 285:1 286:1 | 269:11 270:14 |
| **Medical** 91:20 | 5:9 6:1 7:1 8:1 | 147:1,5 148:1,19 | 287:1 288:1 289:1 | 271:5 274:22 |
| **medication** 10:17 | 9:1 10:1,22 11:1 | 149:1 150:1 151:1 | 290:1 291:1 292:1 | 281:22 282:16 |
| **meditated** 90:17 | 12:1 13:1 14:1 | 152:1 153:1 154:1 | 293:1 294:1 295:1 | 311:6,18 321:12 |
| **meditation** 57:25 | 15:1 16:1 17:1 | 155:1 156:1 157:1 | 296:1 297:1 298:1 | 334:19 338:24 |
| 58:17 90:22 | 18:1 19:1 20:1 | 158:1 159:1 160:1 | 299:1 300:1 301:1 | 347:22 352:21 |
| **medium** 327:22 | 21:1 22:1 23:1 | 161:1 162:1 163:1 | 302:1 303:1 304:1 | 371:5 385:4 |
| **meet** 25:11,14 | 24:1 25:1 26:1 | 164:1 165:1 166:1 | 305:1 306:1 307:1 | **microphone** 294:16 |
| 26:15 123:23 | 27:1 28:1 29:1 | 167:1 168:1 169:1 | 308:1 309:1 310:1 | 294:24 316:23,24 |
| 239:23 | 30:1 31:1 32:1 | 170:1 171:1 172:1 | 311:1 312:1 313:1 | 328:14,16 332:20 |
| **meeting** 203:24 | 33:1 34:1 35:1 | 173:1 174:1 175:1 | 314:1 315:1 316:1 | 332:21 |
| **melodrama** 356:2 | 36:1 37:1 38:1 | 176:1 177:1 178:1 | 317:1 318:1 319:1 | **middle** 75:9 118:14 |
| **memory** 298:14,24 | 39:1 40:1 41:1 | 179:1 180:1 181:1 | 320:1 321:1 322:1 | 122:24 140:16 |
| 299:2 | 42:1 43:1 44:1 | 182:1 183:1 184:1 | 323:1 324:1 325:1 | 177:18 345:22 |
| **mental** 10:14 | 45:1 46:1 47:1 | 185:1 186:1 187:1 | 326:1 327:1 328:1 | **midst** 168:6 |
| 379:19 | 48:1 49:1 50:1 | 188:1 189:1 190:1 | 329:1 330:1 331:1 | **mill** 101:16 152:6 |
| **mentality** 131:22 | 51:1 52:1 53:1 | 191:1 192:1 193:1 | 332:1 333:1 334:1 | **millennium** 219:18 |
| **mentioned** 41:3 | 54:1 55:1 56:1 | 194:1 195:1 196:1 | 335:1 336:1 337:1 | **million** 34:9 121:10 |
| 77:3 106:24 | 57:1 58:1 59:1 | 197:1 198:1 199:1 | 338:1 339:1 340:1 | **millions** 76:18 |
| 185:14 198:15 | 60:1 61:1 62:1 | 200:1 201:1 202:1 | 341:1 342:1 343:1 | 77:14 |
| 221:3 273:18 | 63:1 64:1 65:1 | 203:1 204:1 205:1 | 344:1 345:1 346:1 | **mind** 47:9 58:19 |
| 370:25 | 66:1 67:1 68:1 | 206:1 207:1 208:1 | 347:1 348:1 349:1 | 99:5 158:19 |
| **mentor** 67:15 | 69:1 70:1 71:1 | 209:1 210:1 211:1 | 350:1 351:1 352:1 | 172:19 225:16 |
| **merchandise** | 72:1 73:1 74:1 | 212:1 213:1 214:1 | 353:1 354:1 355:1 | 236:20 344:3 |
| 132:16 193:22 | 75:1,23 76:1 77:1 | 215:1 216:1 217:1 | 356:1 357:1 358:1 | **minded** 225:15 |
| 249:6 276:12 | 78:1 79:1 80:1 | 218:1 219:1 220:1 | 359:1 360:1 361:1 | **mindlessly** 57:16 |
| 277:3,8,15 278:7 | 81:1 82:1 83:1 | 221:1 222:1 223:1 | 362:1 363:1 364:1 | **mine** 30:15 38:17 |
| 278:9,20,21,25 | 84:1,22 85:1 86:1 | 224:1 225:1 226:1 | 365:1 366:1 367:1 | 40:2 71:9 73:22 |
| 279:16 280:21 | 87:1 88:1 89:1 | 227:1 228:1 229:1 | 368:1 369:1 370:1 | 78:20 87:20 |
| 281:18,20,25 | 90:1 91:1 92:1 | 230:1 231:1 232:1 | 371:1 372:1 373:1 | 178:19 184:19 |
| 284:13 286:19 | 93:1 94:1 95:1 | 233:1 234:1 235:1 | 374:1 375:1 376:1 | 218:2 233:17 |
| 288:13,19 340:2 | 96:1 97:1 98:1 | 236:1 237:1 238:1 | 377:1 378:1 379:1 | 235:15,17,17 |
| 347:23 374:19 | 99:1 100:1 101:1 | 239:1 240:1 241:1 | 380:1 381:1,11,16 | 236:5 254:19 |
| 375:4,12 377:5,15 | 102:1 103:1 104:1 | 242:1 243:1 244:1 | 382:5 384:10 | 322:14 335:2 |
| **merchandising** | 105:1 106:1 107:1 | 245:1 246:1 247:1 | 385:23 386:25 | 349:6 |
| 38:20 108:13 | 108:1 109:1 110:1 | 248:1 249:1 250:1 | 387:25 | **minimal** 172:7 |
| 197:22 277:22 | 111:1 112:1 113:1 | 251:1 252:1 253:1 | **Mick** 1:4 5:10 | **minute** 9:13 29:3 |
| 361:21 375:25 | 114:1 115:1 116:1 | 254:1 255:1 256:1 | 10:22 20:22 51:10 | 46:6 173:23 |
| **merrier** 302:16 | 117:1 118:1 119:1 | 257:1 258:1 259:1 | 70:23 72:3 74:15 | 262:15 376:21 |
| **met** 26:4 39:4 | 120:1 121:1 122:1 | 260:1 261:1 262:1 | 84:20 105:6 | **minutes** 46:12 |
| 123:25 126:4,9 | 123:1 124:1 125:1 | 263:1 264:1 265:1 | 112:24 137:17,18 | 149:6 230:10 |
| 129:10,12,17 | 126:1 127:1 128:1 | 266:1 267:1 268:1 | 148:8,11 154:3 | 356:4 |
| 139:4,5 169:20 | 129:1 130:1 131:1 | 269:1 270:1 271:1 | 161:3 178:13 | **mirror** 218:3,3 |
| 301:22 350:3 | 132:1 133:1 134:1 | 272:1 273:1 274:1 | 206:16 207:7,17 | 240:16 |
| **metal** 324:3 | 135:1 136:1 137:1 | 275:1 276:1 277:1 | 208:9 211:8 | **mischief** 83:20 |
| **methods** 318:11,15 | 138:1 139:1 140:1 | 278:1 279:1 280:1 | 227:11 232:7 | **misheard** 274:3 |
| **Mexico** 33:3 369:21 | 141:1 142:1 143:1 | 281:1 282:1 283:1 | 250:4 255:16 | **missed** 134:4 |

