276:21
**punk** 85:22
**puppet** 131:21
**pure** 287:17
**purpose** 9:24 108:6
  109:4 286:7
**purposes** 74:23
  182:22 208:13
  271:2
**pursuant** 2:9 22:13
**pursue** 15:2,7
**pursued** 16:15
**pursuing** 17:3
**push** 102:17,19
  103:3,4 152:19
  162:6
**pushy** 146:9
**put** 8:8 34:12 35:12
  61:25 85:10 94:5
  94:17 97:20
  112:15 121:12
  127:5 131:3
  132:20 162:20
  163:14,15 164:9
  164:21 181:23,25
  192:22 209:18
  228:3 236:6
  239:25 240:14
  251:7,11 258:14
  277:15 279:12
  280:13,18 311:19
  317:16 320:19
  335:5 356:15
  377:17
**putting** 78:15 117:4
**p.m** 182:12,13
  381:12

**Q**

**quality** 315:3,8
  345:9 365:8
**quarter** 176:16
**Queen** 38:17 39:7
  69:21 92:4 96:10
  111:15 115:13
  131:23 157:23
  231:5 235:15,17

236:5,16,18 245:9
245:11 246:11
248:16,21 254:18
279:11 306:21
351:22 352:2
354:17 363:9
373:4 378:4
**Queens** 237:12
**Queen's** 112:11
**question** 4:11 6:11
  8:3,7,13,15,20,23
  10:6,7 13:3 14:8
  16:23 23:19 24:8
  26:13 37:19 46:10
  47:15 52:22,25
  53:2 54:19 55:8
  55:21 56:9 59:11
  61:3 66:3 109:25
  126:3 129:5
  139:16 149:10
  170:21 177:14
  198:25 201:5
  210:23,24 217:17
  254:6 266:5
  274:10 298:22
  300:12,23 307:17
  323:12 326:12
  333:21,23 345:22
  346:5 365:18
  374:25
**questioned** 197:14
**questioning** 30:18
  63:12 133:20
**questions** 5:25 6:21
  7:2,7,12 11:4
  22:12 23:17 24:3
  28:8 52:19,24
  53:3,4 54:3,17
  59:2 60:3 61:11
  61:12 217:13
  323:9 378:20,22
**quick** 32:13 69:11
  76:12
**quicker** 8:6
**quickly** 8:6 90:16
  98:3
**quid** 83:4 87:13

181:4
**quiet** 52:9 54:2
  124:8
**quite** 54:4 90:16
  92:5 94:15 95:19
  103:10 115:13
  124:10 131:5
  141:25 146:8,8
  147:13 167:5
  187:22,23 189:12
  191:25 211:20
  265:9 288:3
  296:17 301:12
  324:25 353:14
  356:15
**quote** 231:17
  357:23

**R**

**R** 3:3 5:2 384:2
**radar** 140:11
**radical** 86:24
**radically** 141:6
**radio** 155:17
**rafters** 138:4
**raised** 314:23,24
**ramifications**
  158:18
**Ramones** 231:3
**ran** 244:12
**rap** 148:3
**rarely** 151:19
**rattle** 237:11
**Raw** 73:17 80:3
  102:22 117:9
  135:24 149:5
  180:4 276:23
  277:18 367:18
**Ray** 78:25
**RCA** 109:21 110:8
  184:12 187:5,24
  191:13 192:22
  194:12 227:23
  228:14 371:24
**reach** 35:24 204:20
  288:9,12 343:15
  380:3

**reached** 35:9,14
  204:21,22 254:23
  255:18 343:16
**reaching** 141:3
  301:20
**reaction** 173:25
**read** 8:16 83:18
  133:24 192:19
  200:25 321:5
  333:22,25 334:14
  346:4,7 385:10,12
**real** 62:12 67:12
  147:6 180:20
**reality** 75:8 81:12
**realize** 9:8
**realized** 144:2
  236:12
**really** 51:13 69:18
  72:15 74:9 76:25
  77:3 93:10 95:20
  98:4 99:18 104:15
  107:7,20 115:6
  118:15 121:12
  123:14 124:5
  134:6,10,12
  136:11 143:25
  152:5 156:24
  172:8 174:2
  177:11,14 186:13
  188:7 189:5
  195:12 218:23
  219:18 227:7
  257:17 289:15
  291:21 300:24
  310:15 318:17
  361:19 368:7
  373:13
**REALREAL** 1:8
**reason** 8:8 9:10
  10:12,13 40:9
  51:5 54:15 142:14
  186:24 189:14
  204:11 232:9
  233:25 240:23
  243:24 244:3
  254:13 258:16
  264:20 265:14

