suggested 243:8
suggests 149:14
suing 14:22 16:11
  16:17 18:19
Suite 3:7
suits 127:8
sum 205:5
summer 74:15
  89:13 349:21
  356:20
Sunrise 3:7
super 84:8
superspecial
  177:24
superstar 301:14
supplement 146:25
supplied 115:23
supply 83:9 234:10
support 109:7
suppose 27:14
  31:24 32:11 59:12
  146:9 200:20
  203:7 228:25
  285:16 312:7
  313:14 355:11,13
supposed 108:24
sure 9:23 12:9
  18:16,17 19:22
  22:6 27:20 30:7
  33:23 38:12 49:14
  49:23 57:6,7,10
  66:15 77:21 82:2
  83:21 88:16 91:14
  104:25 117:14
  120:6 135:9,20
  138:2 139:15
  142:11 143:5
  144:17 145:15
  148:24 152:5,12
  153:18 161:14,24
  167:6,22 168:13
  175:18,19,20
  176:10 177:13
  181:5 192:19
  198:6 200:9 206:3
  212:11 213:19
  223:15,18,21,23

224:18 235:24
236:2 247:16
249:21 253:9,21
254:15 256:18
263:24 264:3
268:10,17 285:4,5
289:21 291:4
302:10 305:14
313:14 339:18
342:11,12 345:4
349:5 351:15
353:13,20 359:11
371:2 379:3
380:25 381:2
surely 58:2
surgery 91:8
  218:25 355:25
surmising 216:17
surrounding
  213:20
survive 78:9
Susie 301:10
suspect 77:10
  152:12 318:16
suspend 308:23
  310:8
swear 150:15 301:4
  301:5
sweater 320:23,24
  323:13 327:13,22
  328:5,10,15,19,24
  329:6,9
sweatshirts 284:21
Sweden 256:23
swinging 138:3
swirling 168:6
sworn 4:16 5:4
  381:19 384:12
Syd 68:12 71:4
  74:5 86:14 102:22
  107:7 126:16
  139:4 162:2
  215:11,12 231:5
  255:10 306:22
  318:10,12 352:2
Sylvia 225:7
symbiosis 177:21

symbolist 93:4
Syracuse 83:23
system 128:8

——————————
        T
——————————
T 4:2,2 384:2,2
table 123:3 150:12
Tachi 377:2
take 6:8 8:5 9:3,18
  10:3,5,7 11:14
  15:11 21:5 28:14
  45:22 47:21 53:8
  55:5 57:2 60:8
  62:5 79:22 81:20
  81:22 89:3 93:18
  97:25 98:3 103:22
  111:5,15,21 131:9
  132:23 135:2,5
  137:25 138:7
  143:6 145:11,25
  154:5 156:4
  158:25 161:18
  164:10 165:19
  167:12 173:18
  182:9 214:18
  232:4 233:15
  237:23 238:23
  244:23 256:6
  262:14 268:25
  280:12 283:2
  290:10 300:17
  301:24 302:2
  319:8 345:21,24
  370:4 378:10,14
  380:24
taken 106:22
  135:15 142:23,25
  143:2,10 145:23
  174:3 182:12
  210:6,13 211:2,17
  212:10 269:5
  276:11 292:19
  294:11 300:3
  304:24 316:22
  337:7 346:3
  378:18 385:11
takes 56:24 57:2

161:19
talent 58:12
tales 84:22
talk 13:22,24 14:4
  17:18 22:10,18,20
  26:15,20 27:3,23
  28:25 32:25 44:13
  59:21 60:13 71:18
  71:19 77:6,7
  79:10 81:17 95:10
  96:15 99:3 100:15
  101:7 106:5,6
  107:25 108:17
  114:11 125:6,19
  129:7 134:6,13
  144:22,22 147:25
  148:2,5,14 155:23
  155:24 166:21
  186:11 192:2
  198:25 203:25
  212:24 220:25
  221:14,15,18
  243:14 254:21
  283:13 305:4
  311:10 323:10
  353:2,11 354:15
  361:3
talked 27:4 28:18
  51:16 64:25 75:16
  106:23 139:4
  146:17 149:5
  156:3 168:14
  178:24 179:19
  181:7 189:17
  198:10 204:19
  212:14,23 221:2
  258:22 291:19
  306:25 326:24
  340:10 347:19
  348:2,6 349:18
  372:19 374:17
talking 14:11 18:22
  20:25 26:12 30:10
  35:6 38:17 39:6
  44:25 45:2 48:8
  78:25 90:20 96:25
  100:20 109:16

110:24,25 113:2
117:10 127:6
131:8 139:22
140:11 147:22
152:10 160:4
161:6,9 163:19
164:2 187:12
192:4 194:18
209:21 230:18
247:19 250:24
257:25 259:19,21
296:5,6 297:15
298:6 314:13,15
323:8 326:5
338:15 345:15,16
346:12 349:4,6,20
352:17 363:10
365:6 371:6
375:20,20 377:4
378:3
talks 22:24 82:21
  155:23
Tantion 373:2
tape 117:7 344:17
  344:24
tapes 305:4
taping 344:18
taste 154:8
taught 67:17,19
  130:2
taxes 11:24 49:14
  49:15
teach 67:13
teachers 91:3
tech 262:23 263:9
  268:3
technical 68:9
  101:22 104:22
  161:17
technically 95:19
  132:15 168:19
tee 283:24
telephones 299:20
tell 8:11,14,17 11:2
  15:17 49:8 54:4
  57:14 84:22 95:4
  97:15 108:12

