**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MICK ROCK,

                   Plaintiff,

          -against-

ENFANTS RICHES DEPRIMES, LLC,
BARNEYS NEW YORK, INC., and THE
REAL REAL, INC.,

-----------------------------------------------------------------X

17 **CIVIL** 2618 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 21, 2019, Defendants' motion for summary

judgment is granted; despite Plaintiff's failure to register the Photograph, Plaintiff maintains his

substantive interest in the copyright of the photograph; therefore, this action is hereby dismissed

without prejudice.

**Dated:**  New York, New York
          March 21, 2019

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/21/2019