# EXHIBIT 7



# THE Hollywood REPORTER

April 4, 2018

**POWER LAWYERS**
*Top 100 fixers and #MeToo mavens*

**GLOBES UP FOR GRABS**
*TV's awards show economics now*

**STEVEN BOCHCO**
*1943-2018*

RYAN MURPHY

# TV'S $300M MAN

*The wild and weepy story of how Netflix snagged Fox's hitmaker in the biggest deal in television history: 'More is my favorite word'*

2Y350

2Y35003451I8

#THR 033I1357 2#
SHEILA MARSHALL
ATTENTION LIBRARY
LOEB & LOEB LLP
345 PARK AVE FL 18
NEW YORK, NY 10154-1895

PD 4/26/2019     1501

TALENT

## ROBERT OFFER

*Sloane Offer*

**UCLA SCHOOL OF LAW**

**Why he matters** Offer negotiated plush contracts for clients returning to iconic roles: Gal Gadot (*Wonder Woman 2*), Tom Holland (*Spider-Man: Homecoming 2*) and Angelina Jolie (*Maleficent 2*). He also reps Benedict Cumberbatch, Brie Larson and Ryan Gosling, who's next in theaters in Damien Chazelle's Neil Armstrong biopic, *First Man*.

**If I couldn't live in L.A., I'd move to …** "Mars"

LITIGATION

## ANTHONY ONCIDI

*Proskauer Rose*

**UNIVERSITY OF CHICAGO LAW SCHOOL**

**Why he matters** Much of Oncidi's work for client CAA is happening behind closed doors in arbitration, including its high-stakes agent poaching fight with UTA and multiple disputes involving former sports agents. He also represents Endemol, several studios, a major network and the production companies of numerous A-list stars in disputes with employees, including sexual-harassment matters.

**Favorite excuse for running late** "Peacocks crossing. We've got a feral colony sauntering around Laurel Canyon."

LITIGATION

## DANIEL PETROCELLI

*O'Melveny & Myers*

**SOUTHWESTERN LAW SCHOOL**

**Why he matters** Petrocelli is in the midst of a lengthy trial that could define the entertainment landscape for decades to come: He's taking on the U.S. Department of Justice, which is attempting to block the $85 billion merger between AT&T and Time Warner. Meanwhile, a California appeals court will soon hear arguments in an exec-poaching dispute between client 21st Century Fox and Netflix.

LITIGATION

## MARVIN PUTNAM

*Latham & Watkins*

**GEORGETOWN UNIVERSITY LAW CENTER**

**Why he matters** Putnam is a go-to for studios and networks that need to conduct an internal investigation — like ICM Partners, which hired him to look into claims by Tamara Holder that agents discouraged her from filing a sexual-assault complaint against Fox News. He's also defending ex Weinstein Co. board member Tim Sarnoff in a class-action brought by women against Harvey Weinstein.

**Please reboot** "Brian De Palma's *The Fury*"

TALENT

## BRUCE RAMER

*Gang Tyre*

**HARVARD LAW SCHOOL**

**Why he matters** In addition to setting up features with Warner Bros., Annapurna and Universal, Ramer helped close the deal for mega-producer Michael De Luca to return as producer of the 90th Oscars telecast. Ramer also counts seasoned A-list directors Steven Spielberg, David O. Russell and Clint Eastwood as clients.

**Advice for clients in the #MeToo era** "Do what you should have always done: Behave respectfully and appropriately at all times and places."

TALENT

## KEN RICHMAN

*Hansen Jacobson*

**HARVARD LAW SCHOOL**

**Why he matters** Richman handled Samantha Bee's deal with Turner, where she'll continue to host TBS' *Full Frontal* through at least 2020 thanks to a

# MUSIC'S TOP-CHARTING LAWYERS
*The 11 attorneys behind the deals for classic croonerers and breakout bands* BY PATRICK SHANLEY

**JOHN BRANCA**
*Ziffren Brittenham*
Branca reps the estates of several music icons. Among recent deals, he negotiated a record-breaking seven-year agreement for Sony to continue distributing Michael Jackson's catalog, the release of two Elvis Presley symphonic albums and a CBS-Grammy primetime tribute to the Bee Gees.

