# EXHIBIT 8



# NOTABLE WOMEN IN LAW

2019

Read more about this year's honorees inside:

# 2019 NOTABLE WOMEN IN LAW

## INDEX OF HONOREES

**PAGES 62-63**
Robin Adelstein
Terri Adler
Meriam Al-Rashid
Rena Andoh
Antonia Apps
Michele Arbeeny
Nicole Argentieri
Sonia Bain
Corinne Ball
Bonnie Barsamian
Laura Barzilai
Lori Bauer
Martine Beamon
Leora Ben-Ami
Lynda Bennett
Andrea Bierstein

**PAGES 64-65**
Frances Bivens
Kimberly Brown Blacklow
Elise Bloom
Susan Bodine
Lauren Boglivi
Stephanie Breslow
Erica Buckley
Susanna Buergel

Jacqueline Bushwack
Kathleen McLeod Caminiti
Ting Chen
Sylvia Chin
Jennifer Chu
Nancy Chung
Anta Cissé-Green
Elizabeth Cooper

**PAGES 66-67**
Magda Cruz
Margaret Dale
Jill Darrow
Una Dean
Jennifer Fiorica Delgado
Mylan Denerstein
Therese Doherty
Jennifer Ezring
Lucy Fato
Angela Fernandez
Melanie Figueroa
Barbara Finkelstein
Jessica Forbes
Katherine Forrest
Mary Beth Forshaw
Helene Freeman

**PAGE 68**
Susan Frunzi
Marjorie Glover
Kristin Going
Marcia Goldstein
Elizabeth Gonzalez-Sussman
Tatiana Gutierrez
Samaa Haridi
Melisande Hill

**PAGE 70**
Ellen Holloman
Lenore Horton
Tanisha James
Patricia Kantor
Barbara Kaplan
Michelle Kelban
Nancy Kestenbaum
Jamie Kocis

**PAGE 72**
Cheryl Korman
Eleanor Lackman
Jessica Lee
Jiyeon Lee-Lim
Lori Lesser
Jamie Levitt

Doreen Lilienfeld
Lynn Loacker

**PAGES 74-75**
Kristen Lonergan
Stacy Louizos
Paola Lozano
Janice Mac Avoy
Ayşe Yüksel Mahfoud
Barbara Mendelson
Nancy Mitchell
Cheryl Eisberg Moin

**PAGES 76-77**
Margery Neale
Julie North
Inosi Nyatta
Melissa Osipoff
Donna Parisi
Marcia Paul
Lisa Pensabene

**PAGES 78-79**
D. Hara Perkins
Lisa Radetsky
Stacey Rappaport
Rebecca Rettig
Ricki Roer

Nina Roket
Sara Rubenstein
Elizabeth Sacksteder

**PAGES 80-81**
Claudia Salomon
Charan Sandhu
Kara Scanna
Kara Schechter-Rakowski
Jodi Schwartz
Rebecca Silberstein
Audrey Sokoloff

**PAGES 82-83**
Elizabeth Brooke Stein
Antonia Stolper
Christine Swanick
Carolyn Vardi
Elise Wagner
Kim Walker
Carolyn Walker-Diallo
Naomi Waltman
Debbie White
Nancy Wolff
Diana Wollman
Jennifer Yount





Lowenstein Sandler congratulates our partners, **Lynda A. Bennett** and **Jennifer Fiorica Delgado,** on being named to *Crain's* distinguished roster of **2019 Notable Women in Law – New York.**



**Lynda A. Bennett**
Partner; Chair, Insurance Recovery Group



**Jennifer Fiorica Delgado**
Partner, Capital Markets Litigation

Lowenstein's steadfast commitment to opportunities and advancement for women includes focused employee resource groups, equitable benefits and services to facilitate work-life balance, and dedicated mentorship and sponsorship to support a diverse and inclusive workplace.

NEW YORK          PALO ALTO          NEW JERSEY          UTAH          WASHINGTON, D.C.

© 2018-2019 Lowenstein Sandler LLP

### AYŞE YÜKSEL MAHFOUD
*Partner*
NORTON ROSE FULBRIGHT
...



Ayşe Yüksel Mahfoud is an integral member of Norton Rose Fulbright's management team, as well as its corporate practice, where she handles a diverse array of cross-border deals primarily for international clients. She also has extensive experience in a range of corporate transactions, including mergers and acquisitions, private equity investments, privatizations, joint ventures, strategic alliances and financing transactions. She is also the founder and partner-in-charge of the firm's Istanbul office. Along with her work at Norton Rose Fulbright, Mahfoud is a dedicated adviser to nonprofit organization Jazz at Lincoln Center, where she serves as their lead pro bono counsel on a range of corporate matters.

