# EXHIBIT 9

# Women in Music 2018: The Most Powerful Executives in the Industry

by Billboard Staff
December 06, 2018, 6:02pm EST

Billboard's annual celebration of more than 120 female industry leaders, veterans and next-gen talents.

# EXECUTIVES OF THE YEAR

**DANIELLE AGUIRRE, 41**

*Executive vp/general counsel, NMPA*

Aguirre recently led the Copyright Royalty Board proceedings on behalf of music publishers and songwriters, achieving an unprecedented 43.8 percent raise for them in early 2018. Since joining the NMPA in 2011, she has negotiated industrywide deals with digital behemoths like YouTube and Spotify, netting music creators hundreds of millions of dollars.

**MMA Role:** Served as general counsel for the NMPA.

**JACQUELINE CHARLESWORTH***

*Of counsel, Covington & Burling*

Before joining Covington, Charlesworth served as general counsel/associate register of copyrights for the U.S. Copyright Office. She has also held roles as general counsel of the National Music Publishers' Association and The Harry Fox Agency.

**MMA Role:** Retained by the NMPA to draft language of the consensus bill.

**SUSAN GENCO, 52**

*Co-president, Azoff MSG Entertainment*

Works alongside co-president Elizabeth Collins, Irving Azoff and his son Jeffrey as they continue to develop their multifaceted entertainment and media company.

**MMA Role:** Negotiated a key last-minute compromise between the major labels and SiriusXM regarding royalty payments for pre-1972 recordings.

**DINA LAPOLT, 52**

*Founder/owner, LaPolt Law*

Carlin Music's sale to Round Hill and Primary Wave's purchase of Blue Mountain Publishing. Longtime clients include the Bienstock family, Philly soul masters Gamble & Huff, Mick Jones of Foreigner and Steve Miller. Alter, who had an entertainment-law upbringing (her father was counsel to the New York Screen Actors Guild), founded AKB in 2001 and has since expanded it to six attorneys. The firm's core strategy? "We're perfectionists," says Alter. "Spoken words matter. Written words matter, right down to the schedule of exhibits."

**Mantra:** "In the words of Supreme Court Justice Ruth Bader Ginsburg: 'Fight for things you care about, but do it in a way that will lead others to join you.'"

### CHRISTINE LEPERA*

*Partner, Mitchell Silberberg & Knupp*

Protected "Big Pimpin'": The veteran attorney scored a long-awaited 9th Circuit Court of Appeals victory in May for Jay-Z and Timbaland when she staved off moral-rights claims over a song from a 1960 Egyptian film that was sampled in "Big Pimpin'." "Now Jay and Tim can exploit 'Big Pimpin'' to their hearts' content," says Lepera, who's also defending Katy Perry in a copyright-infringement suit over the pop star's 2014 Hot 100 No. 1, "Dark Horse" (featuring Juicy J), in a case scheduled for a May 2019 trial.

**Dream supergroup:** "Bonnie Raitt, Susan Tedeschi and Melissa Etheridge -- all on guitar, playing any Led Zeppelin tune."

### DEBRA WHITE*

*Partner/deputy chair, music industry practice; Loeb & Loeb*

**The K-pop counselor:** White pulled off quite a feat this year when she signed on as the U.S. legal representative for South Korean boy band sensation BTS, which landed three songs on the Hot 100 in 2018, including top 10 hit "Fake Love." White's understanding of the Asian and U.S. markets -- she also advises China's internet giant, Tencent Holdings -- made her an ideal candidate. "For the first time in Western entertainment's history, the cultural exchange with Asia is truly becoming reciprocal," she says. White's reputation and connections in the music industry also helped seal the deal with BTS'

management, BigHit Entertainment. "They needed someone to help weed out the bottom feeders who would sell them out to make a buck," she says.

**Mantra:** "If you don't ask, you don't get."

# BUSINESS & BRANDING

**MARCIE ALLEN\***

*Founder/president, MAC Presents*

**Paired Khalid and Hollister:** The small deals are just as important as the big ones, says Allen, whose schedule includes alternating weeks with her family in Nashville and running her business in New York, where branding deals include Billy Joel's partnership with Citi at Madison Square Garden, Khalid's work with Hollister and Valee's alignment with Adidas. "I believe that music and sports together are the future," says Allen, who recently paired Ludacris and Budweiser for a packed show at GIPSY nightclub in Moscow during the World Cup. The Rhodes College alum also teaches two courses at New York University -- appropriately, Female Entrepreneurs and Branding. Her message to students, particularly young women: "Yes, you can have it all. It's difficult. But you can do it."

**Mantra:** "Fail forward. When you fail at something, pick yourself up and do something better the next time."

**JULIE BOOS, 49**

*Co-owner/chairman/business manager, FBMM*

**Handpicked to lead:** At the start of 2018, Boos was named chairman of this Nashville business and financial management powerhouse, which, insiders say, represents Blake Shelton, Eric Church and Keith Urban, among other high-profile names. (Boos won't divulge or discuss the firm's clients.) As one of several executives selected to succeed the founding owners, Boos also took over the company's day-to-day management -- and already has an eye on the future. "I'm always looking to