# EXHIBIT 10







### Debra White

**Partner, Loeb & Loeb**

White takes her job wherever she goes, whether it's attending multiple L.A. concerts by K-pop band clients BTS or jetting to Asia, while listening to language tapes to facilitate her other Asia-based clients. As deputy chair of the music industry practice at Loeb, White led her team to serve as outside counsel to China's biggest company, Tencent, to coordinate its collaboration with Skydance Media on the "Terminator" sequel; she's also been instrumental in making BTS' U.S. crossover successful. "I want to make sure they're adequately protected, and make sure people aren't going to them just for the money," she says. "We're helping these companies write history."











Thumbnails
29 of 29



### Debbie White (Loeb & Loeb)

**Partner and Deputy Chair, Music**

Off-shore music entities cracking the U.S. market bring unique business sensibilities, so dealmaking "sometimes [is] not just about the money," White says. They value visibility in media and radio play, adds White, who reps South Korea's Big Hit Entertainment and its K-pop band BTS. Helping navigate U.S. media platforms is key, since back home the landscape is different. The New York lawyer reps Chinese giant Tencent, including co-financing the "Terminator" reboot; singer Melanie Martinez; singer-songwriter Regina Spektor; Duran Duran; the Who; talent management Friends at Work; Christie Brinkley; and major brands for tie-ins with talent and licensing music.

GITTINGS