# EXHIBIT 11

**Media and entertainment**

[Media and entertainment - ranked: tier 2](#)

**Loeb & Loeb LLP**

**Loeb & Loeb LLP**'s practice is highly regarded for its entertainment finance and production advice; Los Angeles-based department head Scott Edel advised Alcon Entertainment on the production financing and distribution of Blade Runner 2049 and assisted Black Label Media with the distribution and financing of multiple films, including La La Land, Rebel in the Rye and 12 Strong. In New York, **Marc Chamlin** is the go-to name for television work - his clients include Oprah Winfrey and multiple reality television production companies; and **Carol Kaplan** and **Stefan Schick** are key names for theater work. Other noteworthy practitioners include Ivy Kagan Bierman in Los Angeles, who is a specialist in entertainment-related labor law; New York-based department deputy chair Roger Arar, Los Angeles-based **John Frankenheimer**, who heads the music group; and Debra White, who acts for recording artists, songwriters, producers and record companies. Recent mandates include White advising Tencent Music Entertainment Group on its licensing agreement with Universal Music Group, Arar assisting AMC Networks with multiple television series' including The Spy Who Came in from the Cold, The Walking Dead and season three of Humans; and Frankenheimer acting for Warner Music Group on the acquisition and financing of multiple music publishing catalogues. In March 2018, Stephen Saltzman, Susan Zuckerman Williams, Craig Emanuel, Mickey Mayerson and Erik Hyman joined **Paul Hastings LLP**'s new Century City office.