# EXHIBIT 12



# Debra A. White
## Deputy Chair, Music Industry

345 Park Avenue
New York, New York 10154

**Direct**  212.407.4216

dwhite@loeb.com

Debbie White focuses her practice in the music, motion picture and entertainment industries, with particular emphasis on representing recording artists, songwriters, producers, managers, record companies, publishing companies, and digital media and technology companies in their ongoing business affairs.

Recognized as a top entertainment lawyer by leading publications such as *Variety*, *The Hollywood Reporter* and *Billboard*, Debra is known for her work negotiating multimillion-dollar recording contracts, as well as agreements related to publishing, worldwide touring, film soundtrack and Broadway cast albums, merchandising and sponsorships. A significant portion of her music practice centers on the development of copyright strategies and implementation of licensing efforts for digital companies, major advertisers and advertising agencies, sports and television networks, and entertainment companies.

Her experience representing talent, combined with her in-depth understanding of licensing and publishing rights, uniquely positions Debra to address the complex issues that arise when artists work with subscription streaming services and other new media companies and licensors of digital content.

She also leverages her talent and recording relationships to negotiate entertainment-related strategic marketing partnerships, tour sponsorships, brand integration agreements and celebrity product endorsement deals on behalf of advertising agencies and Fortune 500 companies from a variety of industries.

In addition, Debra represents actors, fashion designers, athletes, chefs, models and high-level industry executives in a range of traditional entertainment matters. She has been very successful at expanding her clients' interests through ventures such as book publishing, fragrance and cosmetic licensing agreements, non-scripted television deals, and infomercials.

Debra's practice is international in scope, and she is increasingly active in Asia's expanding entertainment and media market, with clients that include China's largest tech company and one of the most popular K-pop bands in history.

## Practice Areas

- Entertainment, Music & Sports
- Music
- Talent
- Advertising, Marketing & Promotions
- Digital and Social Media

1

*These materials may constitute "Attorney Advertising" under the New York Rules of Professional Conduct and under the law of other jurisdictions*



DEBRA A. WHITE
PARTNER

- Interactive Media
- Media, Entertainment and Tech Corporate Convergence

## Representative Experience

- Represented model, actress and businesswoman Christie Brinkley in connection with her return to Broadway in her role as Roxie Hart in the Tony-winning revival of Chicago.

## Distinctions

- Named among "Notable Women in Law - New York" by Crain's (2019)

- Named among "Most Powerful Music Attorneys" by *Billboard* (2018)

- Named among top women entertainment leaders in Variety's Women's Impact Report (2018)

- Named among top entertainment attorneys in *Variety*'s "Legal Impact Report" (2018)

- Named in *The Hollywood Reporter*'s "Power Lawyers Top 100" list (2018)

- Named in *The Legal 500 U.S.* in Media & Entertainment (2018)

- Named "Top Dealmaker" in *Variety*'s "Dealmakers Impact Report" (2017-2018)

- Named among "Most Powerful Women in Music" by *Billboard* (2016-2018)

- Named one of the most influential women in New York entertainment in *Variety*'s "Power of Women: NY Impact List" (2014)

- Named "New York Metro Super Lawyer" in Entertainment & Sports by Thomson Reuters (2013-2017)

## Affiliations

- Member, The Association of Media & Entertainment Counsel

- Member, Board of Governors, The Recording Academy - New York Chapter

## Media Mentions

- Quick Change Artist! Christie Brinkley Makes Promotional Rounds in NYC, *Daily Mail* (February 26, 2018)

- How Fans of BTS, Beyoncé, Taylor Swift & More Are Changing Music Marketing, *Billboard* (February 15, 2018)

- Fifth Harmony's New Deal: Quartet Re-Ups With Epic After Camila Cabello's Exit: Exclusive, *Billboard* (January 6, 2017)

2



DEBRA A. WHITE
PARTNER

## Events

- Speaker, Power Women Summit (November 1-2, 2018)

- Speaker, 2015 ASCAP EXPO (April 30 - May 1, 2015)

## Education

New York University School of Law, J.D., 1996, *magna cum laude, Order of the Coif*
Denison University, B.A., 1993, *Recipient, Judge Clyde Shumacker Award: Excellence in Writing Skills and Public Speaking (1993)*

## Bar Admissions

New York, 1998

3