# EXHIBIT 14



# Sarah Levitan Perry
## Associate

345 Park Avenue
New York, New York, 10154

**Direct**  212.407.4191

sperry@loeb.com

Sarah Levitan Perry focuses on complex commercial litigation in state and federal courts, and alternative dispute resolution forums. She works with clients across industries, with particular emphasis in the entertainment, media, marketing and manufacturing sectors.

Experienced in appearing before federal and state courts, Sarah has worked on cases involving intellectual property disputes, including claims related to infringement of trademarks, copyrights and trade dress, as well as false advertising and unfair competition. She also has experience with diverse claims such as defamation, right of privacy, fraud, breach of contract, unjust enrichment and deceptive business practices.

### Practice Areas
- Litigation
- Entertainment & IP Litigation
- Intellectual Property
- Brand Protection
- Advertising Disputes

### Education
Boston College Law School, J.D., 2013, Note Editor, *Boston College International and Comparative Law Review*
Hamilton College, B.A., 2008, *magna cum laude*, Phi Beta Kappa

### Bar Admissions
New York, 2014
New Jersey, 2013

### Court Admissions
U.S. District Court for the Eastern District of New York
U.S. District Court for the Southern District of New York
U.S. District Court for the District of New Jersey

*These materials may constitute "Attorney Advertising" under the New York Rules of Professional Conduct and under the law of other jurisdictions*