# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

July 6, 2018

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Rm. 1306
New York, NY 10007

Re:     *Mick Rock v. Enfants Riches Deprimes, LLC, et al.,* 1:17-cv-02618 (ALC-DCF)

Dear Judge Carter:

      We represent Plaintiff Mick Rock in the above-captioned case and write pursuant to Your Honor's Individual Practices to respectfully request an extension of 14 days time to oppose Defendants' motion for attorneys' fees [Dkt. #64]

(1) the original deadline to oppose is April 18, 2019.

(2) The new deadline would be **May 2, 2019.**

(3)  Plaintiff has not made a previous request for an extension and no request has been granted or denied.

(4) Plaintiff seeks an extension because the attorney at Liebowitz Law Firm responsible for drafting the motion, James Freeman, will be on vacation the week of April 15.

(5) Defendants oppose the motion because Richard Liebowitz, lead counsel, will not be on vacation the week of April 15.

                                       Respectfully Submitted,

                                       **/RichardLiebowitz/**
                                       Richard Liebowitz

                                       *Counsel for Plaintiff Mick Rock*

