

**BARRY I. SLOTNICK**
Partner

345 Park Avenue
New York, NY 10154

**Direct**  212.407.4162
**Main**   212.407.4000
**Fax**    212.202.7942
bslotnick@loeb.com

Via ECF

April 12, 2019

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
Room 1306
New York, NY 10007

Re:  Mick Rock v. Enfants Riches Deprimes, LLC. et al., 1:17-cv-02618 (ALC-DCF)

Dear Judge Carter:

We represent defendants Enfants Riches Deprimes, LLC ("ERD") and Barneys New York, Inc. ("Barneys") (together with ERD, "Defendants") in the above-captioned action and write in response to Plaintiff Mick Rock's April 12, 2019 letter request for an extension of time to oppose Defendants' motion for attorneys' fees and sanctions (Dkt. No. 66 ("Letter Request")).

Plaintiff's counsel misrepresents both the reason for their extension of time, and Defendants' objections thereto in the Letter Request. On Tuesday, April 9, 2019, Mr. Freeman requested an extension of time on the basis that "**both** [he and Mr. Liebowitz] will be out of the office next week." (emphasis added).  Then, on Thursday, April 11, 2019, Mr. Liebowitz requested an adjournment of a court conference scheduled next week in a different case in this district on the basis that he had conflicting court conferences scheduled in the United States District Court for the Eastern District of New York.  The emails are attached hereto as Exhibit A.

After receiving Mr. Liebowitz's April 11, 2019 email, I explained to Mr. Liebowitz that given Plaintiffs' conflicting reasons for their request, Defendants would not agree to the request for an extension of time.  Ex. A.

As Defendants' motion for sanctions noted (*see* Dkt. No. 64, 18-20), Plaintiff's counsel has a habit of making misrepresentations.  As such, we felt compelled to correct the record with this letter response.

Respectfully submitted,

/s/ Barry I. Slotnick
Barry I. Slotnick
Partner

Los Angeles   New York   Chicago   Nashville   Washington, DC   Beijing   Hong Kong   www.loeb.com
For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.
17640755.1
228372-10002