# Exhibit A

**Linna Chen**

| | |
|---|---|
| **From:** | James Freeman <jf@liebowitzlawfirm.com> |
| **Sent:** | Tuesday, April 9, 2019 8:19 PM |
| **To:** | Barry Slotnick; Linna Chen |
| **Cc:** | Richard Liebowitz |
| **Subject:** | Mick Rock vs. Enfants Riches: Request for Extension on Brief |

**This email originated from outside of Loeb's Network.**

Hi Barry:

As a professional courtesy, Plaintiff would like to request an extension of 14 days to file an opposition brief to Defendant's motion for fees / sanctions [Dkt. #64] . ==Both Richard and I will be out of office next week==.  The new deadline would be May 2, 2019.

Please let me know if defendant consents to the request and, if not, please state reasons for opposition.

Best,

James

1

## Linna Chen

| | |
|---|---|
| **From:** | Barry Slotnick |
| **Sent:** | Friday, April 12, 2019 1:27 PM |
| **To:** | Richard Liebowitz |
| **Cc:** | Linna Chen |
| **Subject:** | Re: Adjournment of Conferencd |

Richard

The other day your colleague asked for an extension in the Rock case because you and he would be out of town. You now ask for an adjournment because you will be in the EDNY. Frankly given these conflicting stories we are not willing to agree to either extension. You can certainly make your applications to the court in both cases but we will advise the courts of your conflicting advice to us

Barry

Sent from my iPhone

On Apr 12, 2019, at 9:39 AM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

**This email originated from outside of Loeb's Network.**

> Following up below? Thanks.
>
> On Thu, Apr 11, 2019 at 7:54 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>> I have two other Court conferences in EDNY. Thank you.
>>
>> On Thu, Apr 11, 2019 at 7:19 PM Barry Slotnick <bslotnick@loeb.com> wrote:
>>> Richard
>>>
>>> As I am sure the court will ask, can you please identify what your conflict is? My clients in both this matter and the Rock case have waited a long time to move forward. So I would like to know what your conflict is so that I can make an informed decision
>>>
>>> Thanks
>>>
>>> Barry
>>>
>>> Sent from my iPhone
>>>
>>> ---
>>>
>>> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the

> sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.
>
> On Apr 11, 2019, at 1:33 PM, Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>
>> Hi Barry and Linna,
>>
>> I need the adjourn the conference next week as I have a conflict. Please let me know other dates you are available and I can get a letter on file. Thank you.
>> --
>> Best,
>>
>> Richard Liebowitz, Esq.
>> Liebowitz Law Firm, PLLC
>> t.516-233-1660
>> RL@LiebowitzLawFirm.com
>> www.LiebowitzLawFirm.com
>>
>>
>> ******************************************************************
>> ***This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.*************************************************************
>> *******

--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com


******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************
--
Best,

Richard Liebowitz, Esq.

Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*