USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MICK ROCK,

                       **Plaintiff,**

    -against-

ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK, INC., and THE REAL REAL, INC.,

                       **Defendants.**
------------------------------------------------------------- x

17-cv-2618 (ALC)

**OPINION & ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Letters discussing Plaintiff's request for an extension of time to oppose Defendants' Motion for Attorneys' Fees. ECF Nos. 66-67. Plaintiff's request is hereby **GRANTED**. Plaintiff is hereby **ORDERED** to file any Opposition on or before May 2, 2019.

**SO ORDERED.**

**Dated:**    April 15, 2019
             New York, New York

                                    _____
                                    ANDREW L. CARTER, JR.
                                    United States District Judge