# EXHIBIT A

# Form RE
For Renewal Registration · United States Copyright Office

REGISTRATION NUMBER
_____

EFFECTIVE DATE OF RENEWAL REGISTRATION
_____

**ANSWER ONLY THE QUESTIONS THAT APPLY TO YOUR CLAIM.**

DO NOT WRITE ABOVE THIS LINE.
IF YOU NEED MORE SPACE, USE FORM RE/CON.

MM    DD    YYYY

## 1 TITLE AND ORIGINAL TERM INFORMATION

**A** Title of work as first published or registered: _Lou Reed Transformer 1972_
IF YOU NEED MORE SPACE, USE SPACE B ON FORM RE/CON

If periodical, give: Volume: _____ Number: _____ Issue date: _____ ISSN: _____

**B** Alternative title: _____
IF YOU NEED MORE SPACE, USE SPACE B ON FORM RE/CON

**C** If first published as a contribution to a periodical or other collective work, give title of larger work:
_Photo on Album cover_
IF YOU NEED MORE SPACE, USE SPACE B ON FORM RE/CON

If periodical, give: Volume: _____ Number: _____ Issue date: _____ ISSN: _____

**D** Has this work (or the work in which it was first published, if a contribution) ever been registered?
Yes ☐ Give registration number: _____ ◄OR► No ☒ (Complete Form RE/Addendum.)

**E** Publication date: _11/8/72_ (MM/DD/YYYY) ◄OR► Registration date, if registered as unpublished work: _____ (MM/DD/YYYY)

**F** Year date(s) in copyright notice, if earlier than actual publication year date: 19_____ ISBN: _____

**G** Original copyright claimant(s): _Mick Rock_
IF YOU NEED MORE SPACE, USE SPACE B ON FORM RE/CON

**H** If the work was originally registered in Class Ai or Bi, was a U.S. edition registered?
Yes ☐ Give registration number: _____ ◄OR► No ☐

**I** If the original registration record was corrected or amplified by supplementary registration on Form CA, give the registration number and effective date of the supplementary registration: Number: _____ Date: _____

## 2 WORK OR MATERIAL CLAIMED AND AUTHOR INFORMATION

**A** Copyright for the renewal term is claimed in: *(Check only one.)*
1 ☒ the entire work.
2 ☐ a contribution first published in a periodical or other collective work.
3 ☐ revisions in previously published or registered work. *Describe revisions:* _____
4 ☐ separate element(s) of authorship in a larger work. *Specify element(s):* _____
OR ►
5 ☐ The renewal claim is based on the first publication of a work previously registered as an unpublished work under registration number: _____

**B** The following author(s) contributed to the work or material claimed:
Name: _Mick Rock_     This author created: _Photo on Album Cover_
Date of death, if applicable: _____ (MM/DD/YYYY)

Name: _____     This author created: _____
Date of death, if applicable: _____ (MM/DD/YYYY)

Name: _____     This author created: _____
Date of death, if applicable: _____ (MM/DD/YYYY)

IF THERE ARE ADDITIONAL AUTHORS, USE SPACE D ON FORM RE/CON.

PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93-579) The authority for requesting this information is title 17 U.S.C. §409 and §410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 U.S.C. The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request. NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

APPLICATION RECEIVED: _____

CORRESPONDENCE: ☐ YES

EXAMINED BY: _____

DO NOT WRITE ABOVE THIS LINE.
IF YOU NEED MORE SPACE, USE FORM RE/CON.

FUNDS RECEIVED: _____

# 3 RENEWAL TERM OWNERSHIP INFORMATION

**A** Name the party or parties entitled by law to claim the renewal copyright on the last day of the original 28-year term of copyright. For each statutory claimant named, give the basis of the claim, and provide a *current* address. *Read instructions.*

Name: **Mick Rock**                    as the: _____
Address: **28 Livingston Court, Staten Island, NY 10310**  ◄ OR ►  Year of death: _____

Name: _____                    as the: _____
Address: _____  ◄ OR ►  Year of death: _____

Name: _____                    as the: _____
Address: _____  ◄ OR ►  Year of death: _____

Name: _____                    as the: _____
Address: _____  ◄ OR ►  Year of death: _____

IF THERE ARE ADDITIONAL STATUTORY CLAIMANTS, USE SPACE E ON FORM RE/CON.

**B** This application is submitted by or on behalf of the: (*Check only one.*)
☒ Statutory claimant(s) named above. (*Go on to section 4.*)
OR
☐ Assignee/successor of the statutory claimant(s) named above. (*Complete space C below.*)

**C** _____ by _____
ASSIGNEE/SUCCESSOR         MEANS OF TRANSFER
Current address: _____

# 4 CERTIFICATION

I, the undersigned, hereby certify that I am the statutory claimant, the assignee/successor, or the duly authorized agent of the statutory claimant or assignee/successor, and that the statements made by me in this application are correct.

Typed or printed name: **Richard Liebowitz**           Date: **4/29/19**
Handwritten signature: *Richard Lieb*

# 5 PAYMENT, CORRESPONDENCE, AND MAILING INFORMATION

Deposit account number: _____   Account name: **Liebowitz Law Firm**

Contact information for correspondence, including name and mailing address: _____

Phone: **(516) 233-1660**  Fax: (___) _____   Email: **rl@liebowitzlawfirm.com**

## MAILING ADDRESS FOR CERTIFICATE:

**Liebowitz Law Firm**
NAME
**11 Sunrise Plaza, Suite 305**
NUMBER/STREET                                                 APT/SUITE
**Valley Stream, NY 11580**
CITY/TOWN    STATE/PROVINCE    ZIP/POSTAL CODE    COUNTRY

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

FORM RE   REV: 04/2014   Printed on recycled paper                    U.S. GOVERNMENT PRINTING OFFICE: 2014-XXX-XXX/XX,XXX

# Form RE/Addendum

For works *not* registered during original term · United States Copyright Office

REGISTRATION NUMBER

Complete this form only if you answered "no" to question 1d on Form RE, or if otherwise required (see accompanying instructions).

