# EXHIBIT B

**Copyright Office** <cop-ad@loc.gov>   Fri, Jan 31, 2020 at 2:31 PM
To: dc@liebowitzlawfirm.com

Dear Ms. Carrillo,

Examination is complete and we are now in the process of issuing a certificate of registration. Form RE and Form RE/Addendum are on paper and are processed manually, so it takes longer. Once there is a registration number, I will email it to you. The certificate will be mailed to you.

Sincerely,

CS
Visual Arts Division
U.S. Copyright Office

[THREAD ID:1-3W6H679]

-----Original Message-----

[Quoted text hidden]

---

**Debbie Carrillo** <dc@liebowitzlawfirm.com>   Fri, Jan 31, 2020 at 2:50 PM
To: Copyright Office <cop-ad@loc.gov>

Great, thank you so much!

Debbie Carrillo
Director of Copyright Registrations
516-233-1660

"Confidentiality Notice: the information contained in this email and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachments for any purpose, nor disclose all or any part of the contents to any other person."

[Quoted text hidden]