UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICK ROCK, <br><br> Plaintiff, <br><br> - against - <br><br> ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK, INC. and THE REAL REAL, INC. <br><br> Defendants. | Docket No. 17-cv-2618 (ALC) <br><br> ECF CASE |

## REPLY DECLARATION OF RICHARD LIEBOWITZ

1. I am lead counsel of record in this action and admitted to practice law in this District.

2. I submit this declaration in further support of Plaintiff's motion for reconsideration of the Court's fee-shifting and sanctions decision.

3. Attached as Exhibit A is a true and correct copy of an e-mail from the U.S. Copyright Office, dated February 20, 2020, indicating that registration number RE 932-594 has been issued for the Photograph at issue in this lawsuit.

4. Attached as Exhibit B is a true and correct copy of Judge Forrest's decision and order in *Rudkowski v Fox News Network, LLC*, where the court re-opened a case after registration certificate had been obtained from the Copyright Office.

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

1

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff Mick Rock*