# EXHIBIT A

**From:** Copyright Office <cop-ad@loc.gov>
**Date:** February 20, 2020 at 4:42:48 PM EST
**To:** dc@liebowitzlawfirm.com
**Cc:** david@donigerlawfirm.com, scott@donigerlawfirm.com
**Subject: THREAD ID:1-3P0ZL8F Mick Rock - 1-7905191494 Lou Reed Transformer 1972**


Dear Ms. Carrillo,

I was just informed that the certificate has been mailed out and the registration number is RE 932-594.

Sincerely,

CS
Visual Arts Division
U.S. Copyright Office



[THREAD ID:1-3W6H679]


-----Original Message-----