# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
+---------------------------------+
| USDC SDNY                       |
| DOCUMENT                        |
| ELECTRONICALLY FILED            |
| DOC #: _____         |
| DATE FILED: August 16, 2017     |
+---------------------------------+
```

-------------------------------------------------------------------------X

LUKASZ RUDKOWSKI, et al.,                :
                                         :
                         Plaintiffs,     :          17-cv-4160 (KBF)
                                         :
              -v-                        :             ORDER
                                         :
FOX NEWS NETWORK, LLC,                   :
                                         :
                         Defendants.     :
-------------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

Plaintiff originally commenced this action on June 3, 2017. On August 9, 2017, this Court dismissed the action without prejudice for failure to obtain a registration before filing a lawsuit. The Court noted then that the plaintiff could refile upon obtaining a registration. On August 16, the Court received plaintiff's first motion to reopen the case, along with proof of a copyright registration issued on approximately August 10, 2017, effective as of April 24, 2017. (ECF No. 23, Ex. A.) The Court thus directs the Clerk of Court to reopen the case, and sets a schedule as follows:

1. Plaintiff must file an amended complaint by August 23, 2017;

2. Defendant must answer on or before September 13, 2017; and

3. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") on **Tuesday, October 3, 2017 at 5:15 p.m.** All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the

Court's Individual Practices in Civil Cases.  Counsel shall file proof of such

service with the Court.

4. At least **four business days prior** to the IPTC, the parties shall jointly

submit a proposed schedule in accordance with the form available at

http://www.nysd.uscourts.gov/judge/Forrest.

5. Requests for adjournments shall be submitted at least **two business days**

**prior** to the IPTC.

6. Counsel shall consult the Court's Individual Practices in Civil Cases

(available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with

all other requirements for the IPTC.


SO ORDERED.

Dated:         New York, New York
               August 16, 2017

_____
               KATHERINE B. FORREST
               United States District Judge

2