# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



RE0  932-594

EFFECTIVE DATE OF RENEWAL REGISTRATION

MAY    01    2019
MM      DD      YYYY

*Marie Strong*

Acting United States Register of Copyrights and Director

## 1  TITLE AND ORIGINAL TERM INFORMATION

**A** Title of work as first published or registered: Lou Reed Transformer 1972

If periodical, give: Volume: _____ Number: _____ Issue date: _____ ISSN: _____

**B** Alternative title: _____

**C** If first published as a contribution to a periodical or other collective work, give title of larger work:
*Photos on Album cover*

If periodical, give: Volume: _____ Number: _____ Issue date: _____ ISSN: _____

**D** Has this work (or the work in which it was first published, if a contribution) ever been registered?
Yes ☐ Give registration number: _____ ◄ OR ► No ☒ (Complete Form RE/Addendum.)

**E** Publication date: 11/8/72  ◄ OR ► Registration date, if registered as unpublished work: _____

**F** Year date(s) in copyright notice, if earlier than actual publication year date: 19 _____ ISBN: _____

**G** Original copyright claimant(s): Mick Rock

**H** If the work was originally registered in Class Ai or Bi, was a U.S. edition registered?
Yes ☐ Give registration number: _____ ◄ OR ► No ☐

**I** If the original registration record was corrected or amplified by supplementary registration on Form CA, give the registration number and effective date of the supplementary registration: Number: _____ Date: _____

## 2  WORK OR MATERIAL CLAIMED AND AUTHOR INFORMATION

**A** Copyright for the renewal term is claimed in: (Check only one.)

* 1 ☒ the entire work.
  2 ☐ a contribution first published in a periodical or other collective work.
  3 ☐ revisions in previously published or registered work. *Describe revisions:* _____
* 4 ☒ separate element(s) of authorship in a larger work. *Specify element(s):* B/W photo on front of album cover
  OR ►
  5 ☐ The renewal claim is based on the first publication of a work previously registered as an unpublished work under registration number: _____

**B** The following author(s) contributed to the work or material claimed:

Name: MICK ROCK    This author created: Photo on Album cover
Date of death, if applicable: _____ (MM/DD/YYYY)

Name: _____    This author created: _____
Date of death, if applicable: _____ (MM/DD/YYYY)

Name: _____    This author created: _____
Date of death, if applicable: _____ (MM/DD/YYYY)

IF THERE ARE ADDITIONAL AUTHORS, USE SPACE D ON FORM RE/CON.

PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93-579) The authority for requesting this information is title 17 U.S.C. §409 and §410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 U.S.C. The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request. NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

\* Amended by C.O. authority of Debbie Carrillo per email received 01/23/2020.

APPLICATION RECEIVED: **MAY 01 2019**
CORRESPONDENCE: ☑ YES
EXAMINED BY: CS
FUNDS RECEIVED: MAY 01 2019

DO NOT WRITE ABOVE THIS LINE.
IF YOU NEED MORE SPACE, USE FORM RE/CON.

# 3  RENEWAL TERM OWNERSHIP INFORMATION

**A** Name the party or parties entitled by law to claim the renewal copyright on the last day of the original 28-year term of copyright. For each statutory claimant named, give the basis of the claim, and provide a *current* address. *Read instructions.*

Name: MICK ROCK  as the: * author
Address: 28 Livingston Court Staten Island, NY 10310  ◄OR► Year of death: _____

Name: _____  as the: _____
Address: _____  ◄OR► Year of death: _____

Name: _____  as the: _____
Address: _____  ◄OR► Year of death: _____

Name: _____  as the: _____
Address: _____  ◄OR► Year of death: _____

IF THERE ARE ADDITIONAL STATUTORY CLAIMANTS, USE SPACE E ON FORM RE/CON.

**B** This application is submitted by or on behalf of the: *(Check only one.)*
☒ Statutory claimant(s) named above. *(Go on to section 4.)*
OR ►
☐ Assignee/successor of the statutory claimant(s) named above. *(Complete space C below.)*

**C** _____ by _____
ASSIGNEE/SUCCESSOR    MEANS OF TRANSFER
Current address: _____

# 4  CERTIFICATION

I, the undersigned, hereby certify that I am the statutory claimant, the assignee/successor, or the duly authorized agent of the statutory claimant or assignee/successor, and that the statements made by me in this application are correct.

Typed or printed name: Richard Liebowitz     Date: 4/29/19
Handwritten signature: *Richard Lieb*

# 5  PAYMENT, CORRESPONDENCE, AND MAILING INFORMATION

Deposit account number: _____   Account name: Liebowitz Law Firm
Contact information for correspondence, including name and mailing address: _____

Phone: (516) 233-1660  Fax: (___)     Email: rl@liebowitzlawfirm.com

**MAILING ADDRESS FOR CERTIFICATE:**
Liebowitz Law Firm
NAME
11 Sunrise Plaza, Suite 305
NUMBER/STREET                                APT/SUITE
Valley Stream, NY 11580
CITY/TOWN      STATE/PROVINCE    ZIP/POSTAL CODE    COUNTRY

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

FORM RE  REV: 04/2014  Printed on recycled paper                U.S. GOVERNMENT PRINTING OFFICE: 2014-XXX-XXX/XX,XXX