# EXHIBIT C

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICK ROCK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENFANTS RICHES DEPRIMES, LLC, et al.,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF RELATED CASE** |

- 1 -

NOTICE OF RELATED CASE

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff, Mick Rock hereby files this Notice of Related Case pursuant to Federal Rule of Civil Procedure 83 and C.D. Cal. R. 83-1.3.1. The claims at issue in the instant case bear relation to the following action assigned to the Honorable Andrew L. Carter, Jr, *Rock v. Enfants Riches Deprimes, LLC et al.* Case No. 1:17-cv-02618-ALC-DCF ("NY Action").

Specifically, the instant action and the NY Action both allege that Defendant Enfant Riches Deprimes, LLC has infringed Plaintiff's copyrights in the same photograph owned by Mick Rock, and both actions allege that the infringement occurred when Enfant Riches Deprimes, LLC created, sold, manufactured, caused to be manufactured, imported and/or distributed product bearing images which are substantially similar if not identical to the Mick Rock's photograph at issue here.

Local Rule 83-1.3.1 outlines four factors to be considered in determining whether to deem cases related:

> If the cases appear:
> (a) To arise from the same or a closely related transaction, happening or event; or
> (b) To call for determination of the same or substantially related or similar questions of law and fact; or
> (c) For other reasons would entail substantial duplication of labor if heard by different judges.
> (d) To involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present

C.D. Cal. R. 83-1.3.1(a)-(c).

Here, sections (a), (b), and (d) are applicable: (a) both actions concern the same defendant's access to and alleged infringement of the same photograph owned by Plaintiff, (b) factual questions relating to this access to, and the infringing use of,

- 2 -
NOTICE OF RELATED CASE

Plaintiff's works are the same, and the legal determinations of copyrighted infringement, and damages thereof are the same, and (d) the involvement of the copyrighted work is the same.

Given the foregoing, Plaintiff respectfully requests that this instant action be deemed related to the NY Action.

Respectfully submitted,

Dated: March 5, 2020                By:   /s/ David Shein
                                          Stephen M. Doniger, Esq.
                                          David Shein, Esq.
                                          DONIGER /BURROUGHS
                                          Attorneys for Plaintiff