UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

MICK ROCK,  :  17 Civ. 2618 (ALC)

Plaintiff,  :

          -against-  :  **Defendants' Notice of Taxation of Costs**

ENFANTS RICHES DEPRIMES, LLC  :
BARNEYS NEW YORK, INC. and THE
REALREAL, INC.,  :

Defendants.  :

---------------------------------------------------------- X

**PLEASE TAKE NOTICE THAT** pursuant to Fed.R. Civ. P. 54(d)(1) and Local Rule 54.1, defendants Enfants Riches Deprimes, LLC, and Barneys New York, Inc. ("Defendants"), as the prevailing party, hereby submits its Bill of Costs to be presented to the Clerk of Court for taxation in Room 105, Orders and Judgments, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on July 16, 2020 at 11:00 AM.

Dated:  New York, New York  
         June 29, 2020

LOEB & LOEB LLP

By: /s/ C. Linna Chen
    Barry I. Slotnick
    345 Park Avenue
    New York, New York 10154
    Tel: (212) 407-4000
    Fax: (212) 407-4990
    lchen@loeb.com
    bslotnick@loeb.com

    *Attorneys for Defendants*
    *Enfants Riches Deprimes, LLC and*
    *Barneys New York, Inc.*