## SCHEDULE A

## Bill of Costs Itemization

| Costs: | Amount: | Exhibit: |
|---|---|---|
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $2,710.50 | Exhibit A |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | $78.30 | Exhibit B |
| **Other Costs:** | | |
| Cost of U.S. Copyright Office document retrieval charges | $360.00 | Exhibit C |
| Cost of express mail delivery, postage and courier charges | $260.70 | Exhibit D |
| Cost of document retrieval charges | $15.82 | Exhibit E |
| Cost of electronic legal research (LEXIS & PACER) | $342.68 | Exhibit F |
| Cost of Litigation Support Vendor for document production purposes | $362.00 | Exhibit G |
| Cost of materials necessarily obtained for case (album containing Lou Reed photograph) | $50.00 | Exhibit H |
| Cost of telephone charges | $2.32 | Exhibit I |
| | | |
| **OTHER COSTS TOTAL**: | **$1,393.52** | |