# EXHIBIT A



# TRANSPERFECT

**Bill To:**
Loeb & Loeb LLP
Attn: Linna Chen
345 Park Avenue
New York, NY 10154
USA

**Requested By:**
Linna Chen
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
USA

| | | | |
|---|---|---|---|
| Invoice #: | 1298257 | Sales Contact: | Staci Rosen (srosen@transperfect.com) |
| Invoice Date: | 03/23/2018 | Payment Terms: | Net 30 |
| Invoice Due: | 04/22/2018 | | |
| Contract #: | US0199204 | Purchase Order #: | |

**Project Notes:**

IN THE MATTER OF MICK ROCK V. ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK ET AL
Deposition of MICHAEL D. ROCK, TAKEN 3.9.2018 (New York, New York)
RB: 21016

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Deposition Services** | | | | |
| Original Transcript | 428.00 | Page | 4.500 | 1,926.00 |
| Rush Premium | 428.00 | Page | 1.500 | 642.00 |
| 5 Day Rush | | | | |
| Court Reporter Appearance Fee | 2.00 | Each | 45.000 | 90.00 |
| AM and PM Session | | | | |
| **Handling & Delivery** | | | | |
| Delivery | 1.00 | Fee | 25.000 | 25.00 |
| **Deposition Team Overtime** | | | | |
| Overtime | 0.50 | Hour | 55.000 | 27.50 |
| | | | **Total to Bill This Contract:** | US$2,710.50 |
| | | | **Tax Amount:** | US$0.00 |
| | | | **Total Amount Due:** | **US$2,710.50** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2