# EXHIBIT B

iAupload.txt



1091018228372-10002   *****620   121   18.15   31   13365   Sarah Leviton

Page 16



iAupload.txt



