# EXHIBIT C

## CompuMark
*Trademark Research and Protection*


**Clarivate Analytics**

**APPROVED FOR PAYMENT**

Client/Matter No. 22832-10002

LOEB & LOEB LLP   Payment For: USCO Correspondence
Attn. ANTOINETTE PEPPER
345 PARK AVE   re: deposit material
NEW YORK, NY 10154-0037
UNITED STATES OF AMERICA
By: Antoinette Pepper

Date: 6/27/2018

**REMIT PAYMENT TO:**
Clarivate Analytics (Compumark) Inc.
P.O. Box 71892
Chicago, IL 60694-1892

Fed. ID # 03-0492946

# Invoice

| Invoice number | | Invoice date | Due date | Client number |
|---|---|---|---|---|
| 2018022845  *please quote when making payment* | | 5/14/2018 | 6/14/2018 | 79521 |

| Order reference | Order date | Trademarks/names | Current Charges | | |
|---|---|---|---|---|---|
| 323098911 | 5/14/2018 | MICK ROCK EXPOSED - COPY OF CORRESPONDENCE | Current Charges | | $ 397.00 |
| | | | Total Discount | | (37.00) |
| | | | Subtotal | | 360.00 |
| | | | Nontaxable | 360.00 | 0.00 |
| | | | Total Invoice | | $ 360.00 |

---

**Remittance copy - please return with a payment**

**Clarivate Analytics**

**CompuMark Accounts Receivable**
For Credit Card Payments by Phone
(888) 649-1741

**Online Credit Card Payments**
Via your SERION Account

Wire Transfer:   Harris N.A., ABA No. 071000288
Account No. 426-265-5
Swift Code HATRUS44

Email:   clarivate.arcreditcard@clarivate.com

| Date of Invoice | Amount due | Amount Paid |
|---|---|---|
| 5/14/2018 | 360.00 USD | |

**LOEB & LOEB LLP**
Attn. ANTOINETTE PEPPER
345 PARK AVE
NEW YORK, NY 10154-0037
UNITED STATES OF AMERICA

**REMIT PAYMENT TO:**
Clarivate Analytics (Compumark) Inc.
P.O. Box 71892
Chicago, IL 60694-1892

Invoice number: 2018022845