# EXHIBIT  D

PS|Ship - Invoice System

Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 607568820

Viewing 1 of 1 - [Exported]

### Transaction Details

Package | PS|Ship™ | Other

Transaction ID **117234**

Service Requested **FedEx Priority Overnight®**

Picked up **Wed, Jan 24, 2018 at Shipper's Door**

Delivered **Thu, Jan 25, 2018**

Signatory **P GELARDI**

Packaging Type **FedEx Envelope®**

Net Weight **1.00**

Original Weight **1.00**

Method of Payment **Prepaid (Bill Sender)**

Source of Air Waybill **PS|Ship™**

### Addresses

**Sender**
Loeb & Loeb LLP
Barry Slotnick
345 Park Ave
NEW YORK CITY, NY 10154 US

**Recipient**
Daniel Patrick Moynihan
Hon Debra Freeman
500 PEARL ST
NEW YORK, NY 10007 US

### Tracking and Reference Details

Tracking Number  789459351234
Ref line 1  228372 10002 10478

### Transaction Charges

| | |
|---|---|
| Discount Amount | -12.27 |
| Freight Charge (roll-up) | 23.15 |
| Fuel Surcharge | .65 |
| Total | **$ 11.53** |

### Billing

Client ID **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Matter ID **10002**

**ROCK**

Sender ID **10478**

**Barry Slotnick**

### Challenge

This transaction is not being challenged.

Return   « View & Previous   View & Next »

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                    Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 612036424                          Viewing 1 of 1 - [Exported]

### Transaction Details

Package | PS|Ship™ | Other

Transaction ID **118408**

Service Requested **FedEx Priority Overnight®**

Picked up **Mon, Mar 12, 2018 at Shipper's Door**

Delivered **Tue, Mar 13, 2018**

Signatory **R GARCIA**

Packaging Type **FedEx Envelope®**

Net Weight **1.00**

Original Weight **1.00**

Method of Payment **Prepaid (Bill Sender)**

Source of Air Waybill **PS|Ship™**

### Addresses

**Sender**
Loeb & Loeb LLP
Antoinette Pepper
345 Park Ave
NEW YORK CITY, NY 10154 US

**Recipient**
Clarivate Analytics
Donna Stockett
1925 BALLENGER AVE
ALEXANDRIA, VA 22314 US

### Tracking and Reference Details

Tracking Number 780009456979
Ref line 1 228372 10002 10512

### Transaction Charges

| | |
|---|---|
| Discount Amount | -14.62 |
| Freight Charge (roll-up) | 27.58 |
| Fuel Surcharge | .71 |
| Total | $ 13.67 |

### Billing

Client ID **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Matter ID **10002**

**ROCK**

Sender ID **10512**

**Antoinette Pepper**

### Challenge

This transaction is not being challenged.

Return ◄ View & Previous    View & Next ►

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC. FedEx service marks are owned by Federal Express Corporation and are used by permission. Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System

Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 612775906

Viewing 1 of 1 - [Exported]

### Transaction Details

| Package | PS|Ship™ | Other |

Transaction ID **118596**

Service Requested **FedEx Priority Overnight®**

Picked up **Fri, Mar 16, 2018 at Shipper's Door**

Delivered **Mon, Mar 19, 2018**

Signatory **L BEVONA**

Packaging Type **FedEx Box®**

Net Weight **3.00**

Original Weight **3.00**

Method of Payment **Prepaid (Bill Sender)**

Source of Air Waybill **PS|Ship™**

### Addresses

**Sender**
**Loeb & Loeb LLP**
**Antoinette Pepper**
**345 Park Ave**
**NEW YORK CITY, NY 10154 US**

**Recipient**
**Liebowitz Law Firm, PLLC**
**Richard P Liebowitz, Esq**
**11 SUNRISE PLZ STE 305**
**VALLEY STREAM, NY 11580 US**

### Tracking and Reference Details

Tracking Number    780120034385
Ref line 1    228372 10002 10512

### Transaction Charges

| | |
|---|---|
| Address Correction | 15.00 |
| Discount Amount | -15.70 |
| Freight Charge (roll-up) | 31.40 |
| Fuel Surcharge | .86 |
| Total | **$ 31.56** |

### Billing

Client ID **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Matter ID **10002**

**ROCK**

Sender ID **10512**

**Antoinette Pepper**

### Challenge

This transaction is not being challenged.

