# EXHIBIT E



**NEW YORK CITY BAR**

**Library** · Copy Services/ILL Department · 42 West 44th Street · New York, NY 10036-6689
Monday-Friday 9 a.m - 5 p.m. · Phone: 212-382-6666. Fax # 212-382-6790
e-mail: library@nycbar.org

☐ COPY REQUEST   ☐ FAX REQUEST   ☑ PDF REQUEST   ☐ ILL REQUEST

LIBRARY

Please Return By _____ @ _____

AUG 08 2018

INVOICE # 2018-1382          DATE: 8/8/18

Loeb & Loeb LLP

CONTACT PERSON: Sheila Marshall-Hunter     COPIED BY: CR

FIRM'S NAME: Loeb & Loeb     CLIENT ID: 228372-1002

E-MAIL/FAX: smarshall@loeb.com     TELEPHONE: (212)407-1888

REQUESTED: [redacted]

NUMBER OF PAGES: 6 @ .75 / $1.75 (Members) $1.50 /$3.00 (Non-Members)   $ 10.50
Minimum Copy/Fax/PDF Charge $10.00 for Members / $20.00 for Non-Members
(Exclusive of tax and/or additional charges)

INTER-LIBRARY LOAN   # of books _____ @ $10.00 per book/per day   $ _____

RESEARCH FEES                                                   $ _____

NEW YORK STATE SALES TAX                                        $ .93

ADDITIONAL SHIPPING & HANDLING FEES (If Applicable)             $ _____

TOTAL CHARGES                                                   $ 11.43

| ☐ DEPOSIT ACCOUNT | ☐ CREDIT CARD |
| --- | --- |
| ☐ CHECK # _____ | ☐ Visa  ☐ Mastercard  ☐ American Express |
| ☐ CASH | Picked up By: _____ |

**THIS IS THE ONLY INVOICE YOU WILL RECEIVE**
IF THERE IS AN ERROR OR PROBLEM WITH YOUR ORDER YOU MUST CALL BEFORE NOON THE NEXT BUSINESS DAY
PAYMENT FOR FAX/PDF ORDERS MUST BE RECEIVED WITHIN 7 BUSINESS DAYS / COPY ORDERS MUST BE PAID UPON PICK-UP OF MATERIAL
**••CANCELLATION FEE $10.00••**
PICK-UPS ARE IN THE LIBRARY ADMINISTRATIVE OFFICES - 4TH FLOOR

THE COPYRIGHT LAW OF THE UNITED STATES (TITLE 17 USC) GOVERNS THE MAKING OF PHOTOCOPIES AND OTHER REPRODUCTIONS