# EXHIBIT F

**Gloria McDonald**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/20/2018 | 1074SX | 228372-10002 | PEPPER, ANTOINETTE | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 0.88 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 6.79 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 58.22 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002-S. LEVITAN | MARSHALL, SHEILA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 3.24 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002-S. LEVITAN | MARSHALL, SHEILA | ALM MEDIA SERVICE | LA DOCUMENT ACCESS | 15.62 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002-S. LEVITAN | MARSHALL, SHEILA | LEXIS ADVANCE | LA ACCESS CHARGE | 46.58 | NO RESEARCH DESCRIPTION |
| 9/11/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 11.66 | NO RESEARCH DESCRIPTION |
| 9/12/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 3.24 | NO RESEARCH DESCRIPTION |
| 9/12/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 23.28 | NO RESEARCH DESCRIPTION |
| 9/13/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 5.02 | NO RESEARCH DESCRIPTION |
| 9/13/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 11.65 | NO RESEARCH DESCRIPTION |
| 9/17/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 1.20 | NO RESEARCH DESCRIPTION |
| 9/17/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 34.95 | NO RESEARCH DESCRIPTION |

**Subject:** Lexis back

**Gloria McDonald**

*Lexis Reseach 1/21/18 – 2/20/18 – L. Chen $15.53*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/23/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 2.03 | NO RESEARCH DESCRIPTION |
| 1/23/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS ADVANCE | LA ACCESS CHARGE | 13.50 | NO RESEARCH DESCRIPTION |

**Gloria McDonald**

*Lexis Research 2/21/18 - 3/20/18 L. Chen $9.66*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/1/2018 | 1074SX | 228372-10002-CHEN | KUMAR, SHIREEN | L. CHEN | LEXIS ADVANCE | LA ACCESS CHARGE | 9.66 | NO RESEARCH DESCRIPTION |

**Gloria McDonald**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/6/2018 | 1074SX | 228372-10002 | PEPPER, ANTOINETTE | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 1.74 | NO RESEARCH DESCRIPTI( |
| 7/30/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 6.12 | NO RESEARCH DESCRIPTI( |
| 7/30/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS ADVANCE | LA ACCESS CHARGE | 10.04 | NO RESEARCH DESCRIPTI( |

**Gloria McDonald**

**Subject:** back on Lexis 228372-10002

*Lexis Research 6/21/18 – 7/20/18 – L. Chen $23.68*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/25/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 0.56 | NO RESEARCH DESCRIPTION |
| 6/25/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS ADVANCE | LA ACCESS CHARGE | 10.84 | NO RESEARCH DESCRIPTION |
| 7/12/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 1.34 | NO RESEARCH DESCRIPTION |
| 7/12/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS ADVANCE | LA ACCESS CHARGE | 10.67 | NO RESEARCH DESCRIPTION |
| 7/16/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 0.27 | NO RESEARCH DESCRIPTION |

***Please provide me with back up on Pacer online court research - August 2018 $.70***

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AP2276 Antoinette Pepper (3138933) | 08/07/2018 | 17:43:44 | 6 | NYSDC | 228372-10002 | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.60 |
| Imehringer Lawrence Mehringer (5443712) | 08/09/2018 | 11:21:28 | 1 | NYSDC | 228372.10002 B.SLOTNICK | IMAGE50-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 50-0 | 0.10 |

**Gloria McDonald**

***Online research Pacer court Research - January 2018 $.30***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| geripapa Geri Papa (3053377) | 1/24/2018 | 3.00 | NYSDC | 228372-10002 | IMAGE29-0 | **1:17-CV-02618-ALC-DCF DOCUMENT 29-0** | 0.30 |

