# EXHIBIT G



**COMPLETE DISCOVERY SOURCE**

345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626
www.CDSLegal.com

| INVOICE | DATE | NUMBER |
|---|---|---|
| | 11/30/17 | 080728 |

For billing inquiries, please call (212) 813-7000

Tax ID: 26-0074903

| BILL TO | SHIP TO |
|---|---|
| Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>ATTN: JOSH GORRUSO | Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>ACCT-No: LOE200 |

| CDS JOB-No | ORDER DATE | REQUESTED BY | ATTORNEY |
|---|---|---|---|
| NYE201711000489 | 11/15/17 | JOSH GORRUSO | |

| CLIENT MATTER NUMBER | CASE NAME |
|---|---|
| 228372-10002 | ERD vs Rock |

| QUANTITY | UNIT | PARTICULARS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0.02 | Per GB | EDD - Full Data Processing w/Tiff (GB) | 350.00 | 7.00 |
| 1 | Per Hour | EDD Technical Time | 125.00 | 125.00 |

*Josh Gorruso* [signature]

| | ORDER TOTAL | 132.00 |
|---|---|---|
| | FREIGHT | |
| | OTHERS | |
| | SALES TAX | |
| PAYMENT TERMS: NET 30 DAYS | * INVOICE TOTAL | 132.00 |

ACH Information:
First Republic Bank
ABA: 321081669
Acct No: 80003050242

Wiring Information:
First Republic Bank
ABA: 321081669
Acct No: 80003050242
Swift Code: FRBBUS6S

CUSTOMER COPY



**CDS**
COMPLETE DISCOVERY SOURCE

345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626
www.CDSLegal.com

| INVOICE | DATE | NUMBER |
|---|---|---|
| | 12/31/17 | 081094 |

For billing inquiries, please call (212) 813-7000

Tax ID: 26-0074903

| BILL TO | SHIP TO |
|---|---|
| Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>ATTN: JOSH GORRUSO | Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>ACCT-No: LOE200 |

| CDS JOB-No | ORDER DATE | REQUESTED BY | ATTORNEY |
|---|---|---|---|
| NYE201712000524 | 12/18/17 | JOSH GORRUSO | |
| CLIENT MATTER NUMBER | | CASE NAME | |
| 228372-10002 | | ERD vs Rock | |

| QUANTITY | UNIT | PARTICULARS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0.3 | Per GB | EDD - Full Data Processing w/Tiff (GB) | 350.00 | 105.00 |
| 1 | Per Hour | EDD Technical Time | 125.00 | 125.00 |

*Josh Gorruso* (signature)

| | | |
|---|---|---|
| | ORDER TOTAL | 230.00 |
| | FREIGHT | |
| | OTHERS | |
| | SALES TAX | |
| PAYMENT TERMS: NET 30 DAYS | * INVOICE TOTAL | 230.00 |

ACH Information:
First Republic Bank
ABA: 321081669
Acct No: 80003050242

Wiring Information:
First Republic Bank
ABA: 321081669
Acct No: 80003050242
Swift Code: FRBBUS6S

CUSTOMER COPY