# EXHIBIT H



**LOU REED ~ TRANSFORMER LP ~ EXCELLENT O...**

Item ID: 122588584290
Quantity: 1
Estimated delivery: Thu. Aug. 10
Paid: $50.00 with Credit card

✓ Seller: vinylfinder420.

## To complement your purchase