# EXHIBIT I



MODERATOR | EMPLOYEE CODE
**Jonathan Altschul** — 12743

| Date: 07/14/17 | Client Matter: 228372-10002 | Service: Readyconference Plus Audio | | | |
|---|---|---|---|---|---|
| Time: 4:57 PM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.023 | 62 | 1.43 |
| | Call Total: 1.80 | Sub Total Pre-Tax: 1.43 | | Taxes and Surcharges: 0.37 | |



| Date: 07/19/17 | Client Matter: 228372-10002 | Service: Readyconference Plus Audio | | | |
|---|---|---|---|---|---|
| Time: 11:57 AM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 2 | 0.023 | 18 | 0.41 |
| ✓ | Call Total: 0.52 | Sub Total Pre-Tax: 0.41 | | Taxes and Surcharges: 0.11 | |