n|14

AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the
Southern District of New York

| | |
|---|---|
| MICK ROCK. | )) |
| | )) |
| v. | )    Case No.: 17 Civ. 2618 (ALC) |
| ENFANTS RICHES DEPRIMES, LLC, ET AL. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __January 29, 2020__    against _Plaintiff Mick Rock_
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................................................................... | $ _____ |
| Fees for service of summons and subpoena ......................~~SEE RECEIPTS AND BOE ITEMIZATION~~ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............ | 1,926.00 ~~2,710.50~~ |
| Fees and disbursements for printing .................................................................................. | _____ |
| Fees for witnesses *(itemize on page two)* ............................................................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ........................................................................... | 78.30 |
| Docket fees under 28 U.S.C. 1923 ..................................................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ................................................................. | _____ |
| Compensation of court-appointed experts............................................................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | _____ |
| Other costs *(please itemize)* .....SEE BOE ITEMIZATION | 787.82 ~~1,393.52~~ |
| DONE ON Submission      **TOTAL** | $ ~~4,182.32~~ |
| | $ 2,792.12 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service        ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney: _____

Name of Attorney:   C. Linna Chen

For: Enfants Riches Deprimes, LLC and Barneys New York, Inc.          Date:   June 29, 2020
                            *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of   $ 2,792.12          and included in the judgment.

RUBY J. KRAJICK        By: _____        7/21/2020
*Clerk of Court*                       *Deputy Clerk*             *Date*


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | 1 | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | TOTAL | | 0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.


American LegalNet, Inc.
www.FormsWorkFlow.com

*[handwritten: ✓ ALLOWABLE / † NOT OLLOWABLE]*

## SCHEDULE A

### Bill of Costs Itemization

| Costs: | Amount: | Exhibit: | |
|---|---|---|---|
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case *[handwritten: SEE RECEIPTS]* | $2,710.50 *[handwritten: REDUCED]* | Exhibit A | *1,926.00* |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | $78.30 | Exhibit B | *78.30* |
| **Other Costs:** | | | |
| Cost of U.S. Copyright Office document retrieval charges | $360.00 | Exhibit C | *360.00* |
| Cost of express mail delivery, postage and courier charges | $260.70 | Exhibit D | *X 0 NOT ALLOWABLE* |
| Cost of document retrieval charges | $15.82 | Exhibit E | *15.82* |
| Cost of electronic legal research (LEXIS & PACER) | $342.68 | Exhibit F | *X 0 NOT ALLOWABLE Ros ANCH* |
| Cost of Litigation Support Vendor for document production purposes | $362.00 | Exhibit G | *362.00* |
| Cost of materials necessarily obtained for case (album containing Lou Reed photograph) | $50.00 | Exhibit H | *50.00* |
| Cost of telephone charges | $2.32 | Exhibit I | *NOT OLLOWABLE* |
| | | | |
| **OTHER COSTS TOTAL:** | **$1,393.52** | | *787.82* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICK ROCK,                                    :     17 Civ. 2618 (ALC)

                Plaintiff,            :

      -against-                           :     **DECLARATION OF C.**
                                                   **LINNA CHEN IN SUPPORT**
ENFANTS RICHES DEPRIMES, LLC   :     **OF BILL OF COSTS**
BARNEYS NEW YORK, INC. and THE
REALREAL, INC.,                               :

              Defendants.
------------------------------------------------------------X

        I, **C. LINNA CHEN**, hereby declare, under penalties of perjury, that the following statements are true and correct:

        1.     I am a partner of Loeb & Loeb LLP, counsel for defendants Enfants Riches Deprimes, LLC Barneys New York, Inc. ("Defendants"). I have personal knowledge of the facts set forth herein and respectfully submit this declaration in support of Defendants' Bill of Costs.

        2.     I attest that the Bill of Costs and supporting itemization and documentation for the submitted costs are true and correct and were necessarily incurred in the case.

        3.     Attached hereto as Exhibit A is a true and correct copy of an invoice for the deposition transcript of Mick Rock, necessarily obtained for use in the case.

        4.     Attached hereto as Exhibit B are true and correct copies of costs for making copies of any materials where the copies are necessarily obtained for use in the case.

5.      Attached hereto as Exhibit C is a true and correct copy of an invoice for charges related to the retrieval of documents from the U.S. Copyright Office, for documents necessarily obtained for use in the case.

6.      Attached hereto as Exhibit D are true and correct copies of invoices for costs of express mail delivery, postage and courier charges necessarily incurred in the case.

7.      Attached hereto as Exhibit E are true and correct copies of invoices for document retrieval charges necessarily incurred in the case.

8.      Attached hereto as Exhibit F are true and correct copies of charges for electronic legal research necessarily incurred in the case.

9.      Attached hereto as Exhibit G are true and correct copies of invoices for a litigation support vendor for document production purposes, necessarily incurred in the case.

10.     Attached hereto as Exhibit H is a true and correct copy of an invoice for the cost of materials (album containing the allegedly infringing photograph) necessarily obtained for use in the case.

11.     Attached hereto as Exhibit I is a true and correct copy of the cost of telephone charges necessarily incurred for use in the case.

12.     For all the foregoing reasons, it is respectfully submitted that the costs in the Bill of Costs should be taxed in full by the Clerk of the Court.