378:13
**misspoke** 367:7
**mix** 142:5 145:6
**mixed** 281:7 368:20
**mixture** 133:7
**model** 112:25
**modern** 26:2 65:15
  88:25 258:15
**modest** 306:7
**mom** 38:21
**moment** 21:5 38:18
  39:7 47:7 54:8
  72:23 104:9
  105:19 141:23
  152:24 163:21
  197:15 249:2,5
  300:20 379:16
**Monday** 38:6 40:4
  183:19
**money** 61:24 62:5
  65:24 69:7,24
  74:12 75:3,9
  76:12 77:16 78:8
  81:14 86:12 88:18
  94:3,17 108:7
  123:22 127:19
  130:22 139:15
  146:7 151:9,11
  155:7 157:20
  158:20 166:4
  197:6,8 213:3
  216:8 224:14
  237:13 239:6
  248:25 249:16
  254:16 256:11,16
  257:22 259:10
  260:23,25 261:20
  261:21 265:6
  276:16 290:18
  309:19,25 310:11
  310:19 315:7
  331:16 340:17
  342:2 352:7,18
  353:5 354:10
  355:8,13 356:15
  357:12,13,14
  364:6,12 369:14

376:5
**moneys** 122:6
  357:16
**month** 11:24 27:19
  33:5 49:16
**Monthly** 307:20
**months** 46:25
  81:14 343:17
  355:21
**Moon** 30:25 32:2,8
  199:19 203:10
  213:9 215:8 255:6
  350:13 351:4,25
**Moretti** 356:16
**morning** 5:19
**mother** 84:15,19
  146:8 147:4
  180:21
**mouth** 109:15
**move** 23:24,25 28:8
  90:15 96:18
  235:21 282:9
  283:9,12
**moved** 239:17,21
**movements** 154:16
**moves** 288:24
**MRock** 42:10
**mud** 147:14
**multiple** 343:25
**murderer** 230:12
**murderers** 249:21
**muscle** 200:2
**Museum** 100:8
**music** 37:13 74:7
  86:2 98:9 105:14
  128:6,14,21 138:6
  173:23 180:15
  185:23 201:11
  227:24 274:13
  292:7,17 334:22
  357:2,4,7
**musical** 148:4
**musician** 94:25
**musicians** 66:20
  67:18 106:6
  121:14

**N**

**N** 3:3 4:2 382:2
**nail** 70:25
**nailing** 101:25
**name** 5:8 10:22
  30:2 33:7,14,22
  35:18 36:15 37:5
  37:22 38:21
  112:17 128:20
  191:17 192:22
  193:5 194:10
  228:5 232:22,24
  233:19,21 248:7,8
  271:25 273:19
  275:16 294:8
  318:19 357:8
  372:3
**named** 91:16
  269:21
**names** 302:14
**Nash** 87:21
**nature** 70:7 240:8
  314:11 316:10
**naughty** 65:16
**near** 57:4 256:8
**nearly** 56:17,20
  111:2 247:24
**near-death** 215:3
**necessarily** 316:4
  376:5
**necessary** 104:13
**neck** 319:18 328:25
  329:9 333:2,17
**need** 6:9 7:3,19
  10:4,6,11 23:12
  23:13 26:10 36:2
  42:9 54:2 60:10
  75:8 103:24
  131:12,16 132:4,5
  137:3,4,11 148:19
  177:17 200:8
  203:21 234:19
  235:20 245:23
  249:20,23 251:19
  262:14 268:24
  281:14,15,16