270:16,17 344:11
344:12 386:5,8,11
386:14,17,20,23
387:5,8,11,14,17
387:20,23
**reasonable** 164:20
**reasonably** 206:3
**reasons** 249:3
**recall** 13:25 15:9
  15:14,18,19 16:17
  16:20 19:19 21:17
  21:19,20,22,25
  25:24 27:12,12,14
  27:17 28:7,20,21
  33:16,20 38:24
  42:11,13 49:24
  115:8 135:6
  136:13,17 139:19
  139:20 143:20
  157:12 175:16
  179:5 181:20,22
  200:3 213:21
  216:13 218:15
  224:20 230:24
  236:18 248:5
  251:16 252:10,24
  253:3,10,22 254:6
  254:7 256:7 259:2
  259:5,12 261:3,14
  261:20 268:12,12
  268:13,15 271:23
  274:16 279:16
  284:13,16 285:6
  285:11 287:4,10
  289:13,15,22
  290:25 291:8
  305:7 337:15
  340:3 348:6 349:8
  350:11,20 351:3,6
  351:8,9 352:5,7
  352:12 353:17
  354:25 355:3
  356:5 359:9 360:9
  360:14 361:12,23
  370:13,18 371:20
  374:21 375:2
**receive** 200:16

256:12 307:13,17
341:13
**received** 110:19
201:7 258:20
260:5 307:14,15
308:14 309:22,25
**receiving** 257:7,8
266:10 290:14
**recess** 106:21
182:11 269:4
346:2 378:17
**recognizable**
325:21
**recognize** 69:17
**recognized** 70:21
362:9
**recognizes** 303:21
303:22 361:6
**recollection** 21:23
260:13
**recommend** 219:2
**record** 5:8,13 7:4
7:20 11:4 18:5
19:16 29:24 30:8
33:9 62:17 75:25
76:12,13,16,23
80:8 81:8 82:15
85:6 107:23 109:5
111:13 112:4
113:3,10 114:2,9
114:17,18,23
115:5 118:4 119:3
127:7 129:8 142:4
143:9 160:5 166:8
175:21 176:5
178:15 179:9
181:11 183:8,9
187:17 190:6,7
191:10 206:15
226:23 227:22
235:24 237:18
243:25 245:21,23
246:23,24 248:8
248:21 251:7
304:9,22 314:5
334:20 342:21,24
368:7,11 384:13

**recorder** 344:17
**recorders** 344:25
**recording** 6:22
193:18 194:15,17
305:5
**records** 16:19
76:18 121:10
138:25 149:21
172:17 180:10
191:13 194:12
227:24 238:4
244:6 245:25
369:16 382:19
**recoup** 355:7
**recoupable** 307:10
**recouped** 259:6
289:16,20 308:16
310:10
**recovering** 356:21
**recreate** 297:11
**recreation** 355:25
**red** 144:2 167:20
**redact** 368:22
369:18
**redundant** 214:7
**Reed** 26:8 29:10
30:10,12 91:15
108:18 117:19
123:24 145:3
155:9 156:7,9,11
159:14 172:21
175:5 221:4 222:5
230:22 247:21
278:22 279:22
282:5 286:12
291:21 292:3
293:4 294:15,24
295:8,16 297:25
302:21 304:10
311:18 315:10
329:12,18 333:3
340:5 346:14,17
346:20 349:7
352:20 353:25
367:12 372:6
377:3
**Reed's** 292:19

295:10,22 297:11
314:13 329:8
333:16
**refer** 16:25 251:4
**reference** 165:11
165:12 295:11,14
296:12,14 298:8
300:9 337:17
**referred** 276:8
**referring** 272:19
**reflects** 7:5
**regard** 365:9,10
376:22
**regarding** 35:15
304:15
**register** 193:24
195:7,15,19 197:4
197:5,10 198:5,7
201:19 228:23
248:15
**registered** 193:9
195:17,22 196:15
196:20 197:6,8,9
200:23 202:16
203:7 211:23
248:19
**registration** 196:9
196:13 197:17,20
197:25 198:4
199:3 200:4,17
202:5,11 203:3
207:19 269:18,22
270:13 271:5
273:5,11
**regretting** 33:2
**regular** 152:13
317:17 352:3
**regularly** 11:24
**rehearsal** 145:17
**reissue** 223:6,7
228:2 277:18
278:16
**rejection** 94:9
**rejig** 268:12
**related** 136:15
280:24 281:25
384:16