| | | | | |
|---|---|---|---|---|
| 113:8 119:15 | 203:12 | 195:13 206:9 | 187:8,10,15 | 370:23 373:21 |
| 201:6 205:12 | **therapist** 96:7 | 208:22 213:11 | 188:12 189:7 | 375:6 379:18,25 |
| 211:5 215:16 | **thick** 48:17 | 219:3,4,11,21 | 191:19 194:20 | **thinking** 104:18,19 |
| 217:18,21 234:15 | **thief** 127:22 238:11 | 220:4 249:18 | 196:19 198:14 | 127:5 147:7 |
| 235:19 265:23 | 323:6 330:10 | 256:6 261:18 | 200:11 208:15 | 154:14,18 168:19 |
| 267:3 275:18 | 357:24 | 276:22 280:19 | 213:25 217:16 | 196:18 200:12 |
| 326:14 344:21 | **thievery** 358:9 | 298:21 313:6 | 221:6,6,7 222:14 | 260:8 337:17 |
| 378:7 379:4 | **thing** 9:20 26:22 | 314:18 318:16 | 222:17 223:9 | **thinks** 22:9 123:25 |
| **telling** 17:6 50:25 | 31:25 39:18 42:16 | 331:13 335:6 | 224:5,15 225:3,7 | 321:25 |
| 51:12 363:11 | 42:20 68:21 72:2 | 338:8 340:19 | 225:8,9 226:10,18 | **third** 160:7 |
| 367:11 | 76:13 81:25 82:4 | 344:18 346:19,21 | 229:17 235:2 | **Thorman** 179:18 |
| **tells** 8:23 81:20 | 85:13 87:15,17 | **think** 10:9 16:14,15 | 237:20 239:16 | **Thornhood** 112:18 |
| **ten** 93:13 120:7 | 93:24 95:23,23 | 22:5 23:8 30:17 | 241:25 242:11 | **thought** 26:9 33:6 |
| 128:11 166:17,18 | 96:17 98:9,19 | 33:21 38:16 51:2 | 244:15 245:7 | 33:10 50:19,21 |
| 167:10 168:25 | 100:10 101:25 | 56:4,6 60:20 | 248:18,20 251:7 | 51:3,5,12 52:20 |
| 170:2,14,18 171:6 | 103:24 107:7 | 62:15 64:17 67:17 | 251:22 254:14,18 | 53:6 54:5 68:4 |
| 173:4 181:9 218:9 | 127:7,7 129:23 | 67:19,20 68:3,10 | 254:21 256:3 | 71:11 73:20 76:22 |
| 276:20 277:18 | 138:18 141:9 | 68:19 71:4 73:4,6 | 257:17 258:21 | 76:23 78:4 81:18 |
| 278:8,14 279:3 | 142:7 147:22 | 75:16,24 79:3 | 259:9,22,25 260:2 | 83:13 85:2 88:24 |
| 373:5 376:13 | 149:4,13 151:12 | 81:9 82:2,6 83:23 | 260:4,14 264:25 | 91:22 92:14,19 |
| 378:2 | 151:13 153:24,25 | 90:9 94:17 96:5 | 265:2,14 266:23 | 93:23 96:4 108:20 |
| **tend** 364:18 | 159:19,20 162:10 | 97:17 100:2,3,7 | 268:21 269:2 | 129:14 138:3 |
| **tended** 231:11 | 162:21 171:25 | 102:6 103:8 | 270:16,18 272:21 | 139:3 140:6,10 |
| **tens** 168:11 254:3 | 185:24 188:22 | 104:10 105:16,17 | 273:24 274:16,18 | 148:15 153:21 |
| 352:10 | 190:16 194:6,17 | 105:23 106:12,13 | 275:8 278:2 279:7 | 154:17 167:2,14 |
| **terms** 8:11 41:11 | 197:7 216:3 220:5 | 106:19,23 109:13 | 279:10 284:23 | 168:8,21,21 169:7 |
| 108:10 179:6 | 226:17 236:24 | 112:9,12,14 | 285:12,14,17,18 | 170:23 172:12 |
| 192:16 252:25 | 247:11 267:8 | 115:15,15,17 | 287:6,15 288:23 | 186:15 189:6 |
| 375:24 | 273:21 281:12 | 118:8,10 120:19 | 289:17,19 290:13 | 193:7 196:16 |
| **testified** 5:6 184:12 | 306:23 310:23 | 121:17 122:3 | 291:19,20 295:7 | 229:4 265:17 |
| 225:4 362:11 | 312:10 314:7,9 | 123:20 128:6 | 299:6 301:10,11 | 283:16 347:6 |
| **testify** 10:15,19 | 315:4,14 328:24 | 130:20 131:17,19 | 304:25 305:24 | **thousands** 175:24 |
| 18:7 | 340:9 344:17 | 135:7,23 136:8,15 | 308:21 310:21 | 253:24 254:2,3 |
| **testimony** 9:2 | 359:18 370:8 | 137:16 138:2 | 311:25 312:4 | 259:12 292:19 |
| 384:13 | 371:8 374:7 381:5 | 141:6,8,12 142:15 | 313:17 314:21 | 302:22 352:10 |
| **text** 208:9 251:24 | **things** 21:15 34:9 | 143:18 144:12 | 317:14,14 318:8 | **threatening** 125:15 |
| 252:5 271:17 | 45:6 46:16,19 | 150:24 151:3,5 | 321:5,22 322:4,11 | 326:21,23 |
| 305:20,23 | 47:16 49:9 56:2,2 | 152:16 153:12,22 | 322:11,12 324:17 | **three** 34:22 46:25 |
| **thank** 62:14 63:7 | 67:23 68:7 69:2 | 154:4 158:4 | 338:4 343:16 | 88:6 103:4 120:8 |
| 63:15 64:2 79:15 | 72:22 74:6 75:23 | 160:20,23 163:16 | 345:2,13 346:18 | 126:20 150:12 |
| 120:25 171:4 | 76:6 103:20 112:9 | 165:22 166:11 | 347:4 348:9,10,11 | 154:21 165:23 |
| 363:22,25 378:19 | 120:2,9 125:7,7 | 167:8 173:24 | 349:10,14 350:22 | 175:16 245:4 |
| 378:19 380:15 | 129:6 133:7,11 | 175:9 178:15,17 | 352:2 353:13 | 348:19 379:20 |
| **thankful** 28:12 | 135:11 146:21 | 179:2,16,19 | 359:17 360:20,23 | **thrown** 238:9,13 |
| **theater** 138:11 | 170:20 172:19 | 180:22,23,24 | 361:23 362:11 | 290:19 |
| 139:9 267:11 | 181:6 185:3,8 | 181:23,25 182:2 | 366:23,23 367:15 | **thug** 357:21 |
| **theirs** 184:18 | 190:14,15,20 | 183:7,17 186:18 | 367:22,23 370:11 | **ticket** 87:24 |