**DAVID BYRNES**
*Ziffren Brittenham*
Byrnes reps *The Voice* judges Kelly Clarkson, whose current stint on the show marks her return to network TV, and Blake Shelton, who re-signed with Warner Bros. It wasn't all highs for Byrnes in 2017, however, as the death of client and Linkin Park frontman Chester Bennington left him "heartbroken."

**ALLEN GRUBMAN**
*Grubman Shire*
Grubman reps Spotify in its licensing deals with record companies and publishers, as well as artists like Bruce Springsteen and Bette Midler, both of whom took recent turns on Broadway. He also renewed U2's agreement with Live Nation for a North American tour.

**DAVID LANDE**
*Ziffren Brittenham*
Some of music's biggest artists turn to Lande for their deals — among them Beyonce, Alicia Keys, Jennifer Hudson and Justin Timberlake. Queen Bey will headline Coachella and star in the *Lion King* live-action film, Keys and Hudson

are returning to *The Voice*, and Timberlake is traveling the globe on his latest tour.

**DINA LAPOLT**
*LaPolt Law*
While representing superstars Britney Spears, Fifth Harmony and Aerosmith's Steven Tyler, LaPolt somehow found time to executive produce the Eddie Money reality series *Real Money* (which she packaged and sold) for AXS TV. She also works pro bono on the Music Modernization Act, which seeks to bring music licensing into the digital age and ensure that artists are paid fairly.

**KENNY MEISELAS**
*Grubman Shire*
Meiselas negotiated Lady Gaga's $100 million residency at Las Vegas' MGM Grand, helped client Diddy (Sean Combs) secure a spot as the lead judge on Fox's *The Four* and saw Bebe Rexha emerge with the No. 1 country song for a record-setting number of weeks.

**DONALD PASSMAN**
*Gang Tyre*
In addition to representing stars like Taylor Swift, Adele and Stevie Wonder, Passman has been focusing on artists' interests as sales start favoring smaller,

individual song releases. Ponders Passman, "All these record contracts are based on albums, so what happens during this awkward adolescence as the industry shifts to releasing music in smaller chunks?"

**JULIAN PETTY**
*Nixon Peabody*
Petty reps some of the top names in hip-hop and R&B. He helped Childish Gambino (Donald Glover) land a "remarkable" deal with RCA and negotiated the documentary endorsed by Christopher Wallace's estate, A&E's *Biggie: The Life of Notorious B.I.G.*

**L. LEE PHILLIPS**
*Manatt, Phelps & Phillips*
Phillips isn't afraid to embrace the future — in fact, client Randy Jackson will be paid part of a consulting fee in cryptocurrency. "It's a cutting-edge thing," says Phillips, who also reps old-school clients like Journey frontman Steve Perry, Burt Bacharach and Eagles co-founder Don Henley.

**AARON ROSENBERG**
*Myman Greenspan*
Rosenberg helped link Justin Bieber



with Luis Fonsi and Daddy Yankee for the mega-hit "Despacito," negotiated John Legend's starring role in NBC's live production of *Jesus Christ Superstar* and oversaw Ariana Grande's One Love Manchester benefit concert.

**DEBBIE WHITE**
*Loeb & Loeb*
K-pop sensation BTS exploded stateside and broke *Billboard* chart records, and White was behind all of their U.S. touring, recording and endorsement deals. She also advised Tencent Music Entertainment Group on a multi-year licensing deal with Universal Music Group, and she scored a Las Vegas residency for The Who.



1 John Legend toplined NBC's *Jesus Christ Superstar Live* on April 1. 2 Chart-toppers BTS have been busy stateside.

# Power Lawyers: 11 Top Music Attorneys for John Legend, BTS and More

6:30 AM 4/4/2018
by **Patrick Shanley**

Meet the lawyers behind the deals for classic crooners and breakout bands.



John Legend

Dia Dipasupil/Getty Images



VIEW *THR'S* COMPLETE COVERAGE    *Power Lawyers 2018*

# John Branca

Ziffren Brittenham



Bryan Steffy/Getty Images

Branca reps the estates of several music icons. Among recent deals, he negotiated a record-breaking seven-year agreement for Sony to continue distributing Michael Jackson's catalog, the release of two Elvis Presley symphonic albums and a CBS-Grammy primetime tribute to the Bee Gees.