### BARBARA MENDELSON
*Partner*
MORRISON & FOERSTER
...



In her work as a member of Morrison & Foerster's financial services group, Barbara Mendelson advises foreign and U.S. banks in a variety of complex regulatory matters, including sales and acquisitions of firms and applications to bank regulators. Her more than 25 years of experience has made her a trusted representative of foreign banks in their U.S. operations. Over the course of her career, she has been instrumental in forming a number of subsidiaries of foreign banks. Outside of work, Mendelson dedicates her time to Big Brothers Big Sisters and serves as trustee of its New York City organization.

### NANCY MITCHELL
*Partner*
O'MELVENY
...



With more than 30 years of legal and banking experience, Nancy Mitchell has developed expertise in providing assistance to debtors, acquirers and creditors in complex restructurings and Chapter 11 proceedings. She has counseled clients on a number of large-scale bankruptcies and restructurings, including her ongoing representation of Puerto Rico government agencies in the largest in-court restructuring in U.S. history. Previously, Mitchell was executive director of CIBC World Markets, where she handled the development of financial models for complex restructurings. Mitchell is engaged in a range of civic-minded activities, including New York City's The Workshop Theater, a group dedicated to exploring and developing new works.

### CHERYL EISBERG MOIN
*Partner*
HILL & MOIN
...



Cheryl Eisberg Moin is co-founder and co-managing partner of Hill & Moin, one of the few women-led personal injury law firms in the city. With more than 35 years of experience, Moin has represented plaintiffs in more than 200 appeals affirming multimillion-dollar verdicts, obtaining reversals on complex issues and questions of first impression. An accomplished lecturer, Moin has spoken at a variety of symposiums and conferences, including those held by the New York City Bar Association. She has also served as a member of the board of directors and chair of the Amicus Brief Committee of the New York State Trial Lawyers Association.



LOEB & LOEB LLP

We join *Crain's New York Business* in honoring

**Notable Women in Law in New York**

including our partners and friends

**Jessica Lee**

and

**Debbie White**.

We salute your dedication to your clients and continued contributions to the field of law, paving the way for generations of women to come.

Los Angeles    New York    Chicago    Nashville    Washington, DC    San Francisco    Beijing    Hong Kong    **www.loeb.com**



**DEBBIE WHITE**
*Deputy chair, music industry*
LOEB & LOEB
...

Recognized as an elite entertainment lawyer by publications including *Variety, The Hollywood Reporter* and *Billboard,* Debbie White's client list includes popular recording artists, producers, managers, record companies and celebrities. She has negotiated multimillion dollar recording contracts, publishing deals and other arrangements for some of the most successful names in the music industry. Her practice is increasingly active in Asia's expanding media market, where her clients include China's largest tech company and one of the most popular K-pop bands in history. She is also deeply involved with Law Rocks, a global organization with a mission to promote music education for underprivileged youth.



**NANCY WOLFF**
*Partner*
COWAN DEBAETS ABRAHAMS & SHEPPARD
...

Nancy Wolff is widely recognized as an expert in copyright and licensing issues relating to all aspects of digital content, visual arts and publishing. Her legal advice is sought after by major image-licensing companies, publishers, digital design agencies as well as prominent artists for counseling, transactional services and dispute resolution. She is frequently requested to be a speaker on copyright and issues of licensing in the area of digital media. In addition, she is an active board member of the Foundation for Gender Equality, a foundation that aims to create new pathways to address issues impacting the development of woman and girls.



**DIANA WOLLMAN**
*Partner*
CLEARY GOTTLIEB STEEN & HAMILTON
...

Recognized as one of the leading forces in her field, Diana Wollman provides counsel to her clients on international acquisitions, internal restructuring transactions, tax investigations and strategic audit preparation. She joined Cleary Gottlieb in 2015 following her tenure as the Internal Revenue Service's first director of international strategy for its large business and international division. In that position, Wollman improved how the agency addresses international tax issues and trains its agents. She has authored or contributed to more than 30 written works on a range of tax-related issues and is an executive committee member of the New York State Bar Association's Tax Section.

**JENNIFER YOUNT**
*Partner*
PAUL HASTINGS
...

As chair of the firm's finance and restructuring practice, Jennifer Yount represents a wide range of traditional banks and investment banks, while maintaining a strategic focus on alternative lenders, direct lenders and finance companies. Her range of specialties include acquisition financing, distressed credit and restructurings. Yount is widely recognized as an expert and thought leader in the finance industry and speaks widely on the market challenges facing both traditional and nonbank lenders. She is also a staunch supporter of Shane's Inspiration, an organization that aims to create social inclusion for children with disabilities by creating accessible playgrounds and educational programs for children of all abilities.



Latham & Watkins congratulates all of the talented women lawyers recognized in *Crain's New York Business*' Notable Women in Law list, including our partners Michelle Kelban, Jiyeon Lee-Lim, and Claudia Salomon.

We are thrilled and proud to be part of the New York legal community.


**Michelle Kelban**


**Jiyeon Lee-Lim**


**Claudia Salomon**

LW.com