EFFECTIVE DATE OF RENEWAL REGISTRATION (MM/DD/YYYY)

FORM RE/ADD REC'D:

**ANSWER ONLY THE QUESTIONS THAT APPLY TO YOUR CLAIM.**

DEPOSIT COPY REC'D:   ☐ SELECTED

DO NOT WRITE ABOVE THIS LINE.

FEE REC'D:   PAGE ___ OF ___

## 1  TITLE INFORMATION

A  Title of work: **Lou Reed Transformer 1972**

If periodical, give: Volume: _____ Number: _____ Issue date: _____

B  If copyright is claimed in a contribution to this periodical or collective work, give title of contribution:

## 2  AUTHOR INFORMATION

A  Name of the author of the work or material claimed: **Mick Rock**

B  This author was a citizen of **U.S.** and domiciled in **Staten Island, NY** on the date of first publication.

## 3  PUBLICATION INFORMATION

Date of first publication (MM/DD/YYYY): **11 / 8 / 1972**

Nation of first publication: ☒ United States  ◄ OR ►  ☐ Other: _____
NATION

## 4  MANUFACTURE INFORMATION

(Complete this space only if the work consists predominantly of nondramatic literary material, including periodicals and two-dimensional prints and labels, in the English language. If not, go on to space 5.)

☐ Manufactured in the United States

☐ Manufactured in: _____   Specify manufacturing process: _____
   NATION                                                TYPE OF PROCESS

## 5  DEPOSIT INFORMATION  (Check only one.)

☒ One complete copy of the work as first published is deposited.
☐ A complete copy of the work as first published cannot be deposited.

Describe deposit copy: **1 Photograph printed on an Album Cover**
SEE THE INSTRUCTIONS ABOUT ACCEPTABLE ALTERNATIVE DEPOSIT MATERIALS.

## 6  VERIFICATION OF COPYRIGHT NOTICE

I hereby aver that all copies of this work as first published bore the copyright notice as it appears in the deposit material, and said copyright notice appeared on all copies of the work, including any reprint copies, publicly distributed in the United States or elsewhere until March 1, 1989, and U.S. copyright subsists in the work.

Typed or printed name: **Richard Liebowitz**   Date: **4/29/19**

Handwritten signature: *Richard Liebowitz*

FORM RE/ADDENDUM   REV:10/2007   PRINT:10/2007—XX,000   Printed on recycled paper   U.S. GOVERNMENT PRINTING OFFICE: 2007-330-945/60,XXX

**Liebowitz Law Firm, PLLC**
11 Sunrise Plaza - Suite 305
Valley Stream, NY 11580
Tel. 516-233-1660

003231

4/30/2019

PAY TO THE ORDER OF ___ REGISTER OF COPYRIGHTS ___  $ **200.00

Two Hundred and 00/100************************************************************************ DOLLARS

REGISTER OF COPYRIGHTS

*Laura Buoda*
AUTHORIZED SIGNATURE

MEMO  MICK ROCK-LOU REED TRANSFORMER 1972

⑀003231⑀  ⑊021000021⑊  77621199 2⑀

---

Liebowitz Law Firm, PLLC

REGISTER OF COPYRIGHTS                                              4/30/2019              003231

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 4/30/2019 | Bill | MICK ROCK | 200.00 | 200.00 |  | 200.00 |

Check Amount  200.00

*[handwritten note on sticky note:] fed-Ex'd on 4/29/19*

Chase, N.A.      MICK ROCK-LOU REED TRANSF...                                              200.00

Liebowitz Law Firm, PLLC

REGISTER OF COPYRIGHTS                                                                        003231

| Date | Type | Reference | Original Amt | ...ount | Payment |
|---|---|---|---|---|---|
| 4/30/2019 | Bill | MICK ROCK | 200.00 |  | 200.00 |

Check Amount  200.00

Chase, N.A.      MICK ROCK-LOU REED TRANSFORMER 1972                                200.00

Rev 1/17                                                                                10436 (6/18) J221326

7/26/2019                                  Track your package or shipment with FedEx Tracking







# Delivered
## Wednesday 5/01/2019 at 11:11 am



**DELIVERED**
Signed for by: E.GREEN



**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**
RICHARD LIEBOWITZ
11 SUNRISE PLAZA STE 305
VALLEY STREAM NY US 11580
516-233-1660

**TO**
LIBRARY OF CONGRESS
US COPYRIGHT OFFICE RE
WASHINGTON, DC US 20559
516-233-1660

## Shipment Facts

**TRACKING NUMBER**
775094868411

**SERVICE**
FedEx Standard Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Shipping/Receiving

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday

**STANDARD TRANSIT**
5/01/2019 by 3:00 pm

**SHIP DATE**
Tue 4/30/2019

**ACTUAL DELIVERY**
Wed 5/01/2019 11:11 am

## Travel History

Local Scan Time

Wednesday, 5/01/2019

| | | |
|---|---|---|
| 11:11 am | WASHINGTON, DC | Delivered |
| 9:17 am | WASHINGTON, DC | On FedEx vehicle for delivery |
| 7:23 am | WASHINGTON, DC | At local FedEx facility |