[Return]    ◄ View & Previous    View & Next ▼

*Italicized information is provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                                         Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review – Invoice No. 624346279                                        Viewing 1 of 1 - [Exported]

### Transaction Details

Package | PS|Ship™ | Other

| | |
|---|---|
| Transaction ID | 121382 |
| Service Requested | FedEx Priority Overnight® |
| Picked up | Tue, Jul 10, 2018 at Shipper's Door |
| Delivered | Wed, Jul 11, 2018 |
| Signatory | E GONZALES |
| Packaging Type | FedEx Envelope® |
| Net Weight | 1.00 |
| Original Weight | 1.00 |
| Method of Payment | Prepaid (Bill Sender) |
| Source of Air Waybill | PS|Ship™ |

### Addresses

**Sender**
Loeb & Loeb LLP
Barry Slotnick
345 Park Ave
NEW YORK CITY, NY 10154 US

**Recipient**
Barney s New York
Samantha Reilly, Esq
575 5TH AVE
NEW YORK, NY 10017 US

### Tracking and Reference Details

| | |
|---|---|
| Tracking Number | 781791626080 |
| Ref line 1 | 228372 10002 10478 |

### Transaction Charges

| | |
|---|---|
| Discount Amount | -12.27 |
| Freight Charge (roll-up) | 23.15 |
| Fuel Surcharge | .76 |
| Security Signature Service | 4.75 |
| Total | $ 16.39 |

### Billing

| | |
|---|---|
| Client ID | 228372 |
| | ENFANTS RICHES DEPRIMES, LLC |
| Matter ID | 10002 |
| | ROCK |
| Sender ID | 10478 |
| | Barry Slotnick |

### Challenge

This transaction is not being challenged.

Return   « View & Previous    View & Next »

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                                    Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 625132734                         Viewing 1 of 3 - [Exported]

### Transaction Details

| Package | PS|Ship™ | Other |
|---|---|---|

Transaction ID **121495**

| | |
|---|---|
| Service Requested | **FedEx Priority Overnight®** |
| Picked up | **Tue, Jul 10, 2018 at Shipper's Door** |
| Delivered | **Thu, Jul 12, 2018** |
| Signatory | **H LEVY** |
| Packaging Type | **FedEx Envelope®** |
| Net Weight | **1.00** |
| Original Weight | **1.00** |
| Method of Payment | **Prepaid (Bill Sender)** |
| Source of Air Waybill | **PS|Ship™** |

### Addresses

**Sender**
Loeb & Loeb LLP
Barry Slotnick
345 Park Ave
NEW YORK CITY, NY 10154 US

**Recipient**
Enfants Riches Deprimes, LLC
Henry Levy
2432 E 8TH ST
LOS ANGELES, CA 90021 US

### Tracking and Reference Details

| | |
|---|---|
| Tracking Number | 781791487477 |
| Ref line 1 | 228372 10002 10478 |

### Transaction Charges

| | |
|---|---|
| Address Correction | 15.00 |
| Discount Amount | -22.77 |
| Freight Charge | 42.96 |
| Fuel Surcharge | 1.41 |
| **Total** | **$ 36.60** |

### Billing

| | |
|---|---|
| Client ID | **228372** |
| | **ENFANTS RICHES DEPRIMES, LLC** |
| Matter ID | **10002** |
| | **ROCK** |
| Sender ID | **10478** |
| | **Barry Slotnick** |

### Challenge

This transaction is not being challenged.