**Gloria McDonald**

*Online Research pacer court Research – February 2018 $5.90*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *lmehringer Lawrence Mehringer (5443712)* | *2/5/2018* | *NYSDC* | *22837210002 BSLOTNICK* | *228372-10002* | | *B. Slotnick* | *IMAGE32-0* | *1:17-CV-02618-ALC-DCF DOCUMENT 32-0* | *0.20* |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | DOCKET REPORT | 1:17-CV-06945-RA | 0.40 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE20-0 | 1:17-CV-06945-RA DOCUMENT 20-0 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE22-0 | 1:17-CV-06945-RA DOCUMENT 22-0 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | DOCKET REPORT | 1:17-CV-08013-DLC | 0.30 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE14-0 | 1:17-CV-08013-DLC DOCUMENT 14-0 | 1.50 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE15-0 | 1:17-CV-08013-DLC DOCUMENT 15-0 | 0.60 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE15-1 | 1:17-CV-08013-DLC DOCUMENT 15-1 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE15-2 | 1:17-CV-08013-DLC DOCUMENT 15-2 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE15-3 | 1:17-CV-08013-DLC DOCUMENT 15-3 | 0.70 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE16-0 | 1:17-CV-08013-DLC DOCUMENT 16-0 | 0.60 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE16-1 | 1:17-CV-08013-DLC DOCUMENT 16-1 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE16-2 | 1:17-CV-08013-DLC DOCUMENT 16-2 | 0.20 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE16-3 | 1:17-CV-08013-DLC DOCUMENT 16-3 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE17-0 | 1:17-CV-08013-DLC DOCUMENT 17-0 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE18-0 | 1:17-CV-08013-DLC DOCUMENT 18-0 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE19-0 | 1:17-CV-08013-DLC DOCUMENT 19-0 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE20-0 | 1:17-CV-08013-DLC DOCUMENT 20-0 | 0.10 |

**Gloria McDonald**

*Online research pacer Court research – March 2018 $2.20*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| lmehringer Lawrence Mehringer (5443712) | 3/12/2018 | 11:56:28 | 5.00 | NYSDC | 22837210002 LCHEN | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:49:47 | 2.00 | NYSDC | 228372-10002-CHEN | DOCKET REPORT | 1:16-CV-09157-LAP | 0.20 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:52:39 | 5.00 | NYSDC | 228372-10002-CHEN | IMAGE1-0 | 1:16-CV-09157-LAP DOCUMENT 1-0 | 0.50 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:52:40 | 2.00 | NYSDC | 228372-10002-CHEN | IMAGE1-1 | 1:16-CV-09157-LAP DOCUMENT 1-1 | 0.20 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:52:40 | 2.00 | NYSDC | 228372-10002-CHEN | IMAGE1-2 | 1:16-CV-09157-LAP DOCUMENT 1-2 | 0.20 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:53:33 | 5.00 | NYSDC | 228372-10002-CHEN | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 14:49:23 | 1.00 | 00PCL | 228372-10002-CHEN | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME ROCK, MICK; PAGE: 1 | 0.10 |

**Gloria McDonald**

" " **July 2018** **$4.70**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| lmehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:12:06 | 5 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| lmehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:14:52 | 5 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| lmehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:19:43 | 2 | NYSDC | 228372.10002 B.SLOTNICK | IMAGE39-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 39-0 | 0.20 |
| lmehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:36:31 | 5 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| lmehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:36:41 | 1 | NYSDC | 228372.10002 B.SLOTNICK | IMAGE35-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 35-0 | 0.10 |
| lmehringer Lawrence Mehringer (5443712) | 07/17/2018 | 17:15:34 | 6 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.60 |
| lmehringer Lawrence Mehringer (5443712) | 07/20/2018 | 20:57:17 | 6 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.60 |
| lmehringer Lawrence Mehringer (5443712) | 07/20/2018 | 20:57:34 | 1 | NYSDC | 228372.10002 B.SLOTNICK | IMAGE45-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 45-0 | 0.10 |
| lmehringer Lawrence Mehringer (5443712) | 07/20/2018 | 21:10:49 | 11 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:16-CV-05439-JPO | 1.10 |
| lmehringer Lawrence Mehringer (5443712) | 07/12/2018 | 17:40:39 | 5 | NYSDC | 228372.10002 L.CHEN | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |

CourtLink
LexisNexis

Invoice Number: EA-756058
Page 3 of 4



| Summary by Client Matter Code<br>Client Matter Code | # | Usage At Standard Rates | Adjustment | Net Billed | Tax | Total Billed |
|---|---|---|---|---|---|---|
| 228372-10002, 228372-10002 - chen | 1 | $166.10 | ($136.26) | $29.84 | $2.08 | $31.91 |

*(Continued)*