June 29, 2020

_____
*C. Linna Chen*
C. LINNA CHEN

19202291.1

2

# EXHIBIT A



**TRANSPERFECT**

| | | | |
|---|---|---|---|
| **Bill To:** | | **Requested By:** | |
| Loeb & Loeb LLP | | Linna Chen | |
| Attn: Linna Chen | | Loeb & Loeb LLP | |
| 345 Park Avenue | | 345 Park Avenue | |
| New York, NY 10154 | | New York, NY 10154 | |
| USA | | USA | |

| | | | |
|---|---|---|---|
| **Invoice #:** | 1298257 | **Sales Contact:** | Staci Rosen (srosen@transperfect.com) |
| **Invoice Date:** | 03/23/2018 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 04/22/2018 | | |
| **Contract #:** | US0198204 | **Purchase Order #:** | |

**Project Notes:**

IN THE MATTER OF MICK ROCK V. ENFANTS RICHES DEPRIMES, LLC, BARNEYS NEW YORK ET AL
Deposition of MICHAEL D. ROCK, TAKEN 3.9.2018 (New York, New York)
RB: 21016

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Deposition Services** | | | | |
| Original Transcript | 428.00 | Page | 4.500 | 1,926.00 |
| Rush Premium | 428.00 | Page | 1.500 | 642.00 |
| 5 Day Rush | | | | |
| Court Reporter Appearance Fee | 2.00 | Each | 45.000 | 90.00 |
| AM and PM Session | | | | |
| **Handling & Delivery** | | | | |
| Delivery | 1.00 | Fee | 25.000 | 25.00 |
| **Deposition Team Overtime** | | | | |
| Overtime | 0.50 | Hour | 55.000 | 27.50 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$2,710.50 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$2,710.50 |

*$1,926.00*

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.589.5555 F +1 212.589.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

# EXHIBIT B

iAupload.txt



Date Client#          Copies

1091018228372-10002    *****620    121        18.15      31  13365  Sarah Leviton



Client #    Copies

1071718228372-10002    *****620    160    24.00    31    13365    Sarah Levitan

iAupload.txt



4
4
4
4

Date. Client #        Copies

1080918228372-10002    *****620    239        35.85        31  13249  Laurence Mehringer

4
4
4
4
4

4
4
4
4
4

4
4
4
4
4

4
4
4
4
4

4
4



Date: Client #

Copies

107301822837Z-10002   *****620   2   0.30   31  11900 CihenChen Lianна

EXHIBIT  C

**CompuMark**
*Trademark Research and Pro~~tection~~* APPROVED FOR PAYMENT

Client/Matter No. *22 83·72- 16002*

Payment For *USCO Correspondence*

LOEB & LOEB LLP
Attn. ANTOINETTE PEPPER
345 PARK AVE
NEW YORK, NY 10154-0037
UNITED STATES OF AMERICA

*re: deposit material*

By: *Antoinette Pepper*

Date: *6/27/2018*

**◇ Clarivate**
**Analytics**

REMIT PAYMENT TO:
Clarivate Analytics (Compumark) Inc.
P.O. Box 71882
Chicago, IL 60694-1892

Fed. ID # 03-0492946

# Invoice

| Invoice number | | Invoice date | Due date | Client number |
|---|---|---|---|---|
| 2018022845 *please quote when making payment* | | 5/14/2018 | 3/14/2018 | 79521 |

| Order reference | Order date | Trademarks/names | Current Charges | | $ 397.00 |
|---|---|---|---|---|---|
| 323098911 | 5/14/2018 | MICK ROCK EXPOSED - COPY OF CORRESPONDENCE | Total Discount | | (37.00) |
| | | | Subtotal | | 360.00 |
| | | | Nontaxable | 360.00 | 0.00 |
| | | | Total Invoice | | $ 360.00 |

---

Remittance copy - please return with a payment

**◇ Clarivate**
Analytics

CompuMark Accounts Receivable
For Credit Card Payments by Phone
(888) 649-1741

Online Credit Card Payments
Via your SERION Account

Wire Transfer:    Harris N.A., ABA No. 071000288
     Account No. 426-265-5
     Swift Code HATRUS44

Email:    clarivate.arcreditcard@clarivate.com

| Date of Invoice | Amount due | Amount Paid |
|---|---|---|
| 5/14/2018 | 360.00 USD | |

LOEB & LOEB LLP
Attn. ANTOINETTE PEPPER
345 PARK AVE
NEW YORK, NY 10154-0037
UNITED STATES OF AMERICA

REMIT PAYMENT TO:
Clarivate Analytics (Compumark) Inc.
P.O. Box 71892
Chicago, IL 60694-1892

Invoice number:2018022845

1/3

# EXHIBIT D

PS|Ship - Invoice System                                                                Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

### Transaction Review - Invoice No. 607568820

Viewing 1 of 1 - [Exported]

**Transaction Details**

Package | PS|Ship™ | Other

Transaction ID **117234**

Service **FedEx Priority**
Requested **Overnight®**

Picked up **Wed, Jan 24, 2018 at Shipper's Door**

Delivered **Thu, Jan 25, 2018**

Signatory **P GELARDI**

Packaging Type **FedEx Envelope®**

Net Weight **1.00**

Original Weight **1.00**

Method of Payment **Prepaid (Bill Sender)**

Source of Air Waybill **PS|Ship™**

**Addresses**

**Sender**
**Loeb & Loeb LLP**
**Barry Slotnick**
**345 Park Ave**
**NEW YORK CITY, NY 10154 US**

### Tracking and Reference Details

Tracking Number   789459351234
Ref line 1        228372 10002 10478

### Transaction Charges

| | |
|---|---|
| Discount Amount | -12.27 |
| Freight Charge (roll-up) | 23.15 |
| Fuel Surcharge | .65 |
| Total | **$ 11.53** |

**Recipient**
**Daniel Patrick Moynihan**
**Hon Debra Freeman**
**500 PEARL ST**
**NEW YORK, NY 10007 US**

**Billing**

Client ID **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Matter ID **10002**

**ROCK**

Sender ID **10478**

**Barry Slotnick**

**Challenge**

This transaction is not being challenged.