303:19,21 304:21
  309:14 333:20,21
  361:15
**needed** 29:21 71:10
  130:15 152:20
  176:18 243:19
  268:11 309:4
  318:17
**needs** 102:21
  106:20 357:24
**negative** 159:15,20
  160:17,18 161:4
  163:14 165:7
  178:12 263:20
  303:5
**negatives** 159:5,8
  159:11,13 161:5
  162:22 163:3
  164:6,18 165:15
  263:15 302:18,20
  302:25
**negotiate** 123:2
  246:4
**negotiated** 248:25
**negotiating** 249:4
**net** 278:8
**Netflix** 71:18 94:16
**Nevel** 157:14
**never** 6:3 12:23
  14:24,25 17:7
  19:4,5,5,10,10,13
  19:15,18,19 20:2
  20:5,8 29:15
  33:12 38:14,15
  53:12 60:16,18
  70:18 71:21 72:10
  75:21 76:12 79:17
  81:9 83:13 84:11
  84:14,23 86:7,19
  86:19,19 87:25,25
  90:10 93:23 96:4
  101:21 106:11
  108:20 110:18,18
  119:18,25 120:9
  121:10,18 125:6
  128:2 131:21
  133:13 136:11,16

  136:23 138:16,25
  147:8 148:17
  151:24 154:17,22
  161:15 162:8
  172:22 174:2
  187:14 189:5
  192:21 193:7,9
  196:16 197:12,13
  203:8 210:4 218:5
  228:7 229:4,19,24
  242:14 245:9
  265:17 273:3
  288:14 300:2
  335:15 337:5
  358:2 377:13
**nevertheless** 15:25
**new** 1:2,7,15,15 2:9
  2:9,12 3:8,14,17
  3:17 5:5,15 6:18
  6:20 11:14 45:12
  47:10 51:5,6,8,9
  61:18 62:12 75:11
  93:11,11 124:17
  130:5 133:3
  135:22 139:5
  175:5 177:24,25
  178:4 218:11
  219:18 247:21
  254:17 256:16
  262:19 263:12,17
  308:25 309:6,10
  309:11 373:3
  384:4,5,8
**next-door** 371:15
**nice** 71:14 72:6
  101:7 171:3
**nicely** 102:4
**Nick** 318:18
**Nick's** 318:19
**night** 64:8 117:19
  124:5 126:21
  140:9 143:24
  145:5 151:5
  184:18 274:19
  294:10,21 301:9
  335:17
**Nikko** 101:21