**relates** 275:19,19
280:23 303:4,5,7
**relationship** 31:21
36:17 82:3 255:3
352:25
**relatively** 301:15
358:23 360:11
**release** 125:16
**released** 183:21
213:19 224:17
341:24 356:6
**relevance** 375:14
**relevancy** 339:12
**relevant** 49:5 55:15
64:18 123:15
229:9 281:6
348:22 367:12
**remained** 133:15
**remains** 221:12
**remarkable** 151:3
**remastered** 267:14
267:17
**remember** 15:21,23
18:25 19:23 22:2
22:4 24:15,17
28:24 32:19 33:6
33:13 36:13 37:4
37:9 42:19 47:5
73:8 74:7 108:2
114:19 115:12,19
118:2 121:14
125:15,18 128:9
131:14 133:11
135:14 136:16
137:12 138:11
141:10 142:2,9
144:4 147:4 149:7
152:10 154:19
156:24,25 158:12
159:3 166:14,18
166:24 167:25
168:19 173:12
177:12,16 178:2
179:10,12,23
180:8 181:10
183:10 192:3
205:17 212:19

217:11,12,12
218:20 219:4,9,12
220:12,15 237:25
244:8 246:6
253:11 254:5
257:11 261:9
270:24 284:15
286:16 288:23
292:25 299:18
318:10 338:7
339:5,6,6,7,10,16
340:6 345:10
348:17 353:19
354:18 358:4,18
358:25 359:4
367:16 376:25
**remembered** 180:9
221:7
**reminded** 205:19
**remotely** 39:16
**rendition** 328:21
**reopened** 135:23
135:25
**repeat** 8:14
**repertoire** 149:8
**rephrase** 8:12 13:3
52:25
**replica** 325:16,18
**replicating** 326:7
**report** 7:5
**Reported** 1:23
**reporter** 5:7,12 6:7
6:21 7:11,23,24
8:5,16 9:18 20:23
106:20 160:4
333:25 346:7
380:18
**represent** 5:20 6:17
24:13 250:6
252:14,20 253:15
269:14
**representation**
249:24
**reprints** 217:6
**reproduced** 286:6
**reproduction**
113:14 187:4

reproductions 209:14
reputation 85:22 134:10
request 43:19 46:21 340:25 341:7 343:24 344:16 383:23
requested 200:20 333:24 344:23 346:6
requests 43:7,23 121:3 382:9,24
require 83:12 116:22
res 338:6 343:12,24 347:5
Rescada 135:25
research 265:7 368:4
reserve 51:25 53:18
reserved 4:11
respect 61:8 81:7 128:19 330:24 331:10
respected 63:4 73:8
respectful 284:7 335:5
respective 4:5
respond 101:4 172:2
responded 167:7 168:18 173:5,6
response 204:23
responses 7:11,12 23:12,13 37:14
responsible 234:24
rest 127:12 174:9 200:14
restore 346:10
restrict 23:2
restricting 151:20
result 158:11
retain 24:12,22
retained 76:20,21 383:24
retaining 24:25

Retaliation 73:3
retouched 267:20
return 83:11,12
review 29:17 380:20
reviewing 200:3
Rhapsody 69:23
Richard 3:9 14:7 14:14 17:25 23:14 26:10,15 28:9 41:7 44:5 47:22 51:24 53:16,17 64:25 66:21 79:9 107:17 157:14 185:5 198:19 232:11 233:4 234:4 236:3,22 283:15,17 326:13 335:16
Riches 1:7 3:14 5:20 6:18 385:4
Rick 301:9
rid 235:21
ridiculous 26:7 28:23 46:10 52:21 53:7 87:4
rig 128:8
rigged 194:23
right 6:5 14:13 15:11,23 19:8 22:16 35:12 38:10 43:11 45:2 47:16 52:12 53:3 56:8 61:14,22 63:11 66:4 70:4,22 73:25 79:8,16 80:10,18 81:16,19 83:2 87:10 95:3,4 97:3,5,12 98:16 104:21 105:20 109:17 111:3,5 113:12 115:4 116:16 120:13 122:11 123:13 128:25 129:17 130:7 131:8 132:3 132:11 139:10,13

139:17,18 140:15 141:2,17 144:20 146:15 148:23 149:9 150:6 153:13 156:12 159:5,17 161:7,11 163:4 164:18 165:8,13 166:25 174:10 176:13 178:20 184:20 189:4 190:12 191:12,13 192:23 193:16,25 197:20 199:15 201:4 204:3,20,24 208:6 209:11 210:9 220:8 227:12 228:6,13 231:14 234:22 235:5 236:16 237:10 238:23 241:10 243:22 247:15 249:23 252:5 256:7,22 257:20 262:3 263:14 265:4 266:18 270:4,4,6,19,21 273:20 274:14,17 276:25 277:25 278:24 279:21 282:15,20 284:5 285:18 287:4 289:10 292:18 293:4,7,16,21,25 294:4,6,14,16,20 294:22,23 295:5,5 296:5,10 297:10 298:11 301:21,25 303:8 306:4 307:9 311:5 313:22 314:17 315:15 316:11,17 319:16 320:11,13,23 322:16 324:5 325:13 327:3,6 328:4 329:2,16,17 329:20 331:9,25