| | | | | |
|---|---|---|---|---|
| **tickets** 136:22 | 365:17 368:24 | **Tony** 127:21,25 | 211:6 212:15,23 | **trusted** 93:21 |
| **tie** 363:24 | 377:25 378:18 | **top** 74:20 91:17 | 221:2,11 222:24 | 285:16 |
| **tight** 180:16 | **times** 25:14,18 | 186:6 187:6 189:9 | 227:20 229:21 | **trusting** 94:22 |
| **time** 4:12 6:10 8:20 | 83:17 85:20 93:13 | 212:20 216:9 | 244:24 246:19 | **truth** 143:12 |
| 8:20 23:18,21 | 102:7 105:4 115:4 | 295:23 355:2 | 261:6 274:9 | 303:14,15,17 |
| 25:25 26:4 27:3,4 | 117:3 121:23 | 360:15 371:21 | 280:23 281:6 | **truthful** 9:5 |
| 28:3 29:22 33:25 | 123:16 141:5 | **topic** 148:15 358:7 | 282:5,12 286:13 | **truthfully** 10:15,19 |
| 36:3 41:5,21 | 170:21 177:22,23 | 358:9 | 291:9 292:2,24 | **try** 48:13,19 54:13 |
| 42:25 46:13 47:2 | 188:10 211:3 | **Torres** 1:24 2:10 | 304:17,19 307:8 | 58:22 63:21 85:2 |
| 60:20 62:4,23 | 237:12 246:13 | 384:7,24 | 308:10 311:17 | 94:12,12 141:11 |
| 66:23 71:8 72:23 | 257:9 261:18 | **torture** 52:5 | 315:10 333:13 | 148:11 153:16 |
| 73:15,24 74:9 | 289:2 296:20 | **total** 260:4 355:5 | 337:11 344:10,14 | 321:19 375:15 |
| 83:25 86:14,16 | 338:14 356:19 | **totally** 21:25 47:13 | 345:17 346:16 | 378:16 379:7,11 |
| 89:23 90:5,13,14 | **Tina** 86:5 | 79:7 97:22 100:16 | 347:8,20,25 | **trying** 16:22 22:25 |
| 91:2 98:4,9 | **tiny** 188:24 | 128:23 197:2 | 348:23,24 349:15 | 30:8 38:25 48:23 |
| 100:12 102:6 | **tired** 79:18 | 211:3 | 350:13 351:19 | 66:4,4 68:6 97:18 |
| 103:14 106:22 | **title** 114:18 | **tour** 72:19 109:7,11 | 354:14 370:16 | 97:20,23 100:13 |
| 107:18 111:22 | **today** 7:6 10:15,19 | 109:22 110:9 | 373:13 376:19 | 100:15 119:15 |
| 112:25 114:12 | 22:14 26:17 27:6 | 178:4 213:20 | **transplant** 37:6 | 122:19 138:23 |
| 117:6 124:14 | 27:7 44:4 64:20 | **touring** 93:15 | 355:22 | 139:8 142:6 |
| 126:8,15 128:4 | 64:24 75:13 83:17 | **track** 91:21 155:18 | **travel** 64:13 | 149:11 153:8,9 |
| 130:13 134:3 | 85:18,19 88:12,14 | **trade** 31:2,3 32:7 | **traveling** 64:11 | 170:24 171:2 |
| 135:22 136:7 | 90:6 99:21 117:15 | 350:2 | **tray** 166:23 | 203:19 204:5 |
| 140:24 143:19 | 132:20 137:8 | **training** 66:17,18 | **tree** 96:15 | 216:3,4 217:4 |
| 145:21 147:11 | 151:19 180:12,14 | 66:21,22 84:19 | **Tria** 143:16 | 281:8 288:13 |
| 149:16,25 157:12 | 188:12 190:10 | **transcribe** 7:25 | **trial** 4:12 9:4 | 293:24 326:9 |
| 157:22 158:19 | 196:17 205:3 | **transcribed** 305:18 | **Tribeca** 356:12 | 363:24 380:3 |
| 167:23 168:6 | 260:14 323:9 | **transcript** 33:25 | **tried** 40:14 321:8 | **tune** 95:4 |
| 169:8 174:17 | 348:6 378:20,21 | 41:25 380:18 | **tries** 179:4 237:16 | **tuned** 95:7 |
| 175:10 182:13 | 381:8 | 385:10 | 325:23 | **turn** 50:12 230:14 |
| 183:23 185:22 | **toilet** 66:23 | **transfer** 253:3 | **trimmings** 312:6 | 371:15 |
| 190:23 194:5 | **told** 27:9 32:23 | **transfers** 260:21 | **trip** 96:11 | **turned** 49:24 87:12 |
| 198:17 199:2 | 35:11 62:8 93:14 | 290:24 | **tripod** 142:21 | 93:4 98:13 117:11 |
| 213:6 214:6 | 113:6 118:20 | **transformed** | 151:17,20 | **Turner** 86:6 |
| 219:14 220:20 | 135:10 137:17 | 141:24 | **tripped** 358:5 | **turns** 22:24 120:11 |
| 226:9 241:7 242:4 | 156:4,5 191:22 | **Transformer** 37:20 | **trivial** 381:4 | **twiddle** 92:15 |
| 243:18 248:5,18 | 240:6 255:17 | 41:8 64:20 69:4 | **Tri-X** 104:11,11 | **twin** 188:14 |
| 256:6 261:17 | 303:16 319:12 | 71:19 74:16 77:25 | 143:17 | **Twink** 72:24 |
| 264:23 269:3,5 | 321:10 323:12 | 78:3,22 79:25 | **true** 57:18,19 75:10 | **two** 30:23 31:13,15 |
| 288:24 300:5,17 | 341:19 | 80:9 110:7 111:18 | 111:15 131:20 | 34:22 46:25 58:6 |
| 300:20 301:17 | **Tom** 37:24 38:7 | 112:12 114:8,10 | 154:4 295:7 | 78:15 99:16 103:4 |
| 303:7 310:8 | 39:2 40:4 271:25 | 124:6 126:10,25 | 327:12 384:13 | 103:8 107:18 |
| 323:10 326:3 | **tome** 347:18 | 134:14 137:16 | 385:13 | 132:13 137:9 |
| 337:8 338:7,19 | **ton** 234:11 | 141:24 145:4 | **truly** 348:21 | 144:23,24 145:2 |
| 344:19 346:3 | **tones** 172:7,12 | 161:10 165:4 | **trust** 60:15,17 95:2 | 155:5,5 165:23 |
| 353:12 355:18 | **tons** 214:25 265:12 | 168:16,23 169:23 | 137:17 235:8 | 173:19 185:3 |
| 358:6 361:12,16 | 301:16 311:8 | 174:13 210:3,14 | 256:2 270:2 | 187:20 223:2 |