---

# David Byrnes

Ziffren Brittenham

11 Top Music Attorneys: John Legend, BTS and More | Hollywood Reporter



Courtesy of Ziffren Law

Byrnes reps *The Voice* judges Kelly Clarkson, whose current stint on the show marks her return to network TV, and Blake Shelton, who re-signed with Warner Bros. It wasn't all highs for Byrnes in 2017, however, as the death of client and Linkin Park frontman Chester Bennington left him "heartbroken."

# Allen Grubman

Grubman Shire



Larry Busacca/Getty Images

Grubman reps Spotify in its licensing deals with record companies and publishers, as well as artists like Bruce Springsteen and Bette Midler, both of whom took recent turns on Broadway. He also renewed U2's agreement with Live Nation for a North American tour.

# David Lande

Ziffren Brittenham



Courtesy of John O'Boyle

Some of music's biggest artists turn to Lande for their deals — among them Beyonce, Alicia Keys, Jennifer Hudson and Justin Timberlake. Queen Bey will headline Coachella and star in the

# Dina LaPolt

LaPolt Law

Case 1:17-cv-02618-ALC-DCF    Document 65-7   Filed 04/04/19   Page 8 of 12



Courtesy Photo

While representing superstars Britney Spears, Fifth Harmony and Aerosmith's Steven Tyler, LaPolt somehow found time to executive produce the Eddie Money reality series *Real Money* (which she packaged and sold) for AXS TV. She also works pro bono on the Music Modernization Act, which seeks to bring music licensing into the digital age and ensure that artists are paid fairly.

# Kenny Meiselas

Grubman Shire



Courtesy Photo

Meiselas negotiated Lady Gaga's $100 million residency at Las Vegas' MGM Grand, helped client Diddy (Sean Combs) secure a spot as the lead judge on Fox's *The Four* and saw Bebe Rexha emerge with the No. 1 country song for a record-setting number of weeks.

# Donald Passman

Gang Tyre



Mark Sullivan/WireImage

In addition to representing stars like Taylor Swift, Adele and Stevie Wonder, Passman has been focusing on artists' interests as sales start favoring smaller, individual song releases. Ponders Passman, "All these record contracts are based on albums, so what happens during this awkward adolescence as the industry shifts to releasing music in smaller chunks?"

# Julian Petty

Nixon Peabody



Courtesy Photo

Petty reps some of the top names in hip-hop and R&B. He helped Childish Gambino (Donald Glover) land a "remarkable" deal with RCA and negotiated the documentary endorsed by Christopher Wallace's estate, A&E's *Biggie: The Life of Notorious B.I.G.*

---

# L. Lee Phillips

Manatt, Phelps & Phillips



Courtesy Photo

Phillips isn't afraid to embrace the future — in fact, client Randy Jackson will be paid part of a consulting fee in cryptocurrency. "It's a cutting-edge thing," says Phillips, who also reps old-school clients like Journey frontman Steve Perry, Burt Bacharach and Eagles co-founder Don Henley.

# Aaron Rosenberg

Myman Greenspan



Greg Doherty/Getty Images

Rosenberg helped link Justin Bieber with Luis Fonsi and Daddy Yankee for the mega-hit "Despacito," negotiated John Legend's starring role in NBC's live production of *Jesus Christ Superstar* and oversaw Ariana Grande's One Love Manchester benefit concert.

# Debbie White

Loeb & Loeb

11 Top Music Attorneys for John Legend, BTS and More | Hollywood Reporter



Courtesy of Gittings Photography

K-pop sensation BTS exploded stateside and broke *Billboard* chart records, and White helped the group strategize their crossover in the U.S. and engage them with partners who will stay true to their genre and belief. She also advised Tencent Music Entertainment Group on a multiyear licensing deal with Universal Music Group, and negotiated a Las Vegas residency for The Who.

*This story first appeared in the April 4 issue of The Hollywood Reporter magazine. To receive the magazine, click here to subscribe.*