Return   ◂ View & Previous   View & Next ▸

Italicized information is provided by PS|Ship™

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                                                          Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 625132734                                      Viewing 2 of 3 - [Exported]

**Transaction Details**                **Addresses**

| Package | PS|Ship™ | Other |
| --- | --- | --- |

| | | **Sender** | | **Recipient** |
| --- | --- | --- | --- | --- |
| Transaction ID | 121525 | Loeb & Loeb LLP | | Enfants Riches Deprimes, LLC |
| | | Barry Slotnick | | Henry Levy |
| Service Requested | FedEx Priority Overnight® | 345 Park Ave | | 2432 E 8TH ST |
| | | NEW YORK CITY, NY 10154 US | | LOS ANGELES, CA 90021 US |

| Picked up | Fri, Jul 13, 2018 at Shipper's Door |
| --- | --- |
| Delivered | Mon, Jul 16, 2018 |

**Tracking and Reference Details**          **Billing**

| Signatory | H SETI | Tracking Number | 781841127910 | Client ID | 228372 |
| --- | --- | --- | --- | --- | --- |
| | | Ref line 1 | 228372 10002 10478 | | **ENFANTS RICHES DEPRIMES, LLC** |

| Packaging Type | FedEx Envelope® | **Transaction Charges** | | Matter ID | 10002 |
| --- | --- | --- | --- | --- | --- |
| Net Weight | 1.00 | Discount Amount | -22.77 | | **ROCK** |
| | | Freight Charge | 42.96 | | |
| Original Weight | 1.00 | Fuel Surcharge | 1.41 | | |
| | | Security Signature Service | 4.75 | Sender ID | 10478 |
| Method of Payment | Prepaid (Bill Sender) | **Total** | **$ 26.35** | | **Barry Slotnick** |
| Source of Air Waybill | PS|Ship™ | | | | |

**Challenge**

This transaction is not being challenged.

[Return]  [« View & Previous]  [View & Next »]

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System

Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 625132734

Viewing 3 of 3 - [Exported]

### Transaction Details

| Package | PS|Ship™ | Other |

Transaction ID **121526**

Service Requested **FedEx Priority Overnight®**

Picked up **Fri, Jul 13, 2018 at Shipper's Door**

Delivered **Mon, Jul 16, 2018**

Signatory **E GONZALES**

Packaging Type **FedEx Envelope®**

Net Weight **1.00**

Original Weight **1.00**

Method of Payment **Prepaid (Bill Sender)**

Source of Air Waybill **PS|Ship™**

### Addresses

**Sender**
Loeb & Loeb LLP
Barry Slotnick
345 Park Ave
NEW YORK CITY, NY 10154 US

### Tracking and Reference Details

Tracking Number    781841142162
Ref line 1          228372 10002 10478

### Transaction Charges

| | |
|---|---|
| Discount Amount | -12.27 |
| Freight Charge | 23.15 |
| Fuel Surcharge | .76 |
| Security Signature Service | 4.75 |
| **Total** | **$ 16.39** |

**Recipient**
Barney s New York
Samantha Reilly, Esq
575 5TH AVE
NEW YORK, NY 10017 US

### Billing

Client ID **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Matter ID **10002**

**ROCK**

Sender ID **10478**

**Barry Slotnick**

### Challenge

This transaction is not being challenged.