Return  ◄ View & Previous    View & Next ►

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                         Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 612036424

Viewing 1 of 1 - [Exported]

### Transaction Details                    Addresses

| Package | PS|Ship™ | Other |

Transaction ID **11840B**

**Sender**
Loeb & Loeb LLP
Antoinette Pepper
345 Park Ave
NEW YORK CITY, NY 10154 US

**Recipient**
Clarivate Analytics
Donna Stockett
1925 BALLENGER AVE
ALEXANDRIA, VA 22314 US

Service **FedEx Priority**
Requested **Overnight®**

Picked up **Mon, Mar 12, 2018 at Shipper's Door**

Delivered **Tue, Mar 13, 2018**

Signatory **R GARCIA**

### Tracking and Reference Details          Billing

Tracking Number   780009456979
Ref line 1        228372 10002 10512

Client ID  **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Packaging Type **FedEx Envelope®**

### Transaction Charges

Matter ID  **10002**

| | | |
|---|---|---|
| Discount Amount | -14.62 | |
| Freight Charge (roll-up) | 27.58 | |
| Fuel Surcharge | .71 | |

**ROCK**

Net Weight **1.00**

Original Weight **1.00**

| Total | $ 13.67 |
|---|---|

Sender ID  **10512**

Method of Payment **Prepaid (Bill Sender)**

**Antoinette Pepper**

Source of Air Waybill **PS|Ship™**

### Challenge

This transaction is not being challenged.

[Return]   « View & Previous    View & Next »

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                 Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 612775906                    Viewing 1 of 1 - [Exported]

| Transaction Details | Addresses | |
|---|---|---|
| Package  PS\|Ship™  Other | **Sender** | **Recipient** |
| Transaction ID **118596** | **Loeb & Loeb LLP** | **Liebowitz Law Firm, PLLC** |
| | **Antoinette Pepper** | **Richard P Liebowitz, Esq** |
| Service Requested **FedEx Priority Overnight®** | **345 Park Ave** | **11 SUNRISE PLZ STE 305** |
| | **NEW YORK CITY, NY 10154 US** | **VALLEY STREAM, NY 11580 US** |
| Picked up **Fri, Mar 16, 2018 at Shipper's Door** | | |

Delivered **Mon, Mar 19, 2018**        **Tracking and Reference Details**          **Billing**

Signatory **L BEVONA**

| | Tracking Number | 780120034385 | | Client ID | **228372** |
|---|---|---|---|---|---|

Ref line 1        **228372 10002 10512**

Packaging Type **FedEx Box®**        **Transaction Charges**                **ENFANTS RICHES DEPRIMES, LLC**

| | | Address Correction | 15.00 | Matter ID | **10002** |
|---|---|---|---|---|---|
| Net Weight | **3.00** | Discount Amount | -15.70 | | **ROCK** |
| | | Freight Charge (roll-up) | 31.40 | | |
| Original Weight | **3.00** | Fuel Surcharge | .86 | | |

Method of Payment **Prepaid (Bill Sender)**        Total        **$ 31.56**        Sender ID **10512**

Source of Air Waybill **PS|Ship™**                                          **Antoinette Pepper**

**Challenge**

This transaction is not being challenged.

Return  ◄ View & Previous    View & Next ►

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                      Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 624346279                          Viewing 1 of 1 - [Exported]

### Transaction Details

| Package | PS|Ship™ | Other |

Transaction ID 121382

Service FedEx Priority
Requested Overnight®

Picked up Tue, Jul 10, 2018 at
Shipper's Door

Delivered Wed, Jul 11, 2018

Signatory E GONZALES

Packaging Type FedEx Envelope®

Net Weight 1.00

Original Weight 1.00

Method of Prepaid (Bill Sender)
Payment

Source of Air PS|Ship™
Waybill

### Addresses

Sender
Loeb & Loeb LLP
Barry Slotnick
345 Park Ave
NEW YORK CITY, NY 10154 US

Recipient
Barney s New York
Samantha Reilly, Esq
575 5TH AVE
NEW YORK, NY 10017 US

### Tracking and Reference Details

Tracking Number   781791626080
Ref line 1        228372 10002 10478

### Transaction Charges

| | |
|---|---|
| Discount Amount | -12.27 |
| Freight Charge (roll-up) | 23.15 |
| Fuel Surcharge | .76 |
| Security Signature Service | 4.75 |
| Total | $ 16.39 |

### Billing

Client ID  228372

ENFANTS RICHES DEPRIMES, LLC

Matter ID  10002

ROCK

Sender ID  10478

Barry Slotnick

Challenge

This transaction is not being challenged.

Return   « View & Previous    View & Next »

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                                 Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

**Transaction Review - Invoice No. 625132734**                                    Viewing 1 of 3 - [Exported]

**Transaction Details**                     **Addresses**

| Package | PS|Ship™ | Other |

Transaction ID **121495**

Service Requested **FedEx Priority Overnight®**

Picked up **Tue, Jul 10, 2018 at Shipper's Door**

Delivered **Thu, Jul 12, 2018**

Signatory **H LEVY**

Packaging Type **FedEx Envelope®**

Net Weight **1.00**

Original Weight **1.00**

Method of Payment **Prepaid (Bill Sender)**

Source of Air Waybill **PS|Ship™**

**Sender**

**Loeb & Loeb LLP**
**Barry Slotnick**
**345 Park Ave**
**NEW YORK CITY, NY 10154 US**

**Recipient**

**Enfants Riches Deprimes, LLC**
**Henry Levy**
**2432 E 8TH ST**
**LOS ANGELES, CA 90021 US**

**Tracking and Reference Details**

Tracking Number   781791487477
Ref line 1        228372 10002 10478

**Transaction Charges**

| | |
|---|---|
| Address Correction | 15.00 |
| Discount Amount | -22.77 |
| Freight Charge | 42.96 |
| Fuel Surcharge | 1.41 |
| Total | $ 36.60 |