| | | | | |
|---|---|---|---|---|
| **Nikkormat** 101:16 101:20,20 142:13 142:16 | 107:5 110:23 120:10 124:14 151:5 155:20 187:13 190:14,21 211:5,7,9 220:20 291:5 | **obsession** 77:11 149:19 | 257:25 270:4 272:5 280:22 285:21 310:25 | 188:20 189:17 190:8,22 194:14 195:7 196:2 |
| **Nikon** 142:14,14 | | **obsessive** 156:20 | **obtain** 183:14 | 198:10 199:9 |
| **nobody's** 228:12 | | | 324:16 330:23 | 200:9 202:4,8,15 |
| **nod** 7:13 | | **obvious** 172:14,15 312:24 316:7 | 334:18 335:25 352:21 367:8 | 202:21 205:11 206:20 207:15,24 |
| **non-cerebral** 68:20 | **number** 35:22 56:9 144:11 155:4,13 190:3 243:8 269:18,20 344:2 | **obviously** 16:5,10 39:22 69:9 75:4 97:2 98:16 99:3 103:9 106:10 107:5 112:3 133:23 137:22 147:18 181:8 187:17 196:5 230:20 247:4 261:25 281:5 282:7 299:11 315:18 321:16 347:20 355:18 369:23 | 369:8 371:2,14 | 208:23 209:16 |
| **non-exclusive** 276:19 | | | **okay** 6:16 7:10 9:13 9:23 10:3 11:17 11:25 13:8,13 14:16 15:3,9,21 16:24 17:5,6,8,10 18:2,8 19:3,11 20:3,14 21:4,10 22:17 23:11 24:9 24:17,22 26:12,21 26:25 27:18,21 28:11 29:4,6,17 30:17 32:21 37:11 42:22 44:17 45:13 45:17 46:17,18 47:20 49:3,7,10 49:24 51:14 52:2 52:16 53:19 56:25 61:4 62:11,21,24 63:18,22 64:6,12 64:14 65:4 66:4,8 66:16 70:6 73:12 74:4 76:4 77:18 79:6 81:4 87:8 90:25 91:19 93:22 94:8 95:25 100:11 100:18,24 105:11 106:3,19 107:9,13 107:25 108:3 114:6 116:16 120:20 123:10,23 134:13 136:8 137:19 143:13 145:20 147:24 148:13 150:20 153:12 157:6 162:12 163:13 165:6 168:5 169:13 170:9 171:13 174:14,25 177:8 183:4 187:3 | 210:10 212:13 |
| **normal** 152:6 166:18 189:25 190:9,10 191:21 199:7,10 200:18 201:9,12,13,17 202:18 222:8 266:4 287:20 341:25 366:6,8 | | | | 214:12 216:13 217:16,20 218:13 218:17 221:8 222:17,21 223:14 224:10,22 225:17 225:20 228:9 229:3 230:2,19 232:9,18 233:3 234:9,18 235:6,18 236:6 238:22 239:5 241:2,14 242:10 243:13 245:7,17 248:14 249:14 252:4,24 254:21 255:2,21 256:10 258:19 260:10,17 261:9 261:15 263:22 264:8,13 265:19 266:3 268:15 269:23 270:10 273:15 274:7 275:23 276:7 279:3 280:4 281:10 282:8,18 283:7 284:6,11,25 285:6 287:2,13,22 287:24 288:2 290:9 291:13,16 291:19 292:14 299:9 300:22 301:19 302:20 303:11,18 309:8 309:12 310:17 312:16,21 314:4 317:25 318:5 320:22 321:4,15 322:15,21 324:9 |
| | **numbered** 43:23 363:21 | | | |
| | **numbers** 210:11 | | | |
| | **nuts** 48:11 | | | |
| | **NYU** 91:18 | | | |
| | **O** | | | |
| | **O** 4:2 5:2 | | | |
| | **oath** 9:2,3,5 150:16 150:17 385:17 | | | |
| | **object** 8:21 110:13 198:20 321:9 370:3 | | | |
| | **objected** 192:21 229:20,24 | | | |
| | **objecting** 198:19 | | | |
| | **objection** 8:22 12:3 12:6,13,25 17:14 24:14 25:8 26:18 29:19 40:22 41:17 42:14,17 44:12,19 45:24 47:4 48:10 50:2,6,9,13,14,16 51:20 52:9,10,14 53:22 109:23 198:13 210:20 272:20 300:25 348:10 351:13 352:11 375:5 | | | |
| **normally** 102:5 115:11 161:22 192:8 212:11 252:17 307:5 | | | | |
| **Notary** 2:11 4:15 5:4 381:24 384:7 | | **occasionally** 43:3 75:12 291:5 | | |
| **note** 211:8 272:18 | | **occasions** 148:18 | | |
| **noted** 182:13 282:16 | | **offense** 12:5,12 | | |
| **notes** 288:8 | | **offer** 385:17 | | |
| **notice** 2:10 20:19 21:11 22:12 78:23 191:9,18 192:10 192:16 210:16 214:10 227:18 228:6 232:25 233:22,24 248:6 249:12 267:8 279:25 284:3 287:3 344:9 382:23 | | **offered** 166:3 | | |
| | | **office** 45:6,9,17 202:6 204:8,13 273:4,10 | | |
| | | **offices** 2:7 | | |
| | | **office's** 269:17 | | |
| | | **official** 330:2 | | |
| | | **officially** 341:21 | | |
| | | **oh** 9:23 28:23 62:11 66:10 83:9,24 109:16 112:20 121:17 129:14 138:20 143:9 146:15 150:4 181:2 183:10 184:23 185:2 207:15 208:23 210:10 214:15 215:5 220:7,10 227:16 230:7 234:18 235:6,16 250:18 253:25 | | | |
| **notices** 79:2 335:3 335:6 | **objections** 4:10 52:2 53:18 | | | |
| **notorious** 127:22 | **objects** 70:3 | | | |
| **November** 46:21 47:2 256:5 309:7 310:16,17 349:10 | **obligates** 252:21 | | | |
| | **obliged** 155:7 | | | |
| | **obscure** 231:7,9 | | | |
| **nowadays** 57:25 75:19 77:16 90:15 98:20 101:12 | **obscured** 344:14 | | | |
| | **obsessed** 101:24,24 | | | |

324:11,18 325:4,6
326:24 327:16
328:23 329:5,8
330:5 332:3,12
334:5,21 337:3,13
338:13 339:9,19
340:7 341:23
342:3 343:8,14
344:4,20 345:19
346:24 347:16,19
348:14 349:22
350:10 351:3
352:16 358:13,18
358:24 361:24
362:24 365:4,12
366:10,18 367:8
369:2 371:20
372:2,15 373:12
374:15,17 377:7
377:12,15 379:17
380:15
**old** 10:25 79:13,14
84:17 220:18
238:7 264:25
318:10,14
**older** 193:21
**once** 25:22 39:4
75:4 90:16 98:22
107:21 112:9
133:3 153:21
154:12,15 159:10
162:24 173:25
255:22 266:21
283:12 307:22,23
317:15 332:6
374:13
**onces** 163:2
**ones** 147:17 176:4
230:24 231:9
234:23 235:19,25
243:7,10 245:5
277:5,7 289:7
291:7 292:15
311:5 335:14,20
344:6,16 363:8
364:16,17 366:7
367:18,21 372:15