334:24 336:7 339:11 340:18 341:8,11,14 353:12 358:6 360:25 361:10 362:13 363:21 371:15,16 373:18 373:25 377:4,5
rights 81:11 88:19 197:12 248:23 320:21 336:19 337:5
right-hand 112:22
rigmarole 14:23
Riker's 195:5,6
Rings 39:12
rip 17:3 253:14 297:17
ripped 121:6 321:13 324:10
ripping 13:12 118:12 209:5
Road 118:14
roaming 140:17
robbing 353:23
Roberts 121:25
rock 1:4,14 2:7 5:10,11,19 6:1 7:1 8:1 9:1 10:1,22,23 11:1 12:1 13:1 14:1 15:1 16:1,21 17:1 18:1 19:1 20:1,18,19 21:1,4 22:1,18 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1,5,6,15 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1,12 55:1 56:1 57:1 58:1 59:1 60:1,15 61:1 62:1

63:1 64:1 65:1 66:1 67:1,2 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1,16 88:1 89:1 90:1,8 91:1 92:1 93:1 94:1 95:1,23 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1,9 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1,2 132:1 133:1 134:1,17,19 134:22 135:1,12 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1,9 144:1 145:1,11 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1,23 160:1,6,7,7,8,9 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1,12 177:1 178:1,7,13 179:1 180:1,18 181:1,8 182:1,15,16,20 183:1,6 184:1,11 185:1 186:1 187:1

188:1 189:1 190:1
191:1 192:1 193:1
193:12,14,15,17
194:1 195:1,16
196:1,12,12 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1,17 205:1
206:1,22,23 207:1
207:4,11,17 208:1
208:10 209:1,21
210:1,6,8 211:1,9
212:1,14 213:1
214:1 215:1 216:1
216:20 217:1
218:1,21 219:1
220:1,2,18 221:1
221:19,21 222:1,2
223:1 224:1 225:1
226:1 227:1,12
228:1 229:1 230:1
231:1,4,21 232:1
232:2,2,7 233:1,8
233:13 234:1,13
234:13,14 235:1
235:11 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1,11
248:1 249:1,25
250:1,5,5,22
251:1,8,8 252:1
253:1 254:1 255:1
256:1,4 257:1
258:1 259:1 260:1
261:1,4,7,25,25
262:1,12 263:1
264:1,21 265:1
266:1 267:1 268:1
268:5,8 269:1,7
269:12,13 270:1
270:11,14 271:1,6
272:1,9 273:1,16
273:17 274:1,23
275:1,17,24,25
276:1,6,6 277:1

277:12 278:1
279:1 280:1 281:1
282:1,16 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1,24,25
304:1,5,5,9 305:1
306:1 307:1 308:1
309:1 310:1 311:1
311:6,18,18,21
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1,25
320:1,2,6 321:1
322:1 323:1 324:1
325:1 326:1 327:1
327:24 328:1
329:1,20 330:1,12
330:13,18 331:1
331:18 332:1,13
332:17 333:1,17
334:1,6,8,12,12
335:1,7 336:1,8,8
336:10,11 337:1,6
337:7 338:1,24
339:1 340:1,24,25
341:1,5,6 342:1
342:10,15 343:1,4
343:5 344:1 345:1
346:1 347:1,22
348:1,7 349:1
350:1,21 351:1
352:1 353:1 354:1
355:1 356:1 357:1
358:1 359:1,2,8
359:17 360:1
361:1 362:1,3,17
363:1,18 364:1
365:1 366:1,16
367:1 368:1 369:1
369:17 370:1,11
371:1 372:1 373:1
374:1 375:1 376:1

377:1 378:1 379:1
380:1 381:1,11,16
382:5 384:10
385:4,23 386:25
387:25
**ROCK'S** 382:22
383:4
**Roger** 240:18
**roll** 87:16 90:8
95:23 103:9 131:2
135:13 154:17
180:19 193:15,17
231:5 359:2,17
**Rolling** 78:18
126:15
**rolls** 92:3,5 144:4
149:14 162:17
**romantic** 93:6
**Romson** 74:15
105:7 184:4 301:9
**room** 10:11 23:7
25:17 27:3 56:12
125:12 132:24
140:19 157:17
158:16,17 161:24
162:19
**Rorey** 126:18
**Rosemary** 298:4
309:3
**rote** 56:2
**Roxy** 173:22
**royally** 122:9
**royalties** 110:19
253:5,6,7,17,19
254:10,11,12
256:13,18 288:18
288:20 290:5,20
307:11,15 309:24
339:22 351:11
355:10 357:10
358:13 377:7,8
**royalty** 256:12
257:8 288:21
290:2 306:13,14
307:18 339:23
351:23 382:13,15
382:16