245:4 276:22
277:9 287:23
292:22 324:22
328:5 378:5
**type** 101:10 162:21
**t-shirt** 274:22
  281:16 284:4
  286:19,22,24
  288:6 290:6
**t-shirts** 279:14,19
  281:21 282:10
  283:14 284:17,19
  284:23 285:2,7
  289:18 290:8,14
  374:18 375:3,12
  377:5
**T.V** 130:14,15
  356:18

**U**

**U** 4:2
**uh-huh** 7:14 34:16
  34:25 41:14 44:2
  107:11 114:5,7
  167:16,18 168:10
  169:24 174:20
  178:8 179:22
  184:13 207:20,25
  208:3 212:17
  222:6 227:13
  228:19 236:24
  241:17,19 243:3
  248:9,12 262:4
  263:10 267:15
  269:19 270:12
  271:7,9,12,20
  272:14 274:11
  275:22 278:10
  304:13,18 307:12
  310:18 311:22,24
  319:17,19,21
  336:16,22 337:9
  337:24 342:8
  348:4 366:14
  368:13 370:17
  371:19 372:10
  373:19 376:8

377:6,11
**ultimately** 80:20
  111:9,12 354:8
**unbelievable** 175:8
  313:4
**uncharacteristic**
  54:21
**underground**
  124:12 138:19
  155:12,23
**underneath** 163:16
**understand** 6:23
  7:5,16 8:7,18 9:4
  16:4,10 27:22
  42:25 43:3 46:6
  47:8,14 56:21
  57:14,22 79:11
  83:17 88:9,11
  95:8 107:14
  123:15 149:12
  161:17,19 170:19
  185:2,25 191:4
  192:8 197:19
  213:13 220:17
  229:10 230:15
  245:19 248:4
  249:20 314:18
  326:16 342:25
  353:21 354:21
**understanding**
  88:9 108:22
  148:22 246:18
  278:13 354:24
  385:16
**understood** 8:19
  96:19 161:15
  205:21 248:22
  249:6,9,9
**underway** 148:4
**Unequivocally**
  329:10
**unfamiliar** 227:4
  347:15
**unfortunately**
  32:25 185:21
  295:9 301:5
**uninhibited** 68:10

**uniqueness** 347:17
**United** 1:1 270:21
**universe** 32:18
  203:11 259:17
  321:25 322:20
**unknown** 38:11
  301:15
**unpack** 214:12
**unravel** 329:24
  330:11
**unusual** 131:6
  199:19,23
**upfront** 85:21
  376:5
**upgraded** 241:8,11
**Upstairs** 118:15
**uptight** 88:13 95:21
  153:24 283:2,3
**usage** 153:6 192:9
  219:12 350:12
**use** 9:21 41:15,20
  69:14 76:16 80:10
  80:12 82:8,12,24
  88:20 96:23
  101:12,19 102:16
  104:6,14 108:5,23
  108:24 109:6,12
  109:18,20,21
  110:8,22 116:23
  121:3 131:15,25
  142:17 143:14
  151:19,22 152:2
  152:21 161:21
  213:21 214:16
  220:7,11,13 225:4
  229:18,22,24
  240:20 241:4
  249:2,5 264:20
  274:17 276:20
  277:18 287:16
  298:7 336:20
  337:18 338:2
  340:5 341:14
  348:7 354:19,21
  359:8
**useful** 282:24
**uses** 212:13,18

213:8 215:14,17
215:18 216:14
217:5 218:17,20
219:9 261:3
277:25
**ushered** 136:20
**usual** 165:13
**usually** 136:10
  377:7
**U.K** 11:15,20
**U.S** 11:11 36:22,23
  36:24 37:3

**V**

**Valley** 3:8
**valuable** 365:11
**value** 238:15
**variation** 142:13
**varied** 105:10
  118:17
**variety** 217:15
**various** 249:3
  346:22
**vary** 102:18 115:25
  116:18 117:25
  364:19
**VA1766990** 269:18
**velvets** 174:4
**venue** 139:25 140:2
**verbal** 7:10 226:14
**verses** 79:20 86:9
**version** 31:2,4 32:7
  167:4 171:21
  203:10,15,15
  244:3 245:6 255:8
  308:25 312:11
  325:8
**versions** 169:3,3
  203:14
**versus** 315:9
**Vice** 354:9 356:12
  356:17
**Vicious** 175:9
  359:6,7
**victim** 185:22
**video** 149:22
**vintage** 264:10