[ Return ]  [ « View & Previous ]   View & Next »

*Italicized information is provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System

Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 158549901

Viewing 1 of 1 - [Exported]

### Transaction Details

Package | PS|Ship™ | Other

| | |
|---|---|
| Transaction ID | 111652 |
| Service Requested | FedEx International Priority® or FedEx International Priority Plus® |
| Picked up | Fri, Jun 30, 2017 at Shipper's Door |
| Delivered | Tue, Jul 04, 2017 |
| Signatory | C CONNIE |
| Packaging Type | FedEx Envelope® |
| Net Weight | .50 |
| Original Weight | .50 |
| Method of Payment | Prepaid (Bill Sender) |
| Source of Air Waybill | PS|Ship™ |

### Addresses

**Sender**
LOEB & LOEB LLP
BARRY SLOTNICK
345 PARK AVE
NEW YORK, NY 10154 US

**Recipient**


### Tracking and Reference Details

| | |
|---|---|
| Tracking Number | 787052187378 |
| Ref line 1 | 228372 10002 10478 |

### Transaction Charges

| | |
|---|---|
| Discount Amount | -18.50 |
| Freight Charge (roll-up) | 56.25 |
| Fuel Surcharge | .76 |
| Total | $ 38.51 |

### Billing

| | |
|---|---|
| Client ID | 228372 |
| | ENFANTS RICHES DEPRIMES, LLC |
| Matter ID | 10002 |
| | ROCK |
| Sender ID | 10478 |
| | Barry Slotnick |

### Challenge

This transaction is not being challenged.

Return    ◂ View & Previous    View & Next ▸

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                    Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 597590724                    Viewing 1 of 1 - [Exported]

### Transaction Details

Package | PS|Ship™ | Other

Transaction ID **114501**

Service Requested **FedEx Priority Overnight®**

Picked up **Wed, Oct 18, 2017 at Shipper's Door**

Delivered **Thu, Oct 19, 2017**

Signatory **M M**

Packaging Type **FedEx Envelope®**

Net Weight **1.00**

Original Weight **1.00**

Method of Payment **Prepaid (Bill Sender)**

Source of Air Waybill **PS|Ship™**

### Addresses

**Sender**

Loeb & Loeb LLP
Antoinette Pepper
345 Park Ave
NEW YORK CITY, NY 10154 US

### Tracking and Reference Details

| Tracking Number | 788124002250 |
| Ref line 1 | 228372 10002 10512 |

### Transaction Charges

| Discount Amount | -14.07 |
| Freight Charge (roll-up) | 26.54 |
| Fuel Surcharge | .53 |
| Security Signature Service | 4.50 |
| Total | $ 17.50 |

### Recipient

Clarivate CompuMark
Donna Stockett
1925 BALLENGER AVE STE 400
ALEXANDRIA, VA 22314 US

### Billing

Client ID **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Matter ID **10002**

**ROCK**

Sender ID **10512**

**Antoinette Pepper**

### Challenge

This transaction is not being challenged.

Return    ◄ View & Previous    View & Next ►

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PostageLoad071118.txt



1071018228372-10002   10478630      1      13.76                           31
22 CERTIFIED ENVELOPES WITH RETURN RECEIPT

PostageLoad060618.txt



1060418228372-10002    13075630    1    24.64    31



| | *INVOICE* |
|---|---|
| Total Due | |
| Invoice No. | |
| Acct. No. | |
| Period Ending | |
| Page | |
| Amount Paid | |

Loeb & Loeb LLP
Robert Villalobos
345 Park Ave
New York, NY 10154

**Remit Payment to:**

263 Frelinghuysen Ave
Newark, NJ 07114
908-509-1673
Thank you for your business!

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | Total |
|---|---|---|---|---|---|---|
| 08/09/18 | 391.080918 SMITH | LOEB & LOEB 345 Park Ave 18TH FLOOR New York, NY 10154-0004 Pcs:1 Wt:1.00 228372-10002 L MEHRINGER | UNITED STATES COURTHOUSE 40 Foley Sq New York, NY 10007-1502 USMS 16:19 | $13.80 Standard Messenger | | $13.80 |

| Invoice No. | 34-1317 |
|---|---|
| Acct. No. | 34 |
| Period Ending | 08/31/18 |
| Page | 10 |

NPD Logistics, LLC
263 Frelinghuysen Ave
Newark, NJ 07114
908-509-1673