**Billing**

Client ID **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Matter ID **10002**

**ROCK**

Sender ID **10478**

**Barry Slotnick**

**Challenge**

*This transaction is not being challenged.*

[Return]   « View & Previous   [View & Next »]

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

https://cloud.psship.com/index.php                                                        4/4/2019

PS|Ship - Invoice System

Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

**Transaction Review - Invoice No. 625132734**

Viewing 2 of 3 - [Exported]

**Transaction Details**

[Package] [PS|Ship™] [Other]

Transaction ID  121525

Service Requested  FedEx Priority Overnight®

Picked up  Fri, Jul 13, 2018 at Shipper's Door

Delivered  Mon, Jul 16, 2018

Signatory  H SETI

Packaging Type  FedEx Envelope®

Net Weight  1.00

Original Weight  1.00

Method of Payment  Prepaid (Bill Sender)

Source of Air Waybill  PS|Ship™

**Addresses**

**Sender**
Loeb & Loeb LLP
Barry Slotnick
345 Park Ave
NEW YORK CITY, NY 10154 US

**Tracking and Reference Details**

Tracking Number  781841127910
Ref line 1  228372 10002 10478

**Transaction Charges**

| | |
|---|---|
| Discount Amount | -22.77 |
| Freight Charge | 42.96 |
| Fuel Surcharge | 1.41 |
| Security Signature Service | 4.75 |
| Total | $ 26.35 |

**Recipient**
Enfants Riches Deprimes, LLC
Henry Levy
2432 E 8TH ST
LOS ANGELES, CA 90021 US

**Billing**

Client ID  228372
ENFANTS RICHES DEPRIMES, LLC

Matter ID  10002
ROCK

Sender ID  10478
Barry Slotnick

**Challenge**

This transaction is not being challenged.

[Return] [« View & Previous] [View & Next »]

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                                                 Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

**Transaction Review - Invoice No. 625132734**

Viewing 3 of 3 - [Exported]

### Transaction Details

| Package | PS|Ship™ | Other |

Transaction ID **121526**

Service **FedEx Priority**
Requested **Overnight®**

Picked up **Fri, Jul 13, 2018 at Shipper's Door**

Delivered **Mon, Jul 16, 2018**

Signatory **E GONZALES**

Packaging Type **FedEx Envelope®**

Net Weight **1.00**

Original Weight **1.00**

Method of Payment **Prepaid (Bill Sender)**

Source of Air Waybill **PS|Ship™**

### Addresses

**Sender**
Loeb & Loeb LLP
Barry Slotnick
345 Park Ave
NEW YORK CITY, NY 10154 US

**Recipient**
Barney s New York
Samantha Reilly, Esq
575 5TH AVE
NEW YORK, NY 10017 US

### Tracking and Reference Details

Tracking Number    781841142162
Ref line 1          228372 10002 10478

### Transaction Charges

| | |
|---|---|
| Discount Amount | -12.27 |
| Freight Charge | 23.15 |
| Fuel Surcharge | .76 |
| Security Signature Service | 4.75 |
| Total | $ 16.39 |

### Billing

Client ID **228372**

**ENFANTS RICHES DEPRIMES, LLC**

Matter ID **10002**

**ROCK**

Sender ID **10478**

**Barry Slotnick**

### Challenge

This transaction is not being challenged.

[ Return ]  [ « View & Previous ]   View & Next »

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 158549901

Viewing 1 of 1 - [Exported]

### Transaction Details

Package | PS|Ship™ | Other

| | |
|---|---|
| Transaction ID | 111652 |
| Service Requested | FedEx International Priority® or FedEx International Priority Plus® |
| Picked up | Fri, Jun 30, 2017 at Shipper's Door |
| Delivered | Tue, Jul 04, 2017 |
| Signatory | C CONNIE |
| Packaging Type | FedEx Envelope® |
| Net Weight | .50 |
| Original Weight | .50 |
| Method of Payment | Prepaid (Bill Sender) |
| Source of Air Waybill | PS|Ship™ |

### Addresses

Sender

LOEB & LOEB LLP
BARRY SLOTNICK
345 PARK AVE
NEW YORK, NY 10154 US

#### Tracking and Reference Details

Tracking Number    782052187378
Ref line 1         228372 10002 10478

#### Transaction Charges

| | |
|---|---|
| Discount Amount | -18.50 |
| Freight Charge (roll-up) | 56.25 |
| Fuel Surcharge | .76 |
| Total | $ 38.51 |

Recipient

### Billing

| | |
|---|---|
| Client ID | 228372 |
| | ENFANTS RICHES DEPRIMES, LLC |
| Matter ID | 10002 |
| | ROCK |
| Sender ID | 10478 |
| | Barry Slotnick |

### Challenge

This transaction is not being challenged.

Return    ◄ View & Previous    View & Next ►

*Italicized Information is Provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.

PS|Ship - Invoice System                                            Page 1 of 1



Home
Shipping
Receiving
Pouch
Invoice
Admin
Invoices
Export/Remit
Receipts

## Process Invoice

Transaction Review - Invoice No. 597590724                    Viewing 1 of 1 - [Exported]

### Transaction Details

Package | PS|Ship™ | Other

| | |
|---|---|
| Transaction ID | **114501** |
| Service Requested | **FedEx Priority Overnight®** |
| Picked up | **Wed, Oct 18, 2017 at Shipper's Door** |
| Delivered | **Thu, Oct 19, 2017** |
| Signatory | **M M** |
| Packaging Type | **FedEx Envelope®** |
| Net Weight | **1.00** |
| Original Weight | **1.00** |
| Method of Payment | **Prepaid (Bill Sender)** |
| Source of Air Waybill | **PS|Ship™** |