376:2
**one-off** 297:3
339:25 349:19
**online** 33:11 259:18
310:23 380:9
**oOo** 381:9
**open** 16:2 58:22
102:24 109:15
161:2
**openly** 128:12
**opposed** 364:21
**opposite** 99:2
125:17 198:23
**orange** 164:12
186:8
**order** 59:19 236:2
237:4 246:14
250:17 369:6
**ordered** 281:24
**organize** 112:5
**organized** 48:7
49:11,13
**original** 32:12
160:25 176:12
185:11 199:20
216:24 227:20
244:11
**originally** 142:15
223:3 224:16
251:22 348:12
**Osbourne** 86:5
**outcome** 384:18
**outfit** 99:7 240:12
**outline** 319:20
**outrageous** 332:5
**outside** 37:3 124:9
127:7 195:19,23
237:2 289:23
**out-of-town** 380:11
**overwhelmed** 68:9
**owe** 310:5,6,7,11
310:14
**owed** 122:6 290:18
307:16
**owned** 29:9 78:21
80:20 88:19
222:12 237:9

238:8 246:9
248:23 249:11,12
**owner** 31:3 39:4
**owners** 256:16
**ownership** 362:9
**owner/publisher**
34:17,20,23 255:5
**owns** 197:23
**Oz** 157:9,11,13,14
170:12
**Ozzy** 86:5

---
**P**

**P** 3:3,3,9 4:2
227:18,22
**package** 38:2,3
160:24,25 194:16
335:2 336:20,24
338:25 339:24
367:25 371:24
**packaging** 245:18
347:25
**packed** 142:3
**packet** 264:22
**page** 43:21 160:5,6
160:7,8 215:4
227:11 250:9
256:4 335:4,8
337:7 371:15
382:4,10,11,13,14
382:16,17,19
386:3,6,9,12,15
386:18,21 387:3,6
387:9,12,15,18,21
**pages** 43:21 120:7
120:8 159:24
**paid** 58:7 76:9
81:22 82:13 84:25
87:24,25 88:2,17
94:2 117:20 121:9
128:2 136:11,23
180:3,6,7,8,15
189:18 207:6
213:2 216:5 226:8
226:10,15 230:17
237:13 245:23,24
246:22 248:25

252:25 253:13
256:8,9 259:3
277:24 278:3,5
289:14,22 291:3
307:10 331:17
351:4 352:8
354:18 357:10
358:13,15 360:7
**paint** 295:15,21
**painting** 55:13
295:13 296:20
297:3,6,9,12
299:4
**Palazzo** 30:18
31:17,18,22 34:18
34:24 36:5,18
37:2 48:5,9 49:4
199:13,21,23,24
203:2,4 250:7
255:5 256:21
258:20 262:5,18
263:22 265:21
266:9,21 268:16
289:6
**paparazzi** 70:18,19
**paper** 58:24 163:15
164:8,11,16
165:19 177:2
189:16 246:13
290:23 308:11
359:23 365:13
**Paperview** 94:18
**paperwork** 237:15
309:14
**paralegal** 77:4
191:23
**paranoid** 134:7
**pardon** 320:18
**parents** 67:11 94:2
**Park** 2:8 3:16
145:3
**part** 8:13 68:19
86:15 87:17 95:15
133:4 141:13
143:8 159:16
189:22 193:18
203:12 206:18

262:2 276:24
277:17 319:8
331:9 344:15
370:24 380:8
**particular** 38:2
63:4 74:18 75:4
299:12 302:23
362:17,17 364:24
**particularly** 166:15
180:17 374:4
**parties** 4:6 384:16
**partly** 172:5
**partner** 112:13
**parts** 8:15 277:9
**party** 19:13 70:17
127:12 133:9,11
**pass** 137:4 364:4
**passage** 190:23
**passed** 295:9
296:12 359:15
**passing** 359:20
**passport** 11:17
**paste** 237:5
**pastime** 25:3
**patience** 378:19
**Paul** 149:22
**pay** 11:23,24 43:10
58:10 61:23 75:3
82:16 85:21 137:2
137:6 157:19
179:21 216:8
231:14 237:3
246:2 247:7
358:16,17 364:22
367:11 370:6
**paying** 43:13 71:3
89:10 137:2 315:6
369:14
**payment** 179:7
258:19 306:3
339:14 341:14
**payments** 259:13
259:24 308:11,14
**pays** 49:15
**pee-pee** 262:14
**pen** 58:24 178:6
**penalty** 385:7,9