**Roylance** 318:20
319:2
**rubbish** 238:9,12
**ruin** 67:20 311:16
**rule** 21:22 118:18
**run** 62:6 150:23
215:6
**rung** 180:17
**running** 37:23
38:20 93:11
127:11 288:25
301:16 373:3
**Russell** 298:21
**Russia** 51:4
**Ryan** 68:13
**R-O-Y-L-A-N-C-E**
318:22

_____

## S

**S** 3:3 4:2,2
**sadly** 362:10
**safe** 118:15
**sale** 257:5
**sales** 297:4 368:11
374:2 375:25
376:3,7 377:10
382:19
**Salzburg** 78:19
**sample** 341:21
**samples** 279:20
**San** 367:16
**sat** 331:11
**satisfy** 29:23
**save** 124:2 345:7
385:13
**saw** 57:8 71:24
92:23,24 93:6
122:20 127:2
139:15 166:20,22
167:2 173:23
184:5 223:15,15
284:24 300:16
310:23 318:11
370:11
**saxophone** 69:19
**saying** 6:8,9 8:5
20:23 37:8 75:21

105:24 115:20
117:7 123:19
125:15 138:22
139:17 147:4
192:3 214:13
284:4 293:16
296:22 298:23
300:16 325:10
327:8 373:17
**says** 82:23 155:24
185:17,17 190:19
191:12 196:22
208:8 212:9
223:20 224:6
227:11,18,22
254:15 267:13
271:22 272:8,17
278:5 306:2 335:9
341:10,23
**scaling** 89:12
**scan** 168:3 187:13
262:6,18,24 263:5
263:19 266:9
267:3,5 286:8
337:16,16
**scanned** 167:25
264:23 265:9
**scanning** 345:6,11
**scans** 262:7 267:18
267:19 287:9
345:8,9 346:15
**scared** 118:10
**schedule** 379:8,12
379:24
**scheme** 128:16
**scholarship** 74:11
**school** 65:21 66:2,6
66:17,24 84:23
**Scott** 30:3
**scream** 267:6
**screened** 323:19
**sculpture** 296:10
297:8,12 299:3
**sealing** 4:6
**search** 47:2 258:17
345:3
**searchable** 269:16

**searching** 44:18
**seated** 140:2
**seater** 138:14
**seats** 138:15 139:10
  139:12,18 140:8
  140:14,14
**Seattle** 58:5 100:6
**Sebastian** 363:23
**second** 33:21 60:19
  126:8 160:6
  169:10 174:17
  208:7 213:6
  227:11 277:17
  335:8 347:23
**seconds** 46:12
**secret** 247:7
**secrets** 123:8,9
**see** 36:2 43:22 72:4
  77:23 86:4 92:25
  94:12,14,20
  103:17 121:5
  123:5 124:15,16
  124:17 125:9,10
  125:11 130:4
  131:16 132:7
  133:17 137:21
  138:10 140:22,23
  140:23,25 141:7,8
  141:19 142:2,23
  145:9,14 147:11
  148:19 150:22
  151:8,9 153:15,20
  154:13 155:21
  156:22 159:12,20
  163:3,25 164:3
  171:11 174:12
  176:14 179:18
  181:17,24,24
  187:19,19 188:24
  188:25 194:10,11
  205:2,6,12,24
  206:14 208:7,23
  210:10 223:14,25
  224:3 234:6
  239:20 242:20
  250:12 257:16
  258:13 261:19

264:16 266:12,16
  267:9 271:4,13
  272:17 274:21
  275:18 278:2
  279:24 281:11
  282:14 283:19,22
  287:24,25 290:10
  298:17 300:8
  301:11 302:17,20
  302:24 303:6,10
  309:15 313:6,25
  317:15 332:12,15
  333:19 335:4
  339:12,20 341:20
  351:18 371:13,13
  378:11,13
**seeing** 21:19
**seek** 299:4
**seeking** 214:16
  361:9
**seen** 21:7,9 22:23
  43:15 44:3 60:16
  94:20 117:18
  142:22 167:9
  183:9 210:4
  224:22,23 239:20
  292:22 300:2
  303:3,5
**selected** 243:21
  343:12
**self** 321:22
**sell** 32:13 85:3
  109:7 175:23
  216:25 247:25
  248:2 257:3
  265:10 352:6
  361:24 362:3,21
  362:25 363:14
  364:5,7,16,17,18
  367:24 372:5,16
  373:20,22,24
  375:22 378:7
**selling** 26:8 76:18
  118:13 175:10
  200:13 219:13,19
  221:12 362:12,16
**sells** 375:16