265:3
**Virgin** 94:19
**virtually** 195:5
**visit** 126:24,25
**visual** 243:17
**voice** 7:23
**vs** 385:4

**W**

**wait** 8:2 20:24
  76:11 154:10,12
  168:21 363:21
  369:21
**waiting** 67:11
**waived** 4:8
**wake** 147:7,21
**Walk** 158:8 175:6
**wallowing** 147:13
**walls** 89:12
**want** 9:13 11:13
  13:2,22 14:3
  17:15,17 18:5,6
  21:5,13,15 22:18
  23:4 33:19,23
  34:12 35:12 41:18
  44:12 47:6 48:18
  49:16 58:15,16
  59:13 62:2 64:18
  65:6 68:4 69:12
  79:21 81:17 82:12
  84:16 86:4 87:6
  91:22 92:22 95:7
  96:7,23 97:12,14
  97:25 100:11,12
  103:23 108:17
  109:24 110:6
  111:21 114:11
  115:6 118:2
  121:13,15 132:15
  133:17 137:5
  138:9 143:11
  147:15,25 148:2,5
  148:9 157:24
  158:17 159:18
  160:15 167:12
  169:17 172:8,17
  174:18 178:3

179:13 182:5,8,21
182:23,24 184:10
192:10 193:3
200:25 203:23,25
207:13 209:3,8
210:11 212:3
214:12,18 215:24
216:2 224:14
231:3,4,5,5,6
234:10 235:4,24
237:22,25 247:23
248:10 251:2,11
251:14 255:16
257:16 260:19
264:15 266:18
280:20 283:10
284:10 288:15
292:16 297:4,10
302:17,20 303:8
305:10 307:6
311:10,19 313:5
315:5 321:17
323:9 330:18,19
335:3 339:4,20
342:12,22 343:18
346:11 350:17
353:2 357:25
358:16,20 360:25
363:3,3 364:15
367:10 368:8,19
369:18 371:10
372:3 378:13
**wanted** 27:3,8 31:2
 68:16 73:17 74:13
 74:17 76:2,24
 77:2 80:10,12
 82:7 88:20 95:24
 100:9 125:19
 127:2,2 131:25
 141:10 170:16
 171:7 172:11
 173:9 180:18
 214:21,23 225:9
 232:14 234:4
 243:21 244:4
 245:11 247:21
 255:17,20 264:14

264:16 265:21
277:2 295:15,17
295:18,21 296:11
296:14,25 297:5
306:8 307:2
338:24,25 339:2
347:15 348:21
353:14 355:13
367:18
**wants** 75:3 182:4
 198:2 331:7
 358:22
**war** 103:12 145:4
**Warhol** 133:10
**wars** 103:10,10
**Warthog** 209:4
**wasn't** 9:23 29:4
 34:10 65:9 68:8
 69:18 73:16 74:5
 77:22 89:11,11
 95:20 99:14
 102:23 104:18
 106:4,4,15 108:12
 108:13,25 115:25
 118:17 122:21
 124:25 125:8
 127:4,5 128:13
 131:6,20,22
 136:21,24,25
 137:3 138:13,13
 143:10 144:8
 145:15,18 146:10
 147:13,18 151:11
 152:17,18 155:17
 156:2 162:9
 163:20 168:23
 173:14 174:8
 180:9,11 186:16
 191:20,23 192:16
 193:5 200:12
 202:19 212:8
 227:4 229:12
 238:22 242:14,17
 244:12 248:7,19
 249:15,16 253:14
 266:13 283:19
 286:22 299:21

301:2,14 302:6
311:13 323:18
325:19 347:8
354:20 361:19,20
377:13
**waste** 28:2 100:12
 212:6 371:12
**wasting** 368:24
**watch** 215:5
**watched** 58:9
**water** 103:18
**way** 40:5 49:12
 52:6 53:9 54:11
 64:22 67:17 68:7
 79:4 86:12 90:8
 91:9 95:7 96:6
 98:12,24 99:25
 100:17 116:18
 125:8 140:4
 148:25 154:19
 155:25 173:6
 175:19 179:3
 185:20 189:23
 195:3 203:22
 211:4 214:17,25
 215:17 225:12,15
 231:12 237:14
 239:14 248:2
 249:18 262:8
 291:23 293:22
 303:19 320:20
 323:11 325:8,20
 325:21 327:23
 355:11 362:10
 364:12 375:9
 384:17
**ways** 68:2 324:22
**wear** 240:6
**wearing** 267:11
**Web** 31:11
**Webb** 31:10,13,16
 32:5 34:15,17
 35:9,14 36:7
 250:11 255:5
 350:4
**website** 42:9
 269:17

**wedding** 67:21
 134:4
**week** 58:5 73:21
 130:16,17,18
 158:5 179:4 230:5
 280:5
**weekly** 338:15
**well-known** 73:5
 115:14 139:2
 296:17
**went** 13:6 26:8
 31:20 40:2 51:21
 65:20 66:2,16
 67:4 80:9 89:15
 92:13 99:15 100:5
 106:16 107:24
 119:18 124:4,6
 135:23 137:21
 145:22,23 166:2
 166:16 169:25
 170:12 171:5
 183:23 213:20
 214:6 231:13
 241:22 245:6
 246:6 247:20
 256:23 302:4
 309:3 318:13
 356:21,22
**weren't** 20:6 89:10
 90:22 96:12 106:8
 106:9 117:2
 124:13 130:9,12
 139:11,12,14
 146:22 163:19
 165:17,20 193:13
 214:16 227:7
 238:23 239:14
 242:5 260:19
 290:22 293:15
 301:13 339:22,23
**West** 87:20 91:6
 263:12
**we're** 7:6 18:19,22
 23:22 38:16 44:25
 45:2 164:2 167:19
 220:22 257:17
 261:5 323:7,8