### Addresses

**Sender**

**Loeb & Loeb LLP**
**Antoinette Pepper**
**345 Park Ave**
**NEW YORK CITY, NY 10154 US**

### Tracking and Reference Details

| | |
|---|---|
| Tracking Number | 788124002250 |
| Ref line 1 | 228372 10002 10512 |

### Transaction Charges

| | |
|---|---|
| Discount Amount | -14.07 |
| Freight Charge (roll-up) | 26.54 |
| Fuel Surcharge | .53 |
| Security Signature Service | 4.50 |
| Total | $ 17.50 |

**Recipient**

**Clarivate CompuMark**
**Donna Stockett**
**1925 BALLENGER AVE STE 400**
**ALEXANDRIA, VA 22314 US**

### Billing

| | |
|---|---|
| Client ID | **228372** |
| | **ENFANTS RICHES DEPRIMES, LLC** |
| Matter ID | **10002** |
| | **ROCK** |
| Sender ID | **10512** |
| | **Antoinette Pepper** |

### Challenge

This transaction is not being challenged.

Return   ◂ View & Previous   View & Next ▸

*Italicized information is provided by PS|Ship™*

©2003-2019 Lynch Marks LLC. All rights reserved. PS|Ship™ is a trademark of Lynch Marks LLC.
FedEx service marks are owned by Federal Express Corporation and are used by permission.
Other product and company names listed are trademarks or trade names of their respective companies.



PostageLoad071118.txt

1071018228372-10002   10478630      1      13.76              31
ZZ CERTIFIED ENVELOPES WITH RETURN RECEIPT

Page 2



Postageload060618.txt

1060418228372-10002    13075630    1    24.64    31

Page 2



| | *INVOICE* |
|---|---|
| Total Due | |
| Invoice No. | |
| Acct. No. | |
| Period Ending | |
| Page | |
| Amount Paid | |

Loeb & Loeb LLP
Robert Villalobos
345 Park Ave
New York, NY 10154

**Remit Payment to:**
263 Frelinghuysen Ave
Newark, NJ 07114
908-509-1673
Thank you for your business!

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | Total |
|---|---|---|---|---|---|---|
| 08/09/18 | 391.080918 SMTH | LOEB & LOEB 345 Park Ave 18TH FLOOR New York, NY 10154-0004 Pcs:1 Wt:1.00 228372-10002 L M FRINGER | UNITED STATES COURTHOUSE 40 Foley Sq New York, NY 10007-1502 USMS 16:19 | $13.80 Standard Messenger | | $13.80 |

| | |
|---|---|
| Invoice No. | 34-1317 |
| Acct. No. | 34 |
| Period Ending | 08/31/18 |
| Page | 10 |

NPD Logistics, LLC
263 Frelinghuysen Ave
Newark, NJ 07114
908-509-1673



# EXHIBIT E

**NEW YORK CITY BAR**

**Library** • Copy Services/ILL Department • 42 West 44th Street • New York, NY 10036-6689
Monday-Friday 9 am - 5 p.m. • Phone: 212-382-6666, Fax # 212-382-6790
e-mail: library@nycbar.org

☐ COPY REQUEST    ☐ FAX REQUEST    ☑ PDF REQUEST    ☐ ILL REQUEST

Please Return By _____ LIBRARY _____ @

INVOICE # 2018-1441    SEP 10 2018    DATE: 9/10/18

CONTACT PERSON ___Sheila Marshall-Hunter___    COPIED BY ___hc___

FIRM'S NAME ___Loeb & Loeb___    CLIENT ID ___

E-MAIL/FAX ___smarshall@loeb.com___    TELEPHONE ___(212) 407-4885___

REQUESTED

NUMBER OF PAGES ___5___ @ .75 / $1.75 (Members) $1.50 /$3.00 (Non-Members)    $ ___10.00___
Minimum Copy/Fax/PDF Charge $10.00 for Members / $20.00 for Non-Members
(Exclusive of tax and/or additional charges)

INTER-LIBRARY LOAN    # of books _____ @ $10.00 per book/per day    $ ___

RESEARCH FEES    $ ___

NEW YORK STATE SALES TAX    $ ___89___

ADDITIONAL SHIPPING & HANDLING FEES (if Applicable)    $ ___

TOTAL CHARGES    $ ___10.89___

☐ DEPOSIT ACCOUNT    ☐ CREDIT CARD

☐ CHECK # _____    ☐ Visa  ☐ Mastercard  ☐ American Express

☐ CASH    Picked up By: _____

### THIS IS THE ONLY INVOICE YOU WILL RECEIVE
IF THERE IS AN ERROR OR PROBLEM WITH YOUR ORDER YOU MUST CALL BEFORE NOON THE NEXT BUSINESS DAY
PAYMENT FOR FAX/PDF ORDERS MUST BE RECEIVED WITHIN 7 BUSINESS DAYS / COPY ORDERS MUST BE PAID UPON PICK-UP OF MATERIAL.
**••CANCELLATION FEE $10.00••**
PICK-UPS ARE IN THE LIBRARY ADMINISTRATIVE OFFICES - 4TH FLOOR

THE COPYRIGHT LAW OF THE UNITED STATES (TITLE 17 USC) GOVERNS THE MAKING OF PHOTOCOPIES AND OTHER REPRODUCTIONS

**NEW YORK CITY BAR**

Library • Copy Services/ILL Department • 42 West 44th Street · New York, NY 10036-6689
Monday-Friday 9 a.m. - 5 p.m. • Phone: 212-382-6666, Fax # 212-382-6790
e-mail: library@nycbar.org