**pending** 6:19 10:6
**penny** 121:11
**Pentax** 142:15
**people** 11:23 16:11
  36:20 41:12,20,21
  42:8 62:8 65:23
  67:19 68:11 69:9
  70:5,7,9 71:3
  75:15 78:11,14
  79:3 82:10 83:16
  84:16 85:19 90:5
  94:20 95:24 97:6
  101:4,4,5,6 102:5
  106:14 113:9
  114:21,23 120:2,3
  121:2,12,24
  132:21 137:7
  138:24 139:2
  141:21,25 143:25
  144:22 148:2
  149:4 155:13,19
  172:20 187:13
  190:3 191:21
  193:21 194:4
  211:12 217:22
  221:15,16 238:16
  239:7 255:22
  284:10 288:25
  292:5,6,10,12
  299:16 300:13
  301:12,16 302:13
  310:3 321:10,11
  332:4 338:18
  342:4 361:9,16
  364:19 365:9,10
  365:14 371:4
  374:13 376:6
**people's** 77:11
  296:8
**percent** 41:21
  128:12 209:22
  254:13 278:8
  289:21 306:15,16
  306:18 351:11,16
  373:5 376:13,17
  376:17,20,20,24
  377:10
**percentage** 296:21
  297:4 376:2,7,12
**Perfect** 175:7
**perfectly** 21:24
  54:18
**perforced** 315:20
**performance**
  151:25
**perfunctory** 22:11
**period** 46:13 73:20
  76:15 88:10
  108:16 114:12
  127:16 134:3
  234:8 310:13
  355:17 377:25
**perjury** 385:7,9
**permission** 287:16
  298:2 299:5
  329:13 338:2
**person** 6:10 17:2
  20:16 21:2 24:9
  31:9 39:5 55:25
  96:8 101:23
  122:24 152:24
  169:19 208:6
  263:9
**personal** 81:25
  82:4 343:17
**personality** 115:18
  147:19
**personally** 12:20
  15:8 21:9 69:7
  121:4 242:5 283:2
**peruses** 270:7
**Peter** 39:9
**phone** 26:20 27:23
  28:15 33:17,23
  35:22 185:4
  205:15,16 222:20
  281:9 283:4
  299:21
**phones** 28:25 151:7
**phonetic** 9:14
  93:14 111:25
**photo** 47:11 77:23
  80:11 95:5 96:6
  113:5,9 115:6
116:23 129:16
131:9 134:14
153:13,17 168:22
168:23 176:12
186:4,21 187:9
188:16 189:19
192:5 194:11
196:23,23 197:17
197:18,19 208:8
208:14,16,20,21
208:22 209:4,17
209:20 212:14
213:21 214:17
216:23 225:5
227:12 228:18
233:15,23 236:23
236:25 238:20,23
262:17 286:12,13
286:23 300:17
320:2 326:7
330:13 337:11
349:15,15 354:22
354:22 359:8
361:13 362:4,17
363:15 383:19,20
**photograph** 29:8
  55:6 56:11 57:2
  77:9 96:25 116:13
  134:19,23 135:2
  137:7 148:16
  182:16 185:11
  187:11 189:10
  193:10 195:15
  197:12,23 204:16
  208:14 209:17,21
  209:23 211:8,14
  218:21 219:16
  220:14 235:12
  237:9 244:20
  261:5,8,25 262:2
  272:9,10 287:11
  293:7,19 295:25
  297:19,22 298:7
  300:2,20 313:20
  314:25 315:9
  316:14 320:13
  321:21,23,24
322:20 323:20
324:10,22 325:12
325:22 327:24
328:22 331:22
332:10,11 333:9
333:16 350:21,24
360:6 383:5,7,12
**photographed**
  70:19 124:3 194:5
  222:20
**photographer**
  15:22 16:5 71:11
  74:18 76:19 80:20
  85:23 86:18 87:20
  95:21 98:6,13
  148:7 150:25
  158:15 180:19
  194:3 232:16
  234:7 259:15
  265:4,25 298:10
**photographers**
  76:14 139:14
  140:18,21 151:10
  158:16 180:16
  194:6 200:19
  252:11 293:3,13
  299:16
**photographic**
  164:8
**photographs** 15:11
  15:12,14 38:3
  53:8 55:9 57:9
  58:20 65:24 67:19
  67:21 77:20 78:12
  80:21 88:6,21
  103:7 108:6
  122:21 127:3
  132:14 156:15,19
  160:10 165:13
  174:6,7 180:18
  192:6 201:15
  208:8,17,19 209:5
  210:18 215:3
  219:20 228:23
  232:19 233:9
  235:10 251:24
  252:4,15 274:17
276:2,8,9,20
277:11,14 278:15
278:23,25 280:9
280:22 292:20
293:3 295:13
296:8 304:24
305:3,7 315:18
335:9,10,11
336:17 338:24
341:11 343:6
346:13 347:5
353:4 383:6,11,16
**photography** 8:11
  66:18 67:20 68:20
  71:3 77:12 93:24
  122:7 146:12
  220:18 234:24
  317:5
**photos** 67:24 70:13
  81:23 98:16
  111:11 113:15
  121:3 148:22
  151:16 154:6
  180:23 183:5
  189:20 208:22
  215:18 243:5
  275:4,6 277:18
  280:20 287:17,18
  337:21 342:6
  354:19 361:10
**photo-based** 209:2
  209:7
**physical** 10:14
  44:25 51:17
  315:14
**physicality** 315:15
**physically** 267:24
  312:25 316:8,9
  326:23
**pic** 127:17
**Picasso** 55:12
**pick** 50:11 67:6
  92:11 234:19
  247:20,23 344:6
**picked** 66:19 92:19
  118:8,14,15 194:9
  234:4 238:11