**send** 21:16 22:16
  36:3 81:13 82:13
  83:7 85:14 108:7
  205:16 206:10
  236:7 246:2
  262:18 263:22
  265:15 275:2
  282:19,21 283:5
  283:11,21 286:5
  288:4 290:12
  311:7 313:10,12
  335:4 339:3
  343:23 344:7
  363:3 380:19
**sending** 263:25
  287:10 290:22,23
  338:18 380:13
**sends** 285:23
  339:17
**sense** 46:20 98:2
  141:4 144:19
  167:2 260:16
  295:14 347:9
  359:21
**sensitive** 164:8
**sensitivities** 146:11
**sent** 37:18 38:2
  69:5 108:8 117:18
  185:4 205:6
  206:13,14,19
  229:16 247:2
  257:19 260:23
  266:9 268:16
  274:5,19,24 275:5
  277:8 279:23
  284:12 286:13,17
  287:5,18 289:10
  289:11 310:22
  311:6 320:10
  335:17,21 338:5
  340:11 342:14
  343:11,25 344:5
  346:13 347:4
**sentence** 198:18
  322:21,24 324:20
  327:20
**separate** 45:20

97:23 276:22
  312:18
**separated** 185:9
**separating** 187:16
**separation** 85:7
  116:20
**separations** 115:2
  116:4
**September** 250:8
  274:12
**series** 6:21 29:14
**serious** 230:12
**seriously** 67:7
**session** 26:14 57:22
  73:9 173:20
  174:13 185:21
**sessions** 47:11 59:7
  98:21 124:24
  125:3,4 129:16
  131:9 132:22
**set** 38:4 96:16
  148:23 149:3,5
  151:15 157:25
  239:2 335:11
  336:25 337:2,4
  338:3 359:6 375:8
  384:11,20
**sets** 130:14
**settle** 15:5
**settled** 16:16
  249:17
**setup** 240:15
**seven** 275:10
  306:15,16 351:16
  351:16
**shades** 328:10,11
  333:11
**shading** 317:7
  333:10
**shadow** 316:17
**shadows** 97:2
  239:18
**Shaking** 10:8 236:9
  238:25 268:23
**Shanghai** 96:16
**shape** 320:20
  327:23

**shapes** 316:25
**shares** 309:19
**sharp** 153:25 167:5
  169:4 267:9
**shaven** 147:12
**sheet** 145:13 155:4
  158:22 159:15,25
  163:18,23 164:17
  164:21 165:9
  166:16 167:13
  168:7 169:8 207:6
  223:17 238:12
  300:7 303:3 371:2
  385:2,16 386:2
  387:2
**sheets** 157:3 164:5
  166:5 168:9
  169:18 242:25
  300:11
**shelf** 317:18
**shenanigans** 39:23
**Shepard** 296:16
**shit** 329:22
**shoot** 69:12 70:8,16
  72:15,16 74:17
  76:3 87:14 88:14
  90:6,15 92:9 96:6
  98:11 99:22,24
  101:18,20 102:10
  107:6 109:14
  144:13 152:25
  154:22 231:11
  371:7
**shooter** 102:2
**shooting** 58:5 69:18
  69:21 70:2 75:7
  76:5 89:14 103:21
  125:2 130:8
  151:25 153:22
  219:5
**shoots** 124:18
**shop** 219:25 361:15
**shopping** 361:13
**short** 66:12 149:3
  154:20 203:24
  204:5 211:13
  219:3 229:2

305:24
**shot** 41:9 67:10,17
69:19,21,22 70:16
71:16,24 73:16,17
73:19,21,23 87:9
87:14 90:9,9,11
92:5,5,6 94:15
96:12,14 97:6,7,7
97:8 99:9,16
100:16,17 101:3,3
102:14 103:12,16
104:9,10,19 105:8
105:9,15 109:14
115:15 118:9,12
118:16 122:4
124:5,19 125:11
133:2 143:3,23
144:15 149:13
152:12,16,17
153:19 154:11
155:3,7 160:19
165:3,4 166:15
167:6,8 173:14,22
173:23 215:4
218:4,5 239:2,10
239:13,15,20
240:9,16,19
241:18 243:15,16
246:14 300:7
312:25 314:3
333:3,18 349:3,19
349:19 350:13
352:21 354:4
355:15,17 356:19
356:22,23 371:3
373:4
**shoulder** 84:20
**shovel** 290:12
**show** 17:21,23
88:22 89:25 90:4
92:12,17 109:3
112:8 114:16
122:17 124:7
136:14 137:13,13
137:20,23 164:24
206:17 208:18
210:11 217:19