 369:8
**we've** 16:14 310:14
 326:24 347:19,21
 348:2,6 374:17
**whacked** 93:8
 188:8
**Whales** 124:2
**whatsoever** 232:6
**wheeling** 127:13
**WHEREOF**
 384:19
**whip** 303:2
**white** 194:24
 240:11,12 243:14
 328:6
**wide** 152:7,9
**wife** 41:2,4 75:24
 107:19 142:16
 213:16 225:7,13
 301:10 302:7
 372:3
**wild** 124:21 151:13
 175:7
**Williamsburg**
 75:14
**willy-nilly** 247:8
**win** 195:2
**wind** 90:12
**Winetraup** 91:17
**winter** 178:2
**wiped** 299:21
**wire** 253:2,3
 260:20,24 290:23
 339:15
**wired** 257:22
 308:11,13
**wires** 260:22
**wish** 96:21 380:23
**witness** 5:3,9,14
 13:6 14:10,14
 15:16 17:16 20:3
 22:15 23:20 24:6
 28:16,19 42:2
 44:9 52:4,18 53:5
 54:9 55:7,11,17
 56:6,16,21 57:6
 57:21 58:11,15,21

59:6,12,21 60:12
60:16,18,24 61:6
61:16,21 62:11,22
63:2,8,13,16,23
64:4 83:24 84:3
120:21 129:9
171:2 230:3,7,11
230:16 234:17
235:7 236:7,11
251:14 270:7
272:5 273:18
274:2 283:21
330:10 335:21,24
336:4 346:8 382:4
384:10,14,19
**witnesses** 300:14
**wonder** 196:14
**wondering** 199:15
**Woodstock** 136:19
  147:14
**word** 104:21 125:5
**words** 57:15 97:20
  99:4 252:22
  321:16
**work** 20:24 31:5
  54:11 65:5 76:9,9
  76:10 79:20 80:2
  81:20 87:3,10
  97:19 104:12
  119:25 120:3
  121:24 207:25
  211:21 213:13
  214:25 236:12,13
  237:7 242:3 246:8
  249:8,20 252:9
  255:19 270:14
  288:13 306:12
  313:5,16 358:8,10
  368:25 373:2
**worked** 68:14,18
  95:21 111:20
  119:12 130:14
  174:4 178:25
  248:24 286:14
  313:17,20
**working** 146:23
  149:17 153:9

211:21 346:15
356:24 357:3
**workout** 57:24
**works** 97:11 374:12
**world** 26:2 30:6
  32:17 51:6,7
  61:15 74:8 79:9
  88:25 99:21 101:8
  103:10 111:4
  121:9 127:18,25
  136:22 155:22
  193:19 229:7
  246:9 258:15
  265:13 299:20
**worlds** 79:7
**worldwide** 276:19
**worried** 299:10
**worry** 21:3 155:19
**worrying** 108:25
**worse** 120:20,22
**worth** 69:6 71:13
  137:8 175:23
  265:6 331:16
**worthless** 87:13
**wouldn't** 9:16 41:3
  68:18 99:24
  107:19 116:10
  130:17 137:14
  172:17 174:9
  181:13 189:23
  200:8 211:16
  214:9,21,22,23
  215:24 216:18
  217:8,9 232:20,24
  257:23 259:15
  266:24 267:3
  287:12,14,20,20
  294:11 315:5
  333:20 342:13
  361:22 376:4
**woven** 322:18
**wow** 78:4 178:5
  247:24
**wrapped** 185:20
**write** 20:23 108:5
  335:4
**writing** 86:15

309:11
**wrong** 24:7 74:2
  118:9 139:21
  174:6
**wrote** 108:23
  109:20 146:14
  272:6 305:2,24,24
  305:25 335:9

---
**X**
---
**x** 1:3,10 382:2
**XXXXXX** 41:13,19
  41:20 42:23

---
**Y**
---
**Y** 73:11
**Yahudi** 91:4
**yeah** 6:13 7:9 11:16
  13:19,20 14:10,17
  15:13 18:20,21
  21:18 22:17 23:8
  24:19,21 25:6
  27:20 28:2 30:13
  37:4,16 38:10
  39:3 42:2,24
  44:11 45:7,16
  47:24 48:21,22
  49:2,13,20,21
  51:23 64:9,16
  65:21 68:5 70:14
  70:14 72:15 73:15
  75:2 80:13,16
  82:3,18 83:3,9
  84:5 85:4,8,12,18
  85:18 86:7 87:2
  88:5 89:8,11 95:6
  96:23 99:8 102:10
  105:2 107:4
  108:25 110:7
  112:21 113:21
  117:14 119:5,10
  120:19 122:11,19
  123:8 126:13
  128:17,25 129:18
  129:20 130:4
  131:11,18 132:10
  132:11 133:6

135:16 137:5
138:20 140:7
141:15 142:8,11
143:11,20,22
144:12 145:13
147:7,17 150:6,6
150:10,14,18,22
154:4 158:6 159:6
164:3,7,19,24
166:11 169:2,9
170:22 171:15,18
172:10,13 175:13
176:3,3,6 177:7,9
178:2 179:14
180:7 181:3
182:10 183:5,13
184:2 185:17,18
188:11,12,21
191:6,7,11,14
192:14,14 194:13
195:14,18 201:9
202:3,17 213:23
215:7 217:8
219:22,22 220:9,9
222:8,10 223:8,13
224:8,25 225:13
226:10,16,19,20
226:22 227:2
230:18 231:8
234:25 235:23
237:8,21 240:9
241:3,3 243:7,23
243:23 245:16
247:16 252:2
253:25 256:6
257:4,21 258:3
259:14 260:16,18
261:7,13,24
262:16,20 263:18
263:23 264:12,19
268:7,9,10 269:2
270:9,9 271:16
274:3,18 275:13
275:14 276:21
277:2 278:2
279:18 280:25
282:2,6,17 283:5