☐ COPY REQUEST   ☐ FAX REQUEST   ☑ PDF REQUEST   ☐ ILL REQUEST

LIBRARY

Please Return By _____   @ _____

AUG 08 2018

Loeb & Loeb LLP

INVOICE # 2018-1382                    DATE: 8/8/18

CONTACT PERSON  Sheila Marshall - Hunter        COPIED BY  CR

FIRM'S NAME  Loeb & Loeb                CLIENT ID  228372-10002

E-MAIL/FAX  Smarshall@loeb com      TELEPHONE  (212)407-1888

REQUESTE[_____ (redacted) _____]

NUMBER OF PAGES ___6___  @ .75 / $1.75 (Members) $1.50 /$3.00 (Non-Members)   $  10.50
Minimum Copy/Fax/PDF Charge $10.00 for Members / $20.00 for Non-Members
(Exclusive of tax and/or additional charges)

INTER-LIBRARY LOAN  # of books _____ @ $10.00 per book/per day   $ _____

RESEARCH FEES                                       $ _____

NEW YORK STATE SALES TAX                            $  .93

ADDITIONAL SHIPPING & HANDLING FEES (If Applicable)  $ _____

TOTAL CHARGES                                       $  11.43

| ☐ DEPOSIT ACCOUNT | ☐ CREDIT CARD |
| --- | --- |
| ☐ CHECK # _____ | ☐ Visa  ☐ Mastercard  ☐ American Express |
| ☐ CASH | Picked up By: _____ |

## THIS IS THE ONLY INVOICE YOU WILL RECEIVE

IF THERE IS AN ERROR OR PROBLEM WITH YOUR ORDER YOU MUST CALL BEFORE NOON THE NEXT BUSINESS DAY
PAYMENT FOR FAX/PDF ORDERS MUST BE RECEIVED WITHIN 7 BUSINESS DAYS / COPY ORDERS MUST BE PAID UPON PICK-UP OF MATERIAL.
**CANCELLATION FEE $10.00**
PICK-UPS ARE IN THE LIBRARY ADMINISTRATIVE OFFICES - 4TH FLOOR

THE COPYRIGHT LAW OF THE UNITED STATES (TITLE 17 USC) GOVERNS THE MAKING OF PHOTOCOPIES AND OTHER REPRODUCTIONS

EXHIBIT F

**Gloria McDonald**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/20/2018 | 1074SX | 228372-10002 | PEPPER, ANTOINETTE | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 0.88 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 6.79 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 58.22 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002-S. LEVITAN | MARSHALL, SHEILA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 3.24 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002-S. LEVITAN | MARSHALL, SHEILA | ALM MEDIA SERVICE | LA DOCUMENT ACCESS | 15.62 | NO RESEARCH DESCRIPTION |
| 9/10/2018 | 1074SX | 228372-10002-S. LEVITAN | MARSHALL, SHEILA | LEXIS ADVANCE | LA ACCESS CHARGE | 46.58 | NO RESEARCH DESCRIPTION |
| 9/11/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 11.66 | NO RESEARCH DESCRIPTION |
| 9/12/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 3.24 | NO RESEARCH DESCRIPTION |
| 9/12/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 23.28 | NO RESEARCH DESCRIPTION |
| 9/13/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 5.02 | NO RESEARCH DESCRIPTION |
| 9/13/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 11.65 | NO RESEARCH DESCRIPTION |
| 9/17/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 1.20 | NO RESEARCH DESCRIPTION |
| 9/17/2018 | 1074SX | 228372-10002 | LEVITAN, SARAH | LEXIS ADVANCE | LA ACCESS CHARGE | 34.95 | NO RESEARCH DESCRIPTION |

**Subject:** Lexis back

**Gloria McDonald**

*Lexis Reseach 1/21/18 – 2/20/18 – L. Chen $15.53*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/23/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | 2.03 | NO RESEARCH DESCRIPTION |
| 1/23/2018 | 1074SX | **228372-10002** | **CHEN, LINNA** | **LEXIS ADVANCE** | **LA ACCESS CHARGE** | 13.50 | NO RESEARCH DESCRIPTION |

1

**Gloria McDonald**

*Lexis Research 2/21/18 – 3/20/18 L. Chen  $9.66*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/1/2018 | 1074SX | 228372-10002-CHEN | KUMAR, SHIREEN | L. CHEN | LEXIS ADVANCE | LA ACCESS CHARGE | 9.66 | NO RESEARCH DESCRIPTION |

**Gloria McDonald**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/6/2018 | 1074SX | 228372-10002 | PEPPER, ANTOINETTE | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | | 1.74 | NO RESEARCH DESCRIPTI( |
| 7/30/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS . | | 6.12 | NO RESEARCH DESCRIPTI( |
| 7/30/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS ADVANCE | LA ACCESS CHARGE | | 10.04 | NO RESEARCH DESCRIPTI( |

1

**Gloria McDonald**

**Subject:** back on Lexis 228372-10002

*Lexis Research 6/21/18 - 7/20/18 - L. Chen $23.68*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/25/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | | 0.56 | NO RESEARCH DESCRIPTION |
| 6/25/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS ADVANCE | LA ACCESS CHARGE | | 10.84 | NO RESEARCH DESCRIPTION |
| 7/12/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | | 1.34 | NO RESEARCH DESCRIPTION |
| 7/12/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS ADVANCE | LA ACCESS CHARGE | | 10.67 | NO RESEARCH DESCRIPTION |
| 7/16/2018 | 1074SX | 228372-10002 | CHEN, LINNA | LEXIS LEGAL SERVICES | LA DOCUMENT ACCESS | | 0.27 | NO RESEARCH DESCRIPTION |

**Gloria McDonald**

*Please provide me with back up on Pacer online court research – August 2018 $.70*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AP2276 Antoinette Pepper (3138933) | 08/07/2018 | 17:43:44 | 6 | NYSDC | 228372-10002 | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.60 |
| Imehringer Lawrence Mehringer (5443712) | 08/09/2018 | 11:21:28 | 1 | NYSDC | 228372.10002 B.SLOTNICK | IMAGE50-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 50-0 | 0.10 |