243:12 245:5
344:8
**pics** 313:11
**picture** 29:11 30:12
  38:17 86:5 102:3
  102:4 103:11
  105:6 110:8 111:8
  111:8,9 131:13,14
  131:17 139:8
  145:12 148:5,12
  159:14 172:4
  173:17,19 197:11
  209:10 211:6
  212:7 218:2
  222:11 232:5,8,21
  234:20 238:18
  246:10 247:3
  248:23 249:13
  262:5 279:24
  281:17 295:15,21
  296:15 297:10,10
  299:15,22 307:8
  315:11 319:7,15
  321:10 322:6,11
  322:12,13,14,18
  323:14,16,22,24
  323:25 324:4,13
  325:5,9,11 326:10
  327:9 328:7
  344:14 348:7,24
  350:15,20,25
  352:24 360:3,5
  361:7 378:4,6
**pictures** 15:9 38:5
  39:7 67:10 69:20
  70:17 74:14 76:15
  76:24 78:11,21
  79:3,4,22 80:5,6
  80:20 81:21,22
  83:8 84:10,25
  85:10 86:5,6,6
  87:12 89:3,13,17
  89:20 90:15 92:2
  92:16 93:18 94:6
  96:9 97:25 98:14
  102:23 103:22
  107:8 115:16
  117:13,17,21,23
  118:11 125:10,16
  127:14,14,15
  128:2 131:10,25
  132:23 133:5,10
  133:12 137:8,25
  138:8,9 140:12,23
  141:3,7 142:23
  143:23,24 144:9
  144:11 145:25
  147:11 149:13
  151:6 152:9 154:9
  156:4 157:25
  159:4 162:2 164:4
  173:20 174:3,12
  174:18 190:17
  191:5 192:6 194:7
  209:14 211:2
  212:4 217:23
  218:8,10 219:5
  220:6 221:4,10
  222:13 230:21
  237:23 238:10
  241:21 242:21
  252:10 261:10
  264:25 268:13
  274:5 275:21
  281:15,16 283:12
  283:13 285:3,23
  292:3 301:24
  302:2 305:4
  309:10 311:3
  322:19 325:3
  329:14 337:25
  338:18 342:14
  343:20,23 344:15
  344:24 346:17,19
  347:15,24 352:19
  352:22 359:3,10
  359:13 361:15
  370:10 371:6,11
  371:22
**piece** 164:7,11
  181:21 213:15
  309:11 329:22
  354:14 359:23
**pieces** 78:11 208:16
  246:12
**Pimpani** 30:4
**Pink** 71:7 72:25
**pitch** 255:13,13
**place** 44:22,23
  99:15,17 100:6
  112:10 136:2
  140:9 144:23
  219:23 220:23
  314:10
**places** 62:4 97:3
  141:8 216:10
  256:25 379:21
**plaintiff** 1:5 3:6
  12:21 13:4,9,10
  19:20
**plan** 195:11
**planned** 125:8
**play** 95:6 155:17
  178:6
**played** 138:16
  190:6
**playing** 168:22
  294:16,24
**playwright** 272:2
**Plaza** 3:7
**plead** 12:8,11,15,18
**please** 5:7,12,24
  6:10 7:13,14,23
  8:2,13 11:3 13:15
  16:9,21 20:24
  23:15 52:7 108:7
  234:22 319:24
  326:15 335:19
  360:12,18 369:3,4
**plenty** 47:16
  140:19 284:11
**PLLC** 3:5
**plunk** 98:17
**plus** 87:16,16 88:5
  92:7 104:11 134:7
  177:24 193:21
  308:24 310:12
**poet** 151:13
**poetry** 117:17,20
  190:16 335:25
  340:11,16,19
  343:19,21 344:13
  346:14 347:12
**poets** 93:5,6
**point** 31:4 96:20
  121:21 136:6
  146:12,22 147:3
  167:24 168:12
  241:23 243:18
  245:22 279:20
  287:14 344:15
  377:22
**pointed** 26:6
  246:15 248:24
**pointing** 133:19
**Polaroid** 92:7
**Polaroids** 101:18
  239:15
**polite** 206:3
**politely** 380:13
**pop** 100:8 188:6,8
  276:20 277:18
  278:15 346:19
**popping** 123:11
**portion** 333:25
  346:7
**pose** 239:11 296:13
  298:25
**posed** 70:10,13
**posing** 96:20 98:5
  98:16
**positive** 163:24,25
**possession** 282:7
**possibility** 338:5
**possible** 8:12 181:4
**possibly** 91:14
  260:6
**post** 215:3
**poster** 109:11,22
  110:9 160:22
  181:21
**pound** 179:6
**pounds** 71:10,12
  78:3 175:23
  179:24,25 180:9
  189:18 246:7
  247:5 310:12
**power** 73:17 80:3
  102:22 115:13
  117:9 135:24
  145:4 149:5 180:4
  276:23 277:19
  367:18
**PR** 88:5 89:5
  213:19
**practice** 190:2
  191:21 194:18
  199:7,10 200:19
  222:9 351:10
**practices** 202:18
**preexisting** 271:14
  335:10
**prefer** 9:21 120:15
  189:15
**prep** 25:4,15
**prepared** 380:16
**prescient** 238:18
**present** 3:21
  220:16 255:18
**presentation**
  310:24
**president** 49:15
**press** 36:14,16
  46:14 137:4
**pressure** 94:5
**presume** 173:13,13
**pretend** 326:9
**pretended** 72:9
**pretending** 320:20
**pretty** 22:5 23:9
  32:13 61:20 72:22
  124:20 190:9
  192:19 194:7
  223:21 226:16
  253:13 268:17
**previously** 30:10
  272:8,10 337:13
**price** 365:25
**prices** 26:7 372:9
  372:19,23 373:14
  373:15
**prick** 369:13
**primitive** 187:12
**Prince** 127:21
**Princess** 203:9