218:11 220:2
231:25 232:14
234:2,12 235:3
243:6 300:5
301:23 302:24
340:21 370:21
371:18,22
**showed** 71:20
74:14 90:3 92:14
113:18,20 127:23
155:6 163:18
166:14 167:5
169:2,7 178:5
186:14 205:21
226:3 238:5
239:10 342:19
359:11
**showing** 43:14
134:8,22 183:3
207:3 221:25
230:17 233:12
239:21 250:4
269:11 276:5
304:4 320:5
330:17 334:11
341:4 342:17
343:3 356:11
**shown** 276:11
**shows** 113:25
136:12 328:24
329:3
**shrink** 148:18,19
**side** 56:20 109:15
112:22 123:12
175:7 220:23
223:20,21 224:6,6
**sides** 224:7 240:19
**Sienga** 91:6
**sighted** 198:3
**sign** 38:19 39:10
81:10 139:6
197:11 210:17
308:20,21 309:18
**signature** 250:9
308:25 309:5,21
364:23 386:24
387:24

**signatures** 250:13
**signed** 4:14,16
81:10 119:6
237:12 244:7
246:12,18 248:22
250:20 304:6,7,7
318:13 365:20
372:11,13,15,17
372:18 385:20
**significant** 56:18
**signing** 133:22
**silk** 323:18
**silver** 364:20
**silver-gelatins**
362:6 365:7
**similar** 9:3 176:6
184:21 243:9
294:12,19 311:24
327:13
**Simon** 118:8
**simple** 303:15
314:9 352:14
**simplified** 312:8,12
313:23 314:2
**simplify** 314:8
316:15
**simply** 62:4 113:10
115:23 116:10
164:24 336:20
**Sinatra** 295:6
**single** 23:18 24:7
127:24 213:15
**sir** 81:8
**sister** 318:24
**sisters** 188:14
**sit** 9:21 27:2 84:19
214:3 305:9,10
**sitting** 24:9 54:14
142:3 262:23
263:19 313:21
**situation** 206:2
283:3
**situations** 156:2
**six** 81:14 82:12
**size** 165:15 176:11
176:15,19,25
177:3,4 363:2,14

**sizes** 363:6
**Skewer** 93:13
**Sky** 241:25 242:10
242:10,11,12,19
245:15
**sleep** 213:16 215:20
**slide** 309:10
**slight** 189:8 314:2
**slightly** 75:18
102:22 127:6
169:4 176:7,8
184:16 244:5,21
245:4 246:14
314:8 316:10
**sloppy** 224:12
**Slotnick** 3:22 25:16
39:15 43:12 52:13
54:7,12 55:10,14
55:19 56:8,19,23
57:8 58:8,13,18
58:25 59:8,17,24
60:14 61:2,9,19
62:7,14,18,25
63:5,11,15,19
64:2 79:13,15,17
84:2 120:15,19,25
129:7 170:23
171:4 183:2 215:6
216:5 230:5,9,13
230:19 231:15
272:4 273:24
284:9 285:19
345:24 370:22
379:3,7,11,22
**small** 301:12 342:2
**smaller** 165:12
**smart** 145:7
**smartest** 72:2
**smoke** 71:14
**smoking** 91:11
**smudge** 267:10
**snap** 93:19
**snapping** 149:15
**snatching** 76:6
**sock** 185:20
**soft** 244:12,24
**softened** 244:2,4

245:11
**softening** 244:20
245:8
**sold** 31:12 32:16
34:21 121:10
138:25 142:4
149:21 172:16
238:3 258:23
279:17 284:14
285:2,7 288:19
310:14 352:2,4
365:22 366:21,24
367:14,15,20,22
368:2,3,6 369:17
374:22
**sole** 146:13
**solely** 203:12
**solo** 124:11
**somebody** 13:11,12
15:2 16:13 18:10
18:17 19:21,24
20:9 26:6 75:3,24
79:21 103:8
123:11 181:5
299:21
**someone's** 298:2,7
**son** 129:10,14
**song** 175:8
**songs** 146:18
154:21
**Sony** 37:13,21
38:20 39:19,24
40:4,8 45:12 48:5
48:8,25 109:21
183:18 227:24
247:20 273:21
274:4,13 275:20
285:16,24 287:11
288:9 289:10
303:21 334:22
337:23,25 339:17
340:4 347:23,24
369:9 371:23,24
374:18 375:25
376:13 377:25
**soon** 158:2 378:16
**sooner** 43:13 112:3

**sorry** 9:15 11:9
14:8 30:4 113:7
114:13 125:25
145:2 156:8 160:3
160:21 170:11,13
201:23,24 207:9
216:2 218:17
233:16 251:18
284:9 300:21
308:2 337:10
339:8 345:21
360:4 364:2
**sort** 49:11 80:15
121:4,18 178:25
226:13 242:20
297:23 298:10
299:8 325:25
361:13
**sorted** 40:10,10
274:21
**sorts** 279:13
**sound** 145:16,19
**sounds** 63:5 73:12
319:13
**source** 146:13
291:6
**sources** 270:8
271:18,21 347:3
**South** 33:2 380:5
**Southern** 1:2 6:20
**space** 33:24 140:20
182:7 212:6
215:23
**Spanish** 103:12
**speak** 6:10,24 7:17
7:24 10:11 23:4
39:19 368:8
**speaking** 183:25
**special** 155:15
312:5 318:12
352:25
**specific** 24:13 27:5
145:11 155:19
165:3 206:8 211:8
213:24 218:15,20
219:12 220:13
237:24 259:20