284:5,5,18 285:4
286:11,21 287:20
290:7 296:7 298:4
298:12 300:16
302:8 303:15
305:19 306:18
307:25 308:13,13
308:17 312:3,7
313:11,15,19
316:13,13,19,24
317:3 321:18
323:17 327:5
330:9,24 331:15
332:2 334:3
335:23 336:19
340:22 341:25
343:11 349:13,17
349:17,25 350:23
351:14,25 353:9
353:15,15 354:7
355:5,6,11 357:14
359:19,24,24
362:14,19,19
366:17,19,20
367:15 371:9
372:7 374:3,20
378:15
**year** 24:18 66:10
  78:15 93:15 120:5
  215:8,11 224:20
  236:17,18 254:17
  256:17,24 257:9
  258:22,25 259:10
  261:4,18 307:22
  307:23 338:11
  340:8 349:8,9
  355:15 356:8
**yearly** 259:23
  307:21
**years** 29:9 30:15
  34:10,22 37:17
  42:21 67:3 73:18
  74:20 75:8 81:7
  91:16 95:15 111:2
  119:22 121:6
  122:3,9 123:17
  127:22 129:9

| | | | | |
|---|---|---|---|---|
| 134:2 135:19 139:22 152:11 172:20 177:15 180:2 193:17 196:5,6 208:25 211:18 217:24,25 218:6,9 225:11 256:15 261:4 279:4 291:4 293:23 317:15 318:15 345:5 348:19 375:21 378:2,5<br>**yesterday** 64:17 342:7<br>**Yoga** 57:24 58:16 59:7,22,23 60:13 90:16,22 91:2,7<br>**Yoko** 82:3<br>**York** 1:2,7,15,15 2:9,9,12 3:8,14,17 3:17 5:5,15 6:18 6:20 11:14 51:5,6 51:8,9 61:18 75:11 93:11,11 124:17 130:5 133:3 135:22 139:6 177:25 178:4 263:12 309:6 384:4,5,8<br>**Yorker** 62:13 177:24<br>**young** 63:17 75:12 121:12 156:20 217:10 298:21<br>**younger** 83:16 112:24<br>**youth** 83:21 122:13<br>**youthful** 217:14<br><br>**$**<br>**$1,000** 336:18,21<br>**$1,200** 78:3 83:6 226:9,21<br>**$1,300** 364:9<br>**$10** 67:21<br>**$10,000** 259:23 | **$100** 137:5 285:11<br>**$100,000** 352:16 355:4<br>**$12,000** 367:3<br>**$17,000** 278:6,19 278:24<br>**$2,000** 364:5<br>**$20,000** 278:6<br>**$3,000** 278:17 306:9<br>**$3,500** 366:25 373:18<br>**$30** 260:14<br>**$5,000** 336:15<br>**$50** 285:14<br>**$50,000** 260:5,15<br>**$6,000** 306:3 367:4<br>**$7,000** 366:25 367:9 373:17<br><br>**1**<br>**1** 20:18,19 21:5 56:10 269:13 280:8 382:23<br>**1st** 64:8<br>**1,000** 90:15 138:14<br>**1,000s** 125:10<br>**1:17-cv-02618-A...** 1:6<br>**1:30** 182:13<br>**10** 122:3 234:14 235:11 376:20 377:9 383:12<br>**100** 78:3 82:12 83:4 175:23 179:6,24 179:25 180:9 189:18 209:22 289:21 305:14 318:15<br>**10154** 3:17<br>**10310** 5:16<br>**1099** 94:18<br>**11** 3:7 249:25 250:5 250:22 251:8 341:6 382:11 383:13<br>**11580** 3:8 | **12** 122:3 170:6,7,7 176:16,16,17,17 176:22,22,24,24 247:21,24,25 269:6,7,12 270:11 376:15,16 377:9 382:17 383:14<br>**12,000** 310:12<br>**12-inch** 218:7 223:2<br>**12:30** 10:10<br>**12:52** 182:12<br>**1200** 143:4<br>**13** 250:22 251:9,10 256:4 269:6,7 273:16 304:12 383:15<br>**134** 383:5<br>**14** 207:11 275:17 275:24,25 276:6 277:12 349:13 382:19 383:16<br>**140** 144:11<br>**142** 234:15<br>**15** 193:17 254:13 303:24,25 304:5 306:18 349:12 351:11,16 376:17 376:20,24 383:17<br>**15,000** 252:22<br>**16** 177:2 311:18,21 363:19,20,20 366:4 383:18<br>**16/20** 363:16 364:4 364:19<br>**16/20s** 362:6<br>**160** 383:6<br>**17** 207:12 319:25 320:2,6 383:19<br>**18** 196:6 329:21 330:12,13,18 331:18 332:13 333:17 341:6 343:17 383:20<br>**182** 383:7<br>**19** 72:8 196:6 334:7 334:8,12 379:5 | 383:21<br>**19th** 379:14<br>**1960s** 72:12<br>**1966** 91:10<br>**1970** 90:24 218:17<br>**1970s** 72:20 218:18<br>**1972** 29:11 110:25 126:4 146:12,22 178:7 184:6 188:9 191:13 193:9 195:8 210:3,14 211:9 213:18 264:5 272:12 293:14 375:20<br>**1973** 140:24<br>**1980s** 218:22<br>**1982** 224:21 227:18 227:23,23 228:20 228:22 272:13<br><br>**2**<br>**2** 43:5,6,15 170:11 269:13 382:24<br>**2nd** 46:23 64:7<br>**2,000** 308:20<br>**2,500** 364:11<br>**20** 42:21 87:13 92:5 177:2 230:10 250:8 278:3 336:8 336:9,11 337:7 339:3 363:16,20 363:20,21 364:10 364:11 365:22 366:4,4,10 368:5 370:11 382:23 383:22 385:21<br>**20-year** 91:9<br>**200** 180:4 252:15<br>**2000** 135:25 356:11<br>**2000s** 219:20 264:11<br>**2002** 32:12 215:10<br>**2007** 250:8 261:2<br>**2008** 256:5 261:2 264:11 286:18<br>**2009** 274:12 280:24 291:11 | **2010** 33:6 208:9 210:6,17 211:22 211:25 212:8 214:24 255:19 270:20,21 291:13<br>**2011** 291:16<br>**2012** 304:12 355:21 356:20<br>**2013** 308:19 356:21 359:15<br>**2014** 349:11 359:18<br>**2016** 227:23 334:23 340:4<br>**2017** 24:20 310:17 340:7<br>**2018** 1:16 2:2 211:9 340:9 341:6 381:21 384:20<br>**205** 382:10<br>**206** 382:11 383:8<br>**21** 340:24,25 341:5 383:23<br>**21016** 1:25 385:3<br>**22** 273:17 293:22 342:16 343:4<br>**221** 383:9<br>**23** 273:17<br>**231** 383:10<br>**233** 383:11<br>**235** 383:12<br>**24** 334:12 363:19 363:20 366:10 368:5<br>**24s** 363:17<br>**24-hour** 73:20<br>**240** 92:6<br>**249** 383:13<br>**25** 334:13,17,23 335:7 382:14<br>**25th** 64:7<br>**25-year** 84:17<br>**258** 382:13<br>**26** 304:9<br>**261** 342:10 343:5<br>**267** 342:10 343:5<br>**268** 276:6<br>**269** 383:14,15 |