**Gloria McDonald**

*Online research Pacer court Research – January 2018 $.30*

| geripapa Geri Papa (3053377) | 1/24/2018 | 3.00 | NYSDC | 228372-10002 | IMAGE29-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 29-0 | 0.30 |
|---|---|---|---|---|---|---|---|

**Gloria McDonald**

Online Research pacer court Research – February 2018 $5.90

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Imehringer Lawrence Mehringer (5443712) | 2/5/2018 | NYSDC | 22837210002 BSLOTNICK | 228372-10002 | | B. Slotnick | IMAGE32-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 32-0 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | DOCKET REPORT | 1:17-CV-06945-RA | 0.40 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE20-0 | 1:17-CV-06945-RA DOCUMENT 20-0 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE22-0 | 1:17-CV-06945-RA DOCUMENT 22-0 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | DOCKET REPORT | 1:17-CV-08013-DLC | 0.30 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE14-0 | 1:17-CV-08013-DLC DOCUMENT 14-0 | 1.50 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE15-0 | 1:17-CV-08013-DLC DOCUMENT 15-0 | 0.60 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE15-1 | 1:17-CV-08013-DLC DOCUMENT 15-1 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE15-2 | 1:17-CV-08013-DLC DOCUMENT 15-2 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE15-3 | 1:17-CV-08013-DLC DOCUMENT 15-3 | 0.70 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE16-0 | 1:17-CV-08013-DLC DOCUMENT 16-0 | 0.60 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE16-1 | 1:17-CV-08013-DLC DOCUMENT 16-1 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE16-2 | 1:17-CV-08013-DLC DOCUMENT 16-2 | 0.20 |

1

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE16-3 | 1:17-CV-08013-DLC DOCUMENT 16-3 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE17-0 | 1:17-CV-08013-DLC DOCUMENT 17-0 | 0.10 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE18-0 | 1:17-CV-08013-DLC DOCUMENT 18-0 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE19-0 | 1:17-CV-08013-DLC DOCUMENT 19-0 | 0.20 |
| chen1986 Linna Chen (3696220) | 2/28/2018 | NYSDC | | 228372-10002 | Email reply | L. Chen | IMAGE20-0 | 1:17-CV-08013-DLC DOCUMENT 20-0 | 0.10 |

**Gloria McDonald**

*Online research pacer Court research – March 2018 $2.20*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| lmehringer Lawrence Mehringer (5443712) | 3/12/2018 | 11:56:28 | 5.00 | NYSDC | 22837210002 LCHEN | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:49:47 | 2.00 | NYSDC | 228372-10002-CHEN | DOCKET REPORT | 1:16-CV-09157-LAP | 0.20 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:52:39 | 5.00 | NYSDC | 228372-10002-CHEN | IMAGE1-0 | 1:16-CV-09157-LAP DOCUMENT 1-0 | 0.50 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:52:40 | 2.00 | NYSDC | 228372-10002-CHEN | IMAGE1-1 | 1:16-CV-09157-LAP DOCUMENT 1-1 | 0.20 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:52:40 | 2.00 | NYSDC | 228372-10002-CHEN | IMAGE1-2 | 1:16-CV-09157-LAP DOCUMENT 1-2 | 0.20 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 15:53:33 | 5.00 | NYSDC | 228372-10002-CHEN | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| skumar345 Shireen Kumar (3533049) | 3/1/2018 | 14:49:23 | 1.00 | 00PCL | 228372-10002-CHEN | ALL COURT TYPES PARTY SEARCH | ALL COURTS; NAME ROCK, MICK; PAGE: 1 | 0.10 |

1

**Gloria McDonald**

| | | | | | | | | *July 2018* | *$4.70* |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Imehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:12:06 | 5 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| Imehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:14:52 | 5 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| Imehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:19:43 | 2 | NYSDC | 228372.10002 B.SLOTNICK | IMAGE39-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 39-0 | 0.20 |
| Imehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:36:31 | 5 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |
| Imehringer Lawrence Mehringer (5443712) | 07/06/2018 | 17:36:41 | 1 | NYSDC | 228372.10002 B.SLOTNICK | IMAGE35-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 35-0 | 0.10 |
| Imehringer Lawrence Mehringer (5443712) | 07/17/2018 | 17:15:34 | 6 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.60 |
| Imehringer Lawrence Mehringer (5443712) | 07/20/2018 | 20:57:17 | 6 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.60 |
| Imehringer Lawrence Mehringer (5443712) | 07/20/2018 | 20:57:34 | 1 | NYSDC | 228372.10002 B.SLOTNICK | IMAGE45-0 | 1:17-CV-02618-ALC-DCF DOCUMENT 45-0 | 0.10 |
| Imehringer Lawrence Mehringer (5443712) | 07/20/2018 | 21:10:49 | 11 | NYSDC | 228372.10002 B.SLOTNICK | DOCKET REPORT | 1:16-CV-05439-JPO | 1.10 |
| Imehringer Lawrence Mehringer (5443712) | 07/12/2018 | 17:40:39 | 5 | NYSDC | 228372.10002 L.CHEN | DOCKET REPORT | 1:17-CV-02618-ALC-DCF | 0.50 |

*CourtLink*
● LexisNexis

Invoice Number: EA-756058
Page 3 of 4



| Summary by Client Matter Code | | # | Usage At Standard Rates | Adjustment | Net Billed | Tax | Total Billed |
|---|---|---|---|---|---|---|---|
| Client Matter Code | | | | | | | |
| 228372-10002, 228372-10002 - chen | | 1 | $166.10 | ($136.26) | $29.84 | $2.08 | $31.91 |