print 69:4,9 110:9
  111:23 118:23
  155:4 157:21
  166:19 167:10
  168:25 170:18
  171:7,17 173:4
  175:25 176:18,23
  178:7,9,9,18
  179:15 181:8
  184:11 187:4
  189:14 223:11
  225:18 262:19,21
  262:22 263:4,4,6
  263:8,11,14,17,20
  265:3,22 282:25
  286:3 292:13
  303:6 312:5
  313:12,18 315:14
  324:7 362:22
  363:2,14,18
  364:21,21,24
  365:15
printed 135:3
  157:3 177:4,6
  184:18 185:5,8,10
  250:19 263:2
  264:18 265:3
  283:6,12 324:3,6
  365:14
printer 114:25
printing 71:20 85:8
  97:9 111:8 112:5
  115:3 116:21
  166:20 168:4
  187:16 244:25
printout 269:8,14
  289:10 383:14,15
prints 69:6 83:7,9
  83:11,12 85:16
  111:8,23 113:16
  113:25 114:14,16
  114:17 116:4
  164:5,18 165:9,10
  165:12 166:17,17
  168:3 169:12,16
  170:2,3,17 171:6
  171:7 173:7,10
174:24 175:12,13
  176:20 181:10,18
  184:17 209:10
  216:25 217:6
  219:13,19 242:13
  242:15,18,22
  243:22 263:25
  264:14 265:10
  286:5 287:9,10,21
  292:16 297:5
  345:5,9 357:6
  361:25 362:3,12
  365:11,21 366:15
  369:17 372:5,16
prior 24:25
prism 93:7
privilege 23:6,9
  28:6 50:17 53:23
privileged 141:15
pro 181:4
probably 26:23
  38:9 42:21,24
  45:7,8 47:24,24
  49:20 66:10,14
  71:25 77:5 85:12
  85:13 90:21 92:13
  107:3 109:13
  120:8 135:24
  138:4 140:17
  142:22 150:4
  153:23 154:4,13
  155:2 157:7,25
  168:2 177:2
  181:25 187:21
  188:2,11 190:24
  190:24 191:10,24
  195:4,14 212:9,12
  212:21 213:12,23
  214:2,9 215:11
  219:21 222:9,15
  237:20 240:22
  244:5 245:4
  252:16,23 253:12
  255:15 256:9,10
  257:9 258:7
  259:14 261:11
  262:20,21 263:23
267:19 279:18
  292:10 301:18
  310:7 318:14
  340:22 348:19,23
  354:3 355:5,5,6
  358:23 359:10,19
  362:19,19 363:16
  364:8 370:17
  373:6 376:14,14
probe 22:4 59:4,6
probing 100:14
problem 23:11,23
  282:10
proceed 61:5
process 19:9 50:19
  50:21 51:3,12
  52:21 53:6 54:5
  54:19 55:8,12
  56:10,14 57:4,23
  60:2 69:3 80:15
  81:16 84:24 91:23
  95:11 97:21 99:6
  100:4 102:17,19
  102:25 105:21
  111:6 113:15
  114:25 115:25
  148:15 153:10,11
  153:21 157:5,6,21
  158:8,13,13,21
  159:8,11 161:13
  161:21,22 162:6
  163:8 164:11
  166:6 170:13
  172:12 206:18
  219:5 225:24
  242:2 243:11
  245:2 246:25
  326:25 327:2
  330:25,25 331:4
  331:10 340:13
processed 68:25
  89:23 113:16
  135:4 152:20
  158:2 162:7 165:8
  166:10 242:12
processing 68:4
  158:9,25 161:12
162:5,21 242:6
produce 55:4,5
  64:18 74:16
  130:19 137:16
  279:9 280:19
  281:13 283:20
  303:8 329:17
  335:12 350:9
  353:25 369:6
produced 32:15
  64:6 65:9 183:5
  184:4 207:5,11
  222:2 232:2,10
  233:13 234:2,14
  250:5 269:13,15
  273:16 274:23
  276:6 282:3 304:5
  304:9 314:25
  334:12 336:9
  341:5 342:7 343:5
  349:7
produces 159:11
producing 290:17
  339:25
production 43:20
  46:22 205:9
  206:12 258:9
  280:11,14 290:2
  308:6 354:6,7
  360:12 368:15
  382:10
productions 378:23
professionals 62:23
profit 343:22
profits 278:9
project 347:10,12
  353:16
projects 346:22
promote 31:8
  160:23
promoting 200:13
promotional
  181:21
promotionally
  180:25 181:2
pronouns 30:9
proper 8:10 146:8
187:12
properly 8:9
  236:21
properties 191:16
property 77:8
proposing 215:25
provide 25:7,9 44:7
  252:21
provided 305:8,20
  305:23
provides 276:18
providing 7:6
psychedelic 356:25
psychologically
  144:19
public 2:11 4:15
  5:4 124:19 128:13
  211:19 227:4
  309:6 370:8
  381:24 384:7
publication 208:4
  251:23
Publications
  304:11 313:3
publicity 336:19
  337:5
publicly 269:16
publish 262:10
published 84:11,14
  133:13 209:25
  211:6 212:8
  266:11 270:20,22
  271:3 272:8,10,12
  341:21
publisher 33:8 35:5
  212:5 304:6
  308:22 318:18,23
  349:23
publishers 252:18
  254:17 307:6
  313:5
publisher/owner
  31:19
publishing 196:4
  201:10,14,17
pull 162:19
pulled 232:12