260:11 311:3
318:17 343:9
371:8 376:15
**specifically** 26:12
26:16 208:2
262:24,25 292:23
310:25 344:16,23
347:2 354:16
363:10 376:25
**specify** 190:14,20
**speech** 23:2
**spell** 9:17 318:21
**spend** 62:3 71:13
153:14
**spent** 135:22
310:10
**spitting** 118:12
**split** 306:4 351:16
364:10,12 373:5
**spoil** 235:22
**spoke** 26:5 28:15
28:22
**spoken** 32:21 39:21
40:7
**spooky** 115:22
117:4
**spool** 162:20
**spot** 95:20
**sprayed** 185:23
**square** 177:6
**squatting** 75:17
**ss** 384:4
**staff** 120:4
**staffed** 86:17
**stage** 105:7 124:3,4
124:6 126:9 130:3
137:21 145:22,22
149:7,18 150:3,7
169:10,14 301:22
**staged** 125:4,5
**staging** 96:8
**Stalin's** 51:4
**stamped** 309:4,21
312:9
**stand** 9:4 370:7
**standard** 194:18
351:10 363:13

**standing** 89:2
148:20
**standing-room-o...**
139:25
**start** 20:25 24:2
85:20 124:17
153:19 214:5
219:19 295:23
357:3 362:12
**started** 42:20 65:23
67:20 69:21 70:3
71:3 73:4 77:6,7
77:21 90:24 99:23
99:23 112:9
127:19 134:8
191:25 192:5,7,8
198:18 219:24,25
220:22 340:12
344:3 362:15,16
**starters** 83:16
84:18
**starting** 76:2
140:24 242:3
247:10 265:2
**starts** 147:23
**state** 2:11 5:5,7,12
11:3 74:11 217:11
303:21 304:8
384:4,8
**stated** 274:16
**statement** 164:20
**statements** 256:12
257:8 258:2,5,17
260:24 261:17
288:21 289:7
290:3,14 307:18
308:6,7 310:13
339:23 351:23
382:13,15,16
**Staten** 5:15
**states** 1:1 12:10
62:9,10 124:9
270:21
**stay** 122:14 130:17
130:18,18 284:10
**stayed** 33:3 130:16
**stealing** 211:12

**step** 23:7 111:21
170:11
**steps** 155:6 167:12
**stick** 166:23
**sticker** 311:19
330:4,8
**Stills** 87:21
**stimulating** 129:6
**STIPULATED** 4:4
4:9,13
**stipulations** 51:25
**stitched** 322:8
**Stocker** 173:21
**stoned** 83:15
**Stones** 78:18 106:9
126:15
**stop** 356:14 357:24
**Stoppard** 271:25
**stopped** 41:10
**stops** 103:4,4
211:12 380:13
**storage** 182:6
215:23
**story** 133:14 209:6
297:6 308:18
**straight** 98:7 167:4
178:12 209:13
297:17 354:10
**straighter** 316:2,4
**straightforward**
23:9
**Stream** 3:8
**Street** 263:13
**streets** 72:9 124:21
**strength** 153:23
**stretch** 376:16
**strips** 158:23
**strong** 115:17
**stub** 237:3
**student** 147:10
**studied** 106:11,12
**studio** 98:13,15
99:16 101:19
104:14 133:2,2
151:23 240:25
241:2,6,9,13,16
**studying** 65:25

66:7
**stuff** 15:6 44:6,21
48:24 58:9 68:9
69:8 75:7,25 82:6
100:5 102:16
104:14 107:23
118:3 126:2
132:21 147:14
149:20 157:18
167:24 182:4,4
197:13 205:15
206:10 208:16
211:19 213:15
215:21 220:20
231:7,7 249:19
287:8 296:2,6
319:6 337:16
338:7,15,17
345:13 356:3,22
356:23,25 374:14
375:10,16,23
**stupid** 15:24 16:7
285:17,18
**Suare** 87:6
**sublicensed** 199:21
199:22
**submit** 81:23 85:9
106:25 111:11
**submitted** 92:10
**submitting** 107:10
**subpoena** 170:25
**Subscribed** 381:19
**subsequent** 212:18
**subsequently**
146:16
**subterranean**
151:4
**Subtle** 327:7
**subversive** 157:15
**success** 141:23
155:11 356:18
**sue** 17:7 18:9 19:7
59:15,18
**sued** 12:24 13:5
14:20 16:12 18:16
19:20,24 20:9,9
**sugar** 264:22