**272** 276:7
**273** 336:6,10 337:6
**276** 383:16
**277** 336:6,10
**278** 222:2
**279** 222:3
**28** 5:14 304:10
**289** 382:14
**29** 183:6

---

**3**

**3** 134:18,19,22
  143:9 145:11
  176:12 181:8
  193:12 195:16
  196:12 204:17
  209:21 210:6,8
  212:14 216:20
  218:21 250:5,22
  251:5,8 261:4,7
  261:25 262:2,12
  268:5,8 272:9
  313:13 327:24
  332:17 348:7
  350:21 359:8
  362:3,17 363:19
  366:16 369:17
  383:5
**3D** 313:18
**3,000** 90:9,11
**30** 260:7 344:5
  366:20,21 367:2,5
  367:14
**30/40** 367:10
**300** 246:7,8 247:5
**303** 383:17,18
**305** 3:7
**308** 382:16
**31** 183:6
**320** 90:10 383:19
**330** 383:20
**334** 383:21
**336** 383:22
**340** 383:23
**345** 2:8 3:16
**35** 101:16 190:19
  341:23

**360** 382:17
**368** 382:19
**39** 232:2

---

**4**

**4** 159:23 196:12
  313:18
**4A** 160:6,14 164:2
  165:2
**4A-4D** 160:9 383:6
**4B** 160:7,16,17
  161:3 163:3
**4C** 160:7 164:23
  165:2 167:20
**4D** 160:8 165:24
  175:25 178:7
  184:11 204:17
  264:21 265:15
  313:13
**40** 232:3 366:15
  367:2,5,20
**40s** 366:20,21
  367:14
**40th** 263:12
**40-odd** 30:15
**40/60** 363:7
**400** 143:16
**43** 233:13,15
  382:24
**44** 233:14
**45** 149:6 234:14
**46** 29:9 111:2
  119:22 152:10
  177:15
**48** 119:21
**48-year** 121:22

---

**5**

**5** 43:21 182:15,16
  182:20 382:6,16
  383:7
**5:11** 381:12
**50** 152:6 194:22
  338:18 366:3,4,7
  366:12,13 368:5
**50-year** 56:17,20
**50/50** 364:15

---

**6**

**6** 43:21 206:21
**6A** 206:22 207:4
**6A-6D** 206:23
  383:8
**6C** 208:2,8
**6D** 206:22 207:4
**60** 130:14 338:18
  366:15 367:20
**60s** 72:13,14 75:20
  85:25 87:5 90:21
  91:24 100:20,23
  101:13 104:2
  106:25 107:4
  220:19 238:16
**60/40** 364:13
**600** 308:21
**64** 240:22
**67** 193:16
**68** 65:13 66:13 67:8
  84:2
**69** 66:13,14 67:9
  71:2 72:21 162:3

---

**7**

**7** 43:22 280:8
  341:11 342:6
  343:5,9,24
**7A** 221:20 222:2,21
  223:5
**7A-7B** 221:21
  383:9
**7B** 221:20 222:2
  223:5 227:10
**7-hour** 230:10
**70** 66:14 72:21
  211:18
**70s** 75:20 77:22
  85:25 87:5 100:21
  101:14 104:2
  107:2,4,9 108:15
  110:17 111:7
  119:19 191:20
  213:22,23 214:11
  214:15,20 216:15
  216:16 217:3
  220:21 226:15

  234:3 304:25
  361:18
**71** 84:2
**72** 11:6 89:14 135:8
  178:3 264:7
  347:20 349:21
  370:9
**73** 149:22
**74** 236:20
**76** 341:19
**76th** 40:3

---

**8**

**8** 250:6 251:5
  382:10,13
**8A** 231:20 232:2,5
**8A-8B** 231:21
  383:10
**8B** 232:2,5
**80** 192:12
**80s** 77:6,23 107:5
  135:21 191:22
  195:13,14 220:8
  226:12 244:9
**82** 347:21

---

**9**

**9** 1:16 2:2
**9A** 233:7,8,13,16
**9A-9B** 383:11
**9B** 233:7,8,13,16
**9th** 384:20
**9:55** 1:16 2:3
**90** 41:20 364:5
  366:5,9
**90s** 104:16 192:5
  192:12 193:15
  195:13 219:8,22
  244:9 362:13
**93** 356:3