*(Continued)*

EXHIBIT  G



COMPLETE DISCOVERY SOURCE

345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626
www.CDSLegal.com

| I N V O I C E | DATE 11/30/17 | NUMBER 080728 |
|---|---|---|

For billing inquiries, please call (212) 813-7000

Tax ID: 26-0074903

| BILL TO | SHIP TO |
|---|---|
| Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>ATTN: JOSH GORRUSO | Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>ACCT-No: LOE200 |

| CDS JOB-No<br>NYE201711000489 | ORDER DATE<br>11/15/17 | REQUESTED BY<br>JOSH GORRUSO | ATTORNEY |
|---|---|---|---|
| CLIENT MATTER NUMBER<br>228372-10002 | | CASE NAME<br>ERD vs Rock | |

| QUANTITY | UNIT | PARTICULARS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0.02 | Per GB | EDD - Full Data Processing<br>w/Tiff (GB) | 350.00 | 7.00 |
| 1 | Per Hour | EDD Technical Time | 125.00 | 125.00 |

*Josh Gorruso* (signature)

| | ORDER TOTAL | 132.00 |
|---|---|---|
| | FREIGHT | |
| | OTHERS | |
| | SALES TAX | |
| PAYMENT TERMS: NET 30 DAYS | * INVOICE TOTAL | 132.00 |

| ACH Information:<br>First Republic Bank<br>ABA: 321081669<br>Acct No: 80003050242 | Wiring Information:<br>First Republic Bank<br>ABA: 321081669<br>Acct No: 80003050242<br>Swift Code: FRBBUS6S |
|---|---|

CUSTOMER COPY



**COMPLETE DISCOVERY SOURCE**

345 Park Avenue | New York, NY 10154
P: 212.813.7000 | F: 212.354.6626
www.CDSLegal.com

| I N V O I C E | DATE | NUMBER |
|---|---|---|
| | 12/31/17 | 081094 |

For billing inquiries, please call (212) 813-7000

Tax ID: 26-0074903

| BILL TO | SHIP TO |
|---|---|
| Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>ATTN: JOSH GORRUSO | Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>ACCT-No: LOE200 |

| CDS JOB-No<br>NYE201712000524 | ORDER DATE<br>12/18/17 | REQUESTED BY<br>JOSH GORRUSO | ATTORNEY |
|---|---|---|---|
| CLIENT MATTER NUMBER<br>228372-10002 | | CASE NAME<br>ERD vs Rock | |

| QUANTITY | UNIT | PARTICULARS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 0.3 | Per GB | EDD - Full Data Processing<br>w/Tiff (GB) | 350.00 | 105.00 |
| 1 | Per Hour | EDD Technical Time | 125.00 | 125.00 |

*Josh Gorruso*

| | ORDER TOTAL | 230.00 |
|---|---|---|
| | FREIGHT | |
| | OTHERS | |
| | SALES TAX | |
| PAYMENT TERMS: NET 30 DAYS | * INVOICE TOTAL | 230.00 |

| ACH Information:<br>First Republic Bank<br>ABA: 321081669<br>Acct No: 80003050242 | Wiring Information:<br>First Republic Bank<br>ABA: 321081669<br>Acct No: 80003050242<br>Swift Code: FRBBUS6S |
|---|---|

CUSTOMER COPY

# EXHIBIT  H



**LOU REED ~ TRANSFORMER LP ~ EXCELLENT O...**

Item ID: 122588584290
Quantity: 1
Estimated delivery: Thu. Aug. 10
Paid: $50.00 with Credit card

✓ Seller: vinylfinder420.

To complement your purchase

# EXHIBIT  I



MODERATOR

**Jonathan Altschul**

LMM-OTY1 CODE
12743

| Date: 07/14/17 | Client Matter: 228372-10002 | Service: Readyconference Plus Audio | | | |
|---|---|---|---|---|---|
| Time: 4:57 PM | Description | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | 4 | 0.023 | 62 | 1.43 |
| | Call Total: 1.80 | Sub Total Pre-Tax: 1.43 | | Taxs and Surcharges: 0.37 | |



| Date: 07/19/17 | Client Matter: 228372-28882 | | Service: ReadyConference Plus Audio | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Time: 11:57 AM | Description | | Participants | Unit Price | Minutes/Qty | Item Charge |
| | GlobalMeet® Audio NA - Toll Free | | 2 | 0.023 | 18 | 0.41 |
| | Call Total: 0.52 | | Sub Total Pre-Tax: 0.41 | | Taxes and Surcharges: 0.11 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

MICK ROCK,                                          :    17 Civ. 2618 (ALC)

Plaintiff,                                          :

                    -against-                       :    **Defendants' Notice of Taxation of Costs**

ENFANTS RICHES DEPRIMES, LLC                        :
BARNEYS NEW YORK, INC. and THE
REALREAL, INC.,                                     :

Defendants.                                         :

---------------------------------------------------------- X

     **PLEASE TAKE NOTICE THAT** pursuant to Fed.R. Civ. P. 54(d)(1) and Local Rule

54.1, defendants Enfants Riches Deprimes, LLC, and Barneys New York, Inc. ("Defendants"),

as the prevailing party, hereby submits its Bill of Costs to be presented to the Clerk of Court for

taxation in Room 105, Orders and Judgments, Thurgood Marshall United States Courthouse, 40

Foley Square, New York, New York 10007, on July 16, 2020 at 11:00 AM.

Dated:    New York, New York            LOEB & LOEB LLP
          June 29, 2020

                              By: /s/ C. Linna Chen
                              Barry I. Slotnick
                              345 Park Avenue
                              New York, New York 10154
                              Tel: (212) 407-4000
                              Fax: (212) 407-4990
                              lchen@loeb.com
                              bslotnick@loeb.com

                              *Attorneys for Defendants*
                              *Enfants Riches Deprimes, LLC and*
                              *Barneys New